# In The United States Court of Federal Claims

No. 05-186L

(Filed: December 12, 2005)

---

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Oral argument on defendant's motion to dismiss will be held in this case via telephone on Friday, January 20, 2006, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge