# In The United States Court of Federal Claims

No. 05-186L

(Filed: January 20, 2005)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 20, 2006, the court heard oral argument on defendant's motion to dismiss. Participating for plaintiff was Jeffrey M. Herman; participating for defendant was Sara E. Culley. At the close of argument, the court **DENIED** defendant's motion to dismiss. The court will issue a written opinion in this matter in the near future.

Pursuant to discussions held at the close of argument, the court hereby orders that:

(i) On or before February 17, 2006, defendant shall file an answer in this case.

(ii) On or before March 17, 2006, the parties shall file a joint status report indicating how this case should proceed and a proposed schedule.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge