**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LAVETTA ELK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 05-186L |
| v. | ) | Judge Francis M. Allegra |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR AN EXTENSION OF TIME**

Pursuant to RCFC 6.1, Counsel for Defendant and Counsel for Plaintiff move for a fourteen (14) day enlargement of time from March 17, 2006 to and including March 31, 2006 in which to file a Joint Status Report. This is the parties first request for an enlargement of time to meet this deadline.

The Court's Order of January 20, 2006 required Defendant to file an Answer on February 17, 2006 and the parties to file a Joint Status Report on March 17, 2006. Because Counsel for Defendant is scheduled to attend training at the National Advocacy Center, in Columbia, South Carolina from March 13, 2006 through March 17, 2006, the logistics of coordinating the Joint Status Report are problematic. Defendant's Counsel is also in need of the additional fourteen days to coordinate with Plaintiff's Counsel regarding the filing of the Joint Status Report, because of unanticipated demands places on a particularly heavy personal docket. During the week of February 28, 2006, Defendant's Counsel filed a brief in *Western Shoshone National Council v. United States*, 04-702 (D. Nev.). During the week of March 6, 2006, Defendant's Counsel filed a motion to dismiss in *Yowell v. United States*, 05-634 (D. Nev.) and a pleading in *Simmons v. United States*, 04-1759 (Fed. Cl.). In addition, Counsel for Plaintiff is presently out

of the state completing depositions in Texas. Accordingly, the parties require an additional fourteen days, in order to complete their Joint Status Report.

A proposed order is attached. Counsel for Plaintiff consents to the filing of this Joint Motion.

Respectfully submitted this 10th day of March, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Sara E. Culley
SARA E. CULLEY (K.S. Bar No. 20898)
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0466
Facsimile: (202) 305-0267

OF COUNSEL:

Sharon Pudwill, Esq.
Office of the Field Solicitor
United States Department of the Interior

Patrick Butler, CPT, JA.
General Litigation Branch
United States Army Litigation Division