**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LAVETTA ELK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 05-186L |
| v. | ) | Judge Francis M. Allegra |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________________ | ) | |

[PROPOSED] **ORDER**

This matter having come before the Court on this JOINT MOTION FOR AN EXTENSION OF TIME and the Court being advised in the premises,

IT IS HEREBY ORDERED that the JOINT MOTION FOR AN EXTENSION OF TIME is GRANTED.

IT IS SO ORDERED.

DONE THIS ________ DAY OF ___________________, 2006.

BY THE COURT:

______________________________

JUDGE FRANCIS M. ALLEGRA