# In The United States Court of Federal Claims

No. 05-186L

(Filed: April 20, 2006)

---

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On March 30, 2006, the parties filed a joint status report proposing a schedule for proceedings in this case. In accordance with the status report, and pursuant to the court's opinion issued on this day denying defendant's motion to dismiss, the court adopts the following schedule:

1. On or before April 28, 2006, the parties shall exchange initial disclosures.

2. On or before December 8, 2006, the parties shall complete fact discovery, inclusive of all depositions and written discovery.

3. On or before January 12, 2007, the parties shall file their expert reports.

4. On or before February 2, 2007, the parties shall exchange rebuttal expert reports, if any.

5. On or before February 16, 2007, the parties shall complete all expert depositions.

6. On or before March 2, 2007, the parties shall file a joint status report indicating how this case should proceed. This report shall contain, if appropriate, a proposed schedule for the filing of dispositive motions.

7. Prior to March 2, 2007, the parties shall have at least one discussion regarding settlement of this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge