**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LAVETTA ELK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 05-186L |
| v. | ) | Judge Francis M. Allegra |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR ENTRY OF PRIVACY ACT PROTECTIVE ORDER**

Plaintiff and Defendant respectfully move the Court to enter the accompanying Privacy Act Protective Order, pursuant to 5 U.S.C. § 552a(b)(11). On April 28, 2006, Defendant exchanged its initial disclosures made pursuant to RCFC 26(a)(1) with Plaintiff. Additional documents in the official files of the United States Army and the Department of the Interior concerning the events alleged in Plaintiff's Complaint, including information which relates to or identifies individuals who are not parties to this suit, may be protected by the Privacy Act of 1974, 5 U.S.C. § 552a and their disclosure limited under the Freedom of Information Act, 5 U.S.C. § 552. The parties are interested in protecting such individuals referenced in the official files from unwarranted invasions of personal privacy. Entry of an order authorizing Defendant to disclose such documents is necessary in order to allow the parties to prepare their cases.

Attached to the Joint Motion is a Proposed Order for Privacy Act Protective Order and an Acknowledgment of Privacy Act Protective Order form intended to be utilized by the individuals specified in ¶ 5 of the Privacy Act Protective Order who have a need for the information at issue, in order to perform their duties in this case.

Counsel for Plaintiff authorized counsel for Defendant to file this Joint Motion on behalf

of the parties.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Sara E. Culley

Dated: April 28, 2006

SARA E. CULLEY (K.S. Bar No. 20898)
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0466
Facsimile: (202) 305-0267
E-mail: sara.culley@usdoj.gov

OF COUNSEL:

Sharon Pudwill, Esq.
Office of the Field Solicitor
United States Department of the Interior
Bishop Henry Whipple Federal Building
1 Federal Drive, Room 686
Ft. Snelling, Minnesota 55111-4030

Patrick Butler, CPT, JA.
General Litigation Branch
United States Army Litigation Division
901 N. Stuart Street
Arlington, VA 22203