**EXHIBIT A**

**to**

**PRIVACY ACT PROTECTIVE ORDER**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LAVETTA ELK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 05-186L |
| v. | ) | Judge Francis M. Allegra |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________________ | ) | |

**ACKNOWLEDGMENT OF PRIVACY ACT PROTECTIVE ORDER**

I, ____________________________, hereby acknowledge that I have read and understand the Privacy Act Protective Order (the "Order") entered in this action on ________________, 2006. I hereby agree to be bound by the terms of the Order. Specifically,

1. I agree that I will use records and information subject to the Order only for purposes of this case, including any appeals and not for any other purpose;

2. I agree that any records and information covered by the Order that are in my possession, and all copies thereof, will be returned to counsel for Defendant within 30 days after the termination of my work on this case or the termination of this litigation, including any appeals, whichever comes earlier;

3. I agree that any documents or portions of documents in my possession covered by this Order that contain information protected by the Privacy Act will be returned to counsel for Defendant when this litigation is concluded;

4. I agree that I will disclose records and information protected by the Order only to the Court, the parties to this case and their attorneys of record, persons in the employ of such attorneys, and any experts or consultants hired for this case by the parties or their attorneys and who (with the exception of the Court and its employees) have signed an Acknowledgment Form like this one;

5. I agree that I will abide by all terms of the Order; and

6. I hereby confirm that my duties under this Acknowledgment shall survive the termination of this case and are binding upon me for all time.

Dated: ______________________ ____________________________________________

(Signature)

____________________________________________

(Printed Name)