**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LAVETTA ELK** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-186L** |
| **v.** | ) | **Judge Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of Kevin S. Webb, as counsel of record for Defendant United States of America in the above-referenced action.

Service of all papers by U.S. Mail should be addressed as follows:

Kevin S. Webb
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0479
Fax: (202) 353-2021

Overnight and hand deliveries should be addressed to:

Kevin S. Webb
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Room 3120
601 D Street, NW
Washington, D.C. 20004

Dated: August 2, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

s/ Kevin S. Webb
KEVIN S. WEBB
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0479
Fax: (202) 353-2021

OF COUNSEL:

SARA E. CULLEY
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0466
Fax: (202) 305-0267

SHARON PUDWILL
Office of the Field Solicitor
United States Department of the Interior
Bishop Henry Whipple Federal Building
1 Federal Drive, Room 686
Ft. Snelling, Minnesota 55111-4030

PATRICK BUTLER, CPT, JA.
General Litigation Branch
United States Army Litigation Division
901 N. Stuart Street
Arlington, VA 22203