**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LAVETTA ELK,** | ) | Case No. 05-186L |
| | ) | Judge Francis M. Allegra |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY REQUEST PROPOUNDED BY THE DEFENDANT THE UNITED STATES OF AMERICA**

Plaintiff, LAVETTA ELK, by and through undersigned counsel, and pursuant to RCFC 6.1, files this Unopposed Motion for Enlargement of Time to Serve Responses to Discovery Request Propounded by the Defendant, THE UNITED STATES OF AMERICA, and states as follows:

1. Defendant, THE UNITED STATES OF AMERICA, served Plaintiff on or about August 24, 2006 with Defendant's First Set of Interrogatories.

2. Responses to the foregoing discovery requests are due on September 26, 2006 pursuant to RCFC 33(b)(3).

3. Plaintiff's counsel requests a reasonable enlargement of time within which to respond to the Defendant's Discovery Requests. This enlargement of time is necessary due to the breadth of the discovery requests. Additionally, this enlargement of time is necessary because of the demands on Plaintiff's counsel in other cases and matters.

4. Plaintiff requests an enlargement of time of ten (10) days, or until October 6, 2006.

5. Plaintiff's counsel has conferred with Defendant's counsel for the United States of America regarding this request for enlargement of time, who advised that Defendant has no objection.

6. Plaintiff's counsel makes this request in good faith and not for purposes of delay.

WEREFORE, Plaintiff respectfully requests that this Court enter an Order granting an enlargement of time of ten (10) days or until October 6, 2006 to respond to the Defendant's discovery requests.

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By: s/ Jeffrey M. Herman .
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kevin Stark Webb, Esq.
kevin.webb@usdoj.gov

s/ Jeffrey M. Herman .