**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LAVETTA ELK, Plaintiff, | ) | 05-186L |
| v. | ) | Judge Francis M. Allegra |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT MOTION FOR AN EXTENSION OF TIME**

Pursuant to RCFC 6.1, Counsel for Defendant and Counsel for Plaintiff move for a forty-five (45) day enlargement of time modifying the deadlines for certain proceedings set out in the Court's Scheduling Order of April 20, 2006. This is the parties' first request to enlarge and modify the time to meet the deadlines set out in the Court's Order of Scheduling Order of April 20, 2006.

The Court's Order of April 20, 2006 set forth the following deadlines:

1. On or before December 8, 2006, the parties shall complete fact discovery, inclusive of all depositions and written discovery.
2. On or before January 12, 2007, the parties shall file their expert reports.
3. On or before February 2, 2007, the parties shall exchange rebuttal expert reports, if any.
4. On or before February 16, 2007, the parties shall complete all expert depositions.
5. On or before March 2, 2007, the parties shall file a joint status report indicating how this case should proceed. This report shall contain, if appropriate, a proposed schedule for the filing of dispositive motions.

6. Prior to March 2, 2007, the parties shall have at least one discussion regarding settlement of this matter.

The Parties now request that the following schedule be adopted:

1. On or before January 22, 2007, the parties shall complete fact discovery, inclusive of all depositions and written discovery.
2. On or before February 26, 2007, the parties shall file their expert reports.
3. On or before March 19, 2007, the parties shall exchange rebuttal expert reports, if any.
4. On or before April 2, 2007, the parties shall complete all expert depositions.
5. On or before April 16, 2007, the parties shall file a joint status report indicating how this case should proceed. This report shall contain, if appropriate, a proposed schedule for the filing of dispositive motions.
6. Prior to April 16, 2007, the parties shall have at least one discussion regarding settlement of this matter.

This enlargement of time is necessary to accommodate conflicts regarding Counsel for Plaintiff's schedule and Counsel for Defendant's interest in maintaining sufficient time to complete full discovery. A proposed order is attached. Counsel for Plaintiff consents to the filing of this Joint Motion.

Respectfully submitted this 3rd day of November, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Kevin Webb

KEVIN S. WEBB
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tele: (202) 305-0479
Fax: (202) 353-2021
E-mail: Kevin.Webb@usdoj.gov