**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LAVETTA ELK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-186L |
| v. | ) | Judge Francis M. Allegra |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on the JOINT MOTION FOR AN EXTENSION OF TIME, and the Court being advised in the premises,

IT IS HEREBY ORDERED that the JOINT MOTION FOR AN EXTENSION OF TIME is GRANTED.

IT IS FURTHER ORDERED that the following schedule is adopted:

1. On or before January 22, 2007, the parties shall complete fact discovery, inclusive of all depositions and written discovery.
2. On or before February 26, 2007, the parties shall file their expert reports.
3. On or before March 19, 2007, the parties shall exchange rebuttal expert reports, if any.
4. On or before April 2, 2007, the parties shall complete all expert depositions.
5. On or before April 16, 2007, the parties shall file a joint status report indicating how this case should proceed. This report shall contain, if appropriate, a proposed schedule for the filing of dispositive motions.
6. Prior to April 16, 2007, the parties shall have at least one discussion regarding settlement of this matter.

IT IS SO ORDERED.

DONE THIS ________ DAY OF ___________________, 2006.

BY THE COURT: _______________________________________

JUDGE FRANCIS M. ALLEGRA