# In The United States Court of Federal Claims

No. 05-186L

(Filed: November 7, 2006)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On November 3, 2006, the parties filed a joint motion for an enlargement of 45 days modifying the deadlines for certain proceedings set out in the court's scheduling order of April 20, 2006. The motion is hereby **GRANTED**. Accordingly,

1. On or before January 22, 2007, the parties shall complete fact discovery, inclusive of all depositions and written discovery.

2. On or before February 26, 2007, the parties shall file their expert reports.

3. On or before March 19, 2007, the parties shall exchange rebuttal expert reports, if any.

4. On or before April 2, 2007, the parties shall complete all expert depositions.

5. On or before April 16, 2007, the parties shall file a joint status report indicating how this case should proceed. This report shall contain, if appropriate, a proposed schedule for the filing of dispositive motions.

6. Prior to April 16, 2007, the parties shall have at least one discussion regarding settlement of this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge