IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **LAVETTA ELK,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-186L<br>Judge Francis M. Allegra |

**PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY**
**SGT. JOSEPH KOPF SHOULD NOT BE HELD IN CONTEMPT**

Plaintiff, LAVETTA ELK, by and through undersigned counsel, and pursuant to RCFC 37(b), files this Motion for Order to Show Cause Why Sgt. Joseph Kopf Should Not Be Held in Contempt, and states as follows:

1. This case arises from the sexual assault of Lavetta Elk by Sgt. Joseph Kopf at the Pine Ridge Indian Reservation on January 7, 2003. After initially lying under oath, Sgt Kopf confessed to making unwanted sexual advances toward Lavetta Elk.

2. On January 8, 2007, Sgt. Kopf was subpoenaed to appear for deposition on Wednesday, January 24, 2007 in Manhattan, Kansas. See Exhibit "A." Prior to service of the Subpoena for Deposition, the deposition date and location were coordinated with counsel for Sgt. Kopf.

3. The undersigned made arrangements to travel to Manhattan, Kansas from Fort Lauderdale, Florida to take the deposition of Sgt Kopf.

4. On January 19, 2007, the undersigned received notice from counsel for United

States that neither they nor Sgt. Kopf will be attending the deposition. Sgt. Kopf's counsel never contacted the undersigned at anytime after the deposition date and time were agreed upon. No excuse was offered for Sgt. Kopf's failure to appear.

5. The undersigned advised counsel for United States that the Defendant and/or Sgt. Kopf must seek a protective order in advance of the deposition.

6. To date, no protective order has been requested or obtained by Sgt. Kopf or the United States.

7. Plaintiff is substantially prejudiced by Sgt. Kopf's failure to appear for deposition pursuant to a lawful subpoena. Sgt. Kopf is a critical witness insofar as he is the perpetrator of assault underlying this lawsuit.

8. Plaintiff hereby requests that Sgt. Kopf be ordered to show cause why he should not be held in contempt and ordered to appear for deposition in Manhattan, Kansas within twenty (20) days at a place to be determined by the Court.

WHEREFORE, Plaintiff, LAVETTA ELK, respectfully requests this Honorable Court to enter an order to show cause why Sgt. Kopf should not be held in contempt and that Sgt. Kopf by ordered to appear for deposition within twenty (20) days.

Dated: January 29, 2007

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By: s/ Jeffrey M. Herman .
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this January 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kevin Stark Webb, Esq.
kevin.webb@usdoj.gov

s/ Jeffrey M. Herman .