# In The United States Court of Federal Claims

No. 05-186L

(Filed: February 8, 2006)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 8, 2007, plaintiff served a subpoena on Sgt. Joseph Kopf commanding him to appear for a deposition on January 24, 2007, at a location in Manhattan, Kansas. On January 19, 2007, defendant informed plaintiff that neither its representative nor Sgt. Kopf would be attending the deposition. On January 22, 2007, fact discovery closed in this case. On January 29, 2007, plaintiff filed a motion for an order to show cause why Sgt. Kopf should not be held in contempt. On February 2, 2007, defendant filed a memorandum regarding plaintiff's motion. On February 6, 2007, plaintiff filed a reply to defendant's memorandum. Accordingly:

1. Plaintiff's motion for an order to show cause is **DENIED,** without prejudice.

2. Discovery is hereby reopened. On or before March 26, 2007, the parties shall complete fact discovery.

3. Within the period of March 2, 2007, through March 26, 2007, Sgt. Kopf shall appear for a deposition in Manhattan, Kansas at a time and place to be selected by plaintiff (after consultation with defendant and Sgt. Kopf's counsel).

4. Defendant is reminded that Sgt. Kopf is an employee of the United States and that defendant is responsible for ensuring his presence at the scheduled deposition.

5. Failure of Sgt. Kopf to appear will result in this court issuing a show cause order to defendant and Sgt. Kopf pursuant to RCFC 37, leading to possible findings of contempt.

6. On or before April 27, 2007, the parties shall file their expert reports.

7. On or before May 18, 2007, the parties shall exchange rebuttal expert reports, if any.

8. On or before June 1, 2007, the parties shall complete all expert depositions.

9. On or before June 15, 2007, the parties shall file a joint status report indicating how this case should proceed. This report shall contain, if appropriate, a proposed schedule for the filing of dispositive motions.

10. Prior to June 15, 2007, the parties shall have at least one discussion regarding settlement of this matter.

11. The Clerk shall send a copy of this order to:

    Sgt. Joseph Kopf
    1st Battalion 5th Field Artillary
    Fort Riley, KS 66442

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge