# AUTHORIZATION TO RELEASE PSYCHOTHERAPY INFORMATION

| TO: | PATIENT: | RELEASE TO: |
|---|---|---|
| All Health Care Providers to LAVETTA ELK | NAME: LAVETTA ELK<br>BIRTH DATE: 12/8/83 | Representatives of the United States Attorney's Office or Department of Justice<br>Herman & Mermelstein, P.A.<br>18205 Biscayne Boulevard<br>Suite 2218<br>Miami, FL 33160 |

**INFORMATION REQUESTED:** I request and authorize the above-named person or class of persons to release the information specified below to representatives of the United States Attorney's Office or the Department of Justice. Any and all records regarding treatment of LAVETTA ELK including but not limited to:

1. All records of psychological or psychiatric testing or treatment, including complete chart, audio and visual recordings, and psychotherapy notes, and

2. Billing records.

**PURPOSE(S) OR NEED FOR WHICH INFORMATION IS TO BE USED:**

The information is necessary for the litigation of Lavetta Elk v. United States, No. 05-186 L, now pending in the United States Court of Federal Claims.

**CERTIFICATION:** I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this Authorization at any time, provided that revocation is in writing, except to the extent that action has already been taken in reliance this Authorization. I understand that the doctor, health care provider, or health plan from whom my medical information is requested in this Authorization, may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization. I understand the potential for the information disclosed pursuant to this Authorization to be subject to redisclosure by the recipient and no longer be protected by the Standards for Privacy of Individually Identifiable Health Information, set forth at 45 CFR Parts 160 and 164.

**EXPIRATION:**

Check one:

_x_ This Authorization will automatically expire upon completion of the litigation Lavetta Elk v. United States, No. 05-186 L, now pending in the United States Court of Federal Claims.

____ This Authorization will automatically expire upon completion of the administrative claim of ____________________ filed on ________________.

EXHIBIT
A

__ This Authorization shall be effective until ____________________.

**OTHER CONDITIONS:**

_x_ A copy of this Authorization or my signature thereon shall be used with the same effectiveness as an original.

_x_ Communications between provider and any representative of the U.S. Attorney's Office/Department of [illegible] are authorized.




---

**SIGNATURE OF PATIENT:** ____________________

**OR PERSON AUTHORIZED TO SIGN FOR PATIENT:*** ____________________

____________________ ____________________

MONTH/DAY/YEAR PRINT OR TYPE NAME

*Provide basis of Authorization: ____________________

# AUTHORIZATION TO RELEASE MEDICAL INFORMATION

**TO:**

All Health Care Providers to LAVETTA ELK

**PATIENT:**

NAME: LAVETTA ELK

BIRTH DATE: 12/8/83

**RELEASE TO:**

Representatives of the United States Attorney's Office or Department of Justice

Herman & Mermelstein, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160

**INFORMATION REQUESTED:** I request and authorize the above-named person or class of persons to release the information specified below to representatives of the United States Attorney's Office or the Department of Justice. Any and all records regarding treatment of LAVETTA ELK including but not limited to:

1. Copy of complete chart, progress notes & interview notes, discharge summaries, operative reports, x-ray & all imagery, laboratory tests, pathology tissue, and all diagnostic studies whether in electronic data or other format.

2. Billing records

**PURPOSE(S) OR NEED FOR WHICH INFORMATION IS TO BE USED:**

The information is necessary for the litigation of Lavetta Elk v. United States, No. 05-186 L, now pending in the United States Court of Federal Claims.

**CERTIFICATION:** I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this Authorization at any time, provided that revocation is in writing, except to the extent that action has already been taken in reliance this Authorization. I understand that the doctor, health care provider, or health plan from whom my medical information is requested in this Authorization, may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization. I understand the potential for the information disclosed pursuant to this Authorization to be subject to redisclosure by the recipient and no longer be protected by the Standards for Privacy of Individually Identifiable Health Information, set forth at 45 CFR Parts 160 and 164.

**EXPIRATION:**

Check one:

_x_ This Authorization will automatically expire upon completion of the litigation Lavetta Elk v. United States, No. 05-186 L, now pending in the United States Court of Federal Claims.

___ This Authorization will automatically expire upon completion of the administrative claim of ____________________ filed on __________.

__ This Authorization shall be effective until ______________________.

**OTHER CONDITIONS:**

_x_ A copy of this Authorization or my signature thereon shall be used with the same effectiveness as an original.

_x_ Communications between provider and any representative of the U.S. Attorney's Office/Department of Justice are authorized.

**SIGNATURE OF PATIENT:** ______________________________

**OR PERSON AUTHORIZED TO SIGN FOR PATIENT:*** ______________________________

______________________ ______________________________
MONTH/DAY/YEAR PRINT OR TYPE NAME

*Provide basis of Authorization: ______________________________.

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3806 |
| DEPT. ACCESS CODE | 0024 |
| CONNECTION TEL | 12023532021 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/15 16:46 |
| USAGE T | 01'17 |
| PGS. | 5 |
| RESULT | OK |

# HERMAN & MERMELSTEIN PA

ATTORNEYS AT LAW

Adam D. Horowitz
Tel 305-931-2200
Fax 305-931-0877
jherman@hermanlaw.com

18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
www.hermanlaw.com

## FAX TRANSMITTAL

| FROM | DATE | NUMBER OF PAGES |
|---|---|---|
| Adam Horowitz, Esq. | November 15, 2006 | 5 |

| TO | COMPANY | FAX NUMBER |
|---|---|---|
| Kevin Webb, Esq.<br>Sara Culley, Esq. | U.S. Department of Justice | 353-2021<br>202-~~305-0267~~ |

**MESSAGE**

Elk v. The United States

Please see the following Authorizations for Release of Medical and Psychotherapy Information.

Thank you.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT ...