IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LAVETTA ELK, Plaintiff, vs. THE UNITED STATES OF AMERICA, Defendant. | 05-186L<br>Deposition of:<br>LAVETTA ELK |

COPY

BEFORE: Jean M. Carlson
Court Reporter and Notary Public
Rapid City, South Dakota

DATE: December 12, 2006; 9:30 - 2:50 p.m.

PLACE: 201 Federal Building
515 Ninth St.
Rapid City, South Dakota

APPEARANCES:

Representing the Plaintiff: ADAM HOROWITZ
Herman & Mermelstein
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160

Representing the Defendant: KEVIN WEBB
SARA E. CULLEY
United States Department of Justice
PO Box 663
Washington, D.C.

EXHIBIT 6

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAVETTA ELK, | ) | 05-186L |
| Plaintiff, | ) | |
| vs. | ) | Deposition of: |
| THE UNITED STATES OF AMERICA, | ) | LAVETTA ELK |
| Defendant. | ) | |

BEFORE: Jean M. Carlson
Court Reporter and Notary Public
Rapid City, South Dakota

DATE: December 12, 2006; 9:30 - 2:50 p.m.

PLACE: 201 Federal Building
515 Ninth St.
Rapid City, South Dakota

APPEARANCES:

Representing the Plaintiff: ADAM HOROWITZ
Herman & Mermelstein
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160

Representing the Defendant: KEVIN WEBB
SARA E. CULLEY
United States Department of Justice
PO Box 663
Washington, D.C.



I N D E X


| WITNESS: | PAGE |
|---|---|
| Lavetta Elk | |
| Examination by Ms. Culley | 4 |

| EXHIBITS: | MARKED ON PAGE |
|---|---|
| 1 Notice | 7 |
| 2 Subpoena | 8 |
| 3 Answers to Interrogatories | 46 |
| 4 Answers to First Set of Interrogatories | 64 |




LAVETTA ELK,

called as a witness, being first duly sworn, testified as follows:

MR. HOROWITZ: Lavetta, you need to answer all the questions out loud.

MR. WEBB: This is Kevin Webb speaking, and I received an objeciton this morning from Mr. Horowitz regarding the subpoena associated with the deposition. And as we received it this morning and we are away from our office we don't really have a will response to the objection so we haven't had a chance to look at it, but we do plan on responding to the objection. We think that the Subpoena Duces Tecum was served appropriately and should have been responded to with the production of documents at this deposition. In lieu of the objection and our interest in responding to the objection, and our belief that the objection is unfounded, we are going to deem the deposition to be continuing, so that following resolution on this issue we would seek additional time to depose the Plaintiff to address documents that could or should have been produced pursuant to the subpoena.

MR. HOROWITZ. I would just say for the record that we don't believe the subpoena was served appropriately, the Subpoena Duces Tecum was served appropriately, but with that said, I don't believe there



are any documents responsive to the duces tecum that haven't already been produced in advance of this deposition.

MR. WEBB: Thanks.

**EXAMINATION BY MS. CULLEY:**

Q Lavetta, please state your name for the record.
A **Lavetta Kathy Elk.**
Q And your address?
A **484 Wounded Knee, Upper Housing.**
Q And you know that I'm an attorney for the United States?
A **Yes.**
Q And your attorney has explained what a deposition is?
A **Yes.**
Q And the process for deposition?
A **Yes.**
Q Do you understand that you are under oath now?
A **Yes.**
Q And that your testimony here today is equivalent to trial testimony?
A **Yes.**
Q And throughout the day, I just wanted to let you know that we will take breaks as we need them, but also, if you feel you need a break, just go ahead and let me know; there's no problem with that. We have water here and feel free to have some whenever you want. I'm going

to try hard to make my questions clear and easy to understand, but if you don't understand, just let me know, and I will try to say them in a different way or restate them. If you answer a question, I'm going to assume that you understood it. Does this sound like an acceptable way to proceed?
A Yes.
Q And if you want to change a prior answer, if you realize that you want to restate it or make a correction, don't hesitate to do that; just let me know.
Now, the Court Reporter will take down all the questions I ask, and all of your answers, and anything that we all talk about here, but she can't record nonverbal responses, like a nod of the head or that sort of thing, so I'm going to try hard to say everything that I mean out loud, and I need you to state your answers out loud, as well. Do you understand that?
A Yes.
Q And everything is going to be transcribed, taken down. We're going to assume that we are all on the record, unless we all agree to go off of the record. Do you understand that?
A Yes.
Q You'll get an opportunity to review the transcript and make corrections to it, and then you must sign it. Do



you understand that?
A Yup.
Q And if your changes are substantial, if you make a lot of changes, I also have the right to make some comments about that.
A Okay.
Q Do you understand that process?
A Yes.
Q How are you feeling today?
A Nervous. Scared.
Q Are you taking any medication or drugs, anything that would make it difficult for you to understand my questions?
A No.
Q Have you had any alcohol in the last eight hours that would make it difficult for you to understand my questions or provide answers?
A No.
Q Are you sick at all; under a doctor's care, or anything that would make it difficult for you to understand my questions or provide answers?
A No.
Q Is there anything that would prevent you from testifying accurately and truthfully?
A No.



