MR. HOROWITZ: No, I didn't. I think she misunderstood the question. The question was --

MR. WEBB: You can make an objection then to the question. You should not be directing the witness as to what answers she should be providing.

MR. HOROWITZ: I didn't. The question was, does she recall taking a pregnancy test and she's reading something that is ordered.

THE WITNESS: Like I said, I don't remember taking --

MR. HOROWITZ: She's already answered that question.

MR. WEBB: Right. And you are free to object to the question at this point.

MR. HOROWITZ: I didn't inquire of anything. Document speaks for itself.

Q Were you concerned that your symptoms were the result of vaccinations?

A **I didn't think nothing of it. My mom is the one that brought it up, and she said, well, you should -- she asked me what happened, so I told her and she said, well, go in and see what they say. So I went into the hospital and got checked out.**

Q What did happen?

A **What do you mean?**



Q You just said you told your mom what happened?

A **Well, she asked me -- because I told her I got a shot at the MEPS in Sioux Falls.**

Q How many shots did you get?

A **I got one.**

Q Did they tell you what sort of shot it was?

A **He said it was a smallpox shot, and he said everybody was getting the shot for smallpox.**

Q Did you tell the doctor that you had gotten a smallpox shot?

A **I think I mentioned it. I might have mentioned it, I'm not sure.**

Q On January 6, 2003, did you take any form of medication, either over the counter or prescription?

A **I know I took Tylenol.**

Q How much Tylenol?

A **I can't remember.**

Q At that point on January 6th, did you have any future career plans besides joining the Army?

A **No.**

Q I didn't hear you.

A **No.**

Q Did you have any plans to go to college?

A **No.**

Q Did you have any plans to go to Chicago?



A **No. At the time I didn't know anybody in Chicago.**

Q Do you know someone now?

A **I know -- well, my husband worked there, near there, so we have friends that are over there.**

Q And on January 6th did you and your mom have any conversations about your plan to join the Army?

A **Yes. After I got back from the hospital.**

Q What did you talk about?

A **She told me, she called the recruiting station to ask what shot I got, and she told me she was told that I wasn't going to the military. So whenever she told me, I called Kopf and I was trying to talk to him about it, but he mainly put me on hold.**

Q On January 6th you called Kopf?

A **Yeah.**

Q And what did you talk about?

A **Like I said, I asked him why he told my mom that I wasn't going to the military. And he said, well, let me check your file and he put me on hold. And I was on hold like 10 minutes.**

Q Where did you call him at?

A **At the recruiting station.**

Q Did he ever take you off hold?

A **Yeah he took me off hold and then he said, I'm still looking for your file and wait a minute and he put me on**



**hold again. And whenever he got back on he says, I've got your file right here and I'll make corrections. And I told him, I was like, well if I'm going into the military, why are you lying to my mom, and he said, no, she misunderstood me, mainly stuttering. He didn't talk too much.**

Q How long did you talk to Sergeant Kopf for?

A **I didn't talk to him for long. He mainly put me on hold and I waited a few minutes. I was on hold most of the time.**

Q What time was it when you called Sergeant Kopf?

A **I don't remember. Towards that afternoon, late afternoon.**

Q After you talked to Sergeant Kopf, did you tell your mom about that conversation?

A **Yes. She said, well, what are you supposed to do next. And I just said, like he said, I was supposed to wait until April.**

Q Did Sergeant Kopf ask you if you were pregnant?

A **No.**

Q Did Sergeant Kopf make any additional calls to your house?

A **No.**

MR. HOROWITZ: Let me object. When? Ever?

Q I'll clarify, counsel. On January 6th, after you spoke

with Sergeant Kopf, did Sergeant Kopf on that day make any additional calls to your house?
A **No.**
Q On January 6th, did you have a boyfriend?
A **On January 6th? No.**
Q Were you dating anyone?
A **No.**
Q On January 6, 2003, were you at any place or any establishment where alcoholic beverages were sold or served?
A **No. They don't allow alcohol on the Reservation.**
Q Were you at anyone's house where alcohol was present?
A **No.**
Q Did you have anything of an alcoholic nature to drink?
A **No. At the time I didn't drink.**
Q On January 6, 2003 did you take any drugs or narcotics?
A **No. I didn't do drugs either.**
Q Let's turn to the next day, January 7, 2003. On that day how was your health?
A **It was good. I was feeling a little bit better. I slept through most of the night.**
Q Did you have any remaining sickness?
A **Yeah. I was still feeling a little queazy, but not like I was before.**
Q On January 7th, did you take any medication, either over



the counter or prescription?
A **I can't remember. Probably Tylenol. I don't remember.**
Q What happened on the morning of January 7, 2003?
A **I got up and went to go see my aunt, and when I was walking back from her house we noticed that Kopf's car was in the driveway, and he was talking to my dad.**
Q Where does your aunt live?
A **She lives a few houses away from me.**
Q What's her name?
A **Noritta High Hawk.**
Q When did she first see Sergeant Kopf?
A **When we were walking to my house.**
Q You said you saw his car. What color was it?
A **It was green. It was like a Suburban kind of car.**
Q Was it a government vehicle?
A **Yes.**
Q What's the first thing that Sergeant Kopf said to you?
A **He said that I had to go to Sioux Falls to resubmit a height and weight evaluation, because my paperwork was all messed up again.**
Q Were you surprised to hear that?
A **Well, at the time it gave an answer to my mom of why he told her that I wasn't in the military. He said the paperwork got messed up and I had to go back again.**
Q Did you think it was strange that he showed up at your



