Q Is that helpful when he does that?
A **Yes.**
Q Have you talked to anybody about the issues your having when the thoughts of the case come up?
A **No. The only person I come talk to is my uncle and my medicine man.**
Q Can you describe your relationship with your parents?
A **It's good. Pretty open. It didn't use to be like that, but now it's good.**
Q When did it change?
A **After January '03.**
Q How did it change?
A **We became closer.**
Q Can you describe your relationship with your extended family?
A **We are all close. We are all very close. Always having dinners and inviting everybody over.**
Q Do you enjoy having a son?
A **Yes.**
Q What do you like about it?
A **Everything.**
Q Can you tell me a little bit more?
A **Just have a bad day and you turn and look at him and he's smiling at you. His first tooth just popped out, and he's starting to crawl, or he wants to walk.**



Q Before January 7, 2003, did you ever receive any treatment from a psychologist, psychiatrist or a therapist?
A **I talked to a counselor in high school, but that was about college. I don't remember anything else.**
Q Did you talk about personal issues with the counselor?
A **Just about when my family wanted me to stay close for college, and I wanted to go away. Other than that, nothing.**
Q Did you ever visit a counselor while you were at Rockhurst?
A **No.**
Q Now, do you drink alcoholic beverages on a regular basis?
A **Now? No.**
Q When is the first time you had an alcoholic beverage?
A **Around February of '03.**
Q When did you stop drinking alcoholic beverages?
A **I stopped in June of '03, and then I started again in November of '03. That was it.**
Q When did you stop?
A **November of '03.**
Q So you just drank during that month?
A **Yeah. I stopped in December, whenever I met my husband.**
Q During February, 2003 through June, 2003, how many



drinks per week would you have?
A **I started off with like one, and then like I said it made my nightmares and stuff go away for awhile, and then you drink a little more, you forget more, and then it comes back to you and you drink more and you forget more. I couldn't tell you how many, down to how many bottles I had. I can't really tell you that. Like I said, I didn't get to where it was a problem or anything. I mean it became a problem and it just made me remember more is why I stopped.**
Q Did you have any problems stopping?
A **No.**
Q Did you receive any help to stop drinking?
A **No.**
Q Just did it on your own?
A **Yes.**
Q Have you ever had any serious illnesses?
A **No.**
Q Have you ever had any serious physical ailments?
A **No.**
Q Before the birth of your son, had you ever been pregnant before?
A **Yes.**
Q When was that?
A **I miscarried six times before then.**



Q For your first pregnancy, how many weeks had passed when the miscarriage occurred?
A **I counted 25, but my doctor says 16. Somewhere in between there.**
Q And when did that miscarriage occur?
A **In October of '03.**
Q How did you feel after that?
A **Like a failure.**
Q Did you talk to anybody about your feelings?
A **No.**
Q Did you try to get any help for those feelings?
A **No.**
Q When did you get pregnant again?
A **I don't remember dates.**
Q You can tell me, generally?
A **Around February of '04.**
Q And when did you miscarry?
A **Three weeks into my pregnancy.**
Q What's your third miscarriage?
A **June.**
Q Do you remember June of what year?
A **'04.**
Q How many weeks had you been pregnant?
A **Seven. I found out in June I was pregnant, and then seven weeks into it I miscarried.**

Q How did you feel after that?
A **Worse. Can't really describe it.**
Q Did you talk to anybody about your feelings?
A **Just my husband.**
Q Did you get any medical help after that miscarriage?
A **No.**
Q When was your fourth miscarriage?
A **September, I think.**
Q Same year?
A **Same year.**
Q 2004?
A **Yes.**
Q How many weeks had you been pregnant?
A **Three.**
Q How did you feel after that miscarriage?
A **Same.**
Q Did you get any medical help after that miscarriage?
A **No.**
Q Did you talk to a therapist or anything?
A **No.**
Q And then when is your fifth miscarriage.
A **I miscarried in April of '05.**
Q How many weeks were you pregnant at that time?
A **I can't remember.**
Q Did you have the same bad feelings after that miscarriage?



A **Yes.**
Q And when is your sixth miscarriage?
A **It was just five, because this was my sixth pregnancy.**
Q Did your personality change at all after your miscarriages?
MR. HOROWITZ: Object to form.
A **No.**
Q Were the doctors able to determine why you miscarried those times?
A **They kept telling me it was stress. And with every pregnancy I was put on bed rest. But they just kept telling me I was stressed.**
Q Did they recommend you do anything to feel less stress?
A **They wanted me to go -- they asked me what I was stressed about, and I didn't want to go into detail. Like I said, it was a new place, and I wanted to start over new, and so I really didn't go into detail.**
Q Did they recommend you take any medication to help you with that?
A **No. They just wanted me to get better, to take care of myself and start eating right.**
Q What was the cause of your stress during those pregnancies?
A **They kept asking me what I was stressed out about, and**



**like I said, I didn't want to go into too much detail about this case.**
Q Is it correct you said you didn't have any --
It's 2:00 o'clock, and we will go ahead and go off the record.
(A break was taken from 2:00 to 2:10.)
MS. CULLEY: Back on record.
Q Lavetta, you mentioned that stress was causing your miscarriages. What was the source of that stress?
MR. HOROWITZ: I object to the form.
A **The case. Everything.**
Q What do you mean by everything?
A **I feel happy and safe with my husband, but at the same time I'm fighting remembering stuff that he said, or remembering his smell.**
Q When you say "he" --
A **Sergeant Kopf.**
Q Were there any other sources of stress in your life?
MR. HOROWITZ: I object to form.
A **The stress of wanting to move on with my life, but being held back, so it's hard to talk about it. It's hard to try and move on.**
Q Are you trying to move on?
A **Yes.**
Q What are you doing to help yourself move on?



A **Well, I have my son.**
Q Is there any source of stress unrelated to your encounter with Sergeant Kopf?
MR. HOROWITZ: I object to the form.
THE WITNESS: No.
Q After your miscarriages, did you feel emotional?
A **Yes. But each time I got pregnant again, you know, I'd be happy, and then when I finally had my son, it was the greatest.**
Q How did you feel after you finally had your son?
A **Complete.**
Q Really happy?
A **Yes.**
Q After your miscarriages, did you cry often?
A **Yeah. Yes. Who wouldn't?**
Q Did you feel like your miscarriages impacted your self-esteem?
A **A little. Like I said, I felt like a failure, then again it kind of made me want to try harder.**
Q Do you feel anxious after your miscarriages?
A **No. Like I said, I have my husband to help me, and he's always talking me through everything.**
Q Do you feel depressed after your miscarriages?
A **Yes.**
Q Did you have a hard time sleeping after your

miscarriages?
A **After January of '03 I've always had a hard time sleeping.**
Q After your miscarriages, did you have any loss of appetite?
A **No.**
Q After your miscarriages did you feel angry at all?
A **Yes. Mostly at myself, because I always say, how could I let this case get to me, where that's all I worry about.**
Q After your miscarriages, did you have any problems with alcohol?
A **No.**
Q Just to be clear, you said you didn't have any sexual relations between your encounter in January of '03 and when you met your husband in December of '03; is that right?
MR. HOROWITZ: I object to the form.
THE WITNESS: No. I said I had one encounter.
Q When was that one encounter?
A **Around June, July.**
Q Of what year?
A **Of '03.**
Q Did you have any sexual encounters in January of 2003?
MR. HOROWITZ: I object to the form.



THE WITNESS: Yes.
Q Do you remember visiting the midwife clinic on January 29, '03?
A **No.**
Q Do you remember the first time you had a gynecological exam?
A **I don't remember the date. I don't remember the date.**
Q Do you remember what month it was; what year?
A **No.**
Q Just to be clear, your first sexual encounter was in June, 2003?
A **Around then. I don't remember the exact date.**
Q June or July of 2003?
A **Yes.**
Q Was that the only sexual encounter you had other than with your husband?
A **Yes.**
Q Why did you have sex in June or July of 2003?
MR. HOROWITZ: Object to form. Don't answer that. I don't think that's anywhere relevant to this case.
MR. WEBB: It is relevant. You can make that argument to a Judge.
MR. HOROWITZ: I mean, if you are comfortable answering that, you can do that, but I don't think that's at issue in this case.



A **After being assaulted I needed to -- nobody understands me when I say this -- I needed to be with somebody that cared about me, rather than being touched when I didn't want it, being almost forced.**
Q Has this lawsuit, the depositions and working on these interrogatories and getting documents together increased your stress level?
MR. HOROWITZ: I object to the form.
THE WITNESS: Yes.
Q Has it caused you to lose sleep?
A **Yes.**
Q Has it caused you to have nightmares?
A **Yes.**
Q In June of 2003, did you visit the doctors because your hands were bruised by handcuffs?
A **Yes.**
Q Can you tell me the circumstances that led to that?
MR. HOROWITZ: I object to the form.
A **I got drunk, and I wanted to forget everything. I wanted to try and have fun again and it just didn't turn out that way.**
Q What happened?
MR. HOROWITZ: I object to the form.
A **I got arrested and the cop didn't like my dad.**
Q Were you arrested by tribal police?



MR. HOROWITZ: I object to the form.
A **Yes.**
Q Do you know the name of the cop that arrested you?
MR. HOROWITZ: Object to the form.
A **Not off the top of my head.**
Q Why were you arrested?
MR. HOROWITZ: I object to the form.
A **Eluding.**
Q Can you tell me who you were eluding?
A **The police.**
Q And what happened when you were eluding them?
MR. HOROWITZ: I object to the form.
A **I had my brother with me and we were dropping off his friends. And we knew we were drinking and we seen a cop, and my brother got scared, and he was like, just go, so I went and got caught.**
Q Where were you?
A **Driving through Manderson.**
Q Were you driving?
A **Yes.**
Q Did you have to take a breathalyzer test?
MR. HOROWITZ: I object to the form.
A **Yes.**
Q Do you remember what the results of that test were?
A **No.**

Q What happened after you took the breathalyzer test?
MR. HOROWITZ: I object to the form.
THE WITNESS: I was in jail for a day.
Q What happened after that?
A **We went to Court, and we showed up at Court and they said there was no papers filed.**
Q When did you go to Court?
A **I don't remember.**
Q Did this event cause your stress level to rise?
MR. HOROWITZ: I object to the form.
A **No. It worried me a little, but not enough to lose sleep over.**
Q And after arriving at the Court, did anything else happen?
A **No. Went to Court and they said no papers were filed so me and my attorney left.**
Q Did you go to the doctor's then?
A **Yeah, because I had cuts on my hand.**
Q Did you receive any medications at the doctor's office?
A **I don't remember.**
Q How did you get along with folks in the community?
A **Pretty good. We are mostly all related.**
Q Did you ever get in any arguments with people in the community?
A **No. My family, me and my family pretty much kept to**



**themselves.**
Q Did you ever get into any altercations with anybody in the community?
A **In the community? No.**
Q Is there other folks you got into altercations with?
A **Yeah. I grew up with my brothers, so they taught me how to fight. And there was a lot of girls -- I was smaller than most of the girls, so they would try to pick on me, so that's, I just defended myself.**
Q Were these girls at school?
A **Yes.**
Q Did you get into fights at school?
A **Like twice.**
Q When was that?
A **My freshman and sophomore year.**
Q And what happened in the first fight?
A **They were initiating freshmen, and I didn't want to get initiated.**
Q Did you get into any trouble because of that fight?
A **I got detention, that was it.**
Q What happened during the second fight?
A **The second fight there was this bigger girl that was trying to push me around, and I fought back.**
Q Did you get into any trouble because of that second fight?



A **No. They had cameras, so they said I was defending myself.**
Q Since then have you gotten into any other fights?
A **No.**
Q Did you get into any sort of altercations at Rockhurst?
A **No.**
MS. CULLEY: We will break for five minutes or so.
(A break was taken from 2:25 to 2:30.)
MS. CULLEY: We will go back on record.
Q Lavetta, please turn to Exhibit 3, Elk 00001.
A **Okay.**
Q Does it appear on May 24, 2004 that you had an STD test?
A **Uhm-uhm.**
Q And can you tell me what that entailed?
A **Assurance to my family. It was hard for them to believe me that I wasn't having sex.**
Q Had you and your family had discussions about whether or not you were having sex?
A **It came up like once or twice. My mom and dad are more traditional when it comes to birth control and having sex, and it's more of a, "don't ask, don't tell." They didn't believe me, so I just took a test.**
Q Had you been having arguments about that issue?
A **With my family?**
Q Yes.



A **It came up once, because there was rumors that started on the Reservation that that they blew my story out of proportion. They were saying that I was raped, and my mom and dad were just hearing stories in the area and they were telling me about it.**
Q On May 24, 2004, what STDs were you tested for?
A **I don't remember.**
Q Do you remember the results of those tests?
A **I was told it was negative.**
Q Can you turn to Elk 00004?
A **Okay.**
Q On April 13, 2004 it appears that you were prescribed medicine for back pain; does that sound accurate?
A **Yes.**
Q Do you remember which medicines you were prescribed?
A **No.**
Q Did you take any medicine for back pain?
A **All I took was just the Ibuprofen. That's all I took.**
Q So you didn't fill any further prescriptions for back pain?
A **No.**
Q Why not?
A **The thing is, my mom grew me up with was, whatever you did to make yourself sore, do it again, and it will be fixed. So I didn't really take any medicine.**

Q Have you ever had any other unwanted sexual advances, besides the one you described today with Sergeant Kopf?
A **No.**
Q Have you ever had any unwanted sexual advances from a friend?
A **No.**
Q Or by a family member?
A **No.**
Q On January 6, 2003, who was living in your family house at that time?
A **Me, my mom, dad, my sister Daverine, my brother Jeremy and Jeffrey.**
Q Did anyone outside of the folks you just described stop by to visit that day?
A **No.**

MS. CULLEY: Counsel, do you have any questions?

