# In The United States Court of Federal Claims

No. 05-186L

(Filed: February 16, 2007)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this case on Friday, February 23, 2007, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge