# EXHIBIT B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **LAVETTA ELK,** | ) | Case No. 05-186L |
| | ) | Judge Francis M. Allegra |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RCFC 26**

Plaintiff, LAVETTA ELK, by and through undersigned counsel, and pursuant to Court Order dated April 20, 2006, hereby serves Plaintiff's Initial Disclosures, and states as follows:

**I. List of Witnesses Likely to Have Discoverable Information that Plaintiff May Use to Support Her Claims**

1. Lavetta Kathy Elk
#484 Wounded Knee Housing
Wounded Knee, SD 57794
(605) 867-5466

Knowledge of sexual assault and resulting damages

2. Sergeant Joseph Kopf
Address and telephone number unknown

Knowledge of sexual assault of Lavetta Elk; knowledge of Lavetta Elk's prior interest in joining the military and his own status as an Army Recruiter

3. Jackie Randall

P.O. Box 473
Kyle, SD 57752
605 455-2278

Cousin of Plaintiff; has knowledge of events shortly after assault

4. Shane Montgomery
P.O. Box 473
Kyle, SD 57752
605 455-2278

Boyfriend of Jackie Randall; has knowledge of events shortly after assault

5. Carol Weston (Black Elk)
General Delivery
Porcupine, SD
(605) 441 3667

Lavetta Elk's aunt; Lavetta Elk reported assault to her on the day it occurred; knowledge of Plaintiff's damages

6. Noritta High Hawk
Box 104
Wounded Knee, SD 57794
(605) 441-8727

Lavetta Elk's aunt; Lavetta Elk reported assault to her on the day it occurred; knowledge of Plaintiff's damages

7. Jerilyn Elk
#484 Wounded Knee Housing
Wounded Knee, SD 57794
(605) 867-5466

Mother of Plaintiff; knowledge of Sgt. Kopf picking up Lavetta Elk at her home; knowledge of Plaintiff's damages

8. Emerson Elk

#484 Wounded Knee Housing
Wounded Knee, SD 57794
(605) 867-5466

Father of Lavetta Elk; spoke with Sgt. Kopf prior to him picking up Lavetta Elk at their home; knowledge of Plaintiff's emotional and psychological injuries

9. Eagle Elk
Address unknown
Criminal Investigator who investigated sexual assault

10. Nicole Kocier Johnson
HC 49 Box 250
Porcupine, SD

Army recruit who was stalked by Sergeant Kopf

11. Lt. Eugenio White Hawk
Address and telephone number

Police officer on reservation

12. Sgt.Cost
Address and telephone number unknown

Supervisor of recruiting office and Sgt. Kopf; investigated sexual assault

13. Robert E. Eagle Elk
(605) 867-5426
Knowledge of report to Recruiting station of prior misconduct by Sgt. Kopf

14. Marilyn Eagle Elk

Knowledge of prior misconduct by Sgt. Kopf

15. Counselors at Pine Ridge Health Services Indian Hospital

P.O. Box 1201
Pine Ridge, SD 57770
(names unknown at this time)
Knowledge of Lavetta Elk's physical and psychological injuries

## II. Documents and Tangible Things That Plaintiff May Use to Support Her Claims

1. Statement from Lavetta Elk dated 1/9/03
2. Statement from Emerson Elk
3. Restraining Order dated 2/5/03
4. Bureau of Indian Affairs Incident Report dated 1/7/03
5. Treaty with the Sioux of April 29, 1868
6. Oglala Lakota Nation Dept. of Public Safety Incident Report dated 1/7/03
7. Confirmation of Lavetta Elk's Role Number from Oglala Sioux Tribe, Department of Confirmation
8. Pine Ridge Hospital Records
9. Medical Records from Women's Health Center Clinic

## III. Computation of Damages

Plaintiff's claim involves non-liquidated damages which are not readily ascertainable or capable of "computation." The damages awarded to Plaintiff will ultimately be decided by the trier of fact based on factors which are not yet completely known to the Plaintiff, including facts to be obtained during the course of discovery. Plaintiff's damages include, but are not limited to pain and suffering, mental anguish, lost wages, lost future income, and out-of-pocket expenses. Plaintiff has not computed her damages at this time.

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33021
Telephone (305) 931-2200
Facsimile: (305) 931-0877
E-mail: jherman@hermanlaw.com

By: ____________________
JEFFREY M. HERMAN, ESQ.
STUART S. MERMELSTEIN, ESQ.
ADAM D. HOROWITZ, ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served via facsimile and U.S. Mail this 28th day of April, 2006 to Sara E. Culley, Attorney, United States Department of Justice, Natural Resources Section, P.O. Box 663, Washington, D.C. 20044-0663.

____________________