# EXHIBIT C

Webb, Kevin

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAVETTA ELK, | ) | Case No. 05-186L |
| Plaintiff, | ) | Judge Francis M. Allegra |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION
'06 DEC -7 P2:17

**PLAINTIFF'S OBJECTION TO SUBPOENA FOR DEPOSITION DUCES TECUM**

Plaintiff, LAVETTA ELK, by and through undersigned counsel, hereby files this Objection to Defendant's Subpoena for Deposition Duces Tecum, and states as follows:

1. On or about November 27, 2006, Defendant, THE UNITED STATES OF AMERICA, served Plaintiff's counsel with a Subpoena for Deposition Duces Tecum for Plaintiff's deposition on December 5, 2006 in Rapid City, South Dakota.

2. Plaintiff objects to the Subpoena Duces Tecum to the extent that the Subpoena requests that Plaintiff bring documents and other materials to the deposition.

3. Pursuant to the Rules of the Court of Federal Claims 30(b)(6) and 34, the Defendant has not provided Plaintiff with sufficient notice of its request to have Plaintiff bring documents and tangible things to her deposition. As set forth in RCFC 30(b)(6), all requests for a party to bring documents and tangible things must be made in compliance with RCFC 34, which permits the party upon whom the request is made to "serve a written response within 30 days after the service of the request."

Pera
90-2-20-11532

4. Accordingly, since Plaintiff's deposition is less than thirty (30) days after the date of the service of the Subpoena Duces Tecum, Defendant's request in legally insufficient and invalid.[1]

5. Moreover, the documents and tangible things requested in the Subpoena Duces Tecum are overbroad, not reasonably calculated to lead to the discovery of admissible evidence, and seek privileged documents that constitute opinion work product.

WHEREFORE, Plaintiff objects to the Subpoena Duces Tecum to the extent it requests that Plaintiff bring documents and tangible things to her deposition on December 5, 2006.

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By:______________________
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

1 Notably, the Notice of Taking Deposition of Lavetta Elk made no mention of the Duces Tecum.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served via facsimile and U.S. Mail this 4th day of December, 2006 to Kevin S. Webb, Trial Attorney, United States Department of Justice, Natural Resources Section, P.O. Box 663, Washington, D.C. 20044-0663.