# EXHIBIT E

Webb, Kevin

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **LAVETTA ELK,** Plaintiff, v. **THE UNITED STATES,** Defendant. | ) | Case No. 05-186L Judge Francis M. Allegra |

DEPT. OF JUSTICE - ENRD ENVIRONMENT DIVISION 7 JAN 26 P 3:08

**PLAINTIFF'S ANSWER TO DEFENDANT'S FOURTH SET OF INTERROGATORIES, SECOND SET OF REQUEST FOR PRODUCTION AND FIRST REQUEST FOR ADMISSIONS**

Pursuant to RCFC 33, the Plaintiff, LAVETTA ELK, by and through her undersigned counsel serves her answers to the Defendant, THE UNITED STATES, Fourth Set of Interrogatories, Second Set of Request for Production and First Request for Admissions:

**GENERAL OBJECTIONS**

1. Plaintiff objects to Defendant's Fourth Set of Interrogatories, Second Request for Production and First Request for Admissions to the extent that the discovery calls for the disclosure of information protected by the attorney-client privilege, attorney work-product doctrine, or other applicable privilege or immunity, whether created by statute or common law. Plaintiff claims such privileges and protections to the extent implicated by each Interrogatory, and excludes privileged and protected information from any responses to Defendant's discovery. Any disclosure is inadvertent and is not intended to waive those privileges or protections, which are specifically reserved.

2. Plaintiff objects to Defendant's Fourth Set of Interrogatories, Second Set of Request for Production and First Request for Admissions to the extent that same are vague,

Plea
90-2-20-11532

ambiguous, incomprehensive and overly broad.

3. Plaintiff objects to Defendant's Fourth Set of Interrogatories, Second Set of Request for Production and First Request for Admissions to the extent that the Interrogatories seek to impose obligations beyond those imposed by applicable law and the Rules of Civil Procedure.

4. The applicable foregoing general objections are incorporated into each of the specific objections and responses that follow. The stating of a specific objection or response shall not be construed as a waiver of Plaintiff's general objections. Plaintiff reserved the right to supplement these responses and to make further objections. Plaintiff's responses shall neither waive nor prejudice any objections that Plaintiff may later assert.

5. Plaintiff objects to the discovery requests to the extent that not all responsive documents are in the Plaintiff's care, custody or control.

6. Plaintiff reserves the right to supplement or amend its Responses and Objections to Defendant's Discovery as and if additional information becomes available.

Subject to and without waiving any of the foregoing objections, which Plaintiff hereby incorporate into each Interrogatory set forth below, Plaintiff responds to Defendant's Fourth Set of Interrogatories, Second Set of Request for Production and First Request for Admissions as follows:

**PLAINTIFF'S ANSWER TO FOURTH SET OF INTERROGATORIES**

INTERROGATORY NO. 17:

Describe in detail any counseling, assistance or medical treatment Plaintiff received for any miscarriages she experienced, identifying the names of the facilities where the counseling, assistance or medical treatment was received, the names of the treating professionals, the dates of counseling, assistance or medical treatment, the counseling, assistance or medical treatment received (including any tests that were taken), any medications prescribed and the costs associated with the counseling, assistance or medical treatment.

**RESPONSE:**

**I did not receive counseling for the miscarriages; however, I sought medical treatment. I do not recall the costs, if any.**

**First Miscarriage:**
**Pine Ridge Indian Health Services**
**East Highway 18**
**P.O. Box 1201**
**Pine Ridge, SD 57770**
**Date: October 2003**

**Second Miscarriage:**
**Susan Hagenel, M.D. (OB/GYN)**
**Mercy Hospital**
**N. 2950 S.R. 67**
**Lake Geneva, Wisconsin**
**Date: February 2004**

**Third Miscarriage:**
**Joon Park, M.D. (OB/GYN)**
**10400 75th Street**
**Kenosha, WI 53142**
**Date: April 2004**

**Aurora Hospital**
**10400 75th Street**
**Kenosha, WI 53142**
**Date: April 2004**

**Fourth Miscarriage:**

**Aurora Hospital**
**10400 75th Street**
**Kenosha, WI 53142**
**Date: June 2004**

**Fifth Miscarriage:**

**Suneet Chauhan, M.D. (OB/GYN)**
**10400 75TH Street, Ste. 304**
**Kenosha, WI 53142**
**Date: November 2004**

**Aurora Hospital**
**10400 75th Street**
**Kenosha, WI 53142**
**Date: November 2004**

**PLAINTIFF'S ANSWER TO SECOND SET OF REQUESTS FOR PRODUCTION**

REQUEST FOR PRODUCTION NO. 13:

Produce any and all documents referring or relating to any counseling, assistance or medical treatment Plaintiff received for any miscarriages she experienced; any documents referring or related to any medications prescribed to Plaintiff in the course of such counseling, assistance or medical treatment; and, any documents referring or relating to any costs associated with such counseling, assistance or medical treatment.

**RESPONSE: See Answer to Interrogatory No. 17. Plaintiff is not in possession of any such records not previously produced.**

**FIRST SET OF REQUESTS FOR ADMISSION**

Request for Admission No. 1

Admit that a male friend of Plaintiff committed suicide on or about November 2002.

**RESPONSE: Admit.**

Request for Admission No. 2

Admit that Plaintiff's uncle committed suicide on or about November 2002.

**RESPONSE: Denied.**

Request for Admission No. 3

Admit that Plaintiff had sexual intercourse in January 2003.

**RESPONSE: Admit.**

Request for Admission No. 4

Admit that Plaintiff experienced depression for approximately one year prior to April 2002.

**RESPONSE: Objection. Vague and ambiguous. Calls for expert opinion. Without waiving same, denied.**

Request for Admission No. 5

Admit that Plaintiff sought professional medical and/or psychological assistance for depression on or about April 2002.

**RESPONSE: Denied.**

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By:_________________________
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served via facsimile and U.S. Mail on **January 22, 2007** to Sara Culley and Kevin S. Webb, Trial Attorneys, United States Department of Justice, Natural Resources Section, P.O. Box 663, Washington, D.C. 20044-0663.

_________________________

______________________________
[SIGNATURE]

______________________________
[PRINT NAME]

STATE OF SOUTH DAKOTA )
)ss
COUNTY OF )

BEFORE ME, personally appeared, LAVETTA ELK, who after being first duly sworn, deposes and states that he/she has executed the foregoing Fourth Set of Interrogatories, and that they are correct to the best of her knowledge and belief.

THE FOREGOING INSTRUMENT was sworn to and subscribed before me this _____ day of _____________, 2007.

______ Personally known to me; or
______ Produced Identification: ____________________________
(Type of Identification)

____________________________
NOTARY PUBLIC,
STATE OF SOUTH DAKOTA

My Commission No.

My Commission Expires: