# In The United States Court of Federal Claims

No. 05-186L

(Filed: February 23, 2007)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On February 23, 2007, a telephonic status conference was held in this case. Participating in the conference were Jeffrey M. Herman, for plaintiff and Kevin Stark Webb, for defendant. During this conference, plaintiff's motion for a protective order and to compel was **DENIED**. In lieu thereof, it was agreed that:

1. Defendant shall take the testimony of plaintiff by deposition upon written questions. See RCFC 31. On or before March 28, 2007, defendant shall serve written questions upon plaintiff.

2. On or before April 20, 2007, plaintiff shall respond to the written questions and the parties shall respond to any factual discovery request made before February 23, 2007, still pending.

3. On or before May 25, 2007, the parties shall file their expert reports.

4. On or before June 15, 2007, the parties shall exchange rebuttal expert reports, if any.

5. On or before June 29, 2007, the parties shall complete all expert depositions.

6. On or before June 29, 2007, all discovery shall be completed in this case.

7. On or before July 13, 2007, the parties shall file a joint status report indicating how this case should proceed. This report shall contain, if appropriate, a proposed schedule for the filing of dispositive motions.

8. Prior to July 13, 2007, the parties shall have at least one discussion regarding settlement of this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge