**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LAVETTA ELK,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | 05-186L<br>Judge Francis M. Allegra |

**JOINT STATUS REPORT**

Plaintiff Lavetta Elk, and Defendant United States of America, (collectively referred to herein as the "Parties"), by and through their respective counsel, hereby submit this Joint Status Report. Pursuant to the Court's Order of February 23, 2007, the Parties are to indicate the manner in which the case should proceed.

Paragraph 8 of the Court's February 23, 2007 Order required that the parties engage in at least one settlement discussion by July 13, 2007. Prior to that date, the parties engaged in settlement communications, but a settlement was not reached.

The Parties jointly propose the following briefing schedule for summary judgment motions:

| | |
|---|---|
| Filing of all Dispositive Motions | October 22, 2007 |
| Filing of all Responses in Opposition | November 26, 2007 |
| Filing of all Replies in Support | December 10, 2007 |

It is Plaintiff's position that the parties' dispute cannot be disposed of in its entirety by summary judgment, and thus a trial will be necessary. Plaintiff's counsel suggests the following schedule in accordance with Appendix A to the CFC Rules, §VI:

| | |
|---|---|
| Meeting of Counsel | January 11, 2008 |
| Plaintiff's Memorandum of Contentions of Fact and Law | January 25, 2008 |
| Defendant's Memorandum of Contentions of Fact and Law | February 22, 2008 |
| Each Party to File Witness List and Exhibit List | March 4, 2008 |
| Final Pretrial Conference | March 14, 2008 |

It is Defendant's position that resolution of the Parties' Dispositive Motions will serve to more clearly define the parameters of the trial and allow the parties to present evidence tailored to the issues before the Court. Accordingly, Defendant proposes that the scheduling of additional deadlines be postponed until after the resolution of such motions. If the Court would prefer that such dates be scheduled at this time, Defendant suggests adopting a schedule which would permit the Court adequate time to review the motions prior to trial. Thus, in accordance with Appendix A to the CFC Rules, §VI, Defendant proposes the following schedule:

| | |
|---|---|
| Meeting of Counsel | March 10, 2008 |
| Plaintiff's Memorandum of Contentions of Fact and Law | March 24, 2008 |
| Defendant's Memorandum of Contentions of Fact and Law | April 21, 2008 |
| Each Party to File Witness List and Exhibit List | May 2, 2008 |
| Final Pretrial Conference | May 12, 2008 |

Counsel for Plaintiff consents to the filing of this Joint Status Report by counsel for Defendant.

Dated this 13th day of July, 2007. Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Steven D. Bryant
Steven D. Bryant
Sara Culley
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424 (phone)
(202) 305-0267 (fax)
steven.bryant@usdoj.gov

Counsel of Record for Defendant

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard, Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By: s/ Jeffrey M. Herman .
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

Counsel of Record for Plaintiff