# In The United States Court of Federal Claims

No. 05-186L

(Filed: August 7, 2007)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The telephonic status conference that was originally scheduled for 10:30 a.m. has been changed to 8:45 a.m. (EDT) for Thursday, August 9, 2007. Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge