# In The United States Court of Federal Claims

No. 05-186L

(Filed: August 13, 2007)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On August 9, 2007, a telephonic status conference was held in this case. Participating in this conference were Jeffrey M. Herman, for plaintiff, and Steven D. Bryant, for defendant. Pursuant to the discussion held therein, on or before September 7, 2007, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge