# In The United States Court of Federal Claims

No. 05-186L

(Filed: October 25, 2007)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On October 25, 2007, a telephonic status conference was held in this case. Participating in this conference were Jeffrey M. Herman, for plaintiff, and Steven D. Bryant, for defendant. In accordance with the discussions held therein, the court adopts the following schedule:

1. On or before January 11, 2008, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial, pursuant to RCFC, Appendix A, ¶ 13.

2. On or before January 25, 2008, plaintiff shall file the following:

   (a) Her Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority, pursuant to Appendix A, ¶ 14(a).

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

   (d) Any motion(s) in limine.

3. On or before February 22, 2008, defendant shall file the following:

   (a) Its response to plaintiff's Memorandum of Contentions of Fact and Law, pursuant to Appendix A, ¶ 14(b).

(b) A separate statement setting forth its list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

(c) A separate statement setting forth its list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

(d) Any response to plaintiff's motion(s) in limine.

(e) Any motion(s) in limine.

4. On or before March 21, 2008, plaintiff shall file its response to defendant's motion(s) in limine.

5. A pre-trial conference will be held in this case on March 28, 2008, at 10:00 a.m. (EST) at a location to be determined.

6. Trial shall commence on April 28, 2008, in Rapid City, South Dakota, at a location to be determined.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge