**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LAVETTA ELK,** | ) | Case No. 05-186L |
| | ) | Judge Francis M. Allegra |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |
| ________________________________ | ) | |

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff, LAVETTA ELK, by and through her undersigned counsel, pursuant to Court Order dated October 25, 2007, hereby designates the following exhibits to be marked and introduced at jury trial:

1. Indian Health Services Records ELK0001-ELK00090
2. Confirmation of Lavetta Elk's Role Number from Oglala Sioux Tribe, Department of Confirmation ELK00091
3. Statement from Lavetta Elk dated January 9, 2003, ELK00092 – ELK00094
4. Statement from Emerson Elk dated January 7, 2003, ELK00095 – ELK00100
5. Bureau of Indian Affairs Incident Report dated January 7, 2003, ELK00101
6. Restraining Order dated February 5, 2003, ELK00102-ELK00104
7. Oglala Lakota Nation Dept. of Public Safety Incident Report dated January 7, 2003, ELK00105 – ELK00106
8. Treaty with the Sioux of April 29, 1868
9. Mercy Medical Center Records
10. Aurora Health Care Records
11. Cangleska, Inc. Records

12. Medical Records from Women's Health Clinic
13. Lavetta Elk's medical records exchanged in discovery.
14. All military and personnel records of Sergeant Kopf
15. Map of Pine Ridge Reservation and surrounding area
16. Report by Donald L. Frankenfeld
17. Report by Stephen Manlove, M.D.
18. Plaintiff's Disclosures, ELK00001-ELK00106
19. Defendant's Initial Disclosures, DES0001-DES0103
20. Defendant's Supplemental Disclosures, DES0104-DES0429
21. All records of Article 15 proceeding involving Sergeant Kopf.
22. All documents and authorities relied upon by Plaintiff's experts
23. All exhibits listed on Defendant's Exhibit List (without waiving objections thereto)
24. All deposition transcripts, including exhibits marked during depositions
25. All discovery responses
26. All documents exchanged in discovery

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By: /s/ Adam D. Horowitz .
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Steven D. Bryant, Esq.
Steven.bryant@usdoj.gov

/s/Adam D. Horowitz

Exhibit List