**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LAVETTA ELK,** | ) | Case No. 05-186L |
| | ) | Judge Francis M. Allegra |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S WITNESS LIST**

Plaintiff, LAVETTA ELK., by and through her undersigned counsel, pursuant to Court Order dated October 25, 2007, hereby designates the following persons to serve as fact witnesses and expert witness to be used at jury trial:

**FACT WITNESSES**

**WILL CALL**

1. Lavetta Kathy Elk
   #484 Wounded Knee Housing
   Wounded Knee, SD 57794
   (605) 867-5466

**MAY CALL**

2. Sergeant Joseph P. Kopf
   Building 221
   Custer Drive
   Fort Riley, KS 66442

3. Jackie Randall
   P.O. Box 473
   Kyle, SD 57752
   605 455-2278

4. Shane Montgomery

P.O. Box 473
Kyle, SD 57752
(last known address)
(605) 441-1811

5. Carol Ann Black Elk Weston
P.O. Box 346
Porcupine, SD 57772
(605) 441 3667

6. Noritta High Hawk
Box 104
Wounded Knee, SD 57794
(605) 441-8727

7. Jerilyn Elk
#484 Wounded Knee Housing
Wounded Knee, SD 57794
(605) 867-5466

8. Emerson Elk
#484 Wounded Knee Housing
Wounded Knee, SD 57794
(605) 867-5466

9. Lloyd Elk
P.O. Box 146
Ft. Hall, ID 83221
Brother of Lavetta Elk

10. Daverine Elk
#484 Wounded Knee Housing
Wounded Knee, SD 57794
(605) 867-5466
Sister of Lavetta Elk; aware of extent and scope of Plaintiff's damages

11. Leah White Bear Claw
c/o Cangleska
P.O. Box 3003
Pine Ridge, SD 57770
Representative of Cangleska who met with Lavetta Elk; aware of extent and scope of Lavetta Elk's damages

12. Cecilia Fire Thunder

c/o Cangleska
P.O. Box 3003
Pine Ridge, SD 57770
Representative of Cangleska who met with Lavetta Elk; aware of extent and scope of Lavetta Elk's damages

13. David Swallow, Jr. (Medicine Man)
P.O. Box 286
Porcupine, SD 57772
Medicine Man who met with Lavetta Elk; aware of extent and scope of Lavetta Elk's

14. All physicians and other health care providers who treated Lavetta Elk for her injuries.

15. All records custodians of any and all of Plaintiff's physicians and other health care providers.

16. All witnesses listed on Defendant's Pre-trial Witness List (without waiving objections thereto).

**EXPERT WITNESS**

**WILL CALL**

17. Dr. Manlove
Manlove Psychiatric Group, D.C.
636 St. Anne Street
Rapid City, SD 57701
(605) 348-8000

18. Donald L. Frankenfeld
Frankenfeld Associates Interactive
815 St. Joseph Street
Rapid City, South Dakota 57701
(605) 348-8441

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By: /s/ Adam D. Horowitz .
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 25, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Steven D. Bryant, Esq.
Steven.bryant@usdoj.gov

/s/Adam D. Horowitz

Witness List