**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(E-Filed February 22, 2008)

| | | |
|---|---|---|
| LAVETTA ELK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 05-186L |
| v. | ) | Judge Francis M. Allegra |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| ________________________________________ | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO PRESENT TESTIMONY BY WAY OF DEPOSITION**

Pursuant to Appendix A ¶ 15(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, United States of America, hereby moves for leave to present the testimony of Ms. Noritta High Hawk by way of deposition in lieu of live testimony at the upcoming trial in this matter in the interests of time and efficiency. Introducing Ms. Hawk's deposition testimony in lieu of live testimony at trial will streamline the presentation of evidence. To this end, defendant respectfully requests leave to present the following portions of Ms. Hawk's deposition transcript in lieu of live testimony at trial: pp. 1-3, 11-12, 14-18, 21-24, 27-31, 35-37, 45-46, 49-50.

Dated: February 22, 2008

Respectfully Submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Steven D. Bryant
STEVEN D. BRYANT
SARA E. COSTELLO
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Email: steven.bryant@usdoj.gov
Voice: (202) 305-0424
Fax: (202) 305-0267

Of Counsel:

Major Lanny Acosta
U.S. Army Litigation Division
901 N. Stuart Street
4th Floor
Arlington, VA 22202

Sharon Pudwill
Department of Interior
Office of the Field Solicitor
Bishop Henry Whipple Federal Bldg.
1 Federal Drive, Room 686
Twin Cities, MN 55111