**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(E-Filed February 22, 2008)

| | | |
|---|---|---|
| LAVETTA ELK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 05-186L |
| v. | ) | Judge Francis M. Allegra |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST PURSUANT TO RCFC APPENDIX A (15)(a)**

**A. Will Call**

**Expert Witnesses**

1. Mark J. Mills, JD, MD
Forensic Sciences Medical Group
4814 Foxhall Crescent, NW
Washington, District of Columbia 20007
Phone (202) 333-3533
Dr. Mills is an expert in forensic psychiatry and will testify concerning the opinions he has formed, as well as the basis of those opinions, which are discussed in his expert report.
Expected length of testimony excluding cross examination – 4 hours.

2. Mary D. Stephenson, MD, MSc, FACOG
University of Chicago
5841 South Maryland Avenue (MC2050)
Chicago, IL 60637
773-834-1167
Dr. Stephenson is an expert in recurrent miscarriages and will testify concerning the opinions she has formed, as well as the basis of those opinions, which are discussed in her expert report.
Expected length of testimony excluding cross examination – 4 hours.

**Fact Witnesses**

3. Robert A. Bennett, (former Special Agent, Bureau of Indian Affairs)
Federal Bureau of Investigation
Suite 550
905 South Fillmore St.
Lobby Box 18

Amarillo, TX 79101-3540
806-376-6395
Expected testimony concerns the investigation of Ms. Elk's alleged assault.
Expected length of testimony excluding cross examination – 1 hour.

**B. May Call**

4. Noritta High Hawk[1]
Ms. Hawk is plaintiff's aunt. Expected testimony concerns her observations of plaintiff preceding the assault, plaintiff's statements, plaintiff's education, and significant events in plaintiff's life that have impacted her emotional state.
Expected length of testimony excluding cross examination – 45 minutes.

[1] Defendant has contemporaneously filed a Motion for Leave to introduce excerpts of Ms. Hawk's deposition testimony. Should that motion be granted, defendant does not anticipate calling Ms. Hawk as a witness.

Dated: February 22, 2008

Respectfully Submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Steven D. Bryant
STEVEN D. BRYANT
SARA E. COSTELLO
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Email: steven.bryant@usdoj.gov
Voice: (202) 305-0424
Fax: (202) 305-0267

Of Counsel:

Major Lanny Acosta
U.S. Army Litigation Division
901 N. Stuart Street
4th Floor
Arlington, VA 22202

Sharon Pudwill
Department of Interior
Office of the Field Solicitor
Bishop Henry Whipple Federal Bldg.
1 Federal Drive, Room 686
Twin Cities, MN 55111