IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAVETTA ELK, | ) | 05-186L |
| Plaintiff, | ) | |
| vs. | ) | Deposition of: |
| THE UNITED STATES OF AMERICA, | ) | LAVETTA ELK |
| Defendant. | ) | |

BEFORE: Jean M. Carlson
Court Reporter and Notary Public
Rapid City, South Dakota

DATE: December 12, 2006; 9:30 - 2:50 p.m.

PLACE: 201 Federal Building
515 Ninth St.
Rapid City, South Dakota

APPEARANCES:

Representing the Plaintiff: ADAM HOROWITZ
Herman & Mermelstein
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160

Representing the Defendant: KEVIN WEBB
SARA E. CULLEY
United States Department of Justice
PO Box 663
Washington, D.C.





I N D E X

| WITNESS: | PAGE |
|---|---|
| Lavetta Elk | |
| Examination by Ms. Culley | 4 |

| EXHIBITS: | MARKED ON PAGE |
|---|---|
| 1 Notice | 7 |
| 2 Subpoena | 8 |
| 3 Answers to Interrogatories | 46 |
| 4 Answers to First Set of Interrogatories | 64 |






LAVETTA ELK,

called as a witness, being first duly sworn, testified as follows:

MR. HOROWITZ: Lavetta, you need to answer all the

I wouldn't talk to anybody else.





Q You wouldn't talk to anyone else but Sergeant Kopf?
A Yes.
Q What made you interested in joining the Army?
A Like I said, I had a lot of family members that were in the military, and none of them were female, so I would have been the first.
Q Did you see Sergeant Kopf in any social settings?
A Social settings as in--
Q Did you go to the movies with Sergeant Kopf?
A He asked a few times, but I refused.
Q Did you see Sergeant Kopf at a volleyball game?
A Yes, for Lakota Nation Invitationals, he watched a few of my games.
Q Did you talk to him at these games?
A Yeah. Noticing that he was there, he waved me over, so I went over to talk to him.
Q What did you talk about?
A He told me that he had other people, a lot of people invited him to go see their matches, but he said he heard they were playing, so he tried to make every game.
Q Did you enjoy seeing Sergeant Kopf?
MR. HOROWITZ: Object to the form.
A I really wouldn't call it enjoying, seeing him. It would be just like seeing a person along the way. It's not like -- I didn't look forward to seeing him.

didn't have any place else to go. He told me that he was going to see my brother in Kyle at the high school, so I got in with him.
Q Which brother is that?
A Emerald.
Q How many brothers and sisters do you have?
A I have four brothers and two sisters.
Q What are their names?
A Daverine, Lloyd, Emmaline, Jeremy, Emerald and Jeffrey.
Q And the order of siblings where do you fit in at?
A There's Daverine, Lloyd, Emmaline, Jeremy, me and then Emerald and Jeffrey.
Q Did you ask Sergeant Kopf to leave you at the convenience store?
A No, because I didn't have any place to go. I didn't know what to do.
Q After you got back in the Suburban, what's the next stop you made?





A My cousin Jackie's house.
Q How long had you been driving before you stopped at Jackie's house?
A About ten minutes.
Q Where does Jackie live?
A She lives south of Kyle, and I don't know roads.
Q Does she live in the town of Kyle?
A No. The College Center is, she lives by the College Center, and it's about ten miles south of Kyle.
Q Did you have any conversations with Sergeant Kopf while

A I don't know what M.H. is.
Q Does that look like what's written on this page?
A I can't tell.
Q I'll represent to you that that's what it says. Does M.H. sound familiar to you?
A No.
Q Do you remember requesting a new counselor at the end of April?
A No. I don't remember.
Q Were there any counselors that you would have been seeing during that period?
A I don't remember any names. Like I said, there was a male and then there was a female.
Q At Pine Ridge?
A Yes.





