Webb, Kevin

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LAVETTA ELK,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 05-186L<br>Judge Francis M. Allegra |

'06 DEC 26 AM 11:43

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION

PLAINTIFF'S, LAVETTA ELK'S SUPPLEMENTAL ANSWERS TO DEFENDANT, THE UNITED STATES OF AMERICA'S, FIRST SET OF INTERROGATORIES

Pursuant to RCFC 33, the Plaintiff, LAVETTA ELK, by and through her undersigned counsel, hereby serves her supplemental answers to the Defendant, THE UNITED STATES OF AMERICA, First Set of Interrogatories as follows:

GENERAL OBJECTIONS

1. Plaintiff objects to Defendant's Interrogatories to the extent that the discovery calls for the disclosure of information protected by the attorney-client privilege, attorney work-product doctrine, or other applicable privilege or immunity, whether created by statute or common law. Plaintiff claims such privileges and protections to the extent implicated by each Interrogatory, and excludes privileged and protected information from any responses to Defendant's discovery. Any disclosure is inadvertent and is not intended to waive those privileges or protections, which are specifically reserved.

2. Plaintiff objects to Defendant's Interrogatories to the extent that same are vague, ambiguous, incomprehensive and overly broad.

3. Plaintiff objects to Defendant's Interrogatories to the extent that the Interrogatories seek to impose obligations beyond those imposed by applicable law and the

Plea
90-2-20-11532

PLAINTIFF'S SUPPLEMENTAL ANSWERS

INTERROGATORY NO. 4:

Describe in detail any counseling, assistance or treatment Plaintiff received for the injuries alleged in ¶ 15 of her Complaint, identifying the names of the facilities where the counseling, assistance or treatment was received, the names of the treating professionals, the dates of counseling, assistance or treatment, the counseling, assistance or treatment received (including any tests that were taken), any medications prescribed and the costs associated with the counseling, assistance or treatment.

RESPONSE:

I went to Kyle Mental Health in January 2003 and I was treated by Jean Hammond. I also went to Pine Ridge Mental Health (IHS Indian Hospital - Pine Ridge PO Box 1201, Pine Ridge, South Dakota 57770) beginning in January 2003 and was treated by Laura Graham and Kim (last name unknown).

For three to four months I participated in a women's group Changleska, Inc.. The address is P.O. Box 3003, Pine Ridge, SD 57770. I went to them to get help in coping with the assault. I first went to see them after the assault for about three to four months. The first person I talked to was Cecila Fire Thunder and my Outreach Advocate was Lea White Bear Claw. A more detailed description of services rendered may be obtained from the health care providers.

I have been seeing my minister, John Two Bulls, during the past year for emotional problems related to the assault. His address is P.O. Box 898, Pine Ridge, SD.

I have also been seeing a traditional medicine man, David Swallow, Jr. for approximately the past six months for emotional and spiritual counseling related to the problems I have had resulting from the assault. His address is P.O. Box 286, Porcupine, SD 57772.

INTERROGATORY NO. 6:

Describe in detail therapy, counseling, psychological or psychiatric treatment Plaintiff received following January 6, 2003, identifying the names of the facilities where treatment was received, the names of the treating professionals, the dates of the treatment,

the treatment received (including any tests that were taken), any medications prescribed and the costs associated with treatment.

RESPONSE:

I went to Kyle Mental Health in January 2003 and I was treated by Jean Hammond. I also went to Pine Ridge Mental Health (IHS Indian Hospital - Pine Ridge PO Box 1201, Pine Ridge, South Dakota 57770) beginning in January 2003 and was treated by Laura Graham and Kim (last name unknown).

For three to four months I participated in a women's group Changleska, Inc.. The address is P.O. Box 3003, Pine Ridge, SD 57770. I went to them to get help in coping with the assault. I first went to see them after the assault for about three to four months. The first person I talked to was Cecila Fire Thunder and my Outreach Advocate was Lea White Bear Claw. A more detailed description of services rendered may be obtained from the health care providers.

I have been seeing my minister, John Two Bulls, during the past year for emotional problems related to the assault. His address is P.O. Box 898, Pine Ridge, SD.

I have also been seeing a traditional medicine man, David Swallow, Jr. for approximately the past six months for emotional and spiritual counseling related to the problems I have had resulting from the assault. His address is P.O. Box 286, Porcupine, SD 57772.