IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAVETTA ELK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 05-186 |
| v. | ) | Judge Francis M. Allegra |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**EXPERT REPORT OF MARY D. STEPHENSON, MD, MSc, FACOG**

1. **Scope of Assignment**
I have been retained as an expert witness by counsel for the U.S. Department of Justice, at a rate of $500 per hour, to review the claim made by the plaintiff, Lavetta Elk, a member of the Oglala Sioux Tribe who resided on the Pine Ridge Indian Reservation in Wounded Knee, South Dakota, that she had repeated miscarriages because of ongoing stress, resulting from an incident involving Sergeant Kopf of the U.S. Army on January 7, 2003.

2. **Qualifications**
In March 2004, I was appointed Professor of Obstetrics and Gynecology, in the Section of Reproductive Endocrinology and Infertility, at the University of Chicago. I moved to the University of Chicago to establish a Recurrent Pregnancy Loss Program, of which I am the Director. Upon my departure from the University of British Columbia, Vancouver, Canada, I was appointed Adjunct Professor, so I could continue my previously established recurrent pregnancy loss research in British Columbia.

I graduated with a Bachelor of Science (BSc) in 1977 and a Medical Doctor (MD) in 1981, both from the University of British Columbia. Following an internship, I practiced in family medicine until 1987, when I started residency in Obstetrics and Gynecology at the University of British Columbia. In 1991, I completed my residency and became board-certified in Obstetrics and Gynecology. During my residency, I recognized my interest in recurrent pregnancy loss, and, shortly after its completion, I started a Masters of Science in Experimental Medicine. In 1992, I founded the Recurrent Pregnancy Loss (RPL) Program at The British Columbia's Women's Hospital & Health Centre in Vancouver, Canada, which became the largest multidisciplinary RPL Program in North America.

I was granted a tenure-track Assistant Professor appointment at the University of British Columbia in 1994 and completed my Masters of Science 1996. In 1999, I became a Fellow in the American College of Obstetricians and Gynecologists. In 2001, I was granted tenure and promoted to Associate Professor. In 1996, I was awarded a Career Investigator Award from the British Columbia Research Institute for Children's & Women's Health, which was renewed until my move to the University of Chicago in 2004.

Since 1992, I have been the Principal Investigator and Co-Investigator, with scientists from throughout North America, on numerous recurrent pregnancy loss research projects. As a clinical trialist and translational researcher, I have published numerous original research articles and reviews, which are listed in my curriculum vitae. Presently, I am the Principal Investigator of a multicentered, randomized controlled trial on the use of IVIG in secondary recurrent miscarriage. I am funded by the Canadian Institutes of Health Research and the National Institutes of Health for reproductive genetics and reproductive immunology projects. I am internationally recognized for my research in recurrent pregnancy loss and enjoy lecturing nationally and abroad on my area of expertise.

Presently, I see in consultation approximately 200-250 new patients for recurrent pregnancy loss on a yearly basis, from throughout the United States, Canada and abroad, in the University of Chicago Recurrent Pregnancy Loss Program, which I established in 2004.

**3. Overview of Recurrent Pregnancy Loss**

Miscarriage in the general reproductive population is a very common occurrence. Prior to six weeks of pregnancy, the miscarriage risk is between 30-50%, of which 70% are due to an abnormal number of chromosomes in the pregnancy (Edmonds DK, et al. Fertil Steril 1982;38:447-453; Wilcox AJ, et al. N Engl J Med, 1988;319:189-194; Ohno M et al.Obstet Gynecol 1991;77:394-398). At six weeks of pregnancy, the miscarriage risk decreases to approximately 15%, of which 50% are due to an abnormal number of chromosomes in the pregnancy (Jacobs PA and Hassold T. Human Genetics 1987:233-244).

Recurrent pregnancy loss, defined as two or more pregnancy losses, affects up to 5% of couples who are trying to establish a family (Roman EJ. Epidemiol Community Health 1984;38:29-35). This reproductive disorder is a challenge to the clinician since there are many factors, including genetic, hormonal, anatomic, immune, infective, and clotting, which may require evaluation. In approximately two-thirds of couples with recurrent miscarriage, defined as three or more miscarriages of less than 20 weeks of pregnancy, one or more of these factors will be identified (Stephenson MD. Fertil Steril 1996;66:24-29). Whether patients with two, not three, consecutive miscarriages require evaluation is controversial (Carson SA and Branch DW. ACOG Practice Bulletin 2001;24:1-12).

Recurrent pregnancy loss may lead to feelings of anger, guilt and depression, therefore counseling may be beneficial prior to attempting another pregnancy. Close monitoring of a subsequent pregnancy is associated with a higher likelihood of success (Stray-Pedersen B and Stray-Pedersen S. Am J Obstet Gynecol 1984;148:140-146).

**4. Documents Reviewed**

I have reviewed the medical records and deposition for the case of Lavetta Elk, a 22 year old female at the time of filing. For this report, I reviewed the Complaint filed February 3, 2005; the plaintiff's Deposition dated February 12, 2006; the plaintiff's Answers to Deposition upon Written Questions; her medical records from Aurora Medical Center-Kenosha from September 21, 2005 to February 17, 2006 and various medical records from November 4, 1987 to August 2, 2006, which include, but are not limited to, Women's Health Clinic Encounter, Pine Ridge Hospital and PCC Mental Health/Social Service records.

**5. Brief Summary**

In the Deposition, Lavetta Elk claims she miscarried five times before the birth of her son in 2006. Upon reviewing her medical records, a total of three pregnancies, which includes her successful pregnancy in 2006, have been documented.

The first documented pregnancy resulted in a miscarriage of 16 week size, in October 2003. This miscarriage was preceded by two infections: a urinary tract infection and a sexually transmitted disease, chlamydia, which causes pelvic inflammatory disease. Therefore, this miscarriage was most likely due to infection.

Lavetta Elk claims she had three miscarriages in 2004, despite documentation in the medical records of birth control pill prescriptions in November 2003, and, January, February, June and October 2004, with no mention of pregnancy during the prior months.

•The plaintiff states in February 2004, she miscarried three weeks into her pregnancy, corresponding to one week before her missed period. A pregnancy test would not test positive at this early stage, so it is not medically possible for Lavetta Elk to know if she were pregnant.

•The plaintiff states in June 2004, she miscarried seven weeks into her pregnancy, but there is no documentation of this pregnancy in the medical records provided.

•The plaintiff states in September 2004, she miscarried three weeks into her pregnancy, corresponding to one week before her missed period. A pregnancy test would not test positive at this early stage, so it is not medically possible for Lavetta Elk to know if she were pregnant.

The second documented pregnancy resulted in a miscarriage of less than 8 week size, in April 2005. The most likely cause of this miscarriage is a random chromosome error (Jacobs PA and Hassold T. Human Genetics 1987:233-244). Lavetta Elk developed pelvic inflammatory disease following her D&C (a procedure to remove the miscarriage from the uterus) and was prescribed antibiotics.

In the Deposition, Lavetta Elk describes feeling "like a failure" following her miscarriages, which is common statement made by patients with recurrent pregnancy loss. She did not talk to a therapist about her feelings despite, according to the plaintiff, "[the doctors] kept telling me I was stressed," and "[the doctors] just wanted me to get better, to take care of myself and start eating right." There is no statement in the medical records, from any health care professional, that her miscarriages were due to stress.

It appears that Lavetta Elk had a subsequent successful pregnancy outcome, despite not seeking evaluation following her two miscarriages, and, despite her limited prenatal care during her successful pregnancy.

Lavetta Elk had a pre-existing mental illness, specifically a Depressive Disorder, for which she sought treatment. She also reported "overwhelming feelings related to school, graduation, applying for scholarship and summer camp." Following January 7, 2003, she continued to seek treatment for her Depressive Disorder and an Acute Stress Reaction. The medical records include statements which describe Lavetta Elk as being paranoid, delusional and dissociative, which may have impaired her recollection of events following January 7, 2003, including her pregnancy history.

## 6. Commentary and Conclusions

**Pertinent obstetrical history:**
From the medical records provided, Lavetta Elk has a history of three documented pregnancies, with one presumed (since delivery records were not provided but documentation of breastfeeding and request for birth control pills was) successful outcome in 2006. The two unsuccessful pregnancies consisted of a miscarriage of approximately 16 week size in October 2003 and a miscarriage of approximately 8 week size in April 2005.

Based on the medical record of September 29, 2003, ultrasound revealed a 14 week size pregnancy with cardiac (heart) activity. Lavetta Elk stated her menstrual period was August 4, 2003 but based on the ultrasound findings, her last menstrual period would have been earlier than that, approximately June 23, 2003.

- •On September 30, 2003, Lavetta Elk presented with difficulties sleeping and abdominal pain. She was diagnosed with a urinary tract infection, which was treated with Keflex and Pyridium.

- •On October 6, 2003, Lavetta Elk tested positive for chlamydia, a sexually transmitted disease which causes pelvic inflammatory disease, and she was prescribed azithromycin.

- •On October 30, 2003, Lavetta Elk experienced heavy vaginal and severe cramping; a miscarriage of 16 weeks size, was diagnosed. A D&C was performed because of retained pregnancy tissue.

Both urinary tract infections and chlamydia are associated with miscarriage (fetal demise) of 10 to 20 week size (Gibbs RS. Seminars in Perinatology 2002;26:75-8; Stephenson MD and Kutteh W. Clin Obstet Gynecol 2007;50:132-145). There is no mention in the medical records that this miscarriage was related to stress.

Following the miscarriage, Lavetta Elk was prescribed birth control pills in November 2003 (continuously for three months), with birth control pill refills in January 2004, February 2004 and June 2004. In May 2004, Lavetta Elk requested, "to be tested for STDs [sexually transmitted diseases]" because she was moving to Idaho. In June 2004, she was "moving to Chicago."

Lavetta Elk's second documented pregnancy ended in April 2005.

- •On March 30, 2005, ultrasound revealed an early pregnancy, with an embryo measuring 6 weeks 6 days with cardiac activity. Ultrasound revealed a small fluid collection adjacent to the pregnancy, consistent with a small subchorionic hematoma (blood clot behind the placenta).

- •On April 6, 2005, test results were negative for antiphospholipid antibodies, which are substances in the blood stream which are associated with early and late miscarriages. STD testing was negative for chlamydia.

- •On April 12, 2005, ultrasound revealed an embryo of 7 weeks 5 days gestation without cardiac activity. Chromosome testing of this miscarriage was not performed. Chromosome testing of Lavetta Elk and her husband were reported as normal.

- •On April 20, 2005, Lavetta Elk was seen in the Emergency Room at Pine Ridge HIS complaining of lower abdominal and pelvic pain for six weeks. Ultrasound confirmed early miscarriage.

•On May 18, 2005, Lavetta Elk presented with severe abdominal pain following a D&C on April 25, 2005. She was prescribed antibiotics for treatment of pelvic inflammatory disease following the D&C.

According to the medical notes of September 6, 2005, Lavetta Elk was on birth control pills when she conceived her third pregnancy. She was evaluated for other factors associated recurrent pregnancy loss, including thyroid function and Factor V Leiden (a gene mutation which increases the risk of clotting in the placenta), and retested for antiphospholipid antibodies, all of which were negative. She tested positive for an infection in the vagina, bacterial vaginosis, which is associated with fetal demise, preterm labor and preterm delivery.

•On October 4, 2005, Lavetta Elk stated her boyfriend [?husband] was cheating on her, and she wanted to be checked for STDs. She still was taking the birth control pills, despite a positive pregnancy test on September 21, 2005.

•The medical records state that Lavetta Elk did not have prenatal care from 16 to 26 weeks gestation. The standard of medical care is prenatal visits every four weeks, therefore, at 16, 20 and 24 weeks.

•On April 28, 2006, the medical records stated Lavetta Elk had leaking of [amniotic] fluid at 36 weeks gestation. Her due date was May 25, 2006 and there is documentation of a delivery in the medical records provided.

•On August 2, 2006, Lavetta Elk was noted to be breastfeeding a male infant, and, requested birth control pills.

**Pertinent psychiatric history prior to January 7, 2003:**

February 28, 2002: Lavetta Elk referred herself to PCC Mental Health/Social Service. Medical records written by L. Graham, "Patient is an 18 year old student at Red Cloud School, who is experiencing grief due to deaths of her sponsors. Her female sponsor died 2 years prior, her male sponsor died a few weeks ago. Her boyfriend and her let go of their 4 year relationship 2 weeks ago. Patient denies any suicidal ideation but admits to on-going depression for one year. Patient wants one-to-one counseling to cope with losses." Appointment scheduled.

April 11, 2002: Initial session with Tami Osburn, therapist. "Patient transported by Red Cloud School. Patient states she has been feeling depressed and anxious with symptoms that are becoming worse. Her sponsor died 2 years ago. Their relationship was very close and she [her sponsor] lived in North Carolina. Patient has not gone to summer camp in North Carolina since. Patient is a senior and has applied at six colleges. Four have offered full scholarships. Diagnosis from medical records: Depressive Disorder.

April 17, 2002: Session with L. Graham. "Patient wants appointment with Dr. Wortel and wants meds for depression. Patient presented to Health Services with her teacher. Teacher reports that patient told her that she has been depressed for two months, with mood swings, feelings of hopelessness." Referred to Dr. Wortel and follow-up with counselor, T. Osburn.

April 26, 2002: Session with T. Osburn. "Patient transported by Red Cloud School. Patient states she is feeling overwhelmed by finals, graduation, applying for scholarship and summer camp. Last week was the birthday of her sponsor's husband. That was one reason she was brought in. Patient misses her sponsors. Patient's mood and affect depressed."
Diagnosis from medical records: Depressive Disorder.

**Pertinent psychiatric history following January 7, 2003:**
January 15, 2003: Medical records from Womens Health Clinic. "Assaulted 1/7/03. Unable to sleep secondary to trauma/stress." Prescribed Seconal, Temazepam.

January 15, 2003: Written by C. Pourier, Mental Health/Social Services. "Difficulty sleeping and eating for the past week." "Patient was asked about suicide ideation and she acknowledged that she had thought about it particularly since her boyfriend completed a suicide in November and an uncle about the same time." Objective: "Her mood was depressed and her affect was restricted. Patient reports episodes of dissociation and at one point in the session she did not respond and seemed to be dissociating." "She does admit that when she dissociates she sees military vehicles and personnel and feels like she being carried away until she snaps back to reality." "She was able to give a fairly detained account of her assault as well as the suicide of her boyfriend."
Diagnosis from medical records: Acute Stress Reaction, Depressive Disorder.

January 21, 2003: late cancellation for her appointment

January 22, 2003: no show for her appointment

January 24, 2003: Phone prescription for Trazodone 50 mg, prescribed by Theresa Friend

January 24, 2003: Written by K. Pearson, Mental Health/Social Worker. "The patient was accompanied by an older brother." "Appears to have supportive family and family is assisting with legal process." "Missed appointment with Ms. Pourier and Dr. Wortel last week." "Dr. Friend agreed to give patient another and hopefully more effective sedative until patient sees Dr. Wortel."

January 28, 2003: Written by Dr. Wortel. "on Tenazepan x 10 days, Trazodone 50 mg at bedtime, recent assault 1/7/03." "Happy with Trazodone. Reports "All I want to do is sleep to avoid distressing recall." "Also, recent alcohol binge to decrease distress."
Switched to Trazodone and Prozac 20 mg, discouraged alcohol.

January 29, 2003: Written by Theresa Friend, Womens Health Clinic Encounter. "Here for a rape exam, happened 3 weeks ago." "Sexual debut two days ago. Used condoms. Not involved with partner. Patient pleasant, smiling, having appropriate question-much improved from first meeting 1/15/03."

January 29, 2003: C. Pourier, Mental Health/Social Services. "Patient brought in by brother. He stated she was troubled because she received a call from the army personnel earlier today and they are wanting to talk with her regarding the reported incident." "She reported that her

paranoia has improved but she did have difficulty earlier when she got the call and did contemplate suicide." "She seemed to be a little more animated today."

February 5, 2003: 00:50, C. Pourier, Mental Health/Social Services.Worker. "she wants to "beat on something." "She admits to some suicidal ideation." "She stated she needed a rape exam (even though there was no sexual penetration} reassurance because she wasn't sure if she remembered everything." "Her mood remains depressed and her affect blunted, she describes episodes of paranoia and delusional thinking." "She states she does not want to die but feels overwhelmed." "She appears to dissociate during the session but will eventually respond to questions." Her paranoia and delusional thinking are additional concerns. Patient agreed that she will consider in-patient treatment and discuss it further in the next session."
Diagnosis from medical records: Acute Stress Reaction, Depressive Disorder.

February 5, 2003: C. Pourier, Mental Health/Social Services. "Patient accompanied by her brother and sister-in-law. He asked to speak with this provider. Patient's brother wanted to know why provider was trying to commit his sister to hospital. He was told that an in-patient assessment and treatment were recommended and the process was explained to the patient. He stated that no one could be trusted and it was his responsibility to protect his sister. He stated that there government people out to get her, and this provider might also be a part of this. The family has a hearing scheduled today to get a restraining order against the army."

February 13, 2003: Did not keep appointment

March 3, 2003: Acute Stress Disorder, prescribed by Dr. Wortel, Prozac 20 mg.

March 11, 2003: did not keep appointment

April 21, 2003: did not keep appointment

April 25, 2003: Prozac x 2 months, no relief re: Acute Stress Disorder, prescribed Effexor

April 30, 2003: advised to start taking Effexor 75 mg daily

May 23, 2003: referred to Behavioural Health Encounter, patient did not want to be seen today, previous seen, doing well on Effexor

May 23, 2003: returned for refill of Effexor, feels better

June 8, 2003: brought in by police, hyperventilating, prescribed Effexor XR x 1 month

June 9, 2003: OCC Ambulatory Encounter Record. "states was caught by cops and had wrist cut and bleeding"

June 24, 2003: did not keep appointment

August 21, 2003: going to college, seen for prescription refills, Effexor XR 150 mg x 90

**Conclusions:**
From the medical records provided, Lavetta Elk had only three documented pregnancies, which resulted in a miscarriage of 16 week size, a miscarriage of just under 8 week size and a presumed successful pregnancy outcome of a male newborn, which she breastfed. Lavetta Elk had a limited evaluation for a history of two miscarriages; the evaluation was not complete and did not exclude all of the known factors associated with recurrent pregnancy loss.

The miscarriage in October 2003 followed a urinary tract infection treated with Keflex and Pyridium, and chlamydia, which causes pelvic inflammatory disease, treated with azithromycin. Both urinary tract and chlamydia infections are associated with miscarriages in the second trimester (Gibbs RS. Seminars in Perinatology 2002;26:75-8; Stephenson MD and Kutteh W. Clin Obstet Gynecol 2007;50:132-145). There is no statement from any health care professional that this miscarriage was due to stress.

Following the first miscarriage, Lavetta Elk was prescribed birth control pills in November 2003 (continuously for three months), with birth control pill refills in January 2004, February 2004 and June 2004. In May 2004, Lavetta Elk requested, "to be tested for STDs [sexually transmitted diseases]" because she was moving to Idaho. In June 2004, she was "moving to Chicago."

Lavetta Elk's second pregnancy ended in miscarriage of under 8 week size, as documented by ultrasound on April 12, 2005. On April 20, 2005, she was seen in the Emergency Room, complaining of lower abdominal and pelvic pain for six weeks. On May 18, 2005, Lavetta Elk presented with severe abdominal pain following a D&C on April 25, 2005. She was prescribed antibiotics for treatment of pelvic inflammatory disease.

In regard to miscarriages of 6-10 week size, approximately 50% are found to be due to a random chromosome error; most commonly an extra chromosome (trisomy), a chromosome missing (monosomy) or a complete extra set of chromosomes (triploidy). If the miscarriage had been sent for chromosome testing and trisomy, monosomy or triploidy was found, Lavetta Elk would have been advised that the chromosome error was random, meaning that the risk of having another miscarriage in the next pregnancy was not increased (Stephenson MD. The Journal of Reproductive Medicine 2006;51:303-10). There is no statement from any health care professional that this early miscarriage was due to stress.

It appears that Lavetta Elk had a subsequent successful pregnancy outcome, despite not completing a thorough evaluation for two miscarriages, and, despite limited prenatal care.

In regard to her mental status prior to January 7, 2003, Lavetta Elk sought treatment at PCC Mental Health/Social Service as early as February 28, 2002; at which time she admitted that she had been depressed for one year. The diagnosis of a Depression Disorder was made on April 11, 2002. On April 17, 2002, Lavetta Elk requested medications for depression. On April 26, 2002, she was seen because of overwhelming feelings related to school, graduation, applications and summer camp. Therefore, she had a premorbid state, consisting of a depressive disorder, diagnosed in April 2002.

Following January 7, 2003, it was noted in the medical records that Lavetta Elk described episodes of paranoia and delusional thinking. She appeared to dissociate during sessions with C. Pourier. She was prescribed medications for depression and anxiety, but was also binge drinking.

Lavetta Elk had a pre-existing mental illness, specifically a Depressive Disorder, for which she sought treatment. Following January 7, 2003, she continued to seek treatment for her Depressive Disorder and an Acute Stress Reaction. The medical records include statements which describe Lavetta Elk as being paranoid, delusional and dissociative, which may have impaired her recollection of events following January 7, 2003, including her pregnancy history.

My curriculum vitae is attached.

Signed June 4, 2007.

Mary D. Stephenson, MD, MSc, FACOG
Professor of Obstetrics and Gynecology, Section of
Reproductive Endocrinology and Infertility, and,
Director, Recurrent Pregnancy Loss Program,
University of Chicago
Chicago, Illinois

# CURRICULUM VITAE
June 4, 2007

**MARY D. STEPHENSON, MD, MSc, FACOG**

Professor of Obstetrics and Gynecology
Section of Reproductive Endocrinology and Infertility (REI)
University of Chicago
5841 South Maryland Avenue (MC 2050)
Chicago, Illinois 60637
Phone: (773) 834-1167
Fax: (773) 702-2893
mstephen@babies.bsd.uchicago.edu

## Education and Training:

| | | |
|---|---|---|
| 1973-1977 | University of British Columbia | Bachelor of Science |
| 1977-1981 | University of British Columbia | MD |
| 1981-1982 | University of Alberta | Rotating Internship |
| 1987-1991 | University of British Columbia | Residency in Ob/Gyn |
| July-August 1991 | Methodist Center for Reproduction & Transplantation Immunology | Research Fellowship in Reproductive Immunology |
| Sept-Dec 1991 | Vancouver Hospital, University of British Columbia | Laboratory training in Reproductive Immunology |
| 1992-1996 | University of British Columbia | Masters of Science in Experimental Medicine |
| August 2000 | University of Chicago | Research Fellowship in Molecular Genetics |

## Special Professional Qualifications:

| | | |
|---|---|---|
| 2004, 2007 | American Heart Association | ACLS Certification |
| 2000 | The Fetal Medicine Foundation | Certification in 11-14 wk Scan (nuchal translucency) |
| 1999 | American College of Obstetricians & Gynecologists | Fellow (FACOG) |
| 1993 | BC Medical Association, Section of Radiology | Gyne/Ob<14 wks U/S Certification |
| 1991 | Royal College of Physicians and Surgeons of Canada | Fellow (FRCSC) |
| 1982 | Medical Council of Canada | LMCC |

## Licensure:

| | |
|---|---|
| 2004 – ongoing | Illinois, USA |
| 1992 – ongoing | British Columbia, Canada |

**Academic & Hospital Appointments:**

| | | |
|---|---|---|
| 2004 – ongoing | Professor | Department of Obstetrics and Gynecology, Reproductive Endocrinology and Infertility (REI), University of Chicago |
| 2004 – ongoing | Active Staff | University of Chicago Hospitals |
| 2004 – ongoing | Adjunct Professor | Department of Obstetrics and Gynaecology, REI, University of British Columbia (UBC) |
| 2004 – ongoing | Scientific Staff | BC Women's Hospital & Health Centre |
| 2001 – 2004 | Associate Professor | Department of Obstetrics and Gynaecology, REI, University of British Columbia |
| 1996 – 2004 | Career Investigator | BC Research Institute for Children's & Women's Health |
| 1994 – 2001 | Assistant Professor | Department of Obstetrics and Gynaecology, REI, University of British Columbia |
| 1994 – 2004 | Associate Member | Department of Medicine, Division of Allergy & Immunology, UBC |
| 1995 – 2004 | Active Staff | Vancouver Hospital |
| 1992 – 2004 | Consultant | UBC In Vitro Fertilization Program |
| 1992 – 2004 | Active Staff | BC Women's |
| 1993 – 1994 | Clinical Instructor | Department of Medicine, Division of Allergy & Immunology, UBC |
| 1992 – 1994 | Research Fellow | Department of Obstetrics and Gynaecology, REI, University of British Columbia |
| 1982 – 1987 | Family Physician | Wellington Medical Clinic, Nanaimo |

**Administrative & Educational Positions:**

| | |
|---|---|
| 2004 – ongoing | Director, University of Chicago Recurrent Pregnancy Loss Program |
| 2004 – ongoing | Member, Committee of Appointments and Promotions, Biological Sciences Division, University of Chicago |
| 1996 – 2004 | Medical Director, Reproductive Medicine Program, BC Women's |
| 1994 – 2004 | Director, Gyne/Early OB Ultrasound Unit, BC Women's |
| 1992 – 2004 | Director, Recurrent Pregnancy Loss Clinic, BC Women's |
| 1999 – 2004 | Director, Subspecialty Program in Reproductive Endocrinology & Infertility, University of British Columbia |
| 2001 – 2002 | Director, Fellowship Program in Reproductive Imaging, UBC |
| 1994 – 2004 | Member, Graduate Program in Reproductive and Developmental Sciences, UBC |

**Awards & Distinctions:**

Best Doctors in America, 2005/2006

President's Presenter Award (Supervisor: Sony Sierra, REI Fellow), Society of Gynecologic Investigation, 53rd Annual Scientific Meeting, March 2006.

Certificate of Appreciation for Service as Chair of the Reproductive Immunology Special Interest Group, American Society for Reproductive Medicine, October 2003.

Society of Obstetricians and Gynecologists of Canada Millennium Fellowship, August 2000.

New and Established Investigator Scholarships, British Columbia Research Institute for Children's and Women's Health, University of British Columbia, 1996-2004.

Finalist, YWCA Women of Distinction, Science and Technology, May 1999.

**Society Memberships and Positions Held:**

| | |
|---|---|
| American Society for Reproductive Medicine<br>Postgraduate Program:<br>Coordinating Chair 2006-2007, Co-Chair 2007-2008, Chair 2008-2009 | 2006 – 2009 |
| American Society for Reproductive Medicine<br>Reproductive Immunology Special Interest Group:<br>Chair 2002-2003, Vice Chair 2001-2002, Secretary/Treasurer 2000-2001 | 1994 – ongoing |
| American Institute of Ultrasound in Medicine | 2007 – ongoing |
| Chicago Association of Reproductive Endocrinologists (CARE)<br>Treasurer 2006-2007 | 2004 – ongoing |
| European Society of Human Reproduction and Embryology | 2002 – ongoing |
| Society for Gynecologic Investigation | 2002 – ongoing |
| American College of Rheumatology | 2005 – ongoing |
| Canadian Fertility and Andrology Society | 1992 – ongoing |
| American College of Obstetrics & Gynaecology | 1999 – ongoing |
| Central Association of Obstetricians and Gynecologists | 2004 – ongoing |
| American Society for Reproductive Immunology<br>Executive Council Member, 1997-2000 | 1991 – 2000 |
| Royal College of Physicians and Surgeons of Canada | 1991 – ongoing |
| Society of Obstetricians and Gynecologists of Canada | 1987 – ongoing |

**Committee Memberships:**

| | |
|---|---|
| IVIG Systematic Review, Content Expert, commissioned by the Canadian Blood Services | 2002 – 2005 |
| British Columbia IVIG Utilization Management Task Force | 2001 - 2004 |
| IVIG Consensus Committee, Canadian Blood Services, Toronto, Ontario | 2000 - 2001 |
| Canadian Multidisciplinary Consensus Committee on the Present and Future Uses of IVIG | 1996 - 1997 |
| Clinical Guidelines Committee, American Society for Reproductive Immunology | 1995 - 1997 |
| New Investigators Research Committee, British Columbia Health Research Foundation | 1994 - 1998 |

**Editorship:**

| | |
|---|---|
| Contributing Editor, Yearbook of Obstetrics and Gynecology | 2004 – ongoing |
| Peer Reviewer, International Journal of Gynecology & Obstetrics | 2005 - ongoing |

**Reviewer for Journals (Ad Hoc):**

Reproduction: 2007
Reproduction, Fertility and Development: 2007
Journal of the Society for Gynecologic Investigation: 2006
Journal of Clinical Endocrinology & Metabolism: 2005
Fertility and Sterility: 2003, 2004, 2005, 2006, 2007
Human Reproduction: 2002, 2003, 2004, 2005, 2006, 2007
Obstetrics and Gynecology: 1997, 2000, 2002, 2003, 2004

American Journal of Obstetrics and Gynecology: 2001, 2002, 2003, 2004, 2005, 2006
American Journal of Reproductive Immunology: 1998, 1999, 2000, 2002, 2003, 2004, 2005, 2006
Canadian Medical Association Journal: 2004, 2005
International Journal of Gynecology & Obstetrics: 2005
Journal of Obstetrics and Gynaecology Canada: 2005
Journal of Reproductive Immunology: 2003
Journal of Assisted Reproduction and Genetics: 2000
Journal of Human Reproduction and Contraception: 2002
Journal of the Society of Obstetricians & Gynaecologists of Canada: 1996, 1997
International Journal of Fertility: 1992

**Reviewer for Grants:**
RCOG/WellBeing of Women Research Grant: 2006
Bayer/Canadian Red Cross Society Research and Development Fund: 1997
British Columbia Health Research Foundation : 1994, 1995, 1996, 1997
Canadian Institute of Health Research: 2001
Medical Research Council of Canada: 1998, 1999

**Reviewer for CME:**
The Foundation for Medical Practice Education, McMaster University, 2004

**Major Conference Participation:**

**The 24th Annual Meeting of the European Society for Human Reproduction and Embryology (ESHRE),** Barcelona, Spain, July 6-9, 2008.
Plenary Faculty, "Cytogenetic Aspects of Early Pregnancy Loss"

**The 14th World Congress on In Vitro Fertilization & 3rd World Congress on In Vitro Maturation,** Montreal, Canada, September 15-19, 2007.
Invited Faculty, "Is There a Role for IVF/PGD in Recurrent Miscarriage?"

**The 53rd Annual Meeting of the Canadian Fertility and Andrology Society (CFAS),** Halifax, Nova Scotia, September 26-29, 2007.
Plenary Faculty, "Recurrent Pregnancy Loss: State of the Art"

**The 55th Annual Clinical Meeting of the American College of Obstetricians and Gynecologists (ACOG),** San Diego, California, May 5-9, 2007.
Invited Faculty for Postgraduate Course, "Evaluation and Management of Recurrent First Trimester Pregnancy Loss"
"Parent and Progeny: The Genetic Evaluation"
"Obstetrical Antiphospholipid Syndrome"
"Role of In Vitro Fertilization and Preimplantation Genetic Diagnosis in Recurrent Pregnancy Loss"

**Frontiers in Reproductive Endocrinology: A Comprehensive Review and Update,** Arlington, Virginia, March 22-25, 2007.
Invited Faculty, "Recurrent Pregnancy Loss"

**The 62nd Annual Clinical Meeting of the Society of Obstetricians and Gynaecologists of Canada (SOGC),** Vancouver, Canada, June 22-27, 2006.
Invited Faculty fpr Postgraduate Course, "New Approaches to Early Pregnancy Failure", and International Symposia, "Reproductive Aging – Becoming Pregnant and Staying Pregnant"

**ESHRE Winter Symposium 2005,** Liverpool, United Kingdom, December 9-10, 2005.
Invited Faculty, "Cytogenetic Abnormalities of Pregnancy Loss in Recurrent Miscarriage".

**Frontiers in Reproductive Endocrinology: A Comprehensive Review and Update,** Arlington, Virginia, March 17-20, 2005.
Invited Faculty, "Recurrent Miscarriage"

**7th Uludag Gynaecology and Obstetric Winter Congress,** Bursa, Turkey, January 13-16, 2005.
Invited Faculty, "Antiphospholipid Antibody-Associated Reproductive Loss" and "Management Controversies in Recurrent Miscarriage"

**The 60th Annual Meeting of the America Society for Reproductive Medicine (ASRM),** Philadelphia, Pennsylvania, October 16–21, 2004.
Roundtable Faculty, "Thrombophilias in Reproduction"

**ASRM Postgraduate Course in Reproductive Immunology,** Philadelphia, Pennsylvania, October 17, 2004.
Course Co-Chair with Carlos Simon, MD, "Controversies in Recurrent Miscarriage"
Invited Faculty, "Antiphospholipid Antibody-Associated Reproductive Loss" and "Chromosome Abnormalities in Reproductive Loss and Recurrent Risk"

**The 44th Annual Meeting of the Teratology Society,** Vancouver, British Columbia, June 26–July 1, 2004.
Invited Faculty, "Autoimmune Causes of Miscarriage"

**The 52nd Annual Meeting of the Pacific Coast Reproductive Society,** Rancho Mirage, California, April 28–May 2, 2004.
Invited Faculty, "Management Controversies in Recurrent Pregnancy Loss"

**The 2003 Annual Meeting of the Canadian Fertility and Andrology Society,** Victoria, British Columbia, November 5-8, 2003.
Invited Faculty, "The Embryonic Component of Implantation"

**The 8th McGill International Symposium on Reproductive Endocrinology and Infertility,** Montreal, Quebec, October 25-26, 2003.
Invited Faculty, "Evaluation and Management of Recurrent Miscarriage"

**The 59th Annual Meeting of the America Society for Reproductive Medicine,** San Antonio, Texas, October 11-15, 2003.
Chair and Faculty of ASRM Symposium, "Thrombophilias and Reproduction"
Chair, Reproductive Immunology Special Interest Group Workshop (RISIG), "Gene Regulation of Endometrial Receptivity"
Chair, RISIG Abstract Evaluation Committee

Roundtable Faculty, "Current Immunotherapy for the Antiphospholipid Syndrome"

**The 16th International Conference for Nurses and Support Personnel in Reproductive Medicine,** Quebec City, Quebec, May 15 – 17, 2003
Invited Faculty, "Immunology and Reproduction"

**Genes, Chromosomes and Reproduction Part II,** Peter Wall Workshop, Vancouver, BC, May 2-3, 2003.
Invited Faculty, "Cytogenetics of Recurrent Miscarriage"

**The 58th Annual Meeting of the American Society for Reproductive Medicine,** Seattle, Washington, October 12-13, 2002.
RISIG Abstract Evaluation Committee
Roundtable Faculty, "Current Immunotherapy for the Antiphospholipid Antibody Syndrome"

**ASRM Postgraduate Course in Reproductive Immunology,** Seattle, Washington, October 12, 2002.
Course Chair, "Etiology and Implication of Preclinical Loss"
Invited Faculty, "Epidemiology of Preclinical Loss" and "Recurrent Preclinical Loss: How and When is Evaluation Indicated"

**Postgraduate Course, "Everyday Issues in Reproductive Medicine and Infertility for the Practicing Physician",** preceding the The 58th Annual Meeting of the Society of Obstetricians and Gynaecologists of Canada, Winnipeg, Manitoba, June 21, 2002.
Invited Faculty, "Recurrent Pregnancy Loss: Investigation and Management"

**The 15th International Conference for Nurses and Support Personnel in Reproductive Medicine,** Fort Myers, Florida, May 16-18, 2002.
Invited Faculty, "What's New in Reproductive Immunology"

**The 57th Annual Meeting of the American Society for Reproductive Medicine,** Orlando, Florida, October 20-25, 2001.
RISIG Abstract Evaluation Committee
Roundtable Faculty, "Current Immunotherapy for the Antiphospholipid Syndrome"

**Genes, Chromosomes and Human Reproduction,** Peter Wall Workshop, Vancouver, BC, March 9-10, 2001.
Course Co-Chair with Wendy Robinson, PhD
Invited Faculty, "Recurrent Miscarriage: New Directions for Genetic Testing"

**The DA Boyes Society 26th Annual Meeting,** Vancouver, BC, November 2-3, 2000.
Invited Faculty, "Immunology & Infertility: Fact or Fiction?"

**The 56th Annual Meeting of the American Society for Reproductive Medicine,** San Diego, California, October 22-25, 2000.
RISIG Abstract Evaluation Committee
Roundtable Faculty, "Recurrent Pregnancy Loss"

**ASRM Postgraduate Course in Reproductive Immunology,** San Diego, California, October 20, 2000.

Invited Faculty, "Clinical Uses and Abuses of Investigational Assays of Peripheral Blood Mononuclear Cells" and "Current Use of Experimental Therapies for Reproductive Failure"

**Consensus Conference on Prescribing Intravenous Immune Globulin: Prioritizing Use and Optimizing Practice,** Toronto, Ontario, October 3-4, 2000.
Consensus Panel

**Pre-Meeting Symposium, The 2000 Annual Meeting of the Canadian Fertility and Andrology Society,** September 13, 2000, St. John's, Newfoundland, September 13, 2000.
Course Chair, "Reproductive Failure: New Directions for the 21st Century"
Invited Faculty, "New Directions in Recurrent Pregnancy Loss"

**Fall Meeting of the Society for Pediatric Pathology,** Vancouver, BC, September 21-24, 2000.
Invited Faculty, "Why Examine Products of Conception: A Gynecologist's View"

**XVI FIGO World Congress of Gynecology and Obstetrics,** Washington, District of Columbia, September 7, 2000.
Invited Faculty, "Endometrial Factors in Recurrent Miscarriage"

**The 20th Annual Meeting of the American Society for Reproductive Immunology,** Jacksonville, Florida, June 13, 2000.
Scientific Program and Abstract Committees
Chair, Awards Committee
Invited Faculty, "The Emerging Use of Low-Molecular-Weight Heparins in Pregnancy"

**The Conjoint Annual Meeting of the American Society for Reproductive Medicine and the Canadian Fertility and Andrology Society,** Toronto, Ontario, September 29, 1999.
Invited Faculty, "Immunotherapy for Recurrent Pregnancy Loss: Evidence-Based or Baseless Reproductive Medicine?"
Roundtable Faculty, "Update on Recurrent Pregnancy Loss"
RISIG Abstract Evaluation Committee

**The 19th Annual Meeting of the American Society for Reproductive Immunology,** Cooperstown, New York, June 2-5, 1999.
Scientific Program Committee
Awards and Abstract Committees

**The 18th Annual Meeting of the American Society for Reproductive Immunology,** Chicago, Illinois June 9-12, 1998.
Scientific Program Committee
Awards and Abstract Committees

**Present and Future Uses of IVIG: A Canadian Multidisciplinary Consensus-Building Initiative,** Toronto, Ontario, November 16, 1997.
Invited Faculty, "The Uses of IVIG in Obstetrics and Gynaecology"

**The 53rd Annual Meeting of American Society for Reproductive Medicine,** Cincinnati, Ohio, October 18-22, 1997.

Moderator, "Antiphospholipid Antibodies and Recurrent Pregnancy Loss: Fact, Artifact or Epiphenomenon"
Roundtable Faculty, "Recurrent Pregnancy Loss"

**The 17th Annual Meeting of the American Society for Reproductive Immunology,** Vancouver, BC, June 4-7, 1997.
Chair of Meeting, supported by the MRC and NIH
Invited Faculty, "Use of Intravenous Immunoglobulin in Reproduction: The Canadian Experience"

**Present and Future Uses of IVIG: A Canadian Multidisciplinary Consensus-Building Initiative",** Toronto, Ontario, May 24, 1997.
Invited Faculty

**American Society for Histocompatibility and Immunogenetics, Western Regional Education Workshop,** Vancouver, BC, April 26, 1996.
Invited Faculty, "Reproductive Immunology"

**Women's Reproductive Issues in the 90's, Canadian Fertility and Andrology Society Symposium,** Vancouver, BC, April 19, 1996.
Program Committee

**The 1995 Annual Meeting of the Canadian Fertility and Andrology Society,** Montebello, Quebec, September 1995.
Abstract Awards Committee

**The 6th International Congress of Reproductive Immunology,** Washington, District of Columbia, July 1995.
Awards Committee

**The 51st Annual Meeting of the Society of Obstetricians and Gynaecologists of Canada,** Calgary, Alberta, June 25-28, 1995.
Invited Faculty, "Autoimmunity and The Role of Therapy with Immunoglobulin, Aspirin, Heparin and Prednisone"

**International Symposium on Ultrasound in Obstetrics International Symposium, Update 1994,** Vancouver, BC, November 1994.
Invited Faculty, "Psycho-Social Issues Related to Obstetrical Scanning"

**Society of Obstetricians and Gynaecologists of Canada, West/Central CME Program,** Banff, Alberta, March 1994.
Invited Faculty, "Recurrent Pregnancy Loss"

**The 49th Annual Meeting of the Society of Obstetricians and Gynaecologists of Canada, Workshop on Early Pregnancy Loss – Canadian Investigators of Reproduction,** Ottawa, Ontario, June 1993.
Invited Faculty, "Current Immunological Treatment of Recurrent Pregnancy Loss"

**Invited Presentations:**

"Recurrent Early Pregnancy Loss", St Mary Hospital and Saint Elizabeth Hospital, Chicago, Illinois, April 10, 2007.

"Management of Recurrent Early Miscarriage", Nagoya Hospital, Nagoya, Japan, September 19, 2006.

"Recurrent Pregnancy Loss: Associated Factors and Nature's Selection Failure", OBGYN City-Wide Rounds, Toronto, Ontario, September 8, 2006.

"Management of Recurrent Early Pregnancy Loss", Grand Rounds, Department of Obstetrics and Gynecology, Reading Hospital, West Reading, Pennsylvania, August 23, 2006.

"Recurrent Pregnancy Loss (RPL) Carriers of a Structural Chromosome Rearrangement: To PGD or Not?", Chicago Association of Reproductive Endocrinologists, Chicago, Illinois, March 14, 2005.

"Subjects Needed: Antiphospholipid Syndrome Studies", (with Mary Ensom, PharmD, University of British Columbia) OBGYN Grand Rounds, University of Chicago

"Recurrent Pregnancy Loss", University of Illinois, Chicago, Illinois, April 8, 2005.

"Management Controversies in Recurrent Pregnancy Loss", Gottlieb Hospital, Melrose Park, Illinois, March 28, 2005.

'Successful Treatment of Endometrial-Associated Recurrent Pregnancy Loss: A Blinded, Controlled Study", Chicago Association of Reproductive Endocrinologists, Chicago, Illinois, March 15, 2005.

"Recurrent Pregnancy Loss", Rheumatology Rounds, University of Chicago, February 15, 2005.

"Management Controversies in Recurrent Pregnancy Loss", Adventist Hinsdale Hospital. Hinsdale, Illinois, February 1, 2005.

"Antiphospholipid Antibody-Associated Reproductive Loss", OBGYN Grand Rounds, University of Chicago, October 1, 2004.

"Management Controversies in Recurrent Pregnancy Loss", Advocate Christ Medical Centre, Oak Lawn, Illinois, September 27, 2004.

"Thrombophilias in Reproduction", St. Alexius Medical Centre, Hoffman Estates, Illinois, May 28, 2004.

"Recurrent Miscarriage: Research Directions", Chicago Association of Reproductive Endocrinologists, Chicago, Illinois, March 30, 2004.

"Thrombophilias and Reproduction", Grand Rounds, BC Women's, Vancouver, BC, November 14, 2003.

"Evaluation and Management of Recurrent Miscarriage", Grand Rounds, University of Wisconsin-Madison, Madison, Wisconsin, October 2, 2003.

"Evaluation and Management of Recurrent Miscarriage", Grand Rounds, Lions Gate Hospital, North Vancouver, BC, September 9, 2003.

"Evaluation and Management of Recurrent Miscarriage", OBGYN Grand Rounds, University of Chicago, Chicago, Illinois, June 13, 2003.

"Evaluation and Management of Recurrent Miscarriage", Grand Rounds, Kelowna General Hospital, Kelowna, BC, May 22, 2003.

"Investigational Use of IVIG in Reproduction", Grand Rounds, Vancouver Hospital, Vancouver, BC, May 21, 2003.

"Investigational Use of IVIG in Reproduction", Valley Obstetrician and Gynaecologist Society, Kelowna, BC, May 21, 2003.

"IVIG and Recurrent Miscarriage: A Randomized Trial", Grand Rounds. Victoria General Hospital, Victoria, BC, March 6, 2003.

"Investigational Use of IVIG in Reproduction", Research in Progress Lecture, Yale University, New Haven, Conneticut, January 17, 2003.

"Cytogenetic Analysis in Recurrent Miscarriage", Grand Rounds, Department of Cytogenetics, Children's and Women's, Vancouver, BC, November 13, 2002.

"Antiphospholipid Syndrome: 10 Year Reflection at BC Women's", Grand Rounds, BC Women's, April 19, 2002.

"The Use of IVIG in Overcoming Pregnancy Loss", The 2002 Bayer IVIG Advisory Board Meeting, Pinehurst, North Carolina, March 21-23, 2002.

"What is First Trimester Screening?", Grand Rounds, BC Women's, December 14, 2001.

"Controversies in Recurrent Miscarriage: Where is the Evidence?", Grand Rounds, University of Ottawa, Ottawa, Ontario, February 21, 2001.

"Investigational Use of Intravenous Immune Globulin in Reproductive Medicine", Rheumatology Rounds, UBC Department of Medicine, February 2, 2001.

"New Treatments to Overcome Reproductive Loss", Invited Speaker, Department of ObGyn, University of Saskatchewan, Saskatoon, Saskatchewan, January 25, 2001.

"Chromosomes and Miscarriages: How Much do we Know?", REI/Reproductive Medicine Combined Rounds, BC Women's, November 30 , 2000.

"Why Examine the Products of Conception?", Grand Rounds, BC Women's, November 11, 2000.

"Skewed X-Chromosome Inactivation and Recurrent Pregnancy Loss", Human Genetics Rounds, University of Chicago, Chicago, Illinois, August 24, 2000.

"Recurrent Pregnancy Loss: New Directions for Investigation and Management", Grand Rounds, University of Illinois, Chicago, Illinois, August 18, 2000.

"The Emerging Use of Low-Molecular-Weight Heparin in Obstetrics & Gynaecology", Grand Rounds, Vancouver Hospital, Vancouver, BC, June 7, 2000.

Ultrasound in Obstetrics and Gynaecology Update 2000, Invited Faculty, "Uterine Abnormalities, An Inside View", Richmond, BC, April 14-16, 2000.

"Partnerships: Pleasures and Perils", Invited Faculty, MRC Fusion Workshop, Vancouver, BC April 26-28, 2000.

"Overcoming Reproductive Loss: New Directions", Grand Rounds, University of Chicago, Chicago, Illinois, April 7, 2000.

"The Use of IVIG in Reproduction", Internal Medicine Rounds, BC Women's, June 18, 1999.

"Recurrent Pregnancy Loss", Invited Speaker, "Baby Talk", BC Women's, February 22, 1999.

"IVIG in Reproduction", Grand Rounds, Vancouver Hospital, Vancouver, BC, February 17, 1999.

"Immunotherapy in Reproduction", Visiting Professor Rounds, Center for Human Reproduction, Chicago, Illinois, June 10, 1998.

"Immunotherapy in Reproduction", Grand Rounds, St. Paul's Hospital, May 27, 1998.
"The Workup and Treatment of Recurrent Pregnancy Loss", Seattle Gynecological Society, Seattle, Washington, January 15, 1997.

"Recurrent Pregnancy Loss - A Multidisciplinary Approach", Department of Family Practice, BC Women's, November 1, 1996.

"Luteal Phase Defect: Past Present and Future", Grand Rounds, Vancouver Hospital, Vancouver, BC, March 6, 1996.

"Recurrent Pregnancy Loss", Grand Rounds, Foothills University, Calgary, Alberta, November 24, 1995.

"Current Treatment of Recurrent Spontaneous Abortion", Invited Speaker, Obstetrics and Gynecology Society, Calgary, Alberta, November 23, 1995.

"Recurrent Immunological Treatment of Pregnancy Loss", Pathology and Laboratory Medicine Rounds, Children's & Women's, November 1995.

"The Role of Autoimmunity in Recurrent Pregnancy Loss", Grand Rounds, Queen's University, Kingston, Ontario, August 1995.

"Recurrent Pregnancy Loss", Grand Rounds, Lions Gate Hospital, North Vancouver, BC, June 1, 1993.

"Endometriosis: An Autoimmune Disease", Grand Rounds, Vancouver Hospital, Vancouver, BC, December 1992.

"Recurrent Pregnancy Loss", Department of Obstetrics and Gynecology Rounds, King Faisal Specialist Hospital, Riyadh, Saudi Arabia, March 1992.

"Recurrent Pregnancy Loss", Physicians' Update, St. Vincent's Hospital, Vancouver, BC, January 1992.

**Invited CME Faculty:**

"Treatment of Recurrent Pregnancy Loss", Westlake Hospital/Resurrection Health Care & The University of Chicago First Annual Pediatrics & Ob/Gyn Symposium Melrose Park, Illinois, October 26, 2005.

"Treatment of Recurrent Pregnancy Loss", Chicago Medical Society, Chicago, Illinois, September 17, 2005.

"Cytogenetics in Reproductive Loss", Advances in the Laboratory and Genetic Clinic, Genetics Task Force of Illinois, Chicago, Illinois, August 5, 2005.

"Recurrent Miscarriage", Chicago Area Schools of Medicine OBGYN Review Course, Chicago, Illinois, June 14, 2005.

"Treatment of Immunology Difficulties: Antiphospholipid Syndrome", Illinois Chapter RESOLVE Symposium, Chicago, Illinois, April 30, 2005.

"Recurrent Pregnancy Loss: Finding the Cause", The 49th Annual St Paul's Hospital Continuing Medical Education Conference for Primary Physicians, Vancouver, BC, October 28-31, 2003.

"Recurrent Spontaneous Abortion", Vancouver Interdisciplinary Pre-Eclampsia and Fetal Growth Restriction Group, Vancouver, November 12-14, 2001.

"Case Studies In Assisted Reproductive Technology. A Practical Approach", The 6th Annual Update in Office Gynaecology and Women's Health, UBC Continuing Medical Education, Vancouver, BC, June 1-2, 2001.

"Recurrent Pregnancy Loss", Workshop, 36th Annual Post-Graduate Review in Family Medicine, UBC Continuing Medical Education, Vancouver, BC, March 14-16, 2001.

"Immunology and Infertility: Fact or Fiction?", D.A. Boyes Society 26th Annual Meeting, Vancouver, BC, November 2, 2000.

"Recurrent Pregnancy Loss — The Clues, Tips and Tricks", The 15th Annual Obstetrics, Ante-natal Care & Menopause Conference, UBC Continuing Medical Education, Vancouver, BC, October 28-30, 1998.

"Bleeding in Early Pregnancy", The 3rd Annual Gynaecology Update for Primary Care Physicians, UBC Continuing Medical Education, Vancouver, BC, May 1-2, 1998.

"Recurrent Pregnancy Loss", The 14th Annual Obstetrics for Family Physicians, UBC Continuing Medical Education, Vancouver, BC, November 26, 1997.

"Recurrent Pregnancy Loss", The 13th Annual Obstetrics for Family Physicians, UBC Continuing Medical Education, Vancouver, BC, October 29, 1996.

"Recurrent Pregnancy Loss", BC Lupus Society Annual Meeting, Burnaby, BC, October 5, 1996.

"Bleeding in Early Pregnancy, Gynaecology Update for Primary Physicians", The 2nd Annual Gynaecology Update for Primary Care Physicians, UBC Continuing Medical Education, Vancouver, BC, May 10-11, 1996.

"Recurrent Pregnancy Loss", The 12th Annual Obstetrics Meeting for Family Physicians, UBC Continuing Medical Education, Vancouver, BC, November 7, 1995.

"Recurrent Pregnacy Loss", The 2nd Annual Fraser Valley Conference; Women's Health Issues, Langley Memorial Hospital, Langley, BC, October 1993.

"Recurrent Pregnancy Loss", The 9th Annual Obstetrics Meeting for Family Physicians, UBC Medical Education, Vancouver, BC, October 1992.

**OB/GYN Residency Seminars:**
"Conceiving the Research Question", University of Chicago, July 7, 2006.

"Antiphospholipid Syndrome", University of Chicago, March 3, 2006.

"Evaluation and Management of the Endometrium in Reproduction", University of Chicago, November 4, 2005.

"Cytogenetics of Reproduction", University of Chicago, October 7, 2005

"Overview of Recurrent Pregnancy Loss", University of Chicago, September 9, 2005.

"Conceiving the Research Question", University of Chicago, August 15, 2005.

"Classification and Frequency of Miscarriage", University of Chicago, August 27, 2004.

"Thrombophilias and Pregnancy", University of British Columbia, November 1, 2001.

"Recurrent Pregnancy Loss", University of Saskatchewan, Saskatoon, Saskatchewan, January 26, 2001.

"Recurrent Pregnancy Loss: Clinical Evidence for Suboptimal Implantation", University of British Columbia, January 18, 2001.

"Reproductive Failure: Evidence for Suboptimal Implantation", University of British Columbia, May 25, 2000.

"Recurrent Pregnancy Loss," University of British Columbia, May 20, 1999.

"Recurrent Pregnancy Loss", University of British Columiba, 1997.

"Obstetric Outcome after Assisted Reproduction", University of British Columbia, October 5, 1996.

0"Antiphospholipid Antibodies and Pregnancy Complications", University of British Columbia, March 21, 1996.

"Investigation and Management of Habitual Abortion", Foothills University, Calgary, Alberta, November 24, 1995.

**University of Chicago Medical Student Lectures:**
"Recurrent Pregnancy Loss" 2004, 2005, 2006, 2007

**Research Grant Support , University of Chicago:**

| Granting Agency | Subject | Funding | Year | Principal Investigator | Co-Investigators |
|---|---|---|---|---|---|
| NIH/NICHD HD21244 pending I | Molecular Genetics Studies of Fertility in the Hutterites | $225,000/ year (5% salary and 10% RA) | 2007-2012 | C Ober | **MD Stephenson** |
| NIH R21 pending<br>IRB #14675 | Transgenerational Microchimerism in Recurrent Pregnancy Loss | $306,515 over 2 yrs (9% salary, 10% RA) | 2007-2009 | J Lee Nelson | **MD Stephenson** |
| Canadian Institute for Health Research #158424<br>IRB pending | Genomic Changes in Human Idiopathic Miscarriages | $100,666 CAN/year (5% RA) | 2006-2009 (3 years) | E Rajcan-Separovic | **MD Stephenson,** T Philipp, M Somerville |
| NIH CRC PHS M01 RR00055<br>IRB #14599 | Reproductive Loss Project (Tissue Bank and Database) | n/a | 2006-ongoing | **MD Stephenson** | |
| IRB #14582 | Pregnancy Outcome in Women with Antiphospholipid Syndrome | Unfunded | 2006-ongoing | **MD Stephenson** | S Wu |

| Granting Agency | Subject | Funding | Year | Principal Investigator | Co-Investigators |
|---|---|---|---|---|---|
| Bayer Corporation, USA IRB #13157 | Unrestricted Grant-in-Aid: IVIG and Recurrent Miscarriage | Total $75,000 US | 2004 | **MD Stephenson** | |
| NIH CRC PHS M01 RR00055 IRB #13157 | IVIG for Unexplained Secondary Recurrent Miscarriage: RCT | n/a | 2004-ongoing | **MD Stephenson** | W Kutteh, C Librach, S Purkiss. MHH Ensom |
| NIH CRC PHS M01 RR00055 IRB #13677 | Pharmacokinetics of Low Molecular Weight and Unfractionated Heparin in Pregnancy | n/a | 2005-ongoing | **MD Stephenson** | MHH Ensom |
| University of Chicago, Women's Board IRB #13677 | Pharmacokinetics of Low Molecular Weight and Unfractionated Heparin in Pregnancy | Total $20,583 US | 2005 | **MD Stephenson** | MHH Ensom |
| NIH (NIAMS) R01 AR049772-03 IRB #14037 | PROMISSE Study | $2,000 per patient; (5% salary, 10% RA) | 2005-2008 | J Salmon | **MD Stephenson,** W Branch, C Laskin, M Lockshin, M Kim, J Buyon, J Merrill, M Petri, L Sammaritano |
| IRB #14119 | Environmental Factors Associated with Recurrent Pregnancy Loss | Unfunded | 2005 | **MD Stephenson** | P Chang |

**Research Grant Support, University of British Columbia:**
**(Operating funds with no overhead or salary support unless otherwise stated)**

| Granting Agency | Subject | Funding | Year | Principal Investigator | Co-Investigators |
|---|---|---|---|---|---|
| Bayer Corporation, USA | Unrestricted Grant-in-Aid: IVIG and Recurrent Miscarriage | Total $150,000 US | 2003-2005 | **MD Stephenson** | |
| Heart and Stroke Foundation of Ontario | Thrombophilia in Pregnancy Prophylaxis Study: Double-Blinded RCTof Low Molecular Weight Heparin | Per patient recruited | 2003-2004 | **MD Stephenson, Site PI**<br>M. Rodgers, PI | L Magee<br>K Lim<br>S Purkiss<br>P Tsang |
| Pharmacia & Upjohn | The Effect of Pregnancy on Bone Density in Healthy Women | $16,000 CAN | 2001-2003 | **MD Stephenson**<br>MHH Ensom | |
| BC Medical Services Foundation #01-0016 | Measuring quality of life in nausea and vomiting of pregnancy: Using a new evaluative questionnaire | $47,948 CAN | 2001-2004 | LA Magee | **MD Stephenson**<br>P von Dadelszen<br>GH Guyatt<br>G Koren<br>S Ross<br>D Stewart |
| Peter Wall Institute for Advanced Studies | Genes, Chromosomes and Human Reproduction | $15,000 CAN | 2000-2001 | WP Robinson | **MD Stephenson**<br>CJ Brown |
| Society of Obstetrics and Gyne-cologists of Canada Millennium Fellowship | HLA-G in Unexplained Recurrent Miscarriage: A Case-Control Study<br>Supervisor: Carole Ober, PhD, University of Chicago | $5,000 | 2000 | **MD Stephenson** | |
| Medical Research Council of Canada #MOP 38051 | Recurrent Spontaneous Abortion, Skewed X-Chromosome Inactivation and Aneuploidy | $251,313 CAN | 2000-2002 | WP Robinson | **MD Stephenson**<br>CJ Brown |

| Granting Agency | Subject | Funding | Year | Principal Investigator | Co-Investigators |
|---|---|---|---|---|---|
| Canadian Blood Services Bayer Blood Partnership Fund #9906 | Pharmacokinetics and Pharmacodynamics of IVIG Prior to and During Pregnancy in Unexplained Secondary Recurrent Miscarriage | $46,000 CAN | 1999-2004 | MHH Ensom | **MD Stephenson** |
| BC Health Research Foundation #148(97-2) | Cadherin-11, a Novel CAM to Identify and Monitor Treatment of "Endometrial-Associated" Recurrent Spontaneous Abortion | $36,000 CAN | 1998 | **MD Stephenson** | C MacCalman |
| Canadian Blood Services/ Bayer Blood Partnership Fund #9812 | IVIG for Treatment of Unexplained Secondary Recurrent Miscarriage: A Double-Blinded, Placebo-Controlled RCT | $220,000 CAN plus 13,740 gm of IVIG | 1998-2006 | **MD Stephenson** | WH Kutteh<br>S Purkiss<br>C Librach |
| BC Medical Services Foundation #97-0143 | Reducing Maternal and Fetal Complications: Optimizing Heparin Dosing in Pregnancy | $48,927 CAN | 1998-2003 | MHH Ensom | **MD Stephenson**<br>P Ballem |
| National Institute of Health #IRI3 HD35517-01 | 17th Annual Meeting of the American Society for Reproductive Immunology | $6,000 US | 1997 | **MD Stephenson** | |
| Medical Research Council of Canada #1210 | Advances in Reproductive Immunology Conference | $5,000 CAN | 1996 | **MD Stephenson** | |
| National Institute of Health #SR01 HD27868-05 | Recurrent Miscarriage (REMIS) Study | $3,300,000 US ($17,000 UBC site) | 1995-1999 | C Ober | **MD Stephenson**<br>R Odem<br>R Barnes<br>D Branch<br>J Schreiber<br>J Scott |
| Bayer Inc. | Prevention of Recurrent Pregnancy Loss: Double-Blinded, Placebo-Controlled RCT | $45,000 CAN | 1995 | **MD Stephenson** | |

| Granting Agency | Subject | Funding | Year | Principal Investigator | Co-Investigators |
|---|---|---|---|---|---|
| Bayer Inc. | Treatment of Unexplained Peri-implantation IVF Failure with IVIG: Double-Blinded, Placebo-Controlled RCT | $93,953 CAN | 1995-2000 | **MD Stephenson** | M Fluker |
| BC Health Research Foundation #37(93-2) | Prevention of Recurrent Pregnancy Loss: Double-Blinded, Placebo-Controlled RCT | $147,859 CAN | 1993-1995 | **MD Stephenson** | PA Keown |
| BC Medical Services Foundation #92-58 | Recurrent Pregnancy Loss: Etiological Factors and Demographic Profiles of Couples within British Columbia | $49,752 CAN | 1993-1995 | **MD Stephenson** | PA Keown |
| Miles Canada Inc. | Wholesale cost of drug (Gamimmune 5%) for BCHRF research grant | $250,000 | 1993 | **MD Stephenson** | |
| Ackrad Labs Inc. | Feasibility Study Assessing Hysterosonography as an Alternative to HSG for Recurrent Pregnancy Loss | $1,000 | 1992 | **MD Stephenson** | |
| ICOS Corporation Collaborative Research Agreement | Role of Cadherin-11 in Recurrent Spontaneous Abortion | $166,012 CAN (includes overhead) | 1998-2001 | **MD Stephenson** | C MacCalman |

**Refereed Journals (*indicates primary importance):**

1. Dutton G, Mackie K, Savage A, **Stephenson MD**. Structural investigation of the capsular polysaccharide of klebsiella serotype K23. Carbohydrate Research 1978;66:125-131.

2. McComb P, Lee N, **Stephenson MD**. Reproductive outcome after unilateral tubocornual anastomosis and contralateral salpingostomy by microsurgery. Fertility Sterility 1991;55:1011-1013.

3. McComb P, Lee N, **Stephenson MD**. Reproductive outcome after microsurgery for proximal and distal occlusions in the same fallopian tube. Fertility Sterility 1991;56:134-135.

4. **Stephenson MD.** Current immunological treatment of recurrent pregnancy loss. Journal of the Society of Obstetricians and Gynaecologists of Canada 1995;17:353-357.

5. **Stephenson MD**, Wu V, Mackinnon M, Sadoway J, Keown PA. Standardization of flow cytometric crossmatch (FCXM) for investigation of unexplained habitual abortion. American Journal of Reproductive Immunology 1995;33:1-9.

* 6. **Stephenson MD.** Frequency of factors associated with habitual abortion in 197 couples. Fertility and Sterility 1996;66:24-29.

7. Coulam CB, **Stephenson MD**, Stern JJ, Clark DA. Immunotherapy for recurrent pregnancy loss: Analysis of results from clinical trials. American Journal of Reproductive Immunology 1996;35:352-359.

8. Coulam CB, Clark DA, Beer AE, Kutteh WH, Silver R, Kwak J, **Stephenson MD.** Current clinical options for diagnosis and treatment of recurrent spontaneous abortion. American Journal of Reproductive Immunology 1997;38:57-74.

9. Roifman C, Balter M, Blanchette V, Cardella C, Feasby T, Lipton J, Mazer B, McGeer A, Ross H, Rubin L, Saunder D, **Stephenson MD,** Davies O, Ho V, Kelton J. Present and future uses of intravenous immune globulin (IVIG): A Canadian multidisciplinary consensus-building initiative. The Royal College of Physicians and Surgeons of Canada Annals 1997;30(6):attachment 1-28.

* 10. **Stephenson MD,** Dreher K, Houlihan E, Wu V. Prevention of unexplained recurrent spontaneous abortion using intravenous immunoglobulin: A prospective, randomized, double-blinded, placebo-controlled trial. American Journal of Reproductive Immunology 1998;39:82-88.

11. Getsios S, Chen GTC, **Stephenson MD**, Leclere P, Blaschuk OW, MacCalman CD. Regulated expression of cadherin-6 and cadherin-11 in the glandular epithelial and stromal cells of the human endometrium. Developmental Dynamics 1998;211:238-247.

12. Tsai AF, Kaufman KA, Walker MA, Karrison TG, Odem RR, Barnes RB, Scott JR, Schreiber JR, **Stephenson MD**, Ober, C. Transmission disequilibrium of maternally-inherited *CTLA-4* microsatellite alleles in idiopathic recurrent miscarriage. Journal of Reproductive Immunology 1998;40:147-157.

13. Sangha KK, **Stephenson MD**, Brown CJ, Robinson WP. Extremely skewed X-chromosome inactivation is increased in women with recurrent spontaneous abortion. American Journal of Human Genetics 1999;65(3):913-917.

14. Chen HF, Jeung EB, **Stephenson MD**, Leung PCK. Human peripheral blood mononuclear cells express gonadotropin-releasing hormone (GnRH), GnRH receptor and interleukin-2 receptor gamma-chain messenger ribonucleic acids that are regulated GnRH in vitro. Journal of Clinical Endocrinology & Metabolism 1999;84(2):743-750.

* 15. Ensom MHH and **Stephenson MD**. Low-molecular-weight heparins in pregnancy. Pharmacotherapy 1999;19(9):1013-1025.

* 16. Ober C, Karrison T, Odem RR, Barnes RB, Branch DW, **Stephenson MD**, Baron B, Walker MA, Scott JR, Schreiber JR. Mononuclear-cell immunization in prevention of recurrent miscarriages: A randomized trial. The Lancet 1999;354:365-369.

17. **Stephenson MD** and Ensom MHH. The emerging use of low-molecular-weight heparins in pregnancy. Journal of the Society of Obstetricians and Gynaecologist of Canada 2000;22(2):120-127.

* 18. **Stephenson MD**, Fluker MR. Treatment of repeated unexplained in vitro fertilization (IVF) failure with intravenous immunoglobulin (IVIG): A randomized, placebo-controlled Canadian trial. Fertility and Sterility 2000;74:1108-1113.

19. Rajcan-Separovic E, Robinson W, **Stephenson MD**, Pantzar T, Arbour L, McFadden D, Guscot J. Recurrent trisomy 15 in a female carrier of der(15)t(Y;15)(q12;p13). American Journal of Medical Genetics 2001;99:320-324.

20. **Stephenson MD.** Recurrent Pregnancy Loss: Clinical evidence for suboptimal implantation. Infertility and Reproductive Medicine Clinics of North America: Implantation, Lessey B (editor) 2001;12:447-461.

21. Robinson WP, Beever C, Brown CJ, **Stephenson MD**. Skewed X inactivation and recurrent spontaneous abortion. Seminars in Reproductive Medicine 2001;19:175-181.

22. **Stephenson MD**, Fluker MR. IVIG in IVF: "In silico experiments" – yes, but the great western cowboy "random chance" is still alive. Fertility and Sterility 2001; 76:638-639.

23. Robinson WP, McFadden DE, **Stephenson MD**. The origin of abnormalities in recurrent aneuploidy/polyploidy. American Journal of Human Genetics 2001;69:1245-1254.

* 24. Aldrich CL, **Stephenson MD**, Karrison T, Odem RR, Branch DW, Scott JR, Schreiber JR, Ober C. HLA-G genotypes and pregnancy outcome in couples with unexplained recurrent miscarriage. Molecular Human Reproduction 2001;7:1167-1172.

25. **Stephenson MD,** Ensom MHH. The role of immunotherapy in reproductive failure. Infertility and Reproductive Medicine Clinics of North America: Reproductive Immunology, Arici A (editor) 2002;13:203-220.

* 26. **Stephenson MD**, Awartani KA, Robinson WP. Cytogenetic analysis of miscarriages from couples with recurrent miscarriage: A case-control study. Human Reproduction 2002;17:446-451.

* 27. Ensom MHH, Liu P, **Stephenson MD**. Effect of pregnancy on bone mineral density in healthy women. Obstetrical & Gynecological Survey 2002;57:99-111.

28. **Stephenson MD**, Ensom MHH. An update on the role of immunotherapy in reproductive failure. Immunology and Allergy Clinics of North America: Reproductive Immunology Arici A (editor) 2002;2:623-642 .

29. Beever CL, **Stephenson MD**, Penaherrera MS, Jiang RH, Kalousek DK, Hayden M, Field L, Brown CJ, Robinson WP. Skewed X chromosome inactivation is associated with trisomy in women ascertained on recurrent spontaneous abortion or chromosomally abnormal pregnancies. American Journal of Human Genetics 2003;72:399-407.

30. Sullivan AE, Lewis T, **Stephenson MD**, Odem R, Schreiber J, Ober C, Branch DW. Pregnancy outcome in recurrent miscarriage patients with skewed X chromosome inactivation. Obstetrics and Gynecology 2003;101:1236-1242.

* 31. **Stephenson MD**, Ballem PJ, Tsang P, Purkiss S, Houlihan E, Ensom MHH. Treatment of antiphospholipid antibody syndrome in pregnancy: A randomized pilot trial comparing dalteparin to unfractionated heparin. Journal of the Society of Obstetrics and Gynaecology of Canada 2004;26:729-734.

* 32. Ensom MHH, **Stephenson MD**. Pharmacokinetics of low molecular weight heparin and unfractionated heparin in pregnancy. Journal of the Society of Gynecologic Investigation 2004;11:377-383.

33. Sierra S, **Stephenson MD**. (Invited Author) Genetics of recurrent pregnancy loss. Seminars in Reproductive Medicine 2006;24:17-24.

* 34. Wu S, **Stephenson MD**. (Invited Author) Obstetrical antiphospholipid syndrome. Seminars in Reproductive Medicine 2006;24:40-53.

35. Chang P, Millar D, Tsang P, Lim K, Houlihan E, **Stephenson, MD.** Intravenous immunoglobulin in antiphospholipid syndrome and maternal floor infarction when standard treatment fails: A case report. American Journal of Perinatology 2006;23:125-129.

* 36. **Stephenson MD**, Sierra S. Reproductive outcomes in recurrent pregnancy loss associated with a parental carrier of a structural chromosome rearrangement. Human Reproduction 2006;21:1076-1082.

37. **Stephenson MD**. (Invited Author) Practical management of recurrent early pregnancy loss. Journal of Reproductive Medicine 2006;51:303-310.

38. **Stephenson MD**, Kutteh W. Evaluation and Management of Recurrent Early Pregnancy Loss. Clinical Obstetrics & Gynecology, 2007;50:132-145.

**Conference Proceedings:**

1. McComb P, Lee N, **Stephenson MD.** Reproductive outcome after unilateral tubocornual anastomosis and contralateral salpingostomy by microsurgery. Poster presentation at the 1990 Annual Meeting of the Canadian Fertility and Andrology Society, Ville D'Esterel, Quebec, October 1990.

2. **Stephenson MD.** Balloon adhesiolysis: An alternative approach to treat intrauterine adhesions. Poster presentation at the 1992 Annual Meeting of the Canadian Fertility and Andrology Society, Kananaskis, Alberta, November 1992.

3. **Stephenson MD,** Wu V, Mackinnon M, Sadoway J, Keown PA. Standardization of flow cytometric crossmatch (FCXM) for investigation of unexplained habitual abortion. Poster presentation at the 1994 Annual Meeting of the American Society for Reproductive Immunology, Philadelphia, PA, June 1994.

4. Wu V, Sadoway J, Keown P, Mackinnon M, **Stephenson MD.** Flow cytometric lymphocyte crossmatch: The establishment of a negative control and its upper reference limit. Podium presentation at the 21st World Congress of Medical Technology, Hong Kong, July 1994.

5. Wu V, Sadoway J, Keown P, **Stephenson MD.** Flow cytometric lymphocyte crossmatch (FCXM) encounters of the negative kind. Poster presentation at the Canadian Society of Laboratory Technologists 1994 National Congress, Vancouver, BC, July 1994.

6. **Stephenson MD,** Riddell L, Tsang P, Ballem P. Treatment of autoimmune-associated recurrent pregnancy loss with low dose ASA and heparin. Poster presentation at the 1994 Annual Meeting of the Society of Obstetricians and Gynaecologists of Canada, Calgary, Alberta, June 1995.

7. **Stephenson MD,** Ensworth S, Ballem P. Treatment of autoimmune-associated recurrent pregnancy loss with ASA and heparin: A Case Series. Poster presentation at the 6th International Congress of Reproductive Immunology, Washington, District of Columbia, July 1995.

8. Coulam CB, **Stephenson MD,** Stern JJ, Clark DA. Immunotherapy for recurrent pregnancy loss: Analysis of results from clinical trials. Podium presentation at the 6th International Congress of Reproductive Immunology, Washington, District of Columbia, July 19-23, 1995.

9. Wang IV, **Stephenson MD,** Lee PS, Fluker MR. The outcome of in vitro fertilization in women with mullerian anomalies. Podium presentation at the 1995 Annual Meeting of the Canadian Fertility and Andrology Society, Le Chateau, Montebello, Quebec, September 1995.

10. **Stephenson MD.** Frequency of factors associated with habitual abortion. Poster presentation at the 1995 Annual Meeting of the Canadian Fertility and Andrology Society, Montebello, Quebec, September 1995.

11. Windsor SH, **Stephenson MD.** Balloon adhesiolysis for treatment of intrauterine adhesions: A prospective case series. Podium presentation at the J.A. Low Research

Day, Department of Obstetrics and Gynaecology, Queen's University, Kingston, Ontario. May 19, 1996.

12. Getsios S, **Stephenson MD**, Fluker MR, Blaschuk OW, MacCalman CD. The Cadherin subtypes present in the human endometrium are spatiotemporally expressed during the menstrual cycle. Poster presentation at the 1996 Annual Meeting of the Canadian Fertility and Andrology Society, Lake Louise, Alberta, November 20-23, 1996.

13. Giesbrecht EM, Wu VFF, **Stephenson MD.** Treatment of primary unexplained habitual abortion with paternal mononuclear cell immunization: A prospective case series. Poster presentation at the 1996 Annual Meeting of the Canadian Fertility and Andrology Society, Lake Louise, Alberta, November 20-23, 1996.

14. Goncalves L, **Stephenson MD**, Ensworth S, Ballem P. Autoimmune-associated recurrent pregnancy loss: Treatment with a simplified ASA/heparin protocol. Poster presentation at the 1996 Annual Meeting of the Canadian Fertility and Andrology Society, Lake Louise, Alberta, November 20-23, 1996.

15. Getsios S, **Stephenson MD**, McCalman CD. The mRNA of the cadherin subtypes present in the human endometrium are tightly regulated during the menstrual cycle. Poster presentation at the 10th World Congress on In Vitro Fertilization, Vancouver, BC, May 1997.

16. Giesbrecht EM, **Stephenson MD**, Tsang P, Ballem PJ. HELLP syndrome at 23 weeks associated with anti-phospholipid antibodies: Two case reports and review of the literature. Poster presentation at the Advances in Reproductive Immunology Conference, Vancouver, BC, June 3-7, 1997, A403.

17. Getsios S, Chen GTC, **Stephenson MD**, MacCalman CD. Cadherin-11 is not expressed in the endometrium of women with habitual abortion associated with luteal phase deficiency. Poster presentation at the 1997 Annual Meeting of the Canadian Fertility and Andrology Society, Niagara-on-the-Lake, Ontario, September 24-27, 1997. **Best student/resident abstract.**

18. Chen GTC, Getsios S, **Stephenson MD**, MacCalman CD. Progesterone is a key regulator of Cadherin-11 expression in human endometrial stroma cells. Poster presentation at the 1997 Annual Meeting of the Canadian Fertility and Andrology Society, Niagara-on-the-Lake, Ontario, September 24-27, 1997.

19. Williams C, **Stephenson MD.** Efficacy of empiric low dose acetylsalicylic acid in women with unexplained habitual abortion and an elevated ANA. Poster presentation at the 18th Annual Meeting of the American Society for Reproductive Immunology Conference, Chicago, Illinois, May 1998.

20. Tsai A, Walker, MA, Odem R, Barnes R, Scott J, **Stephenson M**, Schreiber J, Ober C. Evidence for transmission disequilibrium of maternal CTLA-4 microsatellite alleles in recurrent spontaneous abortion (RSA). Podium presentation at the 1998 Annual Meeting of the American Society of Human Genetics, October 1998.

21. **Stephenson MD**, Houlihan E, Fluker MR. Treatment of unexplained repeated in vitro fertilization (IVF) failure with intravenous immunoglobulin (IVIG): A randomized clinical

trial. Podium presentation at the 46th Annual Meeting of the Society For Gynecologic Investigation, Atlanta, Georgia, March 1999.

22. Sangha KK, **Stephenson MD**, Ochnio K, Brown CJ, Robinson WP. Extremely skewed X-chromosome inactivation is increased in women with recurrent spontaneous abortion. Podium presentation at the 1999 Annual Meeting of the American Society of Human Genetics, San Francisco, California, October 19-23, 1999.

23. Houlihan E, Riddell L, **Stephenson MD.** Complementary therapy use in a Recurrent Pregnancy Loss Clinic. Prize poster presentation at the 2000 Annual Meeting of the Canadian Fertility and Andrology Society, St. John's, Newfoundland, September 14-16, 2000, TP3.

24. Houlihan E, Riddell L, **Stephenson MD.** Comparison of perceived pain associated with an endometrial biopsy in women with a history of recurrent miscarriage and healthy parous controls. Poster presentation at the 2000 Annual Meeting of the Canadian Fertility and Andrology Society, St. John's, Newfoundland, September 14-16, 2000, TP4. **British Fertility Society Nursing Exchange Award.**

25. Kuchinka BD, Oppenhiem LN, Henderson LJ, **Stephenson MD**, Robinson WP. No association between an MTHFR polymorphism and occurrence of aneuploidy. Poster presentation at the 2000 Annual Meeting of the American Society of Human Genetics, Philadelphia, Pennsylvania, October 3-7, 2000.

26. Beever CL, **Stephenson MD**, Popovska V, Jiang R, Sangha KK, Ochnio K, Brown CJ, Robinson WP. Clinical associations of women experiencing recurrent spontaneous abortion (RSA) and exhibiting skewed X-chromosome inactivation (XCI). Poster presentation at the 2000 Annual Meeting of the American Society of Human Genetics, Philadelphia, Pennsylvania, October 3-7, 2000. Am J Hum Genet Suppl 2000;67:166.

27. **Stephenson MD**, Beever CL, Robinson WP. Characteristics of women with recurrent miscarriage (RM) and skewed X-chromosome inactivation (XCI). Podium presentation at the 56th Annual Meeting of the American Society for Reproductive Medicine, San Diego, California, October 22-25, 2000.

28. Ensom MHH, Ballem PJ, Chong G, Houlihan E, **Stephenson MD.** Pharmacokinetics of low molecular weight heparin and unfractionated heparin in females with antiphospholipid antibody syndrome. Prize poster presentation at the 2000 Annual Meeting of the American College of Clinical Pharmacy, Los Angeles, California, November 5-8, 2000. **Prize Poster.**

29. Robinson WP, McFadden DE, **Stephenson MD.** The origin of abnormalities in recurrent aneuploidy/polyploidy. Podium presentation at the 10th International Congress of Human Genetics, Vienna, Austria, May 15-19, 2001.

30. Babor EM, **Stephenson MD**, Houlihan E, Ballem PJ, Ensom MHH. The effect of pregnancy on the pharmacokinetics of low molecular weight heparin. Presented at the Canadian Society of Hospital Pharmacists Annual Meeting, BC Branch, September 22, 2001.

31. Robinson WP, McFadden DE, **Stephenson MD.** The origin of abnormalitites in recurrent aneuploidy. Presented at the 2001 Annual Meeting of the American Society for Human Genetics, San Diego, California, October 12-16, 2001.

32. Ensom MHH, Babor EM, Houlihan E, Ballem PJ, **Stephenson MD.** The effect of pregnancy on the pharmacokinetics of low molecular weight heparin. Presented at the 2001 Annual Meeting of the American College of Clinical Pharmacy, Tampa, Florida, October 21-24, 2001.

33. Awartani KA, Robinson WP, **Stephenson MD.** Cytogenetic analysis of miscarriages of couples with recurrent miscarriage: A case-control study. Podium presentation at the 57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, Florida, October 22-25, 2001.

34. Houlihan E, Tucker R, **Stephenson MD.** Effects of nursing counseling on perceived pain associated with an endometrial biopsy in women with recurrent miscarriage. Poster presentation at the 57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, Florida, October 22-25, 2001.

35. Sullivan AE, Lewis T, Ware Branch D, **Stephenson MD,** Odem R, Schreiber J, Ober C. Pregnancy outcomes in patients with skewed X chromosome inactivation. Podium presentation at the 49th Annual Meeting of the Society For Gynecologic Investigation, Los Angeles, California, March 20-23, 2002.

36. **Stephenson MD**, Houlihan E, Ballem P, Tsang P, Ensworth S, Purkiss S, Ensom M. Low molecular weight heparin (LMWH) vs unfractionated heparin (UFH) for antiphospholipid antibody syndrome (APS) in pregnancy: a randomized trial. Podium presentation at the 2002 Annual Meeting of the Canadian Fertility and Andrology Society, Charlevoix, Quebec, September 25-28, 2002.

37. Houlihan EM, **Stephenson MD.** Nurse counselling prior to an endometrial biopsy in women with recurrent miscarriage: A randomized controlled trial. Podium presentation at the 58th Annual Meeting of the American Society for Reproductive Medicine, Seattle, Washington, October 12-17, 2002. Fertility Sterility Suppl 2002;76:573-4.

38. Ensworth S, Purkiss S, Tsang P, Ballem P, **Stephenson MD.** Presence of other autoimmune features in patients with the antiphospholipid syndrome (APS) who failed standard treatment of acetylsalicylic acid (ASA) and heparin. Podium presentation at the 3rd International Conference on Sex Hormones, Pregnancy and the Rheumatic Diseases, New Orleans, Louisiana, October 21-24, 2002. Lupus 2002;11(10):694.

39. Rhone SA, **Stephenson MD.** The incidence and clinical significance of first trimester subchorionic hematomas (SCH) in treated patients with antiphospholipid antibody syndrome (APS). Poster presentation at the 3rd International Conference on Sex Hormones, Pregnancy and the Rheumatic Diseases, New Orleans, Louisiana, October 21-24, 2002. Lupus 2002;11(10):695.

40. **Stephenson MD**, Houlihan E, Tsang P, Ensworth S, Lim K, Ballem PJ. Concomitant use of IVIG for treatment of the antiphospholipid antibody syndrome (APS) when ASA and heparin results in at least one adverse pregnancy outcome. Podium presentation at

the 3rd International Conference on Sex Hormones, Pregnancy and the Rheumatic Diseases, New Orleans, Louisiana, October 21-24, 2002. Lupus 2002;11(10):694.

41. Ensom MHH, Houlihan E, Kwan L, Li J, **Stephenson MD.** Pharmacokinetics of intravenous immunoglobulin in females with the antiphospholipid antibody syndrome. Presented at the 2002 Annual Meeting of the American College of Clinical Pharmacy, Albuquerque, New Mexico, October 20-23, 2002(#307). Pharmacotherapy 2002;22:1372. **Prize Poster.**

42. Ensom MHH, Purkiss S, Houlihan E, **Stephenson MD.** Comparison of pre-pregnancy and postpartum bone mineral density in patients on low molecular weight heparin and unfractionated heparin. Presented at the 2002 Annual Meeting of the American College of Clinical Pharmacy, Albuquerque, New Mexico, October 20-23, 2002(#309). Pharmacotherapy 2002;22:1372-3.

43. Ensom MHH, Houlihan E, Li J, **Stephenson MD.** Pharmacokinetics of low molecular weight heparin and unfractionated heparin in pregnancy. Presented at the 2002 Annual Meeting of the American College of Clinical Pharmacy, Albuquerque, New Mexico, October 20-23, 2002(#308). Pharmacotherapy 2002;22:1372.

44. Gair J, Chavez L, **Stephenson MD,** Langlois S, Lansdorp P, Robinson W. Are quantitative features, such as telomere length and centromere size, associated with nondisjunction in humans? Medical Genetics Research Day, BC Children's and Women's Hospital, Vancouver, British Columbia, November 8, 2002.

45. Graham JA, Robinson WP, **Stephenson MD.** Does recurrent euploid and noneuploid miscarriage exist? Podium presentation at the 19th Annual Meeting of the European Society of Human Reproduction and Embryology, Madrid, Spain, June 29 – July 2, 2003. Human Reproduction 2003;18(Suppl 1):55.

46. Sierra S, Langlois S, **Stephenson MD.** Reproductive outcomes in patients with recurrent pregnancy loss associated with a structural chromosome abnormality. Podium presentation at the 2003 Annual Meeting of the American Society for Reproductive Medicine, San Antonio, Texas, October 11-15, 2003. Fertility and Sterility 2003; 80 (Suppl 3):S80-1.

47. Ensom MHH, Houlihan E, Ballem PJ, **Stephenson MD.** Treatment of antiphospholipid antibody syndrome in pregnancy: A randomized pilot trial comparing dalteparin to unfractionated heparin. Poster presentation at the 2003 Annual Meeting of the American College of Clinical Pharmacy, Atlanta, Georgia, November 2-5, 2003. Pharmacotherapy 2003;23:1372-3 (#280).

48. Ensom MHH, Lai A, Houlihan E, **Stephenson MD.** Pharmacokinetics of intravenous immunoglobulin in females with the antiphospholipid antibody syndrome before and during pregnancy. Poster presentation at the 2003 Annual Meeting of the American College of Clinical Pharmacy, Atlanta, Georgia, November 2-5, 2003. Pharmacotherapy 2003; 23:1367 (#279).

49. Gair J, Penaherrera M, Chavez E, **Stephenson MD,** Langlois S, Lansdorp P, Robinson W. Is telomere length associated with trisomy risk in humans? Poster presentation at the 2003 Annual Meeting of the American Society of Human Genetics, Los Angeles,

California, November 4-8, 2003. American Journal of Human Genetics 2003; 73(Suppl):313.

50. Graham JA, **Stephenson MD.** Recurrent euploid and noneuploid miscarriage in factor identified and idiopathic recurrent miscarriage. Poster presentation at the 2003 Annual Meeting of the Canadian Fertility and Andrology Society, Victoria, British Columbia, November 5-8, 2003.

51. **Stephenson MD**, Houlihan E, Karrison T, McSweet JC, Kliman HJ. Successful treatment of endometrial-associated recurrent pregnancy loss (RPL): A blinded, controlled study. Podium presentation at the 2004 Annual Meeting of the American Society for Reproductive Medicine, October 16-20, 2004.

52. Ensom MHH, Kinnear ME, Houlihan E, **Stephenson MD.** Pharmacokinetics of intravenous immunoglobulin (IVIG) before and during pregnancy. Poster presentation at the 2004 Annual Meeting of the American College of Clinical Pharmacy, Dallas, Texas, October 24-27, 2004. Pharmacotherapy 2004;24:1469 (#339).

53. Bretherick K, Fluker M, **Stephenson MD**, Robinson W. FMR1 repeat length in premature ovarian failure and mothers of trisomy. Poster presentation at the 2004 Annual Meeting of the American Society of Human Genetics, Toronto, Ontario, October 26-30, 2004.

54. **Stephenson MD**, Ensom MHH. Obstetrical antiphospholipid antibody syndrome: Heparin dosing based on pharmacokinetics. Podium presentation at the 11th International Congress on Antiphospholipid Antibodies, Sydney, Australia, November 14-18, 2004. Thrombosis Research 2004;114:641.

55. Sierra S, Burkart M, Xu Y, Hyslop T, **Stephenson MD,** Ober C. Polymorphisms implicated in inherited thrombophilias and the risk of fetal loss in a founder population. Podium presentation at the 53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, March 23-25, 2006. **SGI President's Presenter Award.**

56. **Stephenson MD,** Sierra S. Reproductive outcomes in recurrent pregnancy loss associated with a parental carrier of a structural chromosome rearrangement. Podium presentation at the 53rd Annual Meeting of the Society of Gynecologic Investigation, Toronto, Ontario, March 23-25, 2006.

57. Chang P, **Stephenson MD.** Designing an enviornmental questionnaire for recurrent pregnancy loss. Poster presentation at the 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 21-25, 2006.

58. Hirshfeld J, **Stephenson MD.** Management of recurrent pregnancy loss associated with a parental carrier of a reciprocal translocation: Review of the literature. Poster presentation at the 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 21-25, 2006.

59. Dudkiewicz A, Zhou Y, Novotny M, Kim H, **Stephenson MD,** Cohen D. Clinical implications of human pronuclear-stage cryopreservation. Poster presentation at 62nd

Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 21-25, 2006.

60. Wu S, **Stephenson MD.** Obstetrical APS: A Prospective series of 460 couples. Podium presentation at the 12th International Congress on Antiphospholipid Antibodies, Florence, Italy, April 18-20, 2007.

61. **Stephenson MD,** Wu S. Antiphospholipid syndrome (APS) based on a history of recurrent miscarriages (APS/RM): The importance of cytogenetic analysis. Podium presentation at the 12th International Congress on Antiphospholipid Antibodies, Florence, Italy, April 18-20, 2007.

62. Von Bresser K, Wu S, **Stephenson MD.** Recurrent miscarriage associated with the antiphospholipid syndrome (RM/APS): Does gender of a prior pregnancy impact subsequent pregnancy outcome? Submitted to the 63rd Annual Meeting of the American Society for Reproductive Medicine, Washington, DC, October 13-17, 2007.

63. Sweiss NJ, Utset T, Mahmood F, Karrison T, Baron J, Manst D, Volkov S, Badaracco M, Schmitz A, Smaron M, **Stephenson MD,** Levine JS. Clinical characteristics of SLE patients with isolated IgA anti-beta (2)-glycoprotein 1 antibodies and their association with thromboembolic events. Submitted to the Annual Meeting of the American College of Rheumatology, Boston, MA, November 6-11, 2007.

64. Hanna C, Bretherick K, Gair J, **Stephenson MD,** Robinson W. Shorter telomere length in mothers of multiple trisomic pregnancies. Submitted to the Annual Meeting of the American Society for Human Genetics, San Diego, CA, October 23-27, 2007.

**Guidelines:**

1. The Canadian Consensus Panel on IVIG. Spitzer WO, Allen U, Anis A, Coughlin MD, Koren G, Lazer R, Liang MH, Meyer R, Morgan T, **Stephenson MD**, Warrington RJ, Zahn C. Optimal use of intravenous immune globulin : Towards a consensus. Canadian Blood Services Website, June 2002.

2. **Stephenson MD**. Topics in Obstetrics and Gynaecology. IVIG Utilization Management Handbook, BC Provincial Blood Coordinating Office 2002:81-89.

3. **Stephenson MD,** Kutteh WH, Schust D. Evaluation and Management of Recurrent Early Pregnancy Loss. American Society for Reproductive Medicine Practice Committee, in press.

**Non-refereed Journals:**

1. **Stephenson MD**, Rowe T. Habitual abortion: An overview, British Columbia Medical Journal 1991;33:596-599.

2. Rowe T, Wilson S, **Stephenson MD**, Ma S, Ho Yuen B. IVF at UBC: Fifteen years of progress, British Columbia Medical Journal 1997;39:306-312.

3. Ober C, Karrison T, Odem RR, Barnes RB, Branch DW, **Stephenson MD**, Baron B, Walker MA, Scott JR, Schreiber JR. Mononuclear-cell immunization in prevention of

recurrent miscarriage: A randomized trial. Journal Watch, published by The New England Journal of Medicine 1999;4:73.

4. **Stephenson MD.** Intravenous Immunoglobulin (IVIG) for Treatment of Unexplained Secondary Recurrent Spontaneous Miscarriage: A Prospective, Randomized, Double-Blinded, Placebo-Controlled Trial, Frontiers in Fetal Health: A Global Perspective 2001;3:105-106.

5. **Stephenson MD.** Book Review, Miscarriage by H. Lerner. Fertility and Sterility 2004;81(1):227-228.

**Thesis:**

**Stephenson MD.** Masters of Science Thesis in Experimental Medicine, Standardization of flow cytometric crossmatch for investigation of unexplained habitual abortion. University of British Columbia, November 1996, AW5B71-1996-0555.

**Chapters:**

1. Kutteh WH, **Stephenson MD.** Recurrent pregnancy loss. Clinical Gynecology Bieber E, Sanfilippo J, Horowitz Ir (editors), 797-803.

**PATENTS:**

Cadherin-11 as an Indicator for Viable Pregnancy
Inventors: MacCalman CD, **Stephenson MD** Canadian Patent No. 2,203,718 filed April 1997; International PatentPCT/CA98/00397 filed April 1998: Protected in Canada, USA, Europe and Japan
Licensed: ICOS Corporation, Bothell, WA

**ARTISTIC WORKS, DESIGNS:**

Development of Recurrent Pregnancy Loss Database (ACCESS), BC Women's, 1992.

Consultant, "Unsung Lullabies", No Time to Cry Productions, distributed by the National Film Board of Canada, 91-95-085.