IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAVETTA ELK, Plaintiff, | ) | Case No. 05-186L |
| v. | ) | Judge Francis M. Allegra |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RCFC 26**

Plaintiff, LAVETTA ELK, by and through undersigned counsel, and pursuant to Court Order dated April 20, 2006, hereby serves Plaintiff's Initial Disclosures, and states as follows:

**I. List of Witnesses Likely to Have Discoverable Information that Plaintiff May Use to Support Her Claims**

1. Lavetta Kathy Elk
#484 Wounded Knee Housing
Wounded Knee, SD 57794
(605) 867-5466

Knowledge of sexual assault and resulting damages

2. Sergeant Joseph Kopf
Address and telephone number unknown

Knowledge of sexual assault of Lavetta Elk; knowledge of Lavetta Elk's prior interest in joining the military and his own status as an Army Recruiter

3. Jackie Randall

P.O. Box 1201
Pine Ridge, SD 57770
(names unknown at this time)
Knowledge of Lavetta Elk's physical and psychological injuries

## II. Documents and Tangible Things That Plaintiff May Use to Support Her Claims

1. Statement from Lavetta Elk dated 1/9/03

2. Statement from Emerson Elk

3. Restraining Order dated 2/5/03

4. Bureau of Indian Affairs Incident Report dated 1/7/03

5. Treaty with the Sioux of April 29, 1868

6. Oglala Lakota Nation Dept. of Public Safety Incident Report dated 1/7/03

7. Confirmation of Lavetta Elk's Role Number from Oglala Sioux Tribe, Department of Confirmation

8. Pine Ridge Hospital Records

9. Medical Records from Women's Health Center Clinic

## III. Computation of Damages

Plaintiff's claim involves non-liquidated damages which are not readily ascertainable or capable of "computation." The damages awarded to Plaintiff will ultimately be decided by the trier of fact based on factors which are not yet completely known to the Plaintiff, including facts to be obtained during the course of discovery. Plaintiff's damages include, but are not limited to pain and suffering, mental anguish, lost wages, lost future income, and out-of-pocket expenses. Plaintiff has not computed her damages at this time.



DEF0501