# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAVETTA ELK,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | Case No. 05-186L<br>Judge Francis M. Allegra |

## PLAINTIFF'S, LAVETTA ELK'S ANSWERS TO DEFENDANT, THE UNITED STATES OF AMERICA'S, FIRST SET OF INTERROGATORIES

Pursuant to RCFC 33, the Plaintiff, LAVETTA ELK, by and through her undersigned counsel, hereby serves her answers to the Defendant, THE UNITED STATES OF AMERICA, First Set of Interrogatories as follows:

## GENERAL OBJECTIONS

1. Plaintiff objects to Defendant's Interrogatories to the extent that the discovery calls for the disclosure of information protected by the attorney-client privilege, attorney work-product doctrine, or other applicable privilege or immunity, whether created by statute or common law. Plaintiff claims such privileges and protections to the extent implicated by each Interrogatory, and excludes privileged and protected information from any responses to Defendant's discovery. Any disclosure is inadvertent and is not intended to waive those privileges or protections, which are specifically reserved.

2. Plaintiff objects to Defendant's Interrogatories to the extent that same are vague, ambiguous, incomprehensive and overly broad.

3. Plaintiff objects to Defendant's Interrogatories to the extent that the

INTERROGATORY NO. 5:

Describe in detail any therapy, counseling, psychological or psychiatric treatment Plaintiff received prior to January 7, 2003, identifying the names of the facilities where treatment was received, the names of the treating professionals, the dates of the treatment, the treatment received (including any tests that were taken), any medications prescribed and the costs associated with treatment.

RESPONSE:

None.

INTERROGATORY NO. 6:

Describe in detail therapy, counseling, psychological or psychiatric treatment Plaintiff received following January 6, 2003, identifying the names of the facilities where treatment was received, the names of the treating professionals, the dates of the treatment, the treatment received (including any tests that were taken), any medications prescribed and the costs associated with treatment.

RESPONSE:

I went to Kyle Mental Health in January 2003 and I was treated by Jean Hammond. I also went to Pine Ridge Mental Health (IHS Indian Hospital - Pine Ridge PO Box 1201, Pine Ridge, South Dakota 57770) beginning in January 2003 and was treated by Laura Graham and Kim (last name unknown).