IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **LAVETTA ELK,** | ) | Case No. 05-186L |
| | ) | Judge Francis M. Allegra |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S ANSWER TO DEFENDANT'S**
**DEPOSITION UPON WRITTEN QUESTIONS**

Pursuant to RCFC 26, 28, 31 and 45, the Plaintiff, LAVETTA ELK, by and through her undersigned counsel serves her answers to the Defendant, THE UNITED STATES OF AMERICA, Deposition Upon Written Questions as follows:

**GENERAL OBJECTIONS**

1. Plaintiff objects to Defendant's Interrogatories to the extent that the discovery calls for the disclosure of information protected by the attorney-client privilege, attorney work-product doctrine, or other applicable privilege or immunity, whether created by statute or common law. Plaintiff claims such privileges and protections to the extent implicated by each Interrogatory, and excludes privileged and protected information from any responses to Defendant's discovery. Any disclosure is inadvertent and is not intended to waive those privileges or protections, which are specifically reserved.

2. Plaintiff objects to Defendant's Interrogatories to the extent that same are vague, ambiguous, incomprehensive and overly broad.

3. Plaintiff objects to Defendant's Interrogatories to the extent that the

QUESTION NO. 35:

Specifically what costs were incurred in connection with therapy counseling, psychological or psychiatric treatment Plaintiff received following January 6, 2003, and if any costs were incurred, describe all facts and information related to such costs that have not been previously related in Plaintiffs prior deposition or in response to prior interrogatories.

Answer: If costs were incurred, it is my understanding that Indian Health Services paid for those costs. I do not know how much costs were incurred as I was not billed for these services.