Webb, Kevin

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAVETTA ELK,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | Case No. 05-186L<br>Judge Francis M. Allegra |

DEPT. OF JUSTICE - ENRD ENVIRONMENT DIVISION
7 JAN 26 P 3:08

**PLAINTIFF'S ANSWER TO DEFENDANT'S FOURTH SET OF INTERROGATORIES, SECOND SET OF REQUEST FOR PRODUCTION AND FIRST REQUEST FOR ADMISSIONS**

Pursuant to RCFC 33, the Plaintiff, LAVETTA ELK, by and through her undersigned counsel serves her answers to the Defendant, THE UNITED STATES, Fourth Set of Interrogatories, Second Set of Request for Production and First Request for Admissions:

**GENERAL OBJECTIONS**

1. Plaintiff objects to Defendant's Fourth Set of Interrogatories, Second Request for Production and First Request for Admissions to the extent that the discovery calls for the disclosure of information protected by the attorney-client privilege, attorney work-product doctrine, or other applicable privilege or immunity, whether created by statute or common law. Plaintiff claims such privileges and protections to the extent implicated by each Interrogatory, and excludes privileged and protected information from any responses to Defendant's discovery. Any disclosure is inadvertent and is not intended to waive those privileges or protections, which are specifically reserved.

2. Plaintiff objects to Defendant's Fourth Set of Interrogatories, Second Set of Request for Production and First Request for Admissions to the extent that same are vague,

Plea
90-2-20-11532

## PLAINTIFF'S ANSWER TO FOURTH SET OF INTERROGATORIES

INTERROGATORY NO. 17:

Describe in detail any counseling, assistance or medical treatment Plaintiff received for any miscarriages she experienced, identifying the names of the facilities where the counseling, assistance or medical treatment was received, the names of the treating professionals, the dates of counseling, assistance or medical treatment, the counseling, assistance or medical treatment received (including any tests that were taken), any medications prescribed and the costs associated with the counseling, assistance or medical treatment.

**RESPONSE:**

**I did not receive counseling for the miscarriages; however, I sought medical treatment. I do not recall the costs, if any.**

**First Miscarriage:**
**Pine Ridge Indian Health Services**
**East Highway 18**
**P.O. Box 1201**
**Pine Ridge, SD 57770**
**Date: October 2003**

**Second Miscarriage:**
**Susan Hagenel, M.D. (OB/GYN)**
**Mercy Hospital**
**N. 2950 S.R. 67**
**Lake Geneva, Wisconsin**
**Date: February 2004**

**Third Miscarriage:**
**Joon Park, M.D. (OB/GYN)**
**10400 75th Street**
**Kenosha, WI 53142**
**Date: April 2004**

**Aurora Hospital**
**10400 75th Street**
**Kenosha, WI 53142**
**Date: April 2004**