**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(E-Filed February 22, 2008)

| | | |
|---|---|---|
| LAVETTA ELK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 05-186L |
| v. | ) | Judge Francis M. Allegra |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S EXHIBIT LIST PURSUANT TO RCFC, APPENDIX A ¶ (16)**

**I. EXHIBITS**

1. Dr. Mills Expert Report (including attachments)

2. Minnesota Multiphasic Personality Inventory, 2d Ed., DEF 759-760

3. Personality Assessment Inventory, DEF 761-780

4. Dr. Mills Rebuttal Expert Report

5. Dr. Stephenson Expert Report (including attachments)

6. Plaintiff's Medical Records (including all documents provided in response to Plaintiff's Request for Copies), DEF 0001-0090, 454-497, 781-1164

7. Plaintiff's Army Physical Examination Documents, DEF 0282-0305

8. Plaintiff's Amended Answer to Defendant's Request for Admissions, DEF 662-663

**II. POTENTIAL REBUTTAL EXHIBITS**

9. Deposition Transcripts of Plaintiffs' Witnesses and Exhibits

10. Record of Article 15 Proceedings, DEF 372-376

11. BIA Incident Report and Interview of Elk, DEF 0091-0095

12. Plaintiff's Answer to Defendant's First Set of Interrogatories, DEF 503-516

13. Plaintiff's Supplemented Answer to Defendant's First Set of Interrogatories, DEF 517-521

14. Plaintiff's Answer to Defendant's Second Set of Interrogatories and First Set of Responses for Production, DEF 522-649

15. Plaintiff's Answer to Defendant's Third Set of Interrogatories, DEF 650-654

16. Plaintiff's Answer to Defendant's Fourth Set of Interrogatories and Second Set of Responses for Production and First Request for Admissions, DEF 655-661

17. Plaintiff's Answer to Defendant's Written Deposition Questions, DEF 664-743

Dated: February 22, 2008

Respectfully Submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Steven D. Bryant____________________
STEVEN D. BRYANT
SARA E. COSTELLO
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Email: steven.bryant@usdoj.gov
Voice: (202) 305-0424
Fax: (202) 305-0267

Of Counsel:

Major Lanny Acosta
U.S. Army Litigation Division
901 N. Stuart Street
4th Floor
Arlington, VA 22202

Sharon Pudwill
Department of Interior
Office of the Field Solicitor
Bishop Henry Whipple Federal Bldg.
1 Federal Drive, Room 686

Twin Cities, MN 55111