Q I am going to hand some documents to Jean and she's going to mark them.
(Exhibit No. 1 was marked for identification.)
Q Lavetta, could you take a look at that, please? Do you recognize it?
A Yes.
Q And what is it?
A It's the letter, deposition I got in the mail from my attorney.
Q And when did you first see it?
A A few days ago.
Q Did you review it with your attorney?
A I called him and we talked.
Q And what were the requirements, as you understood them?
MR. HOROWITZ: Object to the form.
A I wasn't required to bring anything, just to come and tell the truth.
Q What have you done to get ready for this deposition?
A I looked over a few papers.
Q What papers were those?
A My statements. It replays over and over in my head, and there's really nothing I can do to get ready for it.
Q Okay. Did you look at any other papers?
A No.
Q Did you meet with your attorney?



A Yes; this morning.
Q Did you meet with anyone else?
A No.
Q Did you have discussions with anyone else to get ready?
A No.
Q Did you prepare any notes to get ready for the deposition?
A No.
Q How much time did you spend getting ready for the deposition?
A Ever since I heard about it back in November. It's not something I can forget once it comes up. It just replays over and over in my head.
Q Can you tell me how many days you spent getting ready for the deposition?
A Ever since I heard about it back in November.
Q Did you bring any documents to comply with the subpoena?
MR. HOROWITZ: Object to form.
A No.
Q Lavetta, we have some Kleenex over here.
A Thanks.
Q I'm going to hand the subpoena also to Jean, and she's going to mark it for us.
(Exhibit No. 2 was marked for identification.)
Q Now, take a look at this, it's marked as Exhibit 2. Can

you flip to the third page -- let's go back to the first page. Have you seen this before?
A **Yeah. This is the paper I got in the mail.**
Q And what is it?
A **The subpoena requiring me to be here for this deposition.**
Q When did you first see it?
A **A few days ago.**
Q And is this your name in this block?
A **Yes.**
Q And what did you understand the subpoena to require you to do?
MR. HOROWITZ: I object to the form.
A **Well, upon talking to my attorney, I wasn't required to bring anything.**
Q Okay. Can you flip to the third page now? Please look at the section that says "documents requested". Did you make any efforts to comply with this subpoena?
MR. HOROWITZ: Object to the form.
A **Like I said, upon talking to my attorney I wasn't required to bring anything.**
Q Let's take a look at number one. What were the documents that you reviewed in connection with this lawsuit?
A **Just my statement.**



Q And what documents have you prepared in connection with this lawsuit?
A **I didn't really prepare anything. When I was asked to do the --**
MR. HOROWITZ: Interrogatories.
A **I was asked to answer interrogatories, but other than that --**
Q And do you have any documents in your possession or custody or control which relate to your allegation that you were sexually assaulted by Sergeant Joseph Kopf that you haven't already provided to the United States?
A **No.**
Q Do you have any documents in your possession, custody or control relating to your allegation that you have suffered and continue to suffer from severe anxiety, depression, shame, humiliation, the inability to lead a normal life and psychological and emotional trauma, and that your injuries are persistent, permanent and debilitating in nature --
MR. HOROWITZ: Objection to form.
Q -- that you haven't already provided to the United States?
MR. HOROWITZ: Object to the form.
A **There are no documents that I can produce. It's just what I go through every day.**



Q And do you have any documents in your possession, custody and control, which detail communications you had with anyone referring or relating to those allegations or communications that you had with Sergeant Kopf, that you haven't already produced to the United States?
A **No.**
Q And you live in Wounded Knee now?
A **Yes.**
Q And how far is that from here?
A **It's about an hour and a half drive.**
Q And did you grow up in Wounded Knee?
A **Uhm-uhm.**
Q How big is Wounded Knee?
A **Not too big. It has about five hundred residents.**
Q Where did you go to school?
A **Growing up? Elementary, I went to Batesland Elementary School, and for high school I went to Red Cloud High School.**
Q And where is Red Cloud High School?
A **In Pine Ridge, South Dakota.**
Q And did you live in Wounded Knee all through high school?
A **Yes.**
Q What are your parents' name?
A **Emerson and Jerilyn Elk.**



Q Where do they live?
A **Wounded Knee.**
Q How far a part do you all live from each other?
A **We live in the same home.**
Q Do you have a big extended family?
A **I have a huge family, yes.**
Q Lots of aunts, uncles and cousins?
A **Yes.**
Q Do any of your relatives live around Wounded Knee?
A **Yeah. We all live around Wounded Knee.**
Q And are you married?
A **Yes.**
Q When did you get married?
A **In January of '03.**
Q And how did you meet your husband?
A **At his holiday barbecue.**
Q Which holiday?
A **Christmas.**
Q And when was that?
A **In December.**
Q Where did you all meet? What state?
A **Abilene, Texas.**
Q Do you have any children?
A **Yes. I have one son.**
Q How old is your son?

A **Seven months old.**
Q And what's his name?
A **George, Junior.**
Q And when is his birthday?
A **May 3, 2006.**
Q Is he pretty active?
A **Yes.**
Q Does he keep you on the go?
A **Yes.**
Q Is he a good sleeper?
A **No.**
Q And how old are you, Lavetta?
A **I'm 22.**
Q When is your birthday?
A **December 8th.**
Q And what are some things you like to do for fun?
A **I really don't do anything anymore, just stay home with family.**
Q Do you hang out with friends sometimes?
A **No.**
Q Do you like to go to the movies?
A **No.**
Q Exercise?
A **Slowly starting to get back into it, yeah.**
Q I just wanted to clarify, when did you get married?



A **I said January of '03, but I mean, '04.**
Q Let's go ahead and talk a little bit about Sergeant Kopf. When was the first time you met Sergeant Kopf?
A **My junior year of high school.**
Q Where did you meet him at?
A **At the school, at Red Cloud High School.**
Q What took place when you met?
A **I requested information about the military on the internet, and he came to the school and he brought documents about the military, about the Army.**
Q Did you request documents about the Army, or all branches of the Armed Forces?
A **Just about the Army.**
Q What did you talk about when you met him?
A **Just told me the benefits of being in the military. He asked if I had any family members in the military, and I told him, yeah, my grandpas and my uncles and my brother served, and I had a lot of cousins that were in the military.**
Q Did you say your brother was in the Army?
A **Yes.**
Q And what is your brother's name?
A **Lloyd Elk.**
Q And is he still in the Army?
A **No.**



Q When was he in the Army?
A **He was in the Army when I got out of high school. I'm not sure of the year.**
Q Did you talk about any personal issues the first time you talked to Sergeant Kopf?
A **No.**
Q During high school, were there other times that you saw Sergeant Kopf in person?
A **Yes, throughout my junior and senior year.**
Q Please tell me about the other times that you saw him?
A **As the time went on he would ask me about my family, how they served; where they went, and he seemed to know -- like he asked names of who my family members were, and he came and he told me where they were when they died. A lot of the stuff he told me about my family I really didn't know.**
Q Did Sergeant Kopf talk about himself during those meetings?
A **Not at first. Towards the middle, the start of my senior year, middle of my senior year he started telling me he was married and he had kids. And he would tell me stuff that he wanted to buy.**
Q When you met, where were you at?
A **When we first met?**
Q In these subsequent meetings.



A **A lot of times they were at the school in the counselor's office.**
Q Did you ever meet outside of the school?
A **Couple times I met him, he wanted me to meet him at the recruiting office here in Rapid City. He would come to my house and we would meet there.**
Q How frequently did you come to the recruiting office here in Rapid City?
A **I only came around approximately two or three times. It wasn't a lot.**
Q Was that your junior year?
A **My junior and senior year.**
Q How often did Sergeant Kopf come to your house during your junior year?
A **My junior year, he came once my junior year.**
Q What took place when he came?
A **He met my family. He met my dad. He told him -- he just met my family.**
Q What did you all talk about then?
A **The Army. He talked to my dad about -- he was asking my dad questions about my other family members that were in the Army.**
Q During your senior year did he come to your house?
A **Yes.**
Q How often?

A **About two times a month.**
Q Were your parents always there when he came?
A **Not always.**
Q What happened when he came over?
A **When my parents were there he would talk to my dad. He mostly spent time talking to my dad. When they weren't there, he would stay outside, and we would talk on the porch.**
Q What would you talk about?
A **He would tell me, oh, I was just driving through and I wanted to stop by and see what you were doing. Or he would ask me to go and talk to a recruit who wanted to join.**
Q Did you tell him personal things?
A **As time went on we started to discuss personal things, yes.**
Q What sort of personal things did you tell him about your life?
A **Like I said, he talked to my dad a lot about my family members who were in the military, so a lot of times he would ask about that, and he would catch me off guard a couple times, you know, asking me, are things okay, or how are things doing. If somebody passed away he would come, and he turned out to be a friend.**
Q When he would ask those sort of questions, would you



tell him how things were going?
A **Not at first. I would just say, they're okay, and leave it at that, even though he would still try to push me to talk about stuff. But as time went on I started opening up more to him.**
Q When do you think you started to open up to him?
A **My senior year.**
Q And then what sort of things would you share with him?
A **If I was upset about an argument I got into at home, I'd talk to him about it, or something like went on at school, I'd talk to him about it.**
Q During high school did you speak with Sergeant Kopf on the phone?
A **Yes.**
Q How often?
A **Not a lot, because he would just show up at school. But around my senior year is when we started talking on the phone more.**
Q How often during your senior year did you talk on the phone?
A **At first it would be around once a month, and after January of '02, he would call like once a week.**
Q When you were on the phone, how long did those calls usually last?
A **They would vary.**



Q What would you say the longest phone call was?
A **The longest was about half an hour to 45 minutes.**
Q And who initiated the phone calls?
A **He would call me or e-mail me and say, I have some information about the military, I need you to get in contact with me. So I would call him.**
Q You would return his call?
A **Yes.**
MR. HOROWITZ: Objection.
Q Would you call him?
A **I would return his call or I would answer his e-mail. A couple of times I would hear, I heard about the fiscal year starting in October, he would tell me that things would start over then, and like the field I wanted to join would be wide open, and so around then I'd call him and ask him when it would be an appropriate time to join, because he said there was certain times that you could join and get everything you want and times you could join and not get anything at all.**
Q Which field were you interested in?
A **Nursing.**
Q Did you give Sergeant Kopf your phone number?
A **Yes. He had it already. When I asked for information, they required a phone number.**
Q Was that a home phone number?



A **Yes.**
Q Did you have a cell phone at that time?
A **No.**
Q Did you have his phone number?
A **Yes.**
Q His home number?
A **Yes. I had his home phone number, his cell phone number and his work number.**
Q How when did he give you those phone numbers?
A **Whenever we started getting a little bit more personal, talking about personal things, and I would be upset about something, he gave me his home phone number in case I wanted to talk about anything.**
Q When were some times that you would call him and you weren't just returning his calls?
A **Like I said, when I heard about something in the military or if I was curious about something in the military.**
Q Did you ever call him just to talk about personal issues?
A **He always offered, but I never did.**
Q Did you talk to any Army recruiters?
A **I requested to talk to a female recruiter. They brought a female that just got out of boot camp, and after that I wouldn't talk to anybody else.**

Q You wouldn't talk to anyone else but Sergeant Kopf?
A **Yes.**
Q What made you interested in joining the Army?
A **Like I said, I had a lot of family members that were in the military, and none of them were female, so I would have been the first.**
Q Did you see Sergeant Kopf in any social settings?
A **Social settings as in--**
Q Did you go to the movies with Sergeant Kopf?
A **He asked a few times, but I refused.**
Q Did you see Sergeant Kopf at a volleyball game?
A **Yes, for Lakota Nation Invitationals, he watched a few of my games.**
Q Did you talk to him at these games?
A **Yeah. Noticing that he was there, he waved me over, so I went over to talk to him.**
Q What did you talk about?
A **He told me that he had other people, a lot of people invited him to go see their matches, but he said he heard they were playing, so he tried to make every game.**
Q Did you enjoy seeing Sergeant Kopf?
MR. HOROWITZ: Object to the form.
A **I really wouldn't call it enjoying, seeing him. It would be just like seeing a person along the way. It's not like -- I didn't look forward to seeing him.**



Q Did you stop speaking with Sergeant Kopf for a time?
A **Yes.**
Q Why was that?
A **He started asking me to the movies and asking me out, so I didn't talk to him for a few weeks.**
Q Did you start talking to him again?
A **Yes. I really wanted to join the military, so, yeah, I started talking to him.**
Q And why did you start talking to him again?
A **Like I said, because I really wanted to join the military.**
Q Did you consider asking to speak to any other Army recruiter?
A **Yes. Like I said, I asked for a female recruiter and they brought me a lady who just got out of boot camp and then he apologized and said he was only interested in getting me in the military, so I just shook it off and stayed with him as a recruiter.**
Q Did you work at a hospital at any time during high school?
A **Yes. I worked at Pine Ridge IHS.**
Q When was that?
A **It wasn't in high school, but it was the summer of '01, my junior year.**
Q Is that the summer after your junior year?



A **Yes.**
Q Was that a paying job?
A **Yes.**
Q Did Sergeant Kopf come to the hospital?
A **Yes.**
Q What happened then?
A **One time he came and he brought me flowers. Another time he came and he said he wanted me to fill out more paperwork.**
Q Did you fill out the paperwork?
A **Yes.**
Q Can you describe your relationship at that time with Sergeant Kopf?
A **At that time he was a friend.**
Q Did you consider it a romantic relationship?
A **No.**
Q When did you finish high school?
A **In May of '02.**
Q What were your plans for after high school?
A **At first it was to join the military, but I got a scholarship to go to a good college, so I just went to college.**
Q What college is that?
A **Rockhurst University.**
Q Where is Rockhurst University?



A **Kansas City, Missouri.**
Q What sort of scholarship did you have?
A **I had a full ride scholarship. At the time when I first started school my major was undecided, but as school went on I majored in biology.**
Q When did you start at Rockhurst?
A **In August of '02.**
Q When you were at Rockhurst, did you speak with Sergeant Kopf on the phone?
A **Not at first, but he would e-mail me, and he would ask -- he would e-mail me and he told me -- I told him about one of my grandfathers passing away, and he said that he was concerned and he wanted to talk to me, so I gave him the phone number to school.**
Q Did you give Sergeant Kopf your e-mail address?
A **He had it. Whenever I asked for information, that's what they ask for is your e-mail address also.**
Q Is this a personal e-mail address?
A **Well, wouldn't have a business one.**
Q It wasn't an e-mail address issued by Rockhurst?
A **No.**
Q Did you have Sergeant Kopf's e-mail address?
A **Yes.**
Q When did you get that?
A **When I first met him.**

Q Did he give it to you?
A **Yes, it was on his card.**
Q Did you ask for his business cards?
A **No. He gave it. It came with the packet that he gave me.**
Q When you were at Rockhurst, did you have a personal computer?
A **No.**
Q Where did you check your e-mail at?
A **In the lobby of the hall I was staying in.**
Q By hall, do you mean dormitory?
A **Yes.**
Q What dormitory was it?
A **I can't remember.**
Q How often did Sergeant Kopf e-mail you?
A **At first, once a week, and as time went on he e-mailed around, sometimes three times a day, sometimes it would be once a day. Usually he would e-mail and tell me to call him.**
Q Did you reply to his e-mails?
A **Yes. Sometimes he would ask me how school was; what classes I had.**
Q Would you tell him how school was?
A **Yeah.**
Q Did you guys e-mail about personal things?



A **A few times he e-mailed me saying his wife cheated on him, and he said he wanted to go through a divorce. So times they were personal, yeah.**
Q Did you initiate any of the e-mails?
A **Once or twice.**
Q Why would you send him an e-mail?
A **Like I said, my grandpa died, and I didn't have anybody, and I was the only one out there from my family.**
Q Was it helpful to talk to him about when your grandfather died?
A **It was -- like I said, I considered him a friend, so it was helpful to talk about a lot of things.**
Q During your time at Rockhurst, did Sergeant Kopf call you on the phone?
A **Yes.**
Q Did you call him?
A **Yes.**
Q And how frequently was that?
A **Like I said, I would read his e-mails and he would tell me to call him; once or twice a week.**
Q Would you call him on your own initiative?
A **No.**
Q You would only call him --
A **It was to return his calls.**
Q What sort of things did you talk about on the phone?



A **He would e-mail me, telling me he found out some new information about the Army, so when I would call, I would think that he would tell me about it, but he would say, you know, I just wanted to see how your day was going, or how was class; or I had to do this today. He would tell me he had to go down, and he'll tell me he had to go to Sioux Falls; tell me about his day.**
Q Would you tell him personal things?
A **Yes.**
Q Did you talk to him about your friends?
A **Yeah.**
Q Did you talk to him about any boyfriends?
A **It was mentioned once and he got angry, so after that I never brought it up.**
Q Did you talk to him about any family issues?
A **Yes.**
Q What sort of family issues?
A **At the time I wasn't getting along great with my dad, because he wanted me to stay closer to home, but I went off to school, so we got into arguments a lot.**
Q How long were these phone calls usually?
A **No more than half an hour.**
Q Where did you receive these calls at?
A **In my dorm room.**
Q Did you give Sergeant Kopf the phone number to your dorm room?



A **Yeah.**
Q Did you have a cell phone at that time?
A **No.**
Q Did anyone ask you about the phone calls you received from Sergeant Kopf?
A **A few people would ask, but it's not like I have a lot of people in my room or anything.**
Q Did you have a roommate at that time?
A **Yes.**
Q One roommate?
A **Yes.**
Q What would you tell people when they asked about the phone calls?
A **They thought it was unusual but, you know, well, I was interested in joining the Army.**
Q Did you enjoy these phone calls?
A **What do you mean by "enjoy"?**
Q Did you like talking to Sergeant Kopf on the phone?
A **Like I said, I considered him a friend.**
Q So you did like it?
A **It's not like I waited for him to call.**
Q Did you ever consider asking Sergeant Kopf to stop calling?
A **There was a time, yes.**

Q Why did you consider asking him to stop calling?
A **Because he called me at three in the morning.**
Q And did you?
A **I didn't get around to it. After that my grandpa died, so I didn't --**
Q Did you consider not returning his calls?
A **A few times I did. I didn't return his calls, and he got angry. He got upset.**
Q Did you start returning his calls then?
A **Yeah.**
Q While you were at Rockhurst, did you exchange any letters with Sergeant Kopf?
A **He sent me a letter in the mail once.**
Q Did you write him back?
A **No.**
Q What was the letter about?
A **Actually twice, because the first time he sent me a letter and he just told me South Dakota misses you, basically. And then the second time he sent me the enlistment papers again.**
Q Did you give Sergeant Kopf your address?
A **Yes.**
Q When did you give him your address?
A **When he asked for it.**
Q When did he ask for it?



A **During one of our phone calls. I can't remember the day.**
Q Did you have his address?
A **I had his address to the recruiting office.**
Q Did you have his home address?
A **No.**
Q During your time at Rockhurst, did you ever see Sergeant Kopf in person?
A **No. He stated a couple times he was going to come down as far as Ft. Riley, but other than that --**
Q But you didn't see him?
A **No.**
Q Did you tell your parents that you were talking to Sergeant Kopf?
A **They knew, yes.**
Q Did they approve of that?
A **They didn't think nothing of it.**
Q When did you return home from Rockhurst?
A **In September.**
Q So, how long were you there at Rockhurst?
A **Two months.**
Q Why did you come home?
A **Initially my grandpa died so I came back for his funeral.**
Q Did you plan to go back to Rockhurst?



A **Yeah. I planned on it, and then, you know, he came out and said, the field's wide open; do you want to join; you can get everything you want, so I quit.**
Q Was it difficult to give up your scholarship?
A **Yeah, I thought about it. I thought about it for a few days, and I discussed it with my family and they weren't happy that I was quitting, but they said if I wanted to pursue a dream I had then they'd stick by me.**
Q At the time you made your decision, had you already been accepted into the Army?
A **At the time I made my decision, he -- prior -- at the time I made my decision he told me I had to redo my paperwork.**
Q So what was your understanding of the steps you needed to complete?
A **I needed to go back to Sioux Falls was my understanding.**
Q And do what at Sioux Falls?
A **Do the entrance processing and stuff.**
Q Did you like being at Rockhurst?
A **Yeah. It was different.**
Q Did you enjoy it?
A **Yeah.**
Q When you returned from Rockhurst, were you living with your parents?
A **Yes.**



Q Do you like living with them?
A **It's security; yes.**
Q After you returned home did you speak with Sergeant Kopf on the phone?
A **Yes.**
Q How often?
A **That whole week straight, whenever we went through my grandpa's funeral, wake and funeral, he called to see if we were okay, and if we needed anything.**
Q How often during that week?
A **About once a day.**
Q After that week?
A **After that week, once every other day.**
Q What did you talk about?
A **Me getting into the military.**
Q Did you talk about any personal issues?
A **He would ask me how I'm doing, if I'm okay.**
Q Would you answer?
A **Yeah.**
Q How long were those calls, usually?
A **They weren't too long; about 15 minutes.**
Q Did you ever call him?
A **Yes.**
Q What number did you call when you called him?
A **I can't remember a number.**

Q Was it his business number?
A **Yeah. I would only call his work phone.**
Q And was his work phone, did it go to the recruiting station?
A **Yes.**
Q Did Sergeant -- did you know if Sergeant Kopf had a cell phone?
A **Yeah, he had a cell phone.**
Q Did you ever call his cell phone?
A **He would call me from his cell phone, but I would never call him.**
Q Did you ever call Sergeant Kopf's home phone number?
A **No.**
Q After you returned home did you exchange e-mails with Sergeant Kopf?
A **Yes. We would talk about me getting into the military.**
Q Do you have a computer at home?
A **At the time, no. Presently, yes.**
Q At that time where would you check your e-mail at?
A **At the college center.**
Q Which college center?
A **I would either go to Manderson or Pine Ridge.**
Q Would you e-mail about any personal issues?
A **No. On the e-mails we just talked about me being in the military.**



Q And after you returned home from Rockhurst, did you see Sergeant Kopf in person?
A **Yes. The day after I got home, he showed up at my house.**
Q Do you remember the day that you got home?
A **No.**
Q What took place when you saw him that first time again?
A **Nothing. He showed up. He said, hi. He said he was glad I was back. Like I said, he was a friend, so I didn't think nothing of it.**
Q After he said that, what sort of things did you say?
A **It was good to be home, because me and my family are close.**
Q After you returned home did you visit a hotel with Sergeant Kopf?
A **Yes.**
Q When was this?
A **I don't remember the exact date. I got back in September, so it was around September or October.**
Q Where was this hotel?
A **In Martin, South Dakota.**
Q How far away from Wounded Knee is Martin?
A **It's about a half hour, 45 minute drive.**
Q Were you staying at the hotel?
A **No.**



Q Was Sergeant Kopf?
A **Yes.**
Q What took place at the hotel?
A **He said that my paperwork was misplaced again, and since he had his computer, he wanted to enter my information straight into his computer.**
Q How did it come about that you went along to the hotel with him?
A **He wanted me to go with him to talk to a recruit who was, she was interested in joining but she wasn't sure, because she didn't know of any other females that were joining the military at the time.**
Q Did you talk to that recruit?
A **No. He went in and he said he was going to bring her out but he didn't. He just went in and talked to her and then he came back out and we left.**
Q Bring her out from where?
A **Her house.**
Q And tell me what happened after that?
A **After --**
Q After you left the recruit's house?
A **He talked to -- he drove to another house and he talked to a male, and from there we drove to Martin, and then that's where we ended -- he got something to eat and then we ended up at the hotel.**



Q What was the name of the hotel?
A **I don't remember.**
Q Did you ask to go along on this trip?
A **He asked me.**
Q And you agreed to it?
A **Yeah.**
Q What took place at the hotel?
A **Like I said, he said that my paperwork was lost, so he needed to take my measurements again, and since he had his computer he could take my measurements and enter it into the computer and we wouldn't have to worry about any paper work.**
Q Did you go in his room to do that?
A **Yes.**
Q Did anything else happen?
A **He took my measurements, and we were leaving he kissed me. I got mad and I shoved him, and he walked by me and he was going to take me home.**
Q Did he stop after you had shoved him?
A **Yeah. He got mad and he just walked right by me and said he was going to take me home.**
Q He kissed you one time?
A **Uhm-uhm.**
Q Did he do anything else to you?
A **No. He got in his car and he drove a few miles and he**

**stopped, and I got mad, because he said he was going to take me home, but he didn't. And he asked me if I liked him and I told him, no. He got frustrated and we drove to Batesland and he pulled over again. So I got mad and I told him that I had friends in Batesland and if he wouldn't take me home, I'd just get a ride with one of them. And he apologized, and he said he was sorry, that he was going through problems with his wife. So I told him that whatever it was, it didn't concern me and I didn't want to get involved in anything, so he drove me home.**

Q How far were you driving? How long were you driving for?

A **How long was I driving?**

Q That's a bad question. How long were you all in the car for?

A **I guess the ride from Martin is a half hour, 45 minutes, so around that.**

Q How long were you stopped outside of Batesland?

A **Not too long. Just a few minutes.**

Q After he kissed you, did you feel comfortable continuing to --

A **I was mad. I just wanted to go home.**

Q Did you feel comfortable getting back in the car with Sergeant Kopf?



A **I hesitated. I wasn't too comfortable with it. I was more angry than anything.**

Q Did you tell anybody about this experience?

A **No. I didn't tell anybody.**

Q Did you travel anywhere else with Sergeant Kopf?

A **After that, no.**

Q Did you go to the MEPS station with Sergeant Kopf?

A **Yes.**

Q When was that?

A **I don't remember the date. Maybe November. I'm not sure.**

Q Where was the MEPS located?

A **Sioux Falls.**

Q How long does it take to get to Sioux Falls?

A **About six hours.**

Q Was that an overnight trip?

A **It was a day trip.**

Q Did you stay there overnight?

A **Yes.**

Q Where did you stay at?

A **I don't remember.**

Q Did you stay at a hotel?

A **Yeah.**

Q Did Sergeant Kopf stay at that hotel?

A **No. He stayed at a different hotel.**



Q What took place at the MEPS?

A **I went in and I got weighed; I got measured. I talked to a different, another man, and he told me to pick what field I wanted to be in, so I told him nursing. I waited for awhile after they finished up with everybody. Kopf came in and said congratulations, and gave me a bag, like a shoulder bag, and he gave me a T-shirt, and he gave me a paper that says "Welcome to the Army".**

Q The other man you talked to, was that an Army member?

A **Uhm-uhm.**

Q Do you remember his name?

A **No.**

Q What was your weight at that time?

A **170, I believe.**

Q Did Sergeant Kopf take your weight at the MEPS station?

A **No, some woman did.**

Q Was it your understanding that you were qualified to enlist in the Army at the MEPS station?

A **Yes.**

Q Did you meet the weight requirement?

A **I have no idea. Like I said, I waited awhile and they finished up with everybody and Kopf came in. I was sitting in the room where the vending machines are, and he came in and he gave me that bag, a T-shirt and a paper that says "Welcome to the Army".**



Q Did you keep that paper?

A **No. After everything happened, I didn't -- he gave me a lot of stuff, key chains that said Army on it, and I just threw all those away.**

Q Was the paper addressed to you?

A **It says "To new recruit," and it says like in italic words, "Welcome to the Army".**

Q Did you sign any enlistment papers at the MEPS station?

A **I signed some yellow papers. He just came in and said you need to sign these. I signed another paper for permission to get a shot. That was it.**

Q Did you keep copies of these papers?

A **He said he was going to give me a copy. He had to make a copy of it to put in my folder that he had in his office.**

Q What was your understanding of the next steps you needed to join the Army?

A **He told me I was in a program where I had to wait for awhile for a field to open up; delayed entry I think it was, delayed entry program.**

Q Did you have an enlistment date?

A **I was told to go back in April. He said I was supposed to go back in April.**

Q Go back where?

A **To Sioux Falls.**

Q To the MEPS station?
A **Yes.**
Q Did they say what would happen in April?
A **No. He just said from that time until then I would have to just keep getting my height and weight done and a re-evaluation.**
Q Did they ask you to lose any weight?
A **They asked me to keep running, to keep working out, to start a workout program.**
Q Was the workout program designed to help you lose weight?
MR. HOROWITZ: Object to the form.
A **I have no idea.**
Q Did you tell your parents you were going to enlist on a certain date?
A **I told my parents that -- I showed them the bag and the shirt and everything I got, and they asked me for a date, and I told them they didn't give me a date yet, that I had to wait until April.**
Q Did anyone go along with you and Sergeant Kopf on this trip to the MEPS station?
A **Yes.**
Q Who?
A **Another female.**
Q What was her name?



A **Tonya.**
Q Had you met Tonya before?
A **Yeah. She went to school with my little brother.**
Q Did you know her last name?
A **I don't remember.**
Q Did Tonya stay at the same hotel you did?
A **Yes.**
Q Before you went to the MEPS station, did Sergeant Kopf require you to do any exercising?
A **While I was at school I started running, and whenever I came back I was still running so he asked if I did any exercises, and I told him I was running, and he told me to start doing push-ups and sit-ups.**
Q That day in Sioux Falls did you do any exercises?
A **No.**
Q Would you still describe your relationship with Sergeant Kopf as one of friendship at this time?
A **At this time? No.**
Q How would you describe it?
A **No relationship at all.**
Q You no longer considered him a friend?
A **After what happened, no.**
Q Did you ever hear anyone call you Sergeant Kopf's girlfriend?
A **I didn't hear -- well, I heard it -- at the time my**



**uncle was reenlisting for the Reserves, and he needed to talk to somebody, so I gave him Kopf's name, so he went to go see Kopf at the reserve station in the Mall. And whenever he walked in he said he overheard somebody telling Kopf that his girlfriend from Kansas City called, and he mentioned my name. So my uncle confronted him about it, and told him he didn't appreciate it. And my uncle is the one that called me and told him. So I called him and asked him about it. At first he denied it, and then after later on he said, they were just joking about it.**
Q Did he say why they would make that joke?
A **No.**
Q After that conversation you had with Sergeant Kopf, did you ever hear anyone call you his girlfriend?
A **No.**
Q What's your uncle's name?
A **Richard Black Elk.**
MS. CULLEY: I think we will take a 10-minute break.
(A break was taken from 10:15 to 10:25.)
MS. CULLEY: Back on the record.
Q Lavetta, did Sergeant Kopf recruit any other members of your family?
A **Yes, my little brother.**



Q What's your little brothers?
A **Emerald.**
Q Did Emerald join the Army?
A **No. E-M-E-R-A-L-D.**
Q And when you returned home from Rockhurst, were your parents aware of your relationship with Sergeant Kopf?
MR. HOROWITZ: Object to form.
A **Like I said, we were friends.**
Q Did your parents ever talk to you about that relationship?
A **No. We were just friends.**
Q Do you know Nicole Kocier Johnson?
A **I know of her.**
Q How do you know of her?
A **I know she used to go to school with my older brother, and then after that, I never heard from her until my story went to the newspaper.**
Q What's your older brother's name?
A **Jeremy Elk.**
Q Have you ever spoken with Nicole Kocier Johnson?
A **No.**
Q How did you learn of any Nicole Kocier Johnson?
A **At the time a group called Changleska was helping me. And when my story went to the newspaper, she contacted a woman named Leah Tassel and told her about what**

**happened.**
Q What is Changleska; what is that?
A **It's a group that helps women in domestic violence and single mothers.**
Q When did you start working with them?
A **Like a week after the incident in January of '03.**
Q Did you ever speak with Nicole Kocier Johnson?
A **No.**
Q Did you ever meet her?
A **No.**
Q Did you talk with anyone at Changleska about Nicole Kocier Johnson?
A **Just what I just told you. She told Leah Tassel, and Leah told me, there's another woman that -- she had an incident with Sergeant Kopf.**
Q And what is Leah Tassel's job?
A **She's an advocate for Changleska.**
Q As an advocate, what did she help you with?
A **She helped me -- through them I had my first attorney B.J. Jones, and that's what she helped me with. She went with me to a few of the meetings I had. She went with me to counseling sometimes.**
Q Okay. Let's turn to January 6, 2003. On January 6, 2003, how was your health?
A **Good.**



Q Did you have any illness or sickness?
A **No.**
MS. CULLEY: I'm going to hand some documents to Jean.
(Exhibit No. 3 was marked for identification.)
MR. HOROWITZ: What are these?
MS. CULLEY: These are Plaintiff's Answers to Defendant's Second Set of Interrogatories and first set of request for production.
Q Lavetta, please take a look at them. Can you identify these, please?
A **These are my medical records.**
Q Did you submit these to the United States?
A **I signed a release for them.**
Q A release form for what?
A **To release my medical records.**
Q Are these the documents that you submitted through your attorney to the United States?
A **Yes.**
Q Do you remember going to the doctor's office on January 6, 2003?
A **Vaguely, yes.**
Q Were you sick on that date?
A **Yes.**
MR. HOROWITZ: January 6th. There might be more



than one.
Q It's labeled Elk 00037. What were your symptoms on January 6, 2003?
A **Diarrhea, fever, muscle cramps.**
Q Where were you treated at?
A **Pine Ridge IHS.**
Q Do you remember who examined you?
A **I don't remember the doctor. I can't tell who signed either.**
Q Does Pine Ridge Indian Health -- repeat what the name of the hospital?
A **Pine Ridge Indian Hospital.**
Q Does it have different departments?
A **It's one big hospital, and it has a woman's clinic where I usually go.**
Q Did you go to the women's clinic on January 6, 2003?
A **I can't remember it. I can't tell if this was -- maybe an ER visit. I can't tell. I can't remember.**
Q Did you take a pregnancy test at the clinic?
A **I don't remember.**
Q Do you remember why you went to the hospital?
A **I wasn't feeling too good. I remember I couldn't eat. I was throwing up, and I couldn't even hold water down.**
Q How long had you been sick when you went to the hospital?



A **About a few days.**
Q Did you go by yourself?
A **Yeah, but my sisters met me there.**
Q Were you examined by yourself?
A **Yes.**
Q Did your sisters sit in the waiting room?
A **Yes.**
Q What's the names of your sisters?
A **Emmaline Elk and Daverine Elk.**
Q Do you remember if the doctor gave you any sort of diagnosis?
A **I don't remember.**
Q Did you get any medicine on January 6, 2003?
A **Well, it says I got Tylenol and two others.**
Q Were you sexually active at this time?
A **No.**
Q And you don't remember taking a pregnancy test?
A **Well, it says I did.**
MR. HOROWITZ: No, it doesn't say that.
MR. WEBB: It's inappropriate.
MR. HOROWITZ: No, it doesn't say that.
MR WEBB: Counsel, the witness can answer the question. You can make objections. You should not be instructing the witness on the answers she should be providing.