house?
A **Unannounced? Yeah, because he's never done that.**
Q He didn't call before he came?
A **No.**
Q What did you do after Sergeant Kopf arrived?
A **He told me I needed to go to Sioux Falls to get things cleared up. So I went inside, and I told my mom, I said, he said I have to go back to Sioux Falls, so she told my dad to talk to him. She said, you're not going anywhere until we get some answers. So my dad went outside and he talked to him, and he told him that I had to be resubmitted, that my paperwork had to be resubmitted, and that I would be back the next day.**
Q Were you standing outside?
A **I was inside with my mom.**
Q Do you have any plans for January 7th?
A **No.**
Q Anything you had to rearrange to go to Sioux Falls?
A **He just -- anything I had to do? No. All I did was grab a pair of clothes.**
Q So what was your understanding of what needed to be done in Sioux Falls?
A **He just said I needed to resubmit a height and weight evaluation.**
Q Did you tell Sergeant Kopf that you had already



qualified at the MEPS station?
A **No, I didn't. Nothing like that came into my mind. He explained that my paperwork got messed up and that he needed, it needed to be resubmitted.**
Q Did you show him any of the paperwork you had from the last visit to the MEPS station?
A **No. He just told my dad that I needed to go back, so we didn't really question it.**
Q What direction is Sioux Falls from your house?
A **East.**
Q What roads do you take to get there?
A **I don't know the exact roads, but we usually get towards I-90 and take it all the way to Sioux Falls.**
Q How long were you planning to stay in Sioux Falls?
A **He said I would be back the next day.**
Q What did you bring with you?
A **Just a pair of clothes.**
Q How did you feel about traveling with Sergeant Kopf to Sioux Falls?
A **I joked with him. I said, I'm not feeling good, so I might throw up in your car.**
Q Were you worried that he would act like he did at the hotel?
A **No.**
Q Do you have any family in Rapid City?

A I have my Uncle Richard, but I don't know where he lives.
Q Do you know your uncle's last name?
A Black Elk.
Q Do you remember what time it was approximately when you got into the Suburban with Sergeant Kopf?
A Around 9:20.
Q And what direction were you going when you got started driving?
A I don't know directions. I just know he said he needed to go see somebody in Manderson, and that's kind of north, I guess.
Q What road do you get on to go to Manderson?
A I don't know the roads. I know they're numbered. I don't know which -- we don't have street signs or nothing.
Q Is Manderson in the same direction as Sioux Falls?
A Like I said, I really don't know directions. He just said he needed to talk to somebody down that way.
Q What did you and Sergeant Kopf talk about in the car?
A Nothing. He just asked me -- he told me, good morning, and asked me how I was doing; how I was feeling. He told me that my mom and dad were really concerned so he wanted to clear up any trouble he might have caused.
Q Did you talk about any family issues with him?



A No.
Q Did you talk about anything that was causing you stress?
A No.
Q Did you mention any medication that you were taking, to Sergeant Kopf?
A He asked me if I got prescribed anything, and I told him all I was taking was the Tylenol.
Q Did Sergeant Kopf mention the trip to Sioux Falls during your phone conversation on January 6th?
A No.
Q So the first you heard of it was the morning of January 7th?
A Yes.
Q What happened next after you were driving in the car?
A We drove towards Manderson and he pulled onto this dirt road called White Horse Creek. And it's a dirt road where there's people that lived like a mile down. And I didn't think nothing of it, because I had a friend that lived down that way.
Q Had you been on that road before?
A Yeah. Like I said, I have a friend that lived down that way.
Q And what happened next?
A He drove past all the houses, and I was telling him, I didn't think anybody lived that far out. And he's like,



no, they live this far out; I've been down road before. And I was pretty much quiet. I didn't know what to think. He would ask me questions, like he asked me, if somebody hid a body out here, how long do you think it would take them to find it, or do you think they would find it. I didn't know what to think.
Q What happened next?
A There is another dirt road connecting with the dirt road we were already on, and he turned on it, and I was telling him, I don't think anybody lives out here, but he kept driving and he drove about a couple hundred yards off the main dirt road, and he parked behind this big hill.
Q How long had you been driving at that point?
A Couple miles from the main road from Manderson.
Q And from the time you left your house until you arrived behind that hill, do you remember how long it was?
A No. I know it takes 10 minutes to get to Manderson from Wounded Knee.
Q Did you ask why you stopped?
A I asked what he was doing, and he said he wanted to get a chance to talk to me.
Q And did you talk at that point?
A Yeah. He asked me if I was still arguing with my dad. He said he noticed I was sad lately. He said he wanted



to know what he could do to help make it better.
Q Did you say anything to Sergeant Kopf?
A I just told him, I don't know what I can do to make it better. He tried to grab my hand, and he said he wanted to take care of me.
Q What did you do when he grabbed your hand?
A I pulled away. I got mad. I asked him what he was doing.
Q What did he say?
A He asked me if I liked him. He was telling me that he felt I was the only one that understood him and said that I made him happy, so he wanted to make me happy. And he leaned over and tried to put his arm around me and he said he wanted to take care of me.
Q What happened next?
A He was leaning on me, and he was trying to kiss me, so I was pushing him away and telling him to stop, and he was saying; come on, I thought you liked me.
Q Did he stop?
A No, he started pulling at my sweater, and he was rubbing his hand up between my legs, and he was pulling at my pants.
Q Can you tell me what parts of your body that Sergeant Kopf touched?
A He was pulling at my legs and he was touching me between

**my legs, and his hand went up my shirt and he was grabbing my breasts, and he was licking me, and he was tugging on my ear, and his hand went under my shirt. I was pushing him away, but he grabbed my hand and he put it behind my head, and he leaned on me, and I pulled for the door handle, but the door was locked. I was pushing him away and telling him to stop, but he just said that I was feisty, and he liked it.**

Q Did your clothes stay on during this?

A **He unbuttoned my pants, and he was pulling at it.**

Q Were any of your clothes torn?

A **No.**

Q Lavetta, help yourself to the Kleenex, if you want. Did you have any marks on your body?

A **No.**

Q Any bruises?

A **No.**

Q Any scratches?

A **No.**

Q Did you touch Sergeant Kopf?

A **I was pushing him away.**

Q Did Sergeant Kopf stop touching you?

A **Yeah. When I started crying. He sat back in his seat and he said he thought it was what I wanted he.**

Q Where was Sergeant Kopf sitting at?



A **He was sitting right next to me.**

Q Was he in the driver's seat?

A **Yes.**

Q Did he ever move out of the driver's seat?

A **Yeah. He climbed on his knees and he was leaning over me.**

Q Was there a divider between the seats in the Suburban?

A **I'm not sure. I think there might have been one, but I think it was pushed up, because he was leaning right on me.**

Q How long did this encounter in the Suburban last?

A **I don't know. It seemed like forever.**

Q What clothing were you wearing that day?

A **I was wearing a pair of pants and a sweater, and I had a shirt under my sweater.**

Q Do your pants have a zipper?

A **Yes.**

Q Did your sweater have any buttons?

A **No. It was a pullover.**

Q What happened next?

A **He sat back in his seat, and he said he thought it was what I wanted.**

Q And what happened after that?

A **I was crying, and I told him what he was doing was wrong. He asked me how it was wrong, so I told him that**



**it was wrong because he was my recruiter, because he was married, and he had kids. And he said, oh, that don't matter, I'm going through a divorce anyway.**

Q Did you talk about anything else?

A **He told me he could get me anything I wanted in the military. He said his job was to get people what they wanted, and he said it didn't matter if he altered paperwork or lied.**

Q What happened next?

A **I told him I didn't care, I just wanted to go home.**

Q Did Sergeant Kopf ever threaten to harm you?

A **Not outright.**

Q Can you explain your answer?

A **Like I said, he mentioned if somebody were to hide a body out there, and I didn't know what to think, because we were way in the middle of nowhere.**

Q By this encounter did you suffer any physical harm?

MR. HOROWITZ: I object as to form.

A **What do you mean by physical?**

Q Were any parts of your body hurt by Sergeant Kopf?

A **My whole body hurt.**

Q Can you tell me what that means?

A **I mean -- nobody imagines to be touched like that.**

Q Did Sergeant Kopf's touching leave any marks on your body at all?



A **No, not physical.**

Q No bruises, red marks or scratches?

A **(Nodding negatively).**

Q On a scale of one to ten, could you tell me how afraid you were with ten being the most afraid?

MR. HOROWITZ: Object as to form.

A **I was in shock. I didn't know what to think. I didn't know if he was going to leave me out there. I couldn't move.**

Q Could you put it on the one-to-ten scale?

MR. HOROWITZ: Object to form.

A **I can't really put it on a scale.**

Q I am going to hand some documents to Jean.

(Exhibit No. 4 was marked for identification.)

Q These are your Answers to your First Set of Interrogatories. Lavetta, please take a look at this. Can you tell me what it is?

A **It's my answers to the questions that my attorney gave me.**

Q Can you look at page four? Please read your response to yourself, and then tell me if there are any other facts about what happened while you were in the Suburban with Sergeant Kopf that either aren't in the response or that we haven't talked about today.

MR. HOROWITZ: I object. You mean up to the time

of the assault? You don't mean post-assault in the Suburban? I mean, the question is what happened in the Suburban, was your question. I want to get clarification.

Q Up to the point of what you have described so far. Is there anything you want to add or change to your response?

A **No.**

Q Is there anything else, besides what's included in your response, and what you have said today, any other facts you want to tell us about what happened in the Suburban with Sergeant Kopf, up to this point?

A **No.**

MS. CULLEY: I'd like to go off record right now.

(A break was taken from 11:15 to 11:20.)

Q We will return to talking about January 7, 2003. When Sergeant Kopf started driving again, what's the first stop that you made?

A **Common Cents store, in Sharp's.**

Q Where's that at?

A **It's -- I don't know roads.**

Q Is it a convenience store?

A **Yeah. It's a convenience store, and has a little community behind it.**

Q A little town?



A **A little community.**

Q Why did you stop?

A **I told him I needed to go to the bathroom.**

Q What did you do after you arrived at the store?

A **I went inside, and I was looking for one of my friends that worked there, and they weren't working, and I felt really, really sick, so I went to the bathroom and I threw up. I was in there for a few minutes, and I was crying and I washed my face. I came out and Sergeant Kopf was standing by the door. He asked me what took so long and I told him I wasn't feeling good, and he said we were going to go to Kyle.**

Q Which door was Sergeant Kopf standing by?

A **The Common Cents store.**

Q The front door?

A **Yes.**

Q Did you know anyone at the store?

A **No. Like I said, one of my friends used to work there, but he wasn't working that day.**

Q Did you talk to anyone at the store?

A **I didn't know what to do. I was going to go outside and try and walk some place, but he was waiting at the door.**

Q I think you might have answered my question, but did you know anyone at the store?

A **No. My friend worked there, but at the time there was**



**nobody there that I knew.**

Q How long did you stay at the store?

A **Just a few minutes.**

Q Were you nervous about getting back in the car with Sergeant Kopf?

A **Yes. I was scared, but everything down on the Reservation is out in the middle of nowhere, and I didn't have any place else to go. He told me that he was going to see my brother in Kyle at the high school, so I got in with him.**

Q Which brother is that?

A **Emerald.**

Q How many brothers and sisters do you have?

A **I have four brothers and two sisters.**

Q What are their names?

A **Daverine, Lloyd, Emmaline, Jeremy, Emerald and Jeffrey.**

Q And the order of siblings where do you fit in at?

A **There's Daverine, Lloyd, Emmaline, Jeremy, me and then Emerald and Jeffrey.**

Q Did you ask Sergeant Kopf to leave you at the convenience store?

A **No, because I didn't have any place to go. I didn't know what to do.**

Q After you got back in the Suburban, what's the next stop you made?



A **My cousin Jackie's house.**

Q How long had you been driving before you stopped at Jackie's house?

A **About ten minutes.**

Q Where does Jackie live?

A **She lives south of Kyle, and I don't know roads.**

Q Does she live in the town of Kyle?

A **No. The College Center is, she lives by the College Center, and it's about ten miles south of Kyle.**

Q Did you have any conversations with Sergeant Kopf while you were driving?

A **I didn't say anything. He was the one that was talking.**

Q What did he say?

A **He was telling me that we had something, and he felt that he knew me his whole life, and he felt that we were connected spiritually.**

Q Did you say anything in response to his conversation?

A **I didn't say anything. I just sat there.**

Q Did you ask Sergeant Kopf to take you to Jackie's house?

A **Yeah. I remembered where she lived. I don't go over there much, but I asked him to drop me off, and I pointed at her house. He got mad and he says; "Who lives here, your boyfriend?" And I said, no, and I told him that my cousin Jackie lived there. And I asked him how long he was going to be at the school in Kyle, and**

**he said he was going to be there for about an hour. So I told him I didn't want to wait there an hour and asked him to drop me off. He said, you're not going to take off on me, are you, and I told him, no. So he pulled in, and Jackie's boyfriend, Shane, opened the door.**

Q Did Sergeant Kopf get out of the Suburban with you?

A **No. Shane opened the door and he came out on the steps, so I asked him if Jackie was there, so he said to come in. So Kopf asked me if I was going to be okay there and I said, yeah, and he said he would be back around 1:30.**

Q Sergeant Kopf was still in the Suburban when he said that?

A **He didn't get out.**

Q And you were standing on the porch?

A **I was walking towards the house.**

Q Did you ask Sergeant Kopf when you would be able to go to the MEPS station in Sioux Falls?

A **He told me he was going to take me after he visited people in Kyle.**

Q After you got to Jackie's house, did you ask him that question?

A **No. I just seen Shane and I went inside.**

Q What did you do once you got inside?

A **Jackie was in the back room, so I told her what**



**happened, so she called Shane and Shane called up here to the recruiting station.**

Q Was anyone else at the house?

A **Just Jackie, Shane and her little boy.**

Q What did you do next?

A **I told her what happened, and I was sitting there crying and she told Shane and so Shane asked me, so I told him so he called up here.**

Q Did you call anyone?

A **I didn't know how to tell my dad, so I just called my Aunt Noritta and I told her. And my other Aunt Carol Weston was there, and they both called my dad and told him what happened. So my dad called me, and I didn't know how to tell him. I just kept crying.**

Q What did you and your dad talk about?

A **He told me to call the cops, so I told him that Kopf's boss told me not to call the cops, and just to write a statement and fax it to him.**

Q When did Kopf's boss tell you that?

A **When Shane called up here to the recruiting station. He called and they wanted to talk to me, and I told them what happened, and he said, I'm on the other line trying to get ahold of him, but the cell phones don't work on the Reservation. So he said, you don't need to call the cops, because he's federally protected and there's**



**nothing that the tribal cops can do to him. So what I want you to do is write down a statement of what happened and be sure to write down everything, because your career in the military depends on it.**

Q Do you remember who you talked to?

A **Sergeant Cost. He said just fax it to me as soon as possible and I'll get ahold of Kopf and tell him to get back up here, because he's AWOL. And I told him that he was supposed to take me to Sioux Falls, and he said, I have your file right here that there's no reason for you to go back to Sioux Falls. He said Kopf wasn't even supposed to be on the Reservation today. He didn't show up for work. He said, right now he's considered AWOL and I know where he's at right now, so just fax that statement up to me and we will deal with him when he gets back up here.**

Q And did you fax that statement?

A **No.**

Q What happened after you talked to your father on the phone?

A **He called the cops and a police officer arrived, and he wanted to take me to the police department in Kyle to take my statement, but I told her I didn't want to go to Kyle, because he was over there. And my dad called the school and told my brother what happened. My brother**



**was looking for him, but he didn't see him, and he said he wasn't over there. And my brother said he was going to meet me at the police station, so I got in the car with her and we drove to the station.**

Q Were you still at Jackie's house at that point?

A **Yes.**

Q What happened when you got to the police station?

A **I got put in a room and I wrote my statement down, and both my aunts, Carol and Noritta and my sister Daverine showed up. My brother Emerald was there, but I didn't know what to say to him. I didn't want to see him. I felt ashamed. The officer I talked to told me that a CI was coming to take my statement, he wanted to hear it from me. And she said that a medic was going to be called to take me to the hospital.**

Q Did you go to the hospital?

A **No. They said that there was no penetration, so there was no need for a medic.**

Q Is this police department, tribal police?

A **Yes.**

Q What did the police do?

A **They just took my statement, and the CI showed up and he took my statement, and he asked me what happened, and I told him. He said there was no need for a medic because I wasn't raped, so they called the medic off, and he**

**said I was free to go home, so I left. I called home first to tell my dad that we were leaving, and my mom was on the phone and she said that Sergeant Kopf was at my house, and my dad was outside talking to him.**

Q So did you go home?

A **I told the CI, because they were looking for him, I told the CI that called Kopf was at my house, so he said he was going to get a police officer over there right away.**

Q Do you know the CI's name?

A **Robert Bennett.**

Q Had you met him before?

A **No.**

Q Do you know the results of any police investigation into this incident?

A **Everybody declined. It was involving a military employee on tribal lands, so they didn't want -- they just referred it to the Army.**

Q How did you learn this?

A **My first attorney, B.J. Jones.**

Q Did you speak with any members of the Army about this incident, aside from your phone call with Sergeant Cost?

A **No.**

Q Did anyone from the Army interview you?

A **Yeah. A few weeks later -- I don't remember his name, Vernelius, or something, he came and interviewed me.**



Q After all this, were you still interested in joining the Army?

A **No.**

Q Are you interested in joining any other branches of the armed forces?

A **No.**

Q Did you think about going back to Rockhurst?

A **I just wanted to stay home.**

Q Do you think about going to school anywhere else?

A **I didn't want to go anywhere else. I was too scared to leave home, because I didn't want to see Sergeant Kopf anywhere.**

Q After Sergeant Kopf dropped you off at Jackie Randall's, house did you have any further contact with him?

A **He called my house and he said he wanted to apologize, and he didn't think that it would go that far.**

Q Did you speak to him?

A **Yeah. Well, he called and I answered and he apologized and he kept saying he was sorry.**

Q Did you say anything to Sergeant Kopf?

A **No, I just hung up.**

Q What day did you receive that call?

A **I don't remember.**

Q Did you ever see Sergeant Kopf in person again?

A **I saw him once at the Mall, but after that, no.**



Q What Mall is that?

A **The Rushmore Mall.**

Q Did you talk to him?

A **No.**

Q Did you ever receive any e-mails from Sergeant Kopf?

A **No.**

Q Did you seek a restraining order against Sergeant Kopf?

A **Yes.**

Q What led you to do that?

A **I was scared.**

Q What steps did you take to get the restraining order?

A **Leah Tassel from Changleska helped me, and my attorney B.J. Jones helped me.**

Q Why were you scared?

A **Because of what happened.**

Q You were scared because of the incident in the Suburban?

A **Yes.**

Q What information did you give in support of the restraining order?

A **Just the incident that happened; the comments he made.**

Q Was this the Tribal Court that you sought the restraining order from?

A **Yes.**

Q Was there a hearing?

A **Yes.**



Q Did you speak at the hearing?

A **No.**

Q Was Sergeant Kopf at the hearing?

A **No.**

Q On January 7, 2003, were you anywhere where alcoholic beverages were sold or served?

A **No.**

Q Did you have on that day, did you have anything of an alcoholic nature to drink?

A **No.**

Q On that day did you take any drugs or narcotics?

A **Just the Tylenol.**

Q Have you fully recovered from the events of January 7, 2003?

MR. HOROWITZ: Object to form.

A **No.**

Q What injuries are you suffering from?

MR. HOROWITZ: Object to form.

A **I have nightmares. I can't sleep. I remember certain smells. I remembered how he smelled, how that car smelled. I remember the smell of his cologne. I could be doing something and I'll remember something that he said.**

Q How often a week do you have nightmares?

A **Lately, almost every night.**

Q Right after the incident?
A **Right after the incident, I couldn't sleep at all. I was up for a whole week straight before I actually got any sleep, and when I did sleep, I had nightmares.**
Q And now, how many nights per week do you have a hard time sleeping?
A **I still haven't got a good night sleep.**
Q Since January 7, 2003, you haven't gotten a good night sleep?
A **No.**
Q Are you taking any medications to help you sleep?
A **No. I have my son, so I don't want to take anything.**
Q You don't want anything to help you sleep?
A **Yeah.**
Q How many hours per night do you normally sleep?
A **About three.**
Q Are you suffering any other injuries from this incident on January 7th?
MR. HOROWITZ: Objection to form.
A **It's hard to go anywhere. I don't like myself anymore. Everything he said he liked about me, I just want to change.**
Q You say it's hard to go anywhere, can you explain that?
A **I mean I don't even know where he's at now, and it's hard to even come up here. I can't even drive towards**



**Manderson anymore. I always have to have one of my brothers with me.**
Q Do these symptoms require you to stay at home all day?
A **Yes. Some days I don't even want to go anywhere.**
Q When is the last time you had a day like that?
A **These past few days.**
Q Are there any other symptoms that you have had since this incident?
A **Just depressed. Whenever stuff comes up I get panic attacks, and I have anxiety attacks.**
Q How often per week do you have panic attacks?
A **It depends if I remember a smell or if I go through my statements and I remember stuff, you know. I can't say, oh, I have two, or I have one, or I have three.**
Q Can you tell me what physical symptoms you experience when you have a panic attack?
A **My chest hurts. It's hard to breathe. It feels like the room is spinning. I feel really nauseous.**
Q Have you thought more about your encounter with Sergeant Kopf lately because you knew the deposition was coming up?
A **Some days I think about it all the time. It's not something I can just say, oh, this happened to me and forget about it.**
Q Have you thought more about it lately while you were



preparing for your deposition?
A **How can I not? How can I not think about it, because it's what we are talking about?**
Q Have you thought more about it lately because you met with Dr. Mark Mills?
A **Like I said, how can I not.**
Q Are you seeking any professional help to help you deal with these thoughts?
A **No. I talk to family members. One of my uncles is a minister and I go to a medicine man, and I talk to my family, my sisters and my mom about it.**
Q How do you feel after you talk to your family about this?
A **It helps me get a little bit more sleep.**
Q How do you feel after you talk to the medicine man?
A **Just like talking to a counselor, you know. It's good for that moment and then something comes up and then I remember it and go through it all over again.**
Q Has the medicine man suggested you do anything to help you feel better?
A **Like meditate; go to sweat. It's like a cleansing.**
Q After you medicate, do you feel better?
A **Not really.**
Q Does it help to go to a sweat ceremony?
A **It helps sometimes. I mostly do it for like my family.**



**My brothers and dad aren't the same after what happened. Sometimes it feels like they're hurting more than I am.**
Q Why did you decide not to seek any professional help to help you with this?
MR. HORQWITZ: I object to the form.
A **The first time I wanted to get help, I just needed somebody to talk to, but they wanted to put me on meds, and they wanted to send me to a place that provides like psychiatric help for people that think about killing themselves. So it just scared me.**
Q Do you not want to take any medications?
A **No.**
Q Do you not want to go to anywhere that would help you, any sort of psychiatric counseling center?
A **Well, I don't want to get sent off, if that's what you are asking.**
Q I'm just going to ask you to look at what we've labeled as Exhibit 4. I'd ask you to turn to page three. Please read over that. Do you have any other symptoms or injuries besides what you have talked about today or that is in your response to Interrogatory Number 1?
MR. HOROWITZ: I object to form.
A **Things come up constantly. I can't just say, oh, I'm going through this one day and then the next day I'd be going through something else.**

Q What do you mean by "things come up constantly"?
A **Like some days I feel really worthless, and then I remember how I used to be.**
Q Besides your response in Interrogatory Number 1 and everything you have said up to this point, is there any other symptoms that you want to talk about?
A **No.**
Q Who wanted to give you medication for the thoughts that you were having?
A **One of the counselors at Pine Ridge IHS.**
Q Do you remember that person's name?
A **No.**
Q And who recommended that you go to an institution?
A **That same person.**
MS. CULLEY: Okay. I think we will go ahead and break for lunch now. It's almost noon.
(A noon hour break was taken from 11:55 to 1:05.)
MS. CULLEY: Everybody ready? We will go back on the record.
Q Lavetta, describe the first time after January 7, 2003 that you received medical care.
A **The first time?**
Q Uhm-uhm.
A **I don't remember.**
Q After January 7, 2003 did you go to the doctor?



A **Uhm-uhm. I'm not sure of the dates.**
Q When did you go?
A **Same place, Pine Ridge IHS.**
Q Do you remember what doctor you saw?
A **No.**
Q What did you tell them? What took place when you went to the doctors?
A **I seen Terry Friend, she's a midwife there, and I told her what happened and everything, and she couldn't understand why they didn't bring me to the hospital. She said that there were tests they could do to get his saliva off of me and check me for hairs and stuff. She asked me if there was any penetration and I told her no -- and I can't remember. She talked to me about sexual assault, and she just gave me -- she just talked to me and told me it was okay, it wasn't my fault, and encouraged me to get counseling.**
Q Didn't she prescribed any medications for you?
A **I can't remember.**
Q Did you tell her about any symptoms that you were having?
A **Yeah, I told her about all my symptoms.**
Q What were they?
A **I couldn't sleep; I was scared, and I had nightmares; I couldn't eat. She was telling me that I still needed to**



**take care of myself.**
Q You said you couldn't eat. Did you lose any weight because of that?
A **I lost about 20 pounds. And after, I got depressed, and I said I really didn't care about anything.**
Q Has your weight changed against since you lost that 25?
A **Yeah. Whatever I got depressed and I didn't really care and I started drinking, and I didn't really take care of myself at all.**
Q And had you ever had an alcoholic drink before this incident?
A **No. I never drank or did drugs before.**
Q And when is the first time you had an alcoholic drink?
A **It was in February.**
Q February of 2003?
A **Yeah.**
Q When did your weight loss occur?
A **The whole month of January, and then after that I really didn't care. I started eating everything, whenever I got sad or depressed.**
Q Did your weight change then?
A **Yeah. I gained.**
Q When did your weight gain occur?
A **Throughout the summer.**
Q Which summer?



A **Summer of '03.**
Q So has your weight changed at all since the summer of '03?
A **It stayed about the same.**
Q Did you have any additional visits to the doctor because of the symptoms that you are describing?
A **I tried, but like I said, I got scared because they wanted to put me on medicine and everything.**
Q Who wanted to put you on medicine?
A **The doctors. They wanted to give me medicine to sleep. They wanted to give me antidepressants, and I didn't really want anything.**
Q Which doctors was that?
A **I don't remember which doctors.**
Q Were they at Pine Ridge?
A **Yes.**
Q Indian hospital?
A **Yes. That's the only place I got seen.**
Q Did you go to the Kyle Health Center?
A **I went for three visits, and they referred me to Pine Ridge, because it was closer.**
Q How many visits did you have at Pine Ridge Indian Hospital?
A **I'm not sure. Around two.**
Q And you didn't take any medications to help you sleep?

A **No.**
Q Did you take any medications that they offered to prescribe for you?
A **No.**
Q And why was that?
A **Because I didn't want to be on any medicine.**
Q Why don't you want to be on any medicine?
A **I just don't.**
Q Do you think that medicine might help?
A **No.**
Q You said earlier that you never drank or did drugs before this encounter with Sergeant Kopf. Just to be clear, did you start drinking and doing drugs after the encounter?
A **I didn't do drugs. Just drank. My friends would say, it will make you forget about it, so I tried it, but it just made things worse.**
Q Did you stop drinking then?
A **No. I would drink some and I would forget and a little while later it would come back and then I would drink some more and I'd forget. But I wasn't to a point where it was like a problem or anything.**
Q Did the doctors at Pine Ridge Indian Hospital recommend you do anything else to help you to feel better besides take medicine?



A **They wanted me to talk to somebody and see people.**
Q Did you take any of those steps?
A **To be honest, the services, the mental health services at Pine Ridge aren't good at all. There is no confidentiality or anything, so it's hard to trust somebody.**
Q What do you mean when you say there is no confidentiality?
A **Whenever I worked there, I worked for medical records and you would hear people say, this person came to the hospital today for this; she has a problem again. You know, you would hear stuff about people, which wasn't good.**
Q What took place when you went to the Kyle Health Center?
A **I talked to a lady there, Jean Hammond. She wanted me to tell her what happened. I tried, but I just didn't like -- I just wasn't ready to talk about it, and then she referred me to Pine Ridge.**
Q When you spoke with Jean Hammond, was it one on one?
A **Yeah.**
Q Did you ever try any group therapy?
A **No.**
Q And then who did you meet with at Pine Ridge; do you know if they were a therapist?
A **I don't remember their names. I know there is a male**



**and a female that I met with. I met with the male first, and then by the time I went back for my second visit, he already left, so I had to explain the situation all over again to another female, and then I just got frustrated.**
Q Do you know if that person was a therapist?
A **They're counselors. I don't really know their whole profession or what degrees they hold or anything, but they work in mental health.**
Q You didn't take any medication that they offered to you?
A **No. They offered so many, but --**
Q So total, how many visits would you say you had to the Pine Ridge Indian Hospital to talk to a therapist?
A **I don't remember. It wasn't a lot.**
Q Less than five?
A **I wouldn't know.**
Q Did you consider seeking treatment anywhere else?
A **No. Like I said I didn't want to go anywhere else. I didn't want to leave. My mom could hardly got me up to go to those sessions.**
Q Did they offer any sort of counseling services at Changleska?
A **Yeah. They're mainly about counseling services, but I wasn't ready because there was a lot coming at me at the time.**



Q What do you mean when you say that?
A **Getting an attorney; getting a restraining order. There was a lot to deal with.**
Q What about since that time, have you sought counseling anywhere else?
A **No.**
Q Why not?
A **Well, like I said, I have the fear of somebody having getting put on medicine. I have a little boy now, so I don't want them to say that I'm not fit to take care of my son. I've been learning to deal with it myself. It's hard, but --**
Q How have you been learning to deal with it?
A **I write stuff, like the same incident comes through my head, I'll write it and then I just burn it, so it's a little outlet.**
Q Is that helpful?
A **Sometimes. Other days I just want to sleep.**
Q Aside from any therapist or health care professional, have you talked to anybody else about how you are feeling?
A **Like I said, I talked to my uncle, a minister, and the medicine man we have in our family.**
Q Is that helpful?
A **Yes, sometimes.**

Q Feel better after you talk to him?
A **Sometimes.**
Q Do you see a counselor with the initials, M.H. at all?
A **I don't remember.**
Q You can turn to your Responses to Production, Exhibit 3. This is a medical record from April 2, 2003, and it's Elk 00032 on the bottom. Lavetta, I'll represent to you that on this page 00032 of Exhibit 3, one line says, "Patient will also continue with M.H. but wants a new counselor". Does that look accurate to you?
A **I don't know what M.H. is.**
Q Does that look like what's written on this page?
A **I can't tell.**
Q I'll represent to you that that's what it says. Does M.H. sound familiar to you?
A **No.**
Q Do you remember requesting a new counselor at the end of April?
A **No. I don't remember.**
Q Were there any counselors that you would have been seeing during that period?
A **I don't remember any names. Like I said, there was a male and then there was a female.**
Q At Pine Ridge?
A **Yes.**



Q Indian Hospital?
A **Yes.**
Q Lavetta, could you describe your expenses that resulted from the incident that happened on January 7, 2003?
MR. HOROWITZ: Object to the form.
A **Expenses?**
Q How much did you spend on going to the doctors as a result of the incident on January 7, 2003?
A **I don't know.**
Q Do you know if you spent any money seeing a therapist as a result of this incident?
A **I don't know.**
Q Did you spend any money on medications as a result of this incident?
A **No. I don't think so.**
Q Did you spend any money on going to counseling as a result of this incident?
MR. HOROWITZ: I object to the form.
A **No.**
Q Do you have any additional costs or expenses because of the incident on January 7th of 2003?
MR. HOROWITZ: I object to the form.
THE WITNESS: Additional costs?
Q Is there anything else you spent money on because of this incident on January 7, 2003?



A **No.**
Q I know that you met with Dr. Mills, have you been examined by any other experts as part of this litigation?
A **Experts?**
Q Any other doctors or psychiatrists or psychologists?
A **All I go to is just my uncle and medicine man.**
Q I am going to turn to your symptoms again a little bit. Was there any change in your symptoms in the years 2000 through 2005?
MR. HOROWITZ: I object to the form.
THE WITNESS: No.
Q Actually I mean 2004, 2005?
A **No.**
Q They stayed the same?
A **Yes.**
Q And what were they again?
MR. HOROWITZ: I object to the form. Asked and answered.
Q What were your symptoms in the years 2004-2005?
MR. HOROWITZ: Asked and answered.
THE WITNESS: Depression, anxiety and panic attacks. I felt humiliated; shame.
Q Why did you feel ashamed?
A **I go through all these things in my head; I could have**



**fought harder, you know; how could I be so stupid, basically, to fall for thinking that somebody stayed out that far; wasn't smart enough.**
Q Is there any change in your symptoms in the year 2005 through 2006?
MR. HOROWITZ: Object to the form.
THE WITNESS: No.
Q Have you lived in the Pine Ridge area since January 7th of 2003?
A **Yes and no. After that happened, I couldn't stay in one place anymore, and I didn't -- I was beginning to not feel safe at home, and I just went from friend's house to friend's house to friend's house.**
Q Why didn't you feel safe at home?
A **Because I was tired of every little thing reminding me of that day.**
Q Where else did you go?
A **I was in Iowa. I was in California. I was in Texas. I was in North Carolina. I was in Colorado. I was in New Mexico. I was in Idaho.**
Q When did you move back to the Pine Ridge area?
A **Last year, last April. Actually this past April, April of this year.**
Q Have you gone to school since then?
A **Yeah. I started school at Milwaukee Career College and**

things were going good, and then this case was brought up again, and I couldn't concentrate, and I quit. And I was talking to some of the women there, and they said they'd give me another chance of going to school so I started again, and I finished.
Q Did you get a degree?
A **I got a diploma, a medical assistant diploma.**
Q Did you feel worse once the case started up again?
A **Yes.**
Q Before that, had you been feeling better?
A **Yeah. I felt better because I was over in Wisconsin, and I didn't worry about smelling him, you know. I still had nightmares and dreams and things that reminded me, but it wasn't as bad as being back here. I had different things to do and different people to meet.**
Q Did you have a good time there?
A **The only thing that made me feel good there was my husband, and he made me feel safe. It was a different kind of safe than what I had with my family.**
Q Did you live in an apartment there in Wisconsin?
A **Yes.**
Q With your husband?
A **Yes.**
Q Before that why did you keep moving around?
A **I went to Idaho with my brother. His sister in law had**



**a husband that looked almost just like Sergeant Kopf, and I couldn't stay there anymore. My brother was telling me to stay and begging me to stay, but I couldn't, so I left, and I came back here, and everything reminded me of that day. So I got a ticket and I went down to New Mexico and I stayed with my cousin down there, and the same thing happened, so I went to Iowa. Same thing. I was in North Carolina. Same thing. I went to California. Same thing.**
Q Were you traveling alone to these places?
A **Yes.**
Q When you say the same thing, what do you mean by that?
A **Something reminded me of Sergeant Kopf; a certain smell, or if somebody talked that sounded like him, or somebody that looked like him.**
Q What sort of degree did you earn at Milwaukee Career College?
A **Medical assistant diploma.**
Q And what does a medical assistant do?
A **Work in the hospital; screen patients and take their vitals.**
Q Could a medical assistant work in a doctor's office?
A **Yes. Get them prepped for the doctor.**
Q Can you describe any employment you had during high school?



A **During high school all I had was the youth opportunity, Youth Peer Mentor.**
Q What does a Youth Peer Mentor do?
A **I just talked to younger kids who had abusive families, or I would set up fund raisers so they could take trips places.**
Q And what years did you do that?
A **'01 and '02.**
Q Is that a paying job?
A **Yes. '01 and '02, and off and on as I came back '03, '04.**
Q In '03, how long did you work as a Youth Peer mentor?
A **Enough to get me a bus ticket to go to my brother's in Idaho.**
Q And in 2004, how long did you work there?
A **I worked off and on. I would leave and come back for a month, and then I would leave and then I'd come back for two weeks.**
Q And what was your salary there?
A **$5.15 an hour.**
Q And since then have you had any other employment?
A **No.**
Q Are you currently seeking a job right now?
A **Yes.**
Q What have you done to look for a job?



A **Applied at places.**
Q What sort of places?
A **Hospitals, nursing homes.**
Q Have you filled out job applications anywhere?
A **Yes.**
Q Where at?
A **Specific places?**
Q Uhm-uhm.
A **Beverly Health Care, Rapid City Regional, Sioux San, Morning Star Assisted living, few other places.**
Q Have you gone on any job interviews?
A **Yeah, I've been on three of them. One of them I was supposed to start this week, but because of depositions I wasn't able to, so I have to wait until January.**
Q Are you going to start working then in January?
A **Uhm-uhm.**
Q What place is that?
A **Beverly Health Care system.**
Q What will your position be there?
A **Nurse aide and a pharmacy aide for the float pool.**
Q Are you excited?
A **It will be something to do.**
Q Do you know what your salary will be?
A **$9.14 an hour.**
Q How long have you been looking for a job before you

found that?
A About a month. Not too long.
Q Did you look for a job before that?
A No, I just stayed home and took care of my son.
Q Did you want a job during that period?
A No.
Q Did you want to focus on your son more?
A Yeah.
Q When was the first time you started looking for a job after January 7, 2003?
A Month ago.
Q So that would be November 2006?
A The end of October.
Q And how many places did you apply at?
A Eight or nine.
Q Do you have any hobbies that you enjoy doing now?
A Just writing or my son takes up most of my time.
Q Do you take any classes on writing?
A No.
Q What sort of hobbies did you have in high school?
A I was really into sports, basketball, volleyball, even football, cross country.
Q Do you like sports now?
A Not really.
Q You said you were starting to exercise again?



A Yeah.
Q What do you do?
A Slowly starting to get into running again, lifting a little more weights.
Q During high school did you go out on dates?
A No. I wasn't allowed. My dad was pretty strict.
Q Did you have any boyfriends in high school?
A No.
Q When were you allowed to start going out on dates?
A I didn't really worry about going on dates. I was too busy and focused on school and sports, so it didn't really bother me to not have a boyfriend. Every weekend there was games, so it wasn't really a big thing for me.
Q Have you gone out on dates since then?
A No.
Q Have you had any boyfriends since high school?
A No. I met my husband and that was it.
Q When did you meet your husband?
A In December of '03.
Q Before you met your husband, had you had any sexual experience?
A Once.
Q Did you have any difficulty with that experience?
A Yeah. It was really uncomfortable.
Q Did you talk to anybody about that experience?



A No.
Q Did you take any steps to address what was difficult about it?
A No.
Q How would you describe your relationship with your husband?
A It's good. He's patient, so that's good.
Q When did you have that sexual experience?
A With my husband?
Q The sexual experience that you described before you met your husband?
A I don't remember. It was a little after January.
Q January of which year?
A 2003.
Q Who was it with?
A A friend.
Q I know it's difficult, but can you go ahead and tell us his name?
A Armando.
Q Do you know his last name?
A Rosas. R-O-S-A-S.
Q Was that experience with Armando your first and only sexual experience before you met your husband?
A Yes.
Q Do you feel comfortable sharing your feelings with your



husband?
A Yes.
Q Would you feel comfortable sharing intimate details with your husband?
A Yes.
Q Do you like being married?
A Yes.
Q What do you like about it?
A Security.
Q Anything else?
A Security is my thing. The love and everything is good, being able to be secure and feel safe with somebody is good.
Q Do you have a sexual relationship with your husband?
A Yes.
Q Have you had any difficulty with that aspect of your relationship?
A Sometimes.
Q What sort of difficulty?
A Whenever the case comes up or I remember something, I don't want him to touch me. I have a difficult time with him even holding my hand sometimes.
Q How do you deal with those feelings?
A He talks to me. He talks about it, and he tells me it's okay.