MR. HOROWITZ: No, I don't.

MS. CULLEY: I have no more questions. I would note for the record that this is a continuing deposition, because we have yet to receive all of the medical records that we've subpoenaed. And also the objections, we have yet to respond to the objection filed by Plaintiff's counsel regarding the documents?

MR. HOROWITZ: For the record, we have no other, we don't know of any other responsive documents. So the



an objection doesn't amount to much and has no prejudicial value. Okay.

MR. WEBB: One more on that note. We have yet also, due to the delay in receiving the releases from the Plaintiff, been unable to obtain medical records that could prove pertinent to questions posed to Plaintiff, and that way they are certainly relevant and could be prejudicial to our case, and we are not able to address this with her. And that is one of the primary reasons why we are considering this as a continuing deposition.

MR. HOROWITZ: You knew going in to today that you didn't have the records from the releases, so it didn't catch you by surprise. We will read.

MS. CULLEY: Thank you.

(Deposition concluded at 2:40 p.m., witness excused; signature reserved.)

---------------



DEPONENT'S SIGNATURE PAGE

I, LAVETTA ELK, the undersigned deponent, have this ____ day of January, 2006, read the foregoing pages 1 through 118, inclusive, have made the following change(s) (if any) to said testimony, have stated my reason(s) for each change or correction, and have signed below.

____________________
LAVETTA ELK

Changes/Corrections

Page Line Desired change and reason therefor:

__ __ ____________________
__ __ ____________________
__ __ ____________________
__ __ ____________________
__ __ ____________________
__ __ ____________________
__ __ ____________________
__ __ ____________________
__ __ ____________________
__ __ ____________________
__ __ ____________________
__ __ ____________________

(Use a separate sheet similarly designated for additional changes, with signature of deponent on each sheet.)



STATE OF SOUTH DAKOTA )
) SS. CERTIFICATE
COUNTY OF PENNINGTON )

I, JEAN M. CARLSON, Certified Court Reporter, in and for the State of South Dakota, do hereby certify that the foregoing 119 pages, is a true and correct transcript of my stenotype notes, as taken by me in machine shorthand and thereafter transcribed.

Dated at Rapid City, South Dakota, this 22nd day of December, 2006.

Jean M. Carlson

JEAN M. CARLSON
Court Reporter

## $

**$5.15** - 95:20
**$9.14** - 96:24

## '

**'01** - 22:23, 95:8, 95:10
**'02** - 18:22, 23:18, 24:7, 95:8, 95:10
**'03** - 12:14, 14:1, 45:6, 84:1, 84:3, 95:10, 95:12, 98:19, 101:11, 102:17, 102:19, 102:20, 102:22, 104:6, 109:2, 109:15, 109:16, 109:23, 110:3
**'04** - 14:1, 95:11, 104:16, 104:22
**'05** - 105:22

## 0

**00001** - 115:10
**00004** - 116:10
**00032** - 89:7, 89:8
**00037** - 47:2
**05-186l** - 1:2

## 1

**1** - 2:9, 7:3, 80:21, 81:4, 119:5
**10** - 51:20, 59:18
**10-minute** - 43:19
**10:15** - 43:21
**10:25** - 43:21
**118** - 119:5
**119** - 120:6
**11:15** - 65:15
**11:20** - 65:15
**11:55** - 81:17
**12** - 1:11
**13** - 116:12
**15** - 32:21
**16** - 104:3
**170** - 39:14
**18205** - 1:16
**1:05** - 81:17
**1:30** - 69:11

## 2

**2** - 2:10, 8:24, 8:25, 89:6
**20** - 83:4
**2000** - 91:9
**2003** - 45:23, 45:24, 46:21, 47:3, 47:16, 48:13, 50:13, 53:8, 53:16, 53:18, 54:3, 65:16, 76:5, 76:14, 77:8, 81:20, 81:25, 83:15, 89:6, 90:4, 90:8, 90:21, 90:25, 92:9, 97:10, 99:14, 102:1, 102:25, 109:24, 110:11, 110:13, 110:18, 111:14, 117:9
**2004** - 91:13, 95:15, 105:11, 115:12, 116:6, 116:12
**2004-2005** - 91:20
**2005** - 91:10, 91:13, 92:4
**2006** - 1:11, 13:5, 92:5, 97:12, 119:4, 120:10
**201** - 1:12
**22** - 13:13
**2218** - 1:17
**22nd** - 120:9
**24** - 115:12, 116:6
**25** - 83:6, 104:3
**29** - 110:3
**2:00** - 107:4, 107:6
**2:10** - 107:6
**2:25** - 115:8
**2:30** - 115:8
**2:40** - 118:16
**2:50** - 1:11

## 3

**3** - 2:11, 13:5, 46:5, 89:5, 89:8, 115:10
**33160** - 1:17

## 4

**4** - 2:5, 2:12, 64:14, 80:18
**45** - 19:2, 34:23, 37:17
**46** - 2:11
**484** - 4:9

## 5

**515** - 1:12

## 6

**6** - 45:23, 46:21, 47:3, 47:16, 48:13, 50:13, 53:8, 53:16, 117:9
**64** - 2:12
**663** - 1:21
**6th** - 46:25, 50:18, 51:5, 51:14, 52:25, 53:4, 53:5, 58:9

## 7

**7** - 2:9, 53:18, 54:3, 65:16, 76:5, 76:13, 77:8, 81:20, 81:25, 90:4, 90:8, 90:25, 97:10, 102:1
**7th** - 53:25, 55:16, 58:12, 77:18, 90:21, 92:8

## 8

**8** - 2:10
**8th** - 13:15

## 9

**9:20** - 57:7
**9:30** - 1:11

## A

**Abilene** - 12:22
**able** - 69:17, 96:14, 100:12, 106:9, 118:8
**abusive** - 95:4
**acceptable** - 5:6
**accepted** - 31:10
**accurate** - 89:10, 116:13
**accurately** - 6:24
**act** - 56:22
**active** - 13:6, 48:15
**Adam** - 1:15
**add** - 65:6
**Additional** - 90:23
**additional** - 3:19, 52:21, 53:2, 84:5, 90:20, 119:25
**address** - 3:20, 4:8, 24:15, 24:17, 24:18, 24:20, 24:22, 29:21, 29:23, 30:3, 30:4, 30:5, 99:2, 118:9
**addressed** - 40:5
**advance** - 4:2
**advances** - 117:1, 117:4
**advocate** - 45:17, 45:18
**afraid** - 64:4, 64:5
**afternoon** - 52:12, 52:13
**ago** - 7:11, 9:8, 97:11
**agree** - 5:21
**agreed** - 36:5
**ahead** - 4:23, 14:2, 81:15, 99:17, 107:4
**ahold** - 70:23, 71:7
**aide** - 96:20
**ailments** - 103:19
**alcohol** - 6:15, 53:11, 53:12, 109:12
**alcoholic** - 53:9, 53:14, 76:5, 76:9, 83:10, 83:13, 102:13, 102:16, 102:18
**allegation** - 10:9, 10:14
**allegations** - 11:3
**allow** - 53:11
**allowed** - 98:6, 98:9
**almost** - 76:25, 81:16, 94:1, 111:4
**alone** - 94:10
**altercations** - 114:2, 114:5, 115:5
**altered** - 63:7
**America** - 1:6
**amount** - 118:1
**angry** - 27:13, 29:8, 38:2, 109:7
**answer** - 3:4, 5:4, 5:8, 10:6, 19:11, 32:18, 48:22, 54:22, 63:13, 110:19
**answered** - 49:11, 66:23, 74:18, 91:19, 91:21
**answering** - 110:24
**answers** - 5:12, 5:17, 6:17, 6:21, 48:24, 49:5, 55:10, 64:18
**Answers** - 2:11, 2:12, 46:7, 64:15
**antidepressants** - 84:11
**anxiety** - 10:15, 78:10, 91:22
**anxious** - 108:20
**anyway** - 63:3
**apartment** - 93:20
**apologize** - 74:15
**apologized** - 22:16, 37:7, 74:18
**appear** - 115:12
**Appearances** - 1:14
**appetite** - 109:5
**applications** - 96:4
**Applied** - 96:1
**apply** - 97:14
**appreciate** - 43:8
**appropriate** - 19:16
**appropriately** - 3:13, 3:24, 3:25
**approve** - 30:16
**April** - 40:22, 40:23, 41:3, 41:19, 52:18, 89:6, 89:18, 92:22, 105:22, 116:12
**area** - 92:8, 92:21, 116:4
**arguing** - 59:24
**argument** - 18:9, 110:22
**arguments** - 27:20, 113:23, 115:23
**arm** - 60:13
**Armando** - 99:19, 99:22
**armed** - 74:5
**Armed** - 14:12
**Army** - 14:10, 14:11, 14:13, 14:20, 14:24, 15:1, 15:2, 16:20, 16:22, 20:22, 21:3, 22:12, 27:2, 28:16, 31:10, 39:8, 39:9, 39:18, 39:25, 40:3, 40:7, 40:17, 44:3, 50:19, 51:6, 73:17, 73:20, 73:23, 74:2
**arrested** - 111:24, 111:25, 112:3, 112:6
**arrived** - 55:5, 59:16, 66:4, 71:21
**arriving** - 113:13
**ashamed** - 72:12, 91:24
**Aside** - 88:19
**aside** - 73:21
**aspect** - 100:16
**assault** - 65:1, 82:15
**assaulted** - 10:10, 111:1
**assistant** - 93:7, 94:18, 94:19, 94:22
**Assisted** - 96:10
**associated** - 3:8
**assume** - 5:5, 5:20
**Assurance** - 115:15
**attack** - 78:16
**attacks** - 78:10, 78:11, 91:23
**attorney** - 4:10, 4:12, 7:9, 7:12, 7:25, 9:14, 9:20, 45:19, 46:18, 64:18, 73:19, 75:12, 88:2, 113:16
**August** - 24:7
**Aunt** - 70:11
**aunt** - 54:4, 54:7
**aunts** - 12:7, 72:9
**aware** - 44:6
**awhile** - 39:5, 39:21, 40:19, 103:3
**Awol** - 71:8, 71:13

## B

**bad** - 37:15, 93:14, 101:23, 105:25
**bag** - 39:7, 39:24, 41:16
**barbecue** - 12:16
**basis** - 102:14
**basketball** - 97:21
**Batesland** - 11:16, 37:4, 37:5, 37:19
**bathroom** - 66:3, 66:7
**became** - 101:13, 103:9
**bed** - 106:12
**begging** - 94:3
**beginning** - 92:11
**behind** - 59:12, 59:17, 61:5, 65:24
**belief** - 3:17
**below** - 119:8
**benefits** - 14:15
**Bennett** - 73:10
**better** - 53:20, 60:1, 60:4, 79:20, 79:22, 85:24, 89:1, 93:10, 93:11, 106:21
**between** - 60:21, 60:25, 62:7, 104:4, 109:15
**beverage** - 102:16
**beverages** - 53:9, 76:6, 102:13, 102:18
**Beverly** - 96:9, 96:18
**big** - 11:13, 11:14, 12:5, 47:14, 59:13, 98:13
**bigger** - 114:22
**biology** - 24:5
**birth** - 103:21, 115:20
**birthday** - 13:4, 13:14
**Biscayne** - 1:16
**bit** - 14:2, 20:10, 53:20, 79:14, 91:8, 101:22
**Bj** - 45:20, 73:19, 75:13
**Black** - 43:18, 57:4
**blew** - 116:2
**block** - 9:9
**body** - 59:4, 60:23, 61:14, 63:15, 63:20, 63:21, 63:25
**boot** - 20:24, 22:15
**boss** - 70:17, 70:19
**bother** - 98:12
**bottles** - 103:7
**bottom** - 89:7
**Boulevard** - 1:16
**Box** - 1:21
**boy** - 70:4, 88:9
**boyfriend** - 53:4, 68:23, 69:5, 98:12
**boyfriends** - 27:12, 98:7, 98:16
**branches** - 14:12, 74:4
**break** - 4:23, 43:20, 43:21, 65:15, 81:16, 81:17, 107:6, 115:7, 115:8
**breaks** - 4:22
**breasts** - 61:2
**breathalyzer** - 112:21, 113:1
**breathe** - 78:17
**Bring** - 35:17
**bring** - 7:16, 8:17, 9:15, 9:21, 35:14, 56:16, 82:10
**brother** - 14:17, 14:20, 42:3, 43:25, 44:15, 67:9, 67:11, 71:25, 72:2, 72:10, 93:25, 94:2, 112:13, 112:15, 117:11
**brother's** - 14:22

44:18, 95:13
**brothers** - 44:1, 67:13, 67:14, 78:2, 80:1, 114:6
**brought** - 14:9, 20:23, 22:15, 23:7, 27:14, 49:20, 93:1
**bruised** - 111:15
**bruises** - 61:16, 64:2
**Building** - 1:12
**burn** - 88:15
**bus** - 95:13
**business** - 24:19, 25:3, 33:1
**busy** - 98:11
**buttons** - 62:18
**buy** - 15:22

## C

**California** - 92:18, 94:9
**cameras** - 115:1
**camp** - 20:24, 22:15
**car** - 36:25, 37:15, 37:24, 54:5, 54:13, 54:14, 56:21, 57:20, 58:14, 67:4, 72:3, 76:20
**card** - 25:2
**cards** - 25:3
**Care** - 96:9, 96:18
**care** - 6:19, 60:5, 60:14, 63:10, 81:21, 83:1, 83:5, 83:7, 83:8, 83:19, 88:10, 88:19, 97:4, 106:21
**cared** - 111:3
**Career** - 92:25, 94:16
**career** - 50:19, 71:4
**Carlson** - 1:9, 120:4, 120:15
**Carol** - 70:11, 72:9
**Carolina** - 92:19, 94:8
**case** - 20:13, 93:1, 93:8, 100:20, 101:4, 107:2, 107:11, 109:9, 110:20, 110:25, 118:8
**catch** - 17:21, 118:14
**caught** - 112:16
**caused** - 57:24, 111:10, 111:12
**causing** - 58:2, 107:8
**cell** - 20:2, 20:7, 28:3, 33:6, 33:8, 33:9, 33:10, 70:23
**center** - 33:20, 33:21, 80:14
**Center** - 68:8, 68:9, 84:19, 86:14
**Cents** - 65:19, 66:14
**ceremony** - 79:24
**certain** - 19:17, 41:15, 76:19, 94:13
**certainly** - 118:7
**Certificate** - 120:1
**Certified** - 120:4
**certify** - 120:5
**chains** - 40:3
**chance** - 3:11, 59:22, 93:4
**change** - 5:8, 65:6, 77:22, 83:21, 91:9, 92:4, 101:10, 101:12, 106:5, 119:7, 119:12
**change(s** - 119:6
**changed** - 83:6, 84:2
**changes** - 6:3, 6:4, 119:25
**Changes/ corrections** - 119:10
**Changleska** - 44:23, 45:2, 45:11, 45:17, 75:12, 87:22
**cheated** - 26:1
**check** - 25:9, 33:19, 51:19, 82:12
**checked** - 49:23
**chest** - 78:17
**Chicago** - 50:25, 51:1
**children** - 12:23
**Christmas** - 12:18
**Ci** - 72:12, 72:22, 73:6, 73:7
**Ci's** - 73:9
**circumstances** - 111:17
**City** - 1:10, 1:13, 16:5, 16:8, 24:1, 43:5, 56:25, 96:9, 120:9
**Claims** - 1:1
**clarification** - 65:4
**clarify** - 13:25, 52:25
**class** - 27:5
**classes** - 25:22, 97:18
**cleansing** - 79:21
**clear** - 5:1, 57:24, 85:13, 109:14, 110:10
**cleared** - 55:7
**climbed** - 62:5
**clinic** - 47:14, 47:16, 47:19, 110:2
**close** - 34:13, 101:16, 102:7
**closer** - 27:19, 84:21, 101:13
**clothes** - 55:20, 56:17, 61:9, 61:11
**clothing** - 62:13
**Cloud** - 11:17, 11:19, 14:6
**college** - 23:21, 23:22, 23:23, 33:20, 33:21, 50:23, 102:5, 102:8
**College** - 68:8, 92:25, 94:17
**cologne** - 76:21
**color** - 54:13
**Colorado** - 92:19
**comfortable** - 37:21, 37:24, 38:1, 99:25, 100:3, 110:23
**coming** - 72:13, 78:20, 87:24
**comments** - 6:4, 75:20
**Common** - 65:19, 66:14
**communications** - 11:2, 11:4
**community** - 65:24, 66:1, 113:21, 113:24, 114:3, 114:4
**complete** - 31:15
**Complete** - 108:11
**comply** - 8:17, 9:18
**computer** - 25:7, 33:17, 35:5, 35:6, 36:10, 36:11
**concentrate** - 93:2
**concern** - 37:9
**concerned** - 24:13, 49:17, 57:23
**concluded** - 118:16
**confidentiality** - 86:5, 86:8
**confronted** - 43:7
**congratulations** - 39:6
**connected** - 68:16
**connecting** - 59:8
**connection** - 9:23, 10:1
**consider** - 22:12, 23:15, 28:23, 29:1, 29:6, 87:17
**considered** - 26:11, 28:20, 42:21, 71:13
**considering** - 118:10
**constantly** - 80:23, 81:1
**contact** - 19:6, 74:14
**contacted** - 44:24
**continue** - 10:15, 89:9
**continuing** - 3:18, 37:21, 117:19, 118:10
**control** - 10:9, 10:14, 11:2, 115:20
**convenience** - 65:22, 65:23, 67:21
**conversation** - 43:14, 52:15, 58:9, 68:17
**conversations** - 51:6, 68:10
**cop** - 111:24, 112:3, 112:15
**copies** - 40:12
**cops** - 70:16, 70:17, 70:25, 71:1, 71:21
**copy** - 40:13, 40:14
**correct** - 107:3, 120:6
**correction** - 5:9, 119:7
**corrections** - 5:25, 52:2
**Cost** - 71:6, 73:21
**costs** - 90:20, 90:23
**Counsel** - 48:22, 117:16
**counsel** - 52:25, 117:23
**counseling** - 45:22, 80:14, 82:17, 87:21, 87:23, 88:4, 90:16
**counselor** - 79:16, 89:3, 89:10, 89:17, 102:4, 102:6, 102:10
**counselor's** - 16:2
**counselors** - 81:10, 87:7, 89:20
**counted** - 104:3
**counter** - 50:14, 54:1
**country** - 97:22
**County** - 120:2
**Couple** - 16:4, 59:15
**couple** - 17:22, 19:12, 30:9, 59:11
**Court** - 1:1, 1:9, 5:11, 75:21, 113:5, 113:7, 113:13, 113:15, 120:4, 120:16
**cousin** - 68:1, 68:24, 94:7
**cousins** - 12:7, 14:18
**cramps** - 47:4
**crawl** - 101:25
**Creek** - 58:16
**cross** - 97:22
**cry** - 108:14
**crying** - 61:23, 62:24, 66:9, 70:6, 70:14
**Culley** - 1:19, 2:5, 4:5, 43:19, 43:22, 46:3, 46:7, 65:14, 81:15, 81:18, 107:7, 115:7, 115:9, 117:16, 117:18, 118:15
**curious** - 20:17
**custody** - 10:9, 10:13, 11:2
**cuts** - 113:18

## D

**dad** - 16:17, 16:20, 16:21, 17:5, 17:6, 17:19, 27:18, 54:6, 55:9, 55:10, 56:7, 57:23, 59:24, 70:10, 70:12, 70:13, 70:15, 71:24, 73:2, 73:4, 80:1, 98:6, 111:24, 115:19, 116:4, 117:11
**Dakota** - 1:10, 1:13, 11:20, 29:18, 34:21, 120:1, 120:5, 120:9
**date** - 34:18, 38:10, 40:21, 41:15, 41:18, 46:23, 110:7, 110:12
**Date** - 1:11
**Dated** - 120:9
**dates** - 82:1, 98:5, 98:9, 98:10, 98:14, 104:14
**dating** - 53:6
**Daverine** - 48:9, 67:16, 67:18, 72:9, 117:11
**days** - 7:11, 8:14, 9:8, 31:6, 48:1, 78:4, 78:6, 78:22, 81:2, 88:18
**Dc** - 1:21
**deal** - 71:15, 79:7, 88:3, 88:11, 88:13, 100:23
**debilitating** - 10:19
**December** - 1:11, 12:20, 13:15, 98:19, 102:24, 109:16, 120:10
**decide** - 80:3
**decision** - 31:9, 31:11, 31:12
**declined** - 73:15
**deem** - 3:18
**Defendant** - 1:7, 1:19
**Defendant's** - 46:8
**defended** - 114:9
**defending** - 115:1
**degree** - 93:6, 94:16
**degrees** - 87:8
**delay** - 118:4
**delayed** - 40:19, 40:20
**denied** - 43:10
**department** - 71:22, 72:19
**Department** - 1:20
**departments** - 47:13
**deponent** - 119:3, 119:25
**Deponent's** - 119:1
**depose** - 3:20
**Deposition** - 1:4, 118:16
**deposition** - 3:8, 3:15, 3:18, 4:3, 4:12, 4:14, 7:8, 7:18, 8:7, 8:10, 8:15, 9:6, 78:20, 79:1, 117:20, 118:11
**depositions** - 96:13, 111:5
**depressed** - 78:9, 83:4, 83:7, 83:20, 108:23
**depression** - 10:16
**Depression** - 91:22
**describe** - 23:12, 42:16, 42:19, 81:20, 90:3, 94:24, 99:5, 101:7, 101:14, 105:2
**described** - 65:5, 99:10, 117:2, 117:13
**describing** - 84:6
**designated** - 119:25
**designed** - 41:10
**Desired** - 119:12
**detail** - 11:2, 106:16, 106:18, 107:1
**details** - 100:3
**detention** - 114:20
**determine** - 106:9
**diagnosis** - 48:11
**Diarrhea** - 47:4
**died** - 15:14, 26:7, 26:10, 29:4, 30:23
**different** - 5:3, 31:20, 38:25, 39:3, 47:13, 93:15, 93:18
**difficult** - 6:12, 6:16, 6:20, 31:4, 99:2, 99:17, 100:21
**difficulty** - 98:23, 100:16, 100:19
**dinners** - 101:17
**diploma** - 93:7, 94:18
**directing** - 49:4
**direction** - 56:9, 57:8, 57:17
**directions** - 57:10, 57:18
**dirt** - 58:15, 58:16, 59:8, 59:12
**discuss** - 17:15
**discussed** - 31:6
**discussions** - 8:4, 115:17
**divider** - 62:7
**divorce** - 26:2, 63:3
**doctor** - 47:8, 48:10, 50:9, 81:25, 82:4, 84:5, 94:23, 104:3
**doctor's** - 6:19, 46:20, 94:22, 113:17, 113:19
**doctors** - 82:7, 84:10, 84:13, 84:14, 85:23, 90:7, 91:6, 106:9, 111:14
**Document** - 49:16
**documents** - 3:15, 3:20, 4:1, 7:1, 8:17, 9:17, 9:23, 10:1, 10:8, 10:13, 10:24, 11:1, 14:10, 14:11, 46:3, 46:17, 64:13, 111:6, 117:23, 117:25

**domestic** - 45:3
**done** - 7:18, 41:5, 55:2, 55:21, 95:25
**door** - 61:6, 66:10, 66:13, 66:15, 66:22, 69:5, 69:7
**dorm** - 27:24, 27:25
**dormitory** - 25:11, 25:13
**down** - 5:11, 5:19, 27:6, 30:9, 47:23, 57:19, 58:17, 58:19, 58:21, 59:1, 67:6, 71:2, 71:3, 72:8, 94:6, 94:7, 103:6
**Dr** - 79:5, 91:2
**drank** - 83:12, 85:11, 85:15, 102:23
**dream** - 31:8
**dreams** - 93:13
**drink** - 53:14, 53:15, 76:9, 83:10, 83:13, 85:19, 85:20, 102:13, 103:4, 103:5
**drinking** - 83:8, 85:13, 85:18, 102:18, 103:13, 112:14
**drinks** - 103:1
**drive** - 11:10, 34:23, 77:25
**driver's** - 62:2, 62:4
**driveway** - 54:6
**Driving** - 112:18
**driving** - 17:10, 37:12, 37:14, 57:9, 58:14, 59:11, 59:14, 65:17, 68:2, 68:11, 112:19
**drop** - 68:21, 69:3
**dropped** - 74:13
**dropping** - 112:13
**drove** - 35:22, 35:23, 36:25, 37:3, 37:10, 58:15, 58:24, 59:11, 72:4
**drugs** - 6:11, 53:16, 53:17, 76:11, 83:12, 85:11, 85:13, 85:15
**drunk** - 111:19
**duces** - 4:1
**Duces** - 3:13, 3:24
**due** - 118:4
**duly** - 3:2
**During** - 15:7, 16:23, 18:12, 26:13, 30:1, 30:7, 95:1, 98:5, 102:25
**during** - 15:17, 16:13, 18:19, 22:19, 32:10, 58:8, 61:9, 89:21, 94:24, 97:5, 102:23, 106:23, 114:21

## E

**e-mail** - 19:4, 19:11, 24:10, 24:11, 24:15, 24:17, 24:18, 24:20, 24:22, 25:9, 25:15, 25:18, 25:25, 26:6, 27:1, 33:19, 33:23
**e-mailed** - 25:16, 26:1
**e-mails** - 25:20, 26:4, 26:19, 33:14, 33:24, 75:5
**ear** - 61:3
**earn** - 94:16
**East** - 56:10
**easy** - 5:1
**eat** - 35:24, 47:22, 82:25, 83:2
**eating** - 83:19, 106:22
**efforts** - 9:18
**eight** - 6:15
**Eight** - 97:15
**either** - 33:22, 47:9, 50:14, 53:17, 53:25, 64:23
**Elementary** - 11:16
**Elk** - 1:3, 1:5, 2:4, 3:1, 4:7, 11:25, 14:23, 43:18, 44:19, 47:2, 48:9, 57:4, 89:7, 115:10, 116:10, 119:3, 119:9
**Eluding** - 112:8
**eluding** - 112:9, 112:11
**Emerald** - 44:2, 44:3, 44:4, 67:12, 67:16, 67:19, 72:10
**Emerson** - 11:25
**Emmaline** - 48:9, 67:16, 67:18
**emotional** - 10:17, 108:6
**employee** - 73:16
**employment** - 94:24, 95:21
**encounter** - 62:11, 63:17, 78:19, 85:12, 85:14, 108:3, 109:15, 109:19, 109:20, 110:10, 110:15
**encounters** - 109:24
**encouraged** - 82:17
**end** - 89:17, 97:13
**ended** - 35:24, 35:25
**enjoy** - 21:21, 28:17, 28:18, 31:21, 97:16, 101:18
**enjoying** - 21:23
**enlist** - 39:18, 41:14
**enlistment** - 29:20, 40:8, 40:21
**entailed** - 115:14
**enter** - 35:5, 36:10
**entrance** - 31:18
**entry** - 40:19, 40:20
**equivalent** - 4:18
**Er** - 47:18
**establishment** - 53:9
**esteem** - 108:17
**evaluation** - 41:6, 54:19, 55:24
**event** - 113:9
**events** - 76:13
**exact** - 34:18, 56:12, 110:12
**exam** - 110:6
**Examination** - 2:5, 4:5
**examined** - 47:7, 48:4, 91:3
**exchange** - 29:11, 33:14
**excited** - 96:21
**excused** - 118:17
**Exercise** - 13:23
**exercise** - 97:25
**exercises** - 42:12, 42:14
**exercising** - 42:9
**Exhibit** - 7:3, 8:24, 8:25, 46:5, 64:14, 80:18, 89:5, 89:8, 115:10
**Exhibits** - 2:8
**expenses** - 90:3, 90:20
**Expenses** - 90:6
**experience** - 38:3, 78:15, 98:21, 98:23, 98:25, 99:8, 99:10, 99:22, 99:23
**experts** - 91:3
**Experts** - 91:5
**explain** - 63:13, 77:23, 87:3
**explained** - 4:12, 56:3
**extended** - 12:5, 101:14

## F

**face** - 66:9
**facts** - 64:21, 65:10
**failure** - 104:8, 108:18
**fall** - 92:2
**Falls** - 27:7, 31:16, 31:17, 38:13, 38:14, 40:25, 42:14, 50:3, 54:18, 55:6, 55:8, 55:18, 55:22, 56:9, 56:13, 56:14, 56:19, 57:17, 58:8, 69:18, 71:9, 71:11
**familiar** - 89:15
**families** - 95:4
**family** - 12:5, 12:6, 13:18, 14:16, 15:11, 15:13, 15:15, 16:17, 16:18, 16:21, 17:19, 21:4, 26:8, 27:15, 27:17, 31:6, 34:12, 43:24, 56:25, 57:25, 79:9, 79:11, 79:12, 79:25, 88:23, 93:19, 101:15, 102:7, 113:25, 115:15, 115:17, 115:24, 117:7, 117:9
**far** - 11:9, 12:3, 30:10, 34:22, 37:12, 58:25, 59:1, 65:5, 74:16, 92:3
**father** - 71:19
**fault** - 82:16
**fax** - 70:18, 71:6, 71:14, 71:17
**fear** - 88:8
**February** - 83:14, 83:15, 102:17, 102:25, 104:16
**Federal** - 1:1, 1:12
**federally** - 70:25
**feelings** - 99:25, 100:23, 104:9, 104:11, 105:3, 105:25
**feisty** - 61:8
**felt** - 60:11, 66:6, 68:14, 68:15, 72:12, 91:23, 93:11, 108:18
**female** - 20:23, 20:24, 21:5, 22:14, 41:24, 87:1, 87:4, 89:23
**females** - 35:11
**fever** - 47:4
**few** - 7:11, 7:19, 9:8, 21:10, 21:12, 22:5, 26:1, 28:7, 29:7, 31:5, 36:25, 37:20, 45:21, 48:1, 52:9, 54:8, 66:8, 67:3, 73:24, 78:6, 96:10
**field** - 19:14, 19:20, 39:4, 40:19
**field's** - 31:2
**fifth** - 105:21
**fight** - 114:7, 114:16, 114:19, 114:21, 114:22, 114:25
**fighting** - 107:14
**fights** - 114:12, 115:3
**file** - 51:19, 51:25, 52:2, 71:10
**filed** - 113:6, 113:15, 117:23
**fill** - 23:8, 23:10, 116:19
**filled** - 96:4
**finally** - 108:8, 108:10
**finish** - 23:17
**finished** - 39:5, 39:22, 93:5
**First** - 2:12, 64:15
**first** - 3:2, 7:10, 9:1, 9:7, 14:3, 15:4, 15:19, 15:24, 18:2, 18:21, 21:6, 23:20, 24:3, 24:10, 24:25, 25:16, 29:17, 34:7, 43:10, 45:19, 46:8, 54:11, 54:17, 58:11, 65:17, 73:2, 73:19, 80:6, 81:20, 81:22, 83:13, 87:2, 97:9, 99:22, 101:24, 102:16, 104:1, 110:5, 110:10, 114:16
**fiscal** - 19:12
**fit** - 67:17, 88:10
**five** - 11:14, 87:15, 106:4, 115:7
**fixed** - 116:25
**Fl** - 1:17
**flip** - 9:1, 9:16
**float** - 96:20
**flowers** - 23:7
**focus** - 97:7
**focused** - 98:11
**folder** - 40:14
**folks** - 113:21, 114:5, 117:13
**following** - 3:18, 119:5
**follows** - 3:3
**football** - 97:22
**forced** - 111:4
**forces** - 74:5
**Forces** - 14:12
**foregoing** - 119:4, 120:6
**forever** - 62:12
**forget** - 8:12, 78:24, 85:16, 85:19, 85:21, 103:4, 103:5, 111:19
**form** - 7:15, 8:18, 9:13, 9:19, 10:20, 10:23, 21:22, 41:12, 44:7, 46:15, 50:13, 63:18, 64:6, 64:11, 76:15, 76:18, 77:19, 80:5, 80:22, 90:5, 90:18, 90:22, 91:11, 91:18, 92:6, 106:7, 107:10, 107:19, 108:4, 109:18, 109:25, 110:19, 111:8, 111:18, 111:23, 112:1, 112:4, 112:7, 112:12, 112:22, 113:2, 113:10
**forward** - 21:25
**fought** - 92:1, 114:23
**four** - 64:20, 67:14
**fourth** - 105:7
**free** - 4:25, 49:13, 73:1
**frequently** - 16:7, 26:18
**freshman** - 114:15
**freshmen** - 114:17
**friend** - 17:24, 23:14, 26:11, 28:20, 34:9, 42:21, 58:18, 58:21, 66:25, 99:16, 117:5
**Friend** - 82:8
**friend's** - 92:12, 92:13
**friends** - 13:19, 27:10, 37:5, 44:8, 44:11, 51:4, 66:5, 66:18, 85:15, 112:14
**friendship** - 42:17
**front** - 66:15
**frustrated** - 37:3, 87:5
**Ft** - 30:10
**full** - 24:3
**fully** - 76:13
**fun** - 13:16, 111:20
**fund** - 95:5
**funeral** - 30:24, 32:8
**future** - 50:18

## G

**gain** - 83:23
**gained** - 83:22
**game** - 21:11, 21:20
**games** - 21:13, 21:14, 98:13
**generally** - 104:15
**George** - 13:3
**girl** - 114:22
**girlfriend** - 42:24, 43:5, 43:15
**girls** - 114:7, 114:8, 114:10
**glad** - 34:9
**government** - 54:15
**grab** - 55:20, 60:4
**grabbed** - 60:6, 61:4
**grabbing** - 61:2
**grandfather** - 26:10
**grandfathers** - 24:12
**grandpa** - 26:7, 29:4, 30:23
**grandpa's** - 32:8
**grandpas** - 14:17
**great** - 27:18
**greatest** - 108:9
**green** - 54:14
**grew** - 114:6, 116:23
**group** - 44:23, 45:3, 86:21
**grow** - 11:11
**Growing** - 11:16
**guard** - 17:21
**guess** - 37:17, 57:12
**guys** - 25:25

gynecological - 110:5

## H

hairs - 82:12
half - 11:10, 19:2, 27:22, 34:23, 37:17
hall - 25:10, 25:11
Hammond - 86:15, 86:19
hand - 7:1, 8:22, 46:3, 60:4, 60:6, 60:21, 61:1, 61:3, 61:4, 64:13, 100:22, 113:18
handcuffs - 111:15
handle - 61:6
hands - 111:15
hang - 13:19
happy - 31:7, 60:12, 107:13, 108:8, 108:12
hard - 5:1, 5:15, 77:5, 77:20, 77:23, 77:25, 78:17, 86:5, 88:12, 107:21, 108:25, 109:2, 115:15
harder - 92:1, 108:19
hardly - 87:19
harm - 63:11, 63:17
Hawk - 54:10
head - 5:14, 7:21, 8:13, 61:5, 88:15, 91:25, 112:5
health - 45:24, 53:19, 86:3, 87:9, 88:19
Health - 47:10, 84:19, 86:14, 96:9, 96:18
hear - 19:12, 42:23, 42:25, 43:15, 50:21, 54:21, 72:13, 86:10, 86:12
heard - 8:11, 8:16, 19:12, 20:16, 21:20, 42:25, 44:16, 58:11
hearing - 75:24, 76:1, 76:3, 116:4
height - 41:5, 54:19, 55:23
held - 107:21
help - 41:10, 45:18, 60:1, 61:13, 77:11, 77:13, 79:7, 79:19, 79:24, 80:3, 80:4, 80:6, 80:9, 80:13, 84:25, 85:9, 85:24, 103:13, 104:11, 105:5, 105:17, 106:19, 107:25, 108:21
helped - 45:19, 45:20, 75:12, 75:13
helpful - 26:9, 26:12, 88:17, 88:24, 101:1
helping - 44:23
helps - 45:3, 79:14, 79:25
hereby - 120:5
Herman - 1:16
hesitate - 5:10
hesitated - 38:1
hi - 34:8
hid - 59:4
hide - 63:14
High - 11:17, 11:19, 14:6, 54:10
high - 11:17, 11:21, 14:4, 15:2, 15:7, 18:12, 22:19, 22:23, 23:17, 23:19, 67:9, 94:24, 95:1, 97:20, 98:5, 98:7, 98:16, 102:4
hill - 59:13, 59:17
himself - 15:17
hobbies - 97:16, 97:20
hold - 47:23, 51:13, 51:19, 51:20, 51:23, 51:24, 52:1, 52:8, 52:9, 87:8
holding - 100:22
holiday - 12:16, 12:17
home - 12:4, 13:17, 18:9, 19:25, 20:6, 20:7, 20:12, 27:19, 30:5, 30:18, 30:22, 32:3, 33:12, 33:14, 33:17, 34:1, 34:3, 34:5, 34:12, 34:14, 36:18, 36:21, 37:2, 37:6, 37:11, 37:23, 44:5, 63:10, 73:1, 73:5, 74:8, 74:11, 78:3, 92:12, 92:14, 97:4
homes - 96:3
honest - 86:3
Horowitz - 1:15, 3:4, 3:7, 3:22, 7:15, 8:18, 9:13, 9:19, 10:5, 10:20, 10:23, 19:9, 21:22, 41:12, 44:7, 46:6, 46:25, 48:19, 48:21, 49:1, 49:6, 49:11, 49:15, 52:24, 63:18, 64:6, 64:11, 64:25, 76:15, 76:18, 77:19, 80:5, 80:22, 90:5, 90:18, 90:22, 91:11, 91:18, 91:21, 92:6, 106:7, 107:10, 107:19, 108:4, 109:18, 109:25, 110:19, 110:23, 111:8, 111:18, 111:23, 112:1, 112:4, 112:7, 112:12, 112:22, 113:2, 113:10, 117:17, 117:24, 118:12
Horse - 58:16
hospital - 22:19, 23:4, 47:11, 47:14, 47:21, 47:25, 49:23, 51:7, 72:15, 72:16, 82:10, 84:17, 86:11, 94:20
Hospital - 47:12, 84:23, 85:23, 87:13, 90:1
Hospitals - 96:3
hotel - 34:14, 34:20, 34:24, 35:3, 35:7, 35:25, 36:1, 36:7, 38:22, 38:24, 38:25, 42:6, 56:23
hour - 11:10, 19:2, 27:22, 34:23, 37:17, 69:1, 69:2, 81:17, 95:20, 96:24
hours - 6:15, 38:15, 77:15
house - 16:6, 16:13, 16:23, 34:4, 35:18, 35:21, 35:22, 52:22, 53:2, 53:12, 54:5, 54:12, 55:1, 56:9, 59:16, 68:1, 68:3, 68:19, 68:22, 69:16, 69:21, 70:3, 72:5, 73:4, 73:7, 74:14, 74:15, 92:12, 92:13, 117:9
houses - 54:8, 58:24
Housing - 4:9
huge - 12:6
humiliated - 91:23
humiliation - 10:16
hundred - 11:14, 59:11
hung - 74:21
hurt - 63:20, 63:21
hurting - 80:2
hurts - 78:17
husband - 12:15, 51:3, 93:18, 93:22, 94:1, 98:17, 98:18, 98:20, 99:6, 99:9, 99:11, 99:23, 100:1, 100:4, 100:14, 102:24, 105:4, 107:13, 108:21, 109:16, 110:16

## I

I-90 - 56:13
Ibuprofen - 116:18
Idaho - 92:20, 93:25, 95:14
idea - 39:21, 41:13
identification - 7:3, 8:24, 46:5, 64:14
identify - 46:10
Ihs - 22:21, 47:6, 81:10, 82:3
illness - 46:1
illnesses - 103:17
imagines - 63:23
impacted - 108:16
inability - 10:16
inappropriate - 48:20
incident - 45:6, 45:15, 73:14, 73:21, 75:16, 75:20, 77:1, 77:2, 77:17, 78:8, 83:11, 88:14, 90:4, 90:8, 90:11, 90:14, 90:17, 90:21, 90:25
included - 65:9
inclusive - 119:5
increased - 111:6
Indian - 47:10, 47:12, 84:17, 84:22, 85:23, 87:13, 90:1
information - 14:8, 19:5, 19:23, 24:16, 27:2, 35:5, 75:18
initials - 89:3
initiate - 26:4
initiated - 19:3, 114:18
initiating - 114:17
initiative - 26:21
injuries - 10:18, 76:17, 77:17, 80:20
inquire - 49:15
inside - 55:7, 55:15, 66:5, 69:23, 69:24
institution - 81:13
instructing - 48:24
interest - 3:16
interested - 19:20, 21:3, 22:16, 28:16, 35:10, 74:1, 74:4
internet - 14:9
interrogatories - 10:6, 111:6
Interrogatories - 2:11, 2:12, 10:5, 46:8, 64:16
Interrogatory - 80:21, 81:4
interview - 73:23
interviewed - 73:25
interviews - 96:11
intimate - 100:3
investigation - 73:13
Invitationals - 21:12
invited - 21:19
inviting - 101:17
involved - 37:10
involving - 73:15
Iowa - 92:18, 94:8
issue - 3:19, 110:25, 115:23
issued - 24:20
issues - 15:4, 20:20, 27:15, 27:17, 32:16, 33:23, 57:25, 101:3, 102:6
italic - 40:6
itself - 49:16

## J

Jackie - 68:5, 68:24, 69:8, 69:25, 70:4, 74:13
Jackie's - 68:1, 68:3, 68:19, 69:5, 69:21, 72:5
jail - 113:3
January - 12:14, 14:1, 18:22, 45:6, 45:23, 46:21, 46:25, 47:3, 47:16, 48:13, 50:13, 50:18, 51:5, 51:14, 52:25, 53:4, 53:5, 53:8, 53:16, 53:18, 53:25, 54:3, 55:16, 58:9, 58:11, 65:16, 76:5, 76:13, 77:8, 77:18, 81:20, 81:25, 83:18, 90:4, 90:8, 90:21, 90:25, 92:8, 96:14, 96:15, 97:10, 99:12, 99:13, 101:11, 102:1, 109:2, 109:15, 109:24, 110:3, 117:9, 119:4
Jean - 1:9, 7:1, 8:22, 46:4, 64:13, 86:15, 86:19, 120:4, 120:15
Jeffrey - 67:16, 67:19, 117:12
Jeremy - 44:19, 67:16, 67:18, 117:11
Jerilyn - 11:25
job - 23:2, 45:16, 63:6, 95:9, 95:23, 95:25, 96:4, 96:11, 96:25, 97:3, 97:5, 97:9
Johnson - 44:12, 44:20, 44:22, 45:7, 45:12
join - 17:13, 19:15, 19:17, 19:18, 19:19, 22:7, 22:10, 23:20, 31:2, 40:17, 44:3, 51:6
joining - 21:3, 28:16, 35:10, 35:12, 50:19, 74:1, 74:4
joke - 43:12
joked - 56:20
joking - 43:11
Jones - 45:20, 73:19, 75:13
Joseph - 10:10
Judge - 110:22
July - 109:21, 110:13, 110:18
June - 102:19, 102:25, 104:20, 104:21, 104:24, 109:21, 110:11, 110:13, 110:18, 111:14
Junior - 13:3
junior - 14:4, 15:9, 16:11, 16:12, 16:14, 16:15, 22:24, 22:25
Justice - 1:20

## K

Kansas - 24:1, 43:5
Kathy - 4:7
keep - 13:8, 40:1, 40:12, 41:5, 41:8, 93:24
kept - 59:11, 70:14, 74:19, 106:11, 106:12, 106:25, 113:25
Kevin - 1:19, 3:6
key - 40:3
kids - 15:21, 63:2, 95:4
killing - 80:9
kind - 54:14, 57:11, 93:19, 108:19
kiss - 60:16
kissed - 36:16, 36:22, 37:21
Kleenex - 8:20, 61:13
Knee - 4:9, 11:7, 11:11, 11:13, 11:21, 12:2, 12:9, 12:10, 34:22, 59:19
knees - 62:5
Kocier - 44:12, 44:20, 44:22, 45:7, 45:12
Kopf - 10:10, 11:4, 14:3, 15:5, 15:8, 15:17, 16:13, 18:12, 19:22, 21:1, 21:7, 21:9, 21:11, 21:21, 22:1, 23:4, 23:13, 24:9, 24:15, 25:15, 26:13, 27:25, 28:6, 28:19, 28:23, 29:12, 29:21, 30:8, 30:14, 32:3, 33:6, 33:15, 34:2, 34:15, 35:1, 37:25, 38:5, 38:7, 38:24, 39:6, 39:15, 39:22, 41:20, 42:8, 42:17, 43:3, 43:5, 43:14, 43:23, 44:6, 45:15, 51:12, 51:14, 52:7, 52:11, 52:14, 52:19, 52:21, 53:1, 54:11, 54:17, 55:5, 55:25, 56:18, 57:6, 57:20, 58:5, 58:8, 60:2, 60:24, 61:20,

61:22, 61:25, 63:11, 63:20, 64:23, 65:12, 65:17, 66:10, 66:13, 67:5, 67:20, 68:10, 68:19, 69:6, 69:9, 69:12, 69:17, 71:7, 71:11, 73:3, 73:7, 74:11, 74:13, 74:20, 74:24, 75:5, 75:7, 76:3, 78:20, 85:12, 94:1, 94:13, 107:17, 108:3, 117:2
**Kopf's** - 24:22, 33:12, 42:23, 43:2, 54:5, 63:24, 70:16, 70:19
**Kyle**- 66:12, 67:9, 68:6, 68:7, 68:9, 68:25, 69:20, 71:22, 71:24, 84:19, 86:14

## L

**labeled** - 47:2, 80:17
**lady** - 22:15, 86:15
**Lakota**- 21:12
**lands** - 73:16
**last** - 6:15, 18:24, 42:4, 56:6, 57:3, 62:11, 78:5, 92:22, 99:20
**Last**- 92:22
**late** - 52:12
**lately** - 59:25, 78:20, 78:25, 79:4
**Lately**- 76:25
**Lavetta**- 1:3, 1:5, 2:4, 3:1, 3:4, 4:6, 4:7, 7:4, 8:20, 13:12, 43:23, 46:10, 61:13, 64:16, 81:20, 89:7, 90:3, 107:8, 115:10, 119:3, 119:9
**law** - 93:25
**lawsuit** - 9:24, 10:2, 111:5
**lead** - 10:16
**Leah**- 44:25, 45:13, 45:14, 45:16, 75:12
**leaned** - 60:13, 61:5
**leaning** - 60:16, 62:5, 62:9
**learn** - 44:22, 73:18
**learning** - 88:11, 88:13
**leave** - 18:2, 63:24, 64:8, 67:20, 74:11, 87:19, 95:16, 95:17
**leaving** - 36:16, 73:2
**led** - 75:9, 111:17
**left** - 35:16, 35:21, 59:16, 73:1, 87:3, 94:4, 113:16
**legs** - 60:21, 60:25, 61:1
**less** - 106:14
**Less**- 87:15
**letter** - 7:8, 29:13, 29:16, 29:18
**letters** - 29:12
**level** - 111:7, 113:9
**licking** - 61:2
**lied** - 63:8
**lieu** - 3:15
**life** - 10:17, 17:18, 68:15, 107:18, 107:20
**lifting** - 98:3
**line** - 70:22, 89:8
**Line**- 119:12
**litigation** - 91:4
**live** - 11:7, 11:21, 12:1, 12:3, 12:4, 12:9, 12:10, 54:7, 59:1, 68:5, 68:7, 93:20
**lived** - 58:17, 58:19, 58:21, 58:25, 68:20, 68:24, 92:8
**lives** - 54:8, 57:2, 59:10, 68:6, 68:8, 68:23
**living** - 31:23, 32:1, 96:10, 117:9
**Lloyd**- 14:23, 67:16, 67:18
**lobby** - 25:10
**located** - 38:12
**locked** - 61:6
**longest** - 19:1, 19:2
**look** - 3:11, 7:4, 7:23, 8:25, 9:16, 9:22, 21:25, 46:10, 64:16, 64:20, 80:17, 89:10, 89:12, 95:25, 97:3, 101:23
**looked** - 7:19, 94:1, 94:15
**looking** - 51:25, 66:5, 72:1, 73:6, 96:25, 97:9
**lose** - 41:7, 41:10, 83:2, 111:10, 113:11
**loss** - 83:17, 109:4
**lost** - 36:8, 83:4, 83:6
**loud** - 3:5, 5:16, 5:17
**love** - 100:11
**lunch** - 81:16
**lying** - 52:4

## M

**machine** - 120:7
**machines** - 39:23
**mad** - 36:17, 36:20, 37:1, 37:4, 37:23, 60:7, 68:22
**mail** - 7:8, 9:3, 19:4, 19:11, 24:10, 24:11, 24:15, 24:17, 24:18, 24:20, 24:22, 25:9, 25:15, 25:18, 25:25, 26:6, 27:1, 29:13, 33:19, 33:23
**mailed** - 25:16, 26:1
**mails** - 25:20, 26:4, 26:19, 33:14, 33:24, 75:5
**main** - 59:12, 59:15
**major** - 24:4
**majored** - 24:5
**male** - 35:23, 86:25, 87:1, 89:23
**Mall** - 43:3, 74:25, 75:1, 75:2
**man** - 39:3, 39:9, 79:10, 79:15, 79:19, 88:23, 91:7, 101:6
**Manderson** - 33:22, 57:11, 57:13, 57:17, 58:15, 59:15, 59:18, 78:1, 112:18
**Mark** - 79:5
**mark** - 7:2, 8:23
**Marked** - 2:8
**marked** - 7:3, 8:24, 8:25, 46:5, 64:14
**marks** - 61:14, 63:24, 64:2
**married** - 12:11, 12:13, 13:25, 15:21, 63:2, 100:6
**Martin** - 34:21, 34:22, 35:23, 37:17
**matches** - 21:19
**matter** - 63:3, 63:7
**mean** - 5:16, 14:1, 25:11, 28:18, 49:25, 63:19, 63:23, 64:25, 65:1, 65:2, 77:24, 81:1, 86:7, 88:1, 91:13, 94:12, 103:9, 107:12, 110:23
**means** - 63:22
**measured** - 39:2
**measurements** - 36:9, 36:10, 36:16
**medic** - 72:14, 72:18, 72:24, 72:25
**Medical** - 94:18
**medical** - 46:12, 46:16, 81:21, 86:9, 89:6, 93:7, 94:19, 94:22, 105:5, 105:17, 117:21, 118:5
**medicate** - 79:22
**medication** - 6:11, 50:13, 53:25, 58:4, 81:8, 87:10, 106:19
**medications** - 77:11, 80:11, 82:18, 84:25, 85:2, 90:13, 113:19
**medicine** - 48:13, 79:10, 79:15, 79:19, 84:8, 84:9, 84:10, 85:6, 85:7, 85:9, 85:25, 88:9, 88:23, 91:7, 101:6, 116:13, 116:17, 116:25
**medicines** - 116:15
**meditate** - 79:21
**meds** - 80:7
**meet** - 7:25, 8:2, 12:15, 12:21, 14:5, 16:3, 16:4, 16:6, 39:20, 45:9, 72:3, 86:23, 93:15, 98:18
**meetings** - 15:18, 15:25, 45:21
**member** - 39:9, 117:7
**members** - 14:16, 15:13, 16:21, 17:20, 21:4, 43:23, 73:20, 79:9
**mental** - 86:3, 87:9
**mention** - 58:4, 58:8
**mentioned** - 27:13, 43:6, 50:11, 63:14, 107:8
**Mentor** - 95:2, 95:3
**mentor** - 95:12
**Meps** - 38:7, 38:12, 39:1, 39:15, 39:18, 40:8, 41:1, 41:21, 42:8, 50:3, 56:1, 56:6, 69:18
**Mermelstein** - 1:16
**messed** - 54:20, 54:24, 56:3
**met** - 14:3, 14:7, 14:14, 15:23, 15:24, 16:4, 16:17, 16:18, 24:25, 42:2, 48:3, 73:11, 79:4, 87:1, 91:2, 98:17, 98:20, 99:10, 99:23, 102:24, 109:16
**Mexico** - 92:20, 94:6
**Mh** - 89:3, 89:9, 89:11, 89:15
**Miami** - 1:17
**middle** - 15:19, 15:20, 63:16, 67:7
**midwife** - 82:8, 110:2
**might** - 46:25, 50:11, 56:21, 57:24, 62:8, 66:23, 85:9
**mile** - 58:17
**miles** - 36:25, 59:15, 68:9
**military** - 14:8, 14:10, 14:15, 14:16, 14:19, 17:20, 19:5, 20:17, 20:18, 21:5, 22:7, 22:11, 22:17, 23:20, 32:15, 33:16, 33:25, 35:12, 51:11, 51:18, 52:4, 54:23, 63:6, 71:4, 73:15
**Mills** - 79:5, 91:2
**Milwaukee** - 92:25, 94:16
**mind** - 56:2
**minister** - 79:10, 88:22
**minute** - 34:23, 51:25
**minutes** - 19:2, 32:21, 37:17, 37:20, 51:20, 52:9, 59:18, 66:8, 67:3, 68:4, 115:7
**miscarriage** - 104:2, 104:5, 104:19, 105:5, 105:7, 105:15, 105:17, 105:21, 106:1, 106:3
**miscarriages** - 106:6, 107:9, 108:6, 108:14, 108:16, 108:20, 108:23, 109:1, 109:4, 109:7, 109:11
**miscarried** - 103:25, 104:25, 105:22, 106:9
**miscarry** - 104:17
**misplaced** - 35:4
**misses** - 29:18
**Missouri** - 24:1
**misunderstood** - 49:2, 52:5
**mom** - 49:19, 50:1, 51:5, 51:17, 52:4, 52:14, 54:22, 55:7, 55:15, 57:23, 73:2, 79:11, 87:19, 115:19, 116:4, 116:23, 117:11
**moment** - 79:17
**money** - 90:10, 90:13, 90:16, 90:24
**Month** - 97:11
**month** - 17:1, 18:21, 83:18, 95:17, 97:2, 102:23, 110:8
**months** - 13:1, 30:21
**morning** - 3:7, 3:9, 8:1, 29:2, 54:3, 57:21, 58:11
**Morning** - 96:10
**most** - 52:9, 53:21, 64:5, 97:17, 114:8
**Mostly** - 109:8
**mostly** - 17:6, 79:25, 113:22
**mothers** - 45:4
**move** - 62:4, 64:9, 92:21, 107:20, 107:22, 107:23, 107:25
**movies** - 13:21, 21:9, 22:4
**moving** - 93:24
**muscle** - 47:4
**must** - 5:25

## N

**name** - 4:6, 9:9, 11:24, 13:2, 14:22, 36:1, 39:11, 41:25, 42:4, 43:2, 43:6, 43:17, 44:18, 47:10, 54:9, 57:3, 73:9, 73:24, 81:11, 99:18, 99:20, 112:3
**named** - 44:25
**names** - 15:13, 48:8, 67:15, 86:25, 89:22
**narcotics** - 53:16, 76:11
**Nation** - 21:12
**nature** - 10:19, 53:14, 76:9
**nauseous** - 78:18
**near** - 51:3
**need** - 3:4, 4:22, 4:23, 5:16, 19:5, 40:10, 70:24, 72:18, 72:24
**needed** - 31:14, 31:16, 32:9, 36:9, 40:16, 43:1, 55:6, 55:21, 55:23, 56:4, 56:7, 57:10, 57:19, 66:3, 80:6, 82:25, 111:1, 111:2
**negative** - 116:9
**negatively** - 64:3
**Nervous** - 6:10
**nervous** - 67:4
**never** - 20:21, 27:14, 33:10, 44:16, 55:2, 83:12, 85:11
**new** - 27:1, 40:6, 89:9, 89:17, 106:17, 106:18
**New** - 92:19, 94:6
**newspaper** - 44:17, 44:24
**next** - 40:16, 52:16, 53:18, 55:13, 56:15, 58:14, 58:23, 59:7, 60:15, 62:1, 62:20, 63:9, 67:24, 70:5, 80:24
**Nicole** - 44:12, 44:20, 44:22, 45:7, 45:11
**night** - 53:21, 76:25, 77:7, 77:8, 77:15
**nightmares** - 76:19, 76:24, 77:4, 82:24, 93:13, 103:3, 111:12
**nights** - 77:5
**nine** - 97:15
**Ninth** - 1:12
**nobody** - 63:23, 67:1, 111:1
**none** - 21:5
**nonverbal** - 5:14

**noon** - 81:16, 81:17
**Noritta** - 54:10, 70:11, 72:9
**normal** - 10:17
**normally** - 77:15
**North** - 92:19, 94:8
**north** - 57:12
**Notary** - 1:9
**note** - 117:19, 118:3
**notes** - 8:6, 120:7
**Nothing** - 34:8, 56:2, 57:21
**nothing** - 7:22, 30:17, 34:10, 49:19, 57:16, 58:18, 71:1, 102:9
**Notice** - 2:9
**noticed** - 54:5, 59:25
**Noticing** - 21:15
**November** - 8:11, 8:16, 38:10, 97:12, 102:20, 102:22
**nowhere** - 63:16, 67:7
**number** - 9:22, 19:22, 19:24, 19:25, 20:4, 20:6, 20:7, 20:8, 20:12, 24:14, 27:25, 32:24, 32:25, 33:1, 33:12
**Number** - 80:21, 81:4
**numbered** - 57:14
**numbers** - 20:9
**Nurse** - 96:20
**nursing** - 39:4, 96:3
**Nursing** - 19:21

## O

**o'clock** - 107:4
**oath** - 4:16
**objeciton** - 3:7
**Object** - 7:15, 8:18, 9:19, 10:23, 21:22, 41:12, 44:7, 64:6, 64:11, 76:15, 76:18, 90:5, 92:6, 106:7, 110:19, 112:4
**object** - 9:13, 49:13, 52:24, 63:18, 64:25, 80:5, 80:22, 90:18, 90:22, 91:11, 91:18, 107:10, 107:19, 108:4, 109:18, 109:25, 111:8, 111:18, 111:23, 112:1, 112:7, 112:12, 112:22, 113:2, 113:10
**Objection** - 10:20, 19:9, 77:19
**objection** - 3:11, 3:12, 3:15, 3:16, 3:17, 49:3, 117:22, 118:1
**objections** - 48:23, 117:22
**obtain** - 118:5
**occur** - 83:17, 83:23, 104:5
**occurred** - 104:2
**October** - 19:13, 34:19, 97:13, 104:6
**offer** - 87:21
**offered** - 20:21, 85:2, 87:10, 87:11
**office** - 3:10, 16:2, 16:5, 16:7, 30:4, 40:15, 46:20, 94:22, 113:19
**officer** - 71:21, 72:12, 73:8
**often** - 16:13, 16:25, 18:15, 18:19, 25:15, 32:6, 32:10, 76:24, 78:11, 108:14
**old** - 12:25, 13:1, 13:12
**older** - 44:15, 44:18
**once** - 8:12, 16:15, 18:21, 18:22, 25:16, 25:18, 26:20, 27:13, 29:13, 32:11, 32:13, 69:24, 74:25, 93:8, 115:19, 116:1
**Once** - 26:5, 98:22
**one** - 9:22, 12:24, 24:12, 24:19, 26:8, 30:1, 36:22, 37:6, 42:17, 43:8, 47:1, 47:14, 49:19, 50:5, 60:11, 62:8, 64:4, 64:10, 66:5, 66:18, 68:12, 78:1, 78:14, 80:24, 86:19, 89:8, 92:10, 103:2, 109:19, 109:20, 117:2, 118:9
**One** - 23:7, 28:11, 79:9, 81:10, 96:12, 118:3
**one-to-ten** - 64:10
**open** - 18:6, 19:15, 31:2, 40:19, 101:8
**opened** - 69:5, 69:7
**opening** - 18:4
**opportunity** - 5:24, 95:1
**order** - 67:17, 75:7, 75:11, 75:19, 75:22, 88:2
**ordered** - 49:8
**outlet** - 88:16
**outright** - 63:12
**outside** - 16:3, 17:7, 37:19, 55:11, 55:14, 66:21, 73:4, 117:13
**overheard** - 43:4
**overnight** - 38:16, 38:18
**own** - 26:21, 103:15

## P

**packet** - 25:4
**Page** - 2:3, 2:8, 119:1, 119:12
**page** - 9:1, 9:2, 9:16, 64:20, 80:18, 89:8, 89:12
**pages** - 119:5, 120:6
**pain** - 116:13, 116:17, 116:20
**pair** - 55:20, 56:17, 62:14
**panic** - 78:9, 78:11, 78:16, 91:22
**pants** - 60:22, 61:10, 62:14, 62:16
**paper** - 9:3, 36:12, 39:8, 39:25, 40:1, 40:5, 40:10
**papers** - 7:19, 7:20, 7:23, 29:20, 40:8, 40:9, 40:12, 113:6, 113:15
**paperwork** - 23:9, 23:10, 31:13, 35:4, 36:8, 54:19, 54:24, 55:12, 56:3, 56:5, 63:8
**parents** - 17:2, 17:5, 30:13, 31:24, 41:14, 41:16, 44:6, 44:9, 101:7
**parents'** - 11:24
**parked** - 59:12
**part** - 12:3, 91:3
**parts** - 60:23, 63:20
**passed** - 17:23, 104:1
**passing** - 24:12
**past** - 58:24, 78:6, 92:22
**patient** - 99:7
**Patient** - 89:9
**patients** - 94:20
**paying** - 23:2, 95:9
**Peer** - 95:2, 95:3, 95:12
**penetration** - 72:17, 82:13
**Pennington** - 120:2
**people** - 21:18, 28:7, 28:8, 28:13, 58:17, 63:6, 69:20, 80:9, 86:1, 86:10, 86:12, 93:15, 113:23
**per** - 77:5, 77:15, 78:11, 103:1
**period** - 89:21, 97:5
**permanent** - 10:18
**permission** - 40:11
**persistent** - 10:18
**person** - 15:8, 21:24, 30:8, 34:2, 74:24, 81:14, 86:10, 87:6, 101:5
**person's** - 81:11
**personal** - 15:4, 17:14, 17:15, 17:17, 20:10, 20:11, 20:19, 24:18, 25:6, 25:25, 26:3, 27:8, 32:16, 33:23, 102:6
**personality** - 106:5
**pertinent** - 118:6
**pharmacy** - 96:20
**phone** - 18:13, 18:18, 18:20, 18:23, 19:1, 19:3, 19:22, 19:24, 19:25, 20:2, 20:4, 20:7, 20:9, 20:12, 24:9, 24:14, 26:14, 26:25, 27:21, 27:25, 28:3, 28:5, 28:14, 28:17, 28:19, 30:1, 32:4, 33:2, 33:3, 33:7, 33:8, 33:9, 33:10, 33:12, 58:9, 71:20, 73:3, 73:21
**phones** - 70:23
**physical** - 63:17, 63:19, 64:1, 78:15, 103:19
**pick** - 39:3, 114:8
**Pine** - 11:20, 22:21, 33:22, 47:6, 47:10, 47:12, 81:10, 82:3, 84:15, 84:20, 84:22, 85:23, 86:4, 86:18, 86:23, 87:13, 89:24, 92:8, 92:21
**Place** - 1:12
**place** - 14:7, 16:16, 34:7, 35:3, 36:7, 39:1, 53:8, 66:22, 67:8, 67:22, 80:8, 82:3, 82:6, 84:18, 86:14, 92:11, 96:17, 106:17
**places** - 94:10, 95:6, 96:1, 96:2, 96:7, 96:10, 97:14
**Plaintiff** - 1:4, 1:15, 3:20, 118:5, 118:7
**Plaintiff's** - 46:7, 117:23
**plan** - 3:12, 30:25, 51:6
**planned** - 31:1
**planning** - 56:14
**plans** - 23:19, 50:19, 50:23, 50:25, 55:16
**playing** - 21:20
**Pm** - 1:11, 118:16
**Po** - 1:21
**point** - 49:14, 50:18, 59:14, 59:23, 65:5, 65:12, 72:5, 81:5, 85:21
**pointed** - 68:22
**police** - 71:21, 71:22, 72:3, 72:7, 72:19, 72:21, 73:8, 73:13, 111:25, 112:10
**pool** - 96:20
**popped** - 101:24
**porch** - 17:8, 69:15
**posed** - 118:6
**position** - 96:19
**possession** - 10:8, 10:13, 11:1
**possible** - 71:7
**post** - 65:1
**post-assault** - 65:1
**pounds** - 83:4
**pregnancies** - 106:24
**pregnancy** - 47:19, 48:17, 49:7, 104:1, 104:18, 106:4, 106:12
**pregnant** - 52:19, 103:21, 104:13, 104:23, 104:24, 105:13, 105:23, 108:7
**prejudicial** - 118:2, 118:8
**prepare** - 8:6, 10:3
**prepared** - 10:1
**preparing** - 79:1
**prepped** - 94:23
**prescribe** - 85:3
**prescribed** - 58:6, 82:18, 116:12, 116:15
**prescription** - 50:14, 54:1
**prescriptions** - 116:19
**present** - 53:12
**Presently** - 33:18
**Pretty** - 101:8, 113:22
**pretty** - 13:6, 59:2, 98:6, 113:25
**prevent** - 6:23
**primary** - 118:9
**problem** - 4:24, 85:22, 86:11, 103:8, 103:9
**problems** - 37:8, 103:11, 109:11
**proceed** - 5:6
**process** - 4:14, 6:7
**processing** - 31:18
**produce** - 10:24
**produced** - 3:21, 4:2, 11:5
**Production** - 89:5
**production** - 3:14, 46:9
**profession** - 87:8
**professional** - 79:7, 80:3, 88:19
**program** - 40:18, 40:20, 41:9, 41:10
**proportion** - 116:3
**protected** - 70:25
**prove** - 118:6
**provide** - 6:17, 6:21
**provided** - 10:11, 10:21
**provides** - 80:8
**providing** - 48:25, 49:5
**psychiatric** - 80:9, 80:14
**psychiatrist** - 102:2
**psychiatrists** - 91:6
**psychological** - 10:17
**psychologist** - 102:2
**psychologists** - 91:6
**Public** - 1:9
**pulled** - 37:4, 58:15, 60:7, 61:5, 69:4
**pulling** - 60:20, 60:21, 60:25, 61:10
**pullover** - 62:19
**pursuant** - 3:21
**pursue** - 31:8
**push** - 18:3, 42:13, 114:23
**push-ups** - 42:13
**pushed** - 62:9
**pushing** - 60:17, 61:4, 61:6, 61:21
**put** - 40:14, 51:13, 51:19, 51:25, 52:8, 60:13, 61:4, 64:10, 64:12, 72:8, 80:7, 84:8, 84:9, 88:9, 106:12

## Q

**qualified** - 39:17, 56:1
**queazy** - 53:23
**questions** - 3:5, 5:1, 5:12, 6:13, 6:17, 6:21, 16:21, 17:25, 59:3, 64:18, 117:16, 117:18, 118:6
**quiet** - 59:2
**quit** - 31:3, 93:2
**quitting** - 31:7

## R

**raisers** - 95:5
**Randall's** - 74:13
**raped** - 72:25, 116:3
**Rapid** - 1:10, 1:13, 16:5, 16:8, 56:25, 96:9, 120:9
**rather** - 111:3
**re** - 41:6
**re-evaluation** - 41:6
**read** - 26:19, 64:20, 80:19, 118:14, 119:4
**reading** - 49:7
**ready** - 7:18, 7:22, 8:4, 8:6, 8:9, 8:14, 81:18, 86:17, 87:24
**realize** - 5:8
**Really** - 108:12
**really** - 3:10, 7:22,

10:3, 13:17, 15:15, 21:23, 22:7, 22:10, 56:8, 57:18, 57:23, 64:12, 66:7, 78:18, 79:23, 81:2, 83:5, 83:7, 83:8, 83:18, 84:12, 87:7, 97:21, 97:24, 98:10, 98:12, 98:13, 98:24, 103:7, 105:2, 106:18, 116:25
**rearrange** - 55:18
**reason** - 71:10, 119:12
**reason(s** - 119:7
**reasons** - 118:10
**receive** - 27:23, 74:22, 75:5, 102:1, 103:13, 113:19, 117:20
**received** - 3:7, 3:9, 28:5, 81:21
**receiving** - 118:4
**recognize** - 7:5
**recommend** - 85:23, 106:14, 106:19
**recommended** - 81:13
**record** - 3:22, 4:6, 5:13, 5:20, 5:21, 43:22, 65:14, 81:19, 89:6, 107:5, 107:7, 115:9, 117:19, 117:24
**records** - 46:12, 46:16, 86:9, 117:21, 118:5, 118:13
**recovered** - 76:13
**recruit** - 17:12, 35:9, 35:13, 40:6, 43:23
**recruit's** - 35:21
**recruiter** - 20:23, 22:13, 22:14, 22:18, 63:1
**recruiters** - 20:22
**recruiting** - 16:5, 16:7, 30:4, 33:3, 51:9, 51:22, 70:2, 70:20
**Red**- 11:17, 11:19, 14:6
**red** - 64:2
**redo** - 31:12
**reenlisting** - 43:1
**referred** - 73:17, 84:20, 86:18
**referring** - 11:3
**refused** - 21:10
**regarding** - 3:8, 117:23
**Regional**- 96:9
**regular** - 102:13
**relate** - 10:9
**related** - 113:22
**relating** - 10:14, 11:3
**relations** - 109:15
**relationship** - 23:12, 23:15, 42:16, 42:20, 44:6, 44:10, 99:5, 100:14, 100:17, 101:7, 101:14
**relatives** - 12:9
**release** - 46:14, 46:15, 46:16
**releases** - 118:4, 118:13
**relevant** - 110:20, 110:21, 118:7
**remaining** - 53:22
**remember** - 25:14, 30:1, 32:25, 34:5, 34:18, 36:2, 38:10, 38:21, 39:11, 42:5, 46:20, 47:7, 47:8, 47:17, 47:18, 47:20, 47:21, 47:22, 48:10, 48:12, 48:17, 49:9, 50:17, 52:12, 54:2, 57:5, 59:17, 71:5, 73:24, 74:23, 76:19, 76:21, 76:22, 78:12, 78:13, 79:18, 81:3, 81:11, 81:24, 82:4, 82:14, 82:19, 84:14, 86:25, 87:14, 89:4, 89:17, 89:19, 89:22, 99:12, 100:20, 102:5, 103:10, 104:14, 104:21, 105:24, 110:2, 110:5, 110:7, 110:8, 110:12, 112:24, 113:8, 113:20, 116:7, 116:8, 116:15
**remembered** - 68:20, 76:20
**remembering** - 107:14, 107:15
**reminded** - 93:13, 94:5, 94:13
**reminding** - 92:15
**repeat** - 47:10
**replays** - 7:21, 8:13
**reply** - 25:20
**Reporter**- 1:9, 5:11, 120:4, 120:16
**represent** - 89:7, 89:14
**Representing**- 1:15, 1:19
**request** - 14:11, 46:9
**requested** - 9:17, 14:8, 20:23
**requesting** - 89:17
**require** - 9:11, 42:9, 78:3
**required** - 7:16, 9:14, 9:21, 19:24
**requirement** - 39:20
**requirements** - 7:14
**requiring** - 9:5
**Reservation**- 53:11, 67:7, 70:24, 71:12, 116:2
**reserve** - 43:3
**reserved** - 118:17
**Reserves**- 43:1
**residents** - 11:14
**resolution** - 3:19
**respond** - 117:22
**responded** - 3:14
**responding** - 3:12, 3:16
**response** - 3:10, 64:20, 64:23, 65:7, 65:10, 68:17, 80:21, 81:4
**responses** - 5:14
**Responses**- 89:5
**responsive** - 4:1, 117:25
**rest** - 106:12
**restate** - 5:4, 5:9
**restraining** - 75:7, 75:11, 75:19, 75:22, 88:2
**resubmit** - 54:18, 55:23
**resubmitted** - 55:12, 55:13, 56:4
**result** - 49:17, 90:8, 90:11, 90:13, 90:17
**resulted** - 90:3
**results** - 73:13, 112:24, 116:8
**return** - 19:7, 19:11, 26:24, 29:7, 30:18, 65:16
**returned** - 31:23, 32:3, 33:14, 34:1, 34:14, 44:5
**returning** - 20:15, 29:6, 29:9
**review** - 5:24, 7:12
**reviewed** - 9:23
**Richard**- 43:18, 57:1
**ride** - 24:3, 37:6, 37:17
**Ridge**- 11:20, 22:21, 33:22, 47:6, 47:10, 47:12, 81:10, 82:3, 84:15, 84:21, 84:22, 85:23, 86:4, 86:18, 86:23, 87:13, 89:24, 92:8, 92:21
**Riley**- 30:10
**rise** - 113:9
**road** - 57:13, 58:16, 58:20, 59:1, 59:8, 59:12, 59:15
**roads** - 56:11, 56:12, 57:14, 65:21, 68:6
**Robert**- 73:10
**Rockhurst**- 23:24, 23:25, 24:6, 24:8, 24:20, 25:6, 26:13, 29:11, 30:7, 30:18, 30:20, 30:25, 31:19, 31:23, 34:1, 44:5, 74:7, 102:11, 115:5
**romantic** - 23:15
**room** - 27:24, 28:1, 28:8, 36:13, 39:23, 48:6, 69:25, 72:8, 78:18
**roommate** - 28:9, 28:11
**Rosas**- 99:21
**rubbing** - 60:20
**rumors** - 116:1
**running** - 41:8, 42:10, 42:11, 42:12, 98:3
**Rushmore**- 75:2

## S

**sad** - 59:25, 83:20
**safe** - 92:12, 92:14, 93:18, 93:19, 100:12, 107:13
**salary** - 95:19, 96:23
**saliva** - 82:12
**San** - 96:9
**Sara** - 1:19
**sat** - 61:23, 62:21, 68:18
**saw** - 15:7, 15:10, 34:7, 54:13, 74:25, 82:4
**scale** - 64:4, 64:10, 64:12
**Scared** - 6:10
**scared** - 67:6, 74:10, 75:10, 75:14, 75:16, 80:10, 82:24, 84:7, 112:15
**scholarship** - 23:21, 24:2, 24:3, 31:4
**school** - 11:15, 11:17, 11:22, 14:4, 14:6, 14:9, 15:2, 15:7, 16:1, 16:3, 18:11, 18:12, 18:16, 22:20, 22:23, 23:17, 23:19, 24:4, 24:14, 25:21, 25:23, 27:20, 42:3, 42:10, 44:15, 67:9, 68:25, 71:25, 74:9, 92:24, 92:25, 93:4, 94:25, 95:1, 97:20, 98:5, 98:7, 98:11, 98:16, 102:4, 114:10, 114:12
**School** - 11:17, 11:18, 11:19, 14:6
**scratches** - 61:18, 64:2
**screen** - 94:20
**seat** - 61:23, 62:2, 62:4, 62:21
**seats** - 62:7
**second** - 29:19, 87:2, 114:21, 114:22, 114:24
**Second** - 46:8
**section** - 9:17
**secure** - 100:12
**security** - 32:2
**Security** - 100:9, 100:11
**see** - 7:10, 9:7, 17:11, 21:7, 21:11, 21:19, 27:4, 30:7, 30:11, 32:8, 34:1, 43:3, 49:22, 54:4, 54:11, 57:11, 67:9, 72:1, 72:11, 74:11, 74:24, 86:1, 89:3
**seeing** - 21:21, 21:23, 21:24, 21:25, 89:21, 90:10
**seek** - 3:19, 75:7, 80:3
**seeking** - 79:7, 87:17, 95:23
**self** - 108:17
**self-esteem** - 108:17
**send** - 26:6, 80:8
**senior** - 15:9, 15:20, 16:12, 16:23, 18:7, 18:17, 18:19
**sent** - 29:13, 29:17, 29:19, 80:15
**separate** - 119:25
**September** - 30:19, 34:19, 105:8
**Sergeant** - 10:10, 11:4, 14:2, 14:3, 15:5, 15:8, 15:17, 16:13, 18:12, 19:22, 21:1, 21:7, 21:9, 21:11, 21:21, 22:1, 23:4, 23:13, 24:8, 24:15, 24:22, 25:15, 26:13, 27:25, 28:6, 28:19, 28:23, 29:12, 29:21, 30:7, 30:14, 32:3, 33:6, 33:12, 33:15, 34:2, 34:15, 35:1, 37:25, 38:5, 38:7, 38:24, 39:15, 41:20, 42:8, 42:16, 42:23, 43:14, 43:23, 44:6, 45:15, 52:7, 52:11, 52:14, 52:19, 52:21, 53:1, 54:11, 54:17, 55:5, 55:25, 56:18, 57:6, 57:20, 58:5, 58:8, 60:2, 60:23, 61:20, 61:22, 61:25, 63:11, 63:20, 63:24, 64:23, 65:12, 65:17, 66:9, 66:13, 67:5, 67:20, 68:10, 68:19, 69:6, 69:12, 69:17, 71:6, 73:3, 73:21, 74:11, 74:13, 74:20, 74:24, 75:5, 75:7, 76:3, 78:19, 85:12, 94:1, 94:13, 107:17, 108:3, 117:2
**serious** - 103:17, 103:19
**served** - 3:13, 3:23, 3:24, 14:18, 15:12, 53:10, 76:6
**services** - 86:3, 87:21, 87:23
**sessions** - 87:20
**set** - 46:8, 95:5
**Set** - 2:12, 46:8, 64:15
**settings** - 21:7, 21:8
**Seven** - 13:1, 104:24
**seven** - 104:25
**severe** - 10:15
**sex** - 110:18, 115:16, 115:18, 115:21
**sexual** - 82:14, 98:20, 99:8, 99:10, 99:23, 100:14, 109:14, 109:24, 110:10, 110:15, 117:1, 117:4
**sexually** - 10:10, 48:15
**shame** - 10:16, 91:23
**Shane** - 69:5, 69:7, 69:23, 70:1, 70:4, 70:7, 70:20
**share** - 18:8
**sharing** - 99:25, 100:3
**Sharp's** - 65:19
**sheet** - 119:25
**shirt** - 39:7, 39:24, 41:17, 61:1, 61:3, 62:15
**shock** - 64:7
**shook** - 22:17
**shorthand** - 120:7
**shot** - 40:11, 50:2, 50:6, 50:7, 50:8, 50:10, 51:10
**shots** - 50:4
**shoulder** - 39:7
**shoved** - 36:17, 36:19
**show** - 18:16, 56:5, 71:12
**showed** - 34:3, 34:8, 41:16, 54:25, 72:10, 72:22, 113:5
**siblings** - 67:17
**sick** - 6:19, 46:23, 47:24, 66:7
**sickness** - 46:1, 53:22
**sign** - 5:25, 40:8, 40:10
**signature** - 118:17,

119:25
Signature - 119:1
signed - 40:9, 40:10, 46:14, 47:8, 119:7
signs - 57:15
similarly - 119:25
single - 45:4
Sioux - 27:7, 31:16, 31:17, 38:13, 38:14, 40:25, 42:14, 50:3, 54:18, 55:6, 55:8, 55:18, 55:22, 56:9, 56:13, 56:14, 56:19, 57:17, 58:8, 69:18, 71:9, 71:11, 96:9
sister - 72:9, 93:25, 117:11
sisters - 48:3, 48:6, 48:8, 67:13, 67:14, 79:11
sit - 42:13, 48:6
sit-ups - 42:13
sitting - 39:23, 61:25, 62:1, 70:6
situation - 87:4
six - 38:15, 103:25
sixth - 106:3, 106:4
sleep - 76:19, 77:2, 77:4, 77:7, 77:9, 77:11, 77:13, 77:15, 79:14, 82:24, 84:10, 84:25, 88:18, 111:10, 113:12
sleeper - 13:10
sleeping - 77:6, 108:25, 109:3
slept - 53:21
Slowly - 13:24, 98:3
smaller - 114:7
smallpox - 50:7, 50:8, 50:9
smart - 92:3
smell - 76:21, 78:12, 94:13, 107:15
smelled - 76:20, 76:21
smelling - 93:12
smells - 76:20
smiling - 101:24
social - 21:7
Social - 21:8
sold - 53:9, 76:6
someone - 51:2
sometimes - 13:19, 25:17, 45:22, 79:25, 88:25, 100:22
Sometimes - 25:21, 80:2, 88:18, 89:2, 100:18
Somewhere - 104:3
son - 12:24, 12:25, 77:12, 88:11, 97:4, 97:7, 97:17, 101:18, 103:21, 108:1, 108:8, 108:10
soon - 71:6
sophomore - 114:15
sore - 116:24
sorry - 37:7, 74:19
sort - 5:14, 17:17, 17:25, 18:8, 24:2, 26:25, 27:17, 34:11, 48:10, 50:6, 80:14, 87:21, 94:16, 96:2, 97:20, 100:19, 115:5
sought - 75:21, 88:4
sound - 5:5, 89:15, 116:13
sounded - 94:14
source - 107:9, 108:2
sources - 107:18
South - 1:10, 1:13, 11:20, 29:18, 34:21, 120:1, 120:5, 120:9
south - 68:6, 68:9
speaking - 3:6, 22:1
speaks - 49:16
Specific - 96:7
spend - 8:9, 90:7, 90:13, 90:16
spent - 8:14, 17:6, 90:10, 90:24
spinning - 78:18
spiritually - 68:16
spoken - 44:20
sports - 97:21, 97:23, 98:11
Ss - 120:1
St - 1:12
standing - 55:14, 66:10, 66:13, 69:15
Star - 96:10
start - 15:19, 19:14, 22:6, 22:9, 24:6, 29:9, 41:9, 42:13, 45:5, 85:13, 96:13, 96:15, 98:9, 106:17, 106:22
started - 15:20, 17:15, 18:4, 18:6, 18:17, 20:10, 22:4, 22:8, 24:4, 42:10, 57:8, 60:20, 61:23, 65:17, 83:8, 83:19, 92:25, 93:5, 93:8, 97:9, 102:19, 103:2, 116:1
starting - 13:24, 19:13, 97:25, 98:3, 101:25
state - 4:6, 5:16, 12:21
State - 120:1, 120:5
statement - 9:25, 70:18, 71:2, 71:15, 71:17, 71:23, 72:8, 72:13, 72:22, 72:23
statements - 7:21, 78:13
States - 1:1, 1:6, 1:20, 4:10, 10:11, 10:22, 11:5, 46:13, 46:18
station - 33:4, 38:7, 39:15, 39:18, 40:8, 41:1, 41:21, 42:8, 43:3, 51:9, 51:22, 56:1, 56:6, 69:18, 70:2, 70:20, 72:3, 72:4, 72:7
stay - 13:17, 17:7, 27:19, 38:18, 38:20, 38:22, 38:24, 42:6, 56:14, 61:9, 67:2, 74:8, 78:3, 92:10, 94:2, 94:3, 102:7
stayed - 22:18, 38:25, 84:4, 91:15, 92:2, 94:6, 97:4
staying - 25:10, 34:24
Std - 115:12
Stds - 116:6
stenotype - 120:7
steps - 31:14, 40:16, 69:7, 75:11, 86:2, 99:2
stick - 31:8
still - 14:24, 18:3, 42:11, 42:16, 51:24, 53:23, 59:24, 69:12, 72:5, 74:1, 77:7, 82:25, 93:13
stop - 17:11, 22:1, 28:23, 29:1, 36:19, 60:17, 60:19, 61:7, 61:22, 65:18, 66:2, 67:24, 85:18, 102:18, 102:21, 103:13, 117:13
stopped - 37:1, 37:19, 59:20, 68:2, 102:19, 102:24, 103:10
stopping - 103:11
store - 65:19, 65:22, 65:23, 66:4, 66:14, 66:17, 66:20, 66:24, 67:2, 67:21
stories - 116:4
story - 44:17, 44:24, 116:2
straight - 32:7, 35:6, 77:3
strange - 54:25
street - 57:15
stress - 58:2, 106:11, 106:14, 106:23, 107:8, 107:9, 107:18, 107:20, 108:2, 111:7, 113:9
stressed - 106:13, 106:16, 106:25
strict - 98:6
stuff - 15:15, 15:22, 18:4, 31:18, 40:3, 78:9, 78:13, 82:12, 86:12, 88:14, 103:3, 107:14
stupid - 92:1
stuttering - 52:5
submit - 46:13
submitted - 46:17
Subpoena - 2:10, 3:13, 3:24
subpoena - 3:8, 3:21, 3:23, 8:17, 8:22, 9:5, 9:11, 9:18
subpoenaed - 117:21
subsequent - 15:25
substantial - 6:3
Suburban - 54:14, 57:6, 62:7, 62:11, 64:22, 65:2, 65:3, 65:11, 67:24, 69:6, 69:12, 75:16
suffer - 10:15, 63:17
suffered - 10:15
suffering - 76:17, 77:17
suggested - 79:19
Suite - 1:17
summer - 22:23, 22:25, 83:24, 83:25, 84:2
Summer - 84:1
support - 75:18
supposed - 40:22, 52:16, 52:17, 71:9, 71:12, 96:13
surprise - 118:14
surprised - 54:21
sweat - 79:21, 79:24
sweater - 60:20, 62:14, 62:15, 62:18
sworn - 3:2
symptoms - 47:2, 49:17, 78:3, 78:7, 78:15, 80:19, 81:6, 82:20, 82:22, 84:6, 91:8, 91:9, 91:20, 92:4
system - 96:18

## T

T-shirt - 39:7, 39:24
talks - 100:24
Tassel - 44:25, 45:13, 75:12
Tassel's - 45:16
taught - 114:6
tecum - 4:1
Tecum - 3:13, 3:24
ten - 64:4, 64:5, 64:10, 68:4, 68:9
Terry - 82:8
test - 47:19, 48:17, 49:7, 112:21, 112:24, 113:1, 115:12, 115:22
tested - 116:6
testified - 3:2
testifying - 6:23
testimony - 4:18, 4:19, 119:6
tests - 82:11, 116:8
Texas - 12:22, 92:18
themselves - 80:10, 114:1
therapist - 86:24, 87:6, 87:13, 88:19, 90:10, 102:3, 105:19
therapy - 86:21
thereafter - 120:8
therefor - 119:12
thinking - 92:2
third - 9:1, 9:16, 104:19
thoughts - 79:8, 81:8, 101:4
threaten - 63:11
Three - 104:18, 105:14
three - 16:9, 25:17, 29:2, 77:16, 78:14, 80:18, 84:20, 96:12
threw - 40:4, 66:8
throughout - 4:21, 15:9
Throughout - 83:24
throw - 56:21
throwing - 47:23
ticket - 94:5, 95:13
tired - 92:15
today - 4:18, 6:9, 27:5, 64:24, 65:10, 71:12, 80:20, 86:11, 117:2, 118:12
together - 111:6
Tonya - 42:1, 42:2, 42:6
took - 14:7, 16:16, 34:7, 35:3, 36:7, 36:16, 39:1, 50:15, 51:24, 66:10, 72:22, 72:23, 82:6, 86:14, 97:4, 113:1, 115:22, 116:18
tooth - 101:24
top - 112:5
torn - 61:11
total - 87:12
touch - 61:20, 100:21
touched - 60:24, 63:23, 111:3
touching - 60:25, 61:22, 63:24
Towards - 15:19, 52:12
towards - 56:12, 58:15, 69:16, 77:25
town - 65:25, 68:7
traditional - 115:20
transcribed - 5:19, 120:8
transcript - 5:24, 120:6
trauma - 10:17
travel - 38:5
traveling - 56:18, 94:10
treated - 47:5
treatment - 87:17, 102:2
trial - 4:19
tribal - 71:1, 72:19, 73:16, 111:25
Tribal - 75:21
tried - 21:20, 60:4, 60:13, 84:7, 85:16, 86:16
trip - 36:3, 38:16, 38:17, 41:21, 58:8
trips - 95:5
trouble - 57:24, 114:19, 114:24
true - 120:6
trust - 86:5
truth - 7:17
truthfully - 6:24
try - 5:1, 5:3, 5:15, 18:3, 66:22, 86:21, 104:11, 107:22, 108:19, 111:20, 114:8
trying - 51:12, 60:16, 70:22, 107:23, 114:23
tugging - 61:3
turn - 45:23, 53:18, 80:18, 89:5, 91:8, 101:23, 111:20, 115:10, 116:10
turned - 17:24, 59:9
twice - 26:5, 26:20, 29:17, 114:13, 115:19
Two - 30:21
two - 16:9, 17:1, 48:14, 67:14, 78:14, 84:24, 95:18
Tylenol - 48:14, 50:15, 50:16, 54:2, 58:7, 76:12

## U

Uhm-uhm - 11:12, 36:23, 39:10, 81:23, 82:1, 96:8, 96:16, 115:13
unable - 118:5
Unannounced - 55:2
unbuttoned - 61:10
Uncle - 57:1
uncle - 43:1, 43:6, 43:8, 88:22, 91:7, 101:5
uncle's - 43:17, 57:3
uncles - 12:7, 14:17, 79:9
uncomfortable - 98:24
undecided - 24:4
under - 4:16, 6:19,

61:3, 62:15
**undersigned** - 119:3
**understood** - 5:5, 7:14, 60:11
**unfounded** - 3:17
**United** - 1:1, 1:6, 1:20, 4:10, 10:11, 10:21, 11:5, 46:13, 46:18
**University** - 23:24, 23:25
**unless** - 5:21
**unrelated** - 108:2
**unusual** - 28:15
**unwanted** - 117:1, 117:4
**Up** - 65:5
**up** - 8:12, 11:11, 11:16, 18:5, 18:6, 18:16, 27:14, 31:4, 34:3, 34:8, 35:25, 39:5, 39:22, 40:19, 47:23, 49:20, 54:4, 54:20, 54:24, 54:25, 55:7, 56:3, 56:21, 57:24, 60:21, 61:1, 62:9, 64:25, 65:12, 66:8, 70:1, 70:8, 70:20, 71:8, 71:13, 71:15, 71:16, 72:10, 72:22, 74:21, 77:3, 77:25, 78:9, 78:21, 79:17, 80:23, 81:1, 81:5, 87:19, 93:2, 93:8, 95:5, 97:17, 100:20, 101:4, 113:5, 114:6, 115:19, 116:1, 116:23
**Upper** - 4:9
**ups** - 42:13
**upset** - 18:9, 20:11, 29:8

## V

**vaccinations** - 49:18
**Vaguely** - 46:22
**value** - 118:2
**vary** - 18:25
**vehicle** - 54:15
**vending** - 39:23
**Vernelius** - 73:25
**violence** - 45:3
**visit** - 34:14, 47:18, 56:6, 87:3, 102:10, 111:14, 117:14
**visited** - 69:19
**visiting** - 110:2
**visits** - 84:5, 84:20, 84:22, 87:12
**vitals** - 94:21
**volleyball** - 21:11, 97:21
**vs** - 1:5

## W

**wait** - 40:18, 41:19, 51:25, 52:17, 69:2, 96:14
**waited** - 28:22, 39:5, 39:21, 52:9
**waiting** - 48:6, 66:22
**wake** - 32:8
**walk** - 66:22, 101:25
**walked** - 36:17, 36:20, 43:4
**walking** - 54:5, 54:12, 69:16
**wants** - 89:9, 101:25
**washed** - 66:9
**Washington** - 1:21
**watched** - 21:12
**water** - 4:24, 47:23
**waved** - 21:15
**wearing** - 62:13, 62:14
**Webb** - 1:19, 3:6, 4:4, 48:20, 48:22, 49:3, 49:13, 110:21, 118:3
**week** - 18:22, 25:16, 26:20, 32:7, 32:10, 32:12, 32:13, 45:6, 76:24, 77:3, 77:5, 78:11, 96:13, 103:1
**weekend** - 98:12
**weeks** - 22:5, 73:24, 95:18, 104:1, 104:18, 104:23, 104:25, 105:13, 105:23
**weighed** - 39:2
**weight** - 39:13, 39:15, 39:20, 41:5, 41:7, 41:11, 54:19, 55:23, 83:2, 83:6, 83:17, 83:21, 83:23, 84:2
**weights** - 98:4
**Welcome** - 39:8, 39:25, 40:7
**Weston** - 70:12
**White** - 58:16
**whole** - 32:7, 63:21, 68:15, 77:3, 83:18, 87:7
**wide** - 19:15, 31:2
**wife** - 26:1, 37:8
**Wisconsin** - 93:11, 93:20
**Witness** - 2:3, 49:9, 90:23, 91:12, 91:22, 92:7, 108:5, 109:19, 110:1, 111:9, 113:3
**witness** - 3:2, 48:22, 48:24, 49:4, 118:16
**woman** - 39:16, 44:25, 45:14
**woman's** - 47:14
**women** - 45:3, 93:3
**women's** - 47:16
**words** - 40:7
**workout** - 41:9, 41:10
**worried** - 56:22, 113:11
**worry** - 36:11, 93:12, 98:10, 109:9
**Worse** - 105:2
**worse** - 85:17, 93:8
**worthless** - 81:2
**Wounded** - 4:9, 11:7, 11:11, 11:13, 11:21, 12:2, 12:9, 12:10, 34:22, 59:19
**write** - 29:14, 70:17, 71:2, 71:3, 88:14, 88:15
**writing** - 97:17, 97:18
**written** - 89:12
**wrote** - 72:8

## Y

**yards** - 59:12
**year** - 14:4, 15:3, 15:9, 15:20, 16:11, 16:12, 16:14, 16:15, 16:23, 18:7, 18:17, 18:19, 19:13, 22:24, 22:25, 92:4, 92:22, 92:23, 99:13, 104:21, 105:9, 105:10, 109:22, 110:8, 114:15
**years** - 91:9, 91:20, 95:7
**yellow** - 40:9
**younger** - 95:4
**yourself** - 48:2, 48:4, 61:13, 64:21, 107:25, 116:24
**youth** - 95:1
**Youth** - 95:2, 95:3, 95:12
**Yup** - 6:2

## Z

**zipper** - 62:16