Q Indian Hospital?
A Yes.
Q Lavetta, could you describe your expenses that resulted from the incident that happened on January 7, 2003?
MR. HOROWITZ: Object to the form.
A Expenses?
Q How much did you spend on going to the doctors as a result of the incident on January 7, 2003?
A I don't know.
Q Do you know if you spent any money seeing a therapist as a result of this incident?
A I don't know.
Q Did you spend any money on medications as a result of

this incident?
A No. I don't think so.
Q Did you spend any money on going to counseling as a result of this incident?
MR. HOROWITZ: I object to the form.
A No.
Q Do you have any additional costs or expenses because of the incident on January 7th of 2003?
MR. HOROWITZ: I object to the form.
THE WITNESS: Additional costs?
Q Is there anything else you spent money on because of this incident on January 7, 2003?





A No.
Q I know that you met with Dr. Mills, have you been examined by any other experts as part of this litigation?
A Experts?
Q Any other doctors or psychiatrists or psychologists?
A All I go to is just my uncle and medicine man.
Q I am going to turn to your symptoms again a little bit. Was there any change in your symptoms in the years 2000 through 2005?
MR. HOROWITZ: I object to the form.
THE WITNESS: No.
Q Actually I mean 2004, 2005?
A No.
Q They stayed the same?
A Yes.

miscarriage?
A Yes.
Q And when is your sixth miscarriage?
A It was just five, because this was my sixth pregnancy.
Q Did your personality change at all after your miscarriages?
MR. HOROWITZ: Object to form.
A No.
Q Were the doctors able to determine why you miscarried those times?
A They kept telling me it was stress. And with every pregnancy I was put on bed rest. But they just kept telling me I was stressed.
Q Did they recommend you do anything to feel less stress?
A They wanted me to go -- they asked me what I was stressed about, and I didn't want to go into detail. Like I said, it was a new place, and I wanted to start over new, and so I really didn't go into detail.
Q Did they recommend you take any medication to help you with that?
A No. They just wanted me to get better, to take care of myself and start eating right.
Q What was the cause of your stress during those pregnancies?
A They kept asking me what I was stressed out about, and





like I said, I didn't want to go into too much detail

about this case.

Q Is it correct you said you didn't have any --

It's 2:00 o'clock, and we will go ahead and go off the record.

(A break was taken from 2:00 to 2:10.)

MS. CULLEY: Back on record.

Q Lavetta, you mentioned that stress was causing your miscarriages. What was the source of that stress?

MR. HOROWITZ: I object to the form.

A The case. Everything.

Q What do you mean by everything?

A I feel happy and safe with my husband, but at the same time I'm fighting remembering stuff that he said, or remembering his smell.

Q When you say "he" --

A Sergeant Kopf.

Q Were there any other sources of stress in your life?

MR. HOROWITZ: I object to form.

A The stress of wanting to move on with my life, but being held back, so it's hard to talk about it. It's hard to try and move on.

Q Are you trying to move on?

A Yes.

Q What are you doing to help yourself move on?





A Well, I have my son.

Q Is there any source of stress unrelated to your encounter with Sergeant Kopf?

MR. HOROWITZ: I object to the form.

THE WITNESS: No.

Q After your miscarriages, did you feel emotional?

A Yes. But each time I got pregnant again, you know, I'd be happy, and then when I finally had my son, it was the greatest.

Q How did you feel after you finally had your son?

A Complete.

Q Really happy?

A Yes.

Q After your miscarriages, did you cry often?

A Yeah. Yes. Who wouldn't?

Q Did you feel like your miscarriages impacted your self-esteem?

A A little. Like I said, I felt like a failure, then again it kind of made me want to try harder.

Q Do you feel anxious after your miscarriages?

A No. Like I said, I have my husband to help me, and he's always talking me through everything.

Q Do you feel depressed after your miscarriages?

A Yes.

Q Did you have a hard time sleeping after your





miscarriages?

A After January of '03 I've always had a hard time sleeping.

Q After your miscarriages, did you have any loss of appetite?

A No.

Q After your miscarriages did you feel angry at all?