**Bureau of Indian Affairs**
**Office of Law Enforcement Services**
**Pine Ridge Agency**

# Incident Report

| | | | |
|---|---|---|---|
| **Date:** | January 7, 2003 | **Number:** | A06-IR-03-007 |
| **Incident:** | Alleged Abusive Sexual Contact | **Incident Date:** | January 7, 2003 |
| **Subject:** | S. Sgt. Joseph Kopf<br>United States Army Recruiter | **DOB:** | 12/24/1968 |
| **Victim:** | Lavetta Kathy Elk<br>#484 Wounded Knee Housing<br>Wounded Knee, SD<br>867-5466 | **DOB:**<br>**SSN:** | 12/08/1983<br>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 |
| **Location:** | Back road near Manderson, SD | | |

**Summary:**
On January 7, 2003 SA Robert Bennett was advised of a possible sexual assault of a 19 year-old female by a United States Army recruiter. The female victim was being brought to the Kyle Police Department. SA Bennett arrived there at around 1:45 PM and interviewed Lavetta Kathy Elk. Elk reported that she was fondled about her breasts, legs, hands and vaginal area against her will by S. Sgt. Joseph Kopf. Elk denied the allegation referenced a forcible intercourse rape, but only that Kopf was attempting to kiss her and touch her through her clothing. She said at one point Kopf had slipped his hand under her bra and made contact with her breasts. Elk alleges that she was resisting his advances and telling him to stop. At one point Elk said Kopf held her arm behind her head as he attempted to touch her.

Elk reported no injuries and SA Bennett could see no visible injuries. Elk was calm during the interview and provided the attached written statement. See attached interview of Lavetta Elk.

After interviewing Elk, SA Bennett was advised that Kopf was at Elk's residence in Wounded Knee. SA Bennett traveled to Wounded Knee where a tribal officer had Kopf detained in his patrol vehicle. Kopf was advised of the allegation made against him. SA Bennett asked Kopf to make a voluntary statement and Kopf consented to it. SA Bennett interviewed Kopf and Kopf denied the allegation. See attached interview of Joseph Kopf.

SA Bennett contacted Deputy U. S. Attorney Robert Mandel and presented him with the information available. Mandel declined to prosecute the matter outright and asked that the information be forwarded to the United States Army.

SA Bennett contacted Kopf's commanding officers, Sgt. Cost and 1st Sgt. Chemess, and advised them of the nature of the allegation and the recommendation from Mandel. SA Bennett was put in contact with Major Glenn and arrangements were made to have the information forwarded to him to be handled by their investigative division.

**Names & Titles of Persons Involved:** SA Robert Bennett, BIA, Captain James Fernalius and Major Glenn, United States Army.

**Status of Case & Agencies Notified: Case is CLOSED - FEDERALLY DECLINED DUE TO INSUFFICIENT EVIDENCE BY UNITED STATES ATTORNEY'S OFFICE and REFERRED TO U.S. ARMY. BIA and United States Army notified. Capt. Fernalius conducted his investigation and came to same conclusion and will refer the matter to his Battalion Commander for Article XV proceedings. No military criminal charges will be brought.**

**Bureau/Office Contact:**
ROBERT BENNETT, Special Agent
Bureau of Indian Affairs - OLES
Pine Ridge, SD 57770
605-867-2931
605-867-2930 FAX

**Bureau of Indian Affairs - Pine Ridge Agency**
**Report of Interview**
**Incident Report Number A06-IR-03-007**

**Interview of LAVETTA KATHY ELK**

**Date & Time:** January 7, 2003 @ 1:45 PM

**Location:** Kyle Tribal Prosecutor's Office

**Interviewing Agent:** Robert A. Bennett, Special Agent
Bureau of Indian Affairs

At the above noted date, time and location Special Agent (SA) Robert Bennett interviewed Lavetta Kathy Elk. Elk was advised of the official identity of SA Bennett and the nature of the interview. Elk consented to the interview and her information is summarized below.

Elk's date of birth is December 8, 1983 and her social security account number is 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. She is currently 19 years-old. Elk resides with her parents, Emerson and Jerilyn Elk, at 484 Manderson Housing, Manderson, SD within the exterior boundaries of the Pine Ridge Reservation. Her mailing address is PO Box 86, Manderson, SD 57794 and her home telephone number is 605-867-5466.

Elk graduated from Red Cloud High School in 2002 and attended Rockhurst College in Kansas City for a few months. She returned after her family suffered through some deaths.

Elk said she knew her alleged assailant as Staff Sgt. Joseph Kopf. Kopf is a United States Army recruiter out of Rapid City, SD and she has known him since her junior year of high school. She described him as 34 years-old, 5' 11", 200 pounds, unknown eye color and with blonde/brown hair. She said he lived on or by Ellsworth Air Force Base or in Box Elder, SD.

Kopf signed her up for the Army in October 2002. Elk refers to Kopf as "Sgt. Kopf."

Elk said that she and Kopf had a friendly relationship and he would call her while at school and tell her he was bored. Elk considers herself a friend of Kopf. Elk said Kopf was married with three or four children.

Elk said the incident on January 7, 2003 began when Kopf simply showed up and stopped her on the street near her residence. Elk was walking with her aunts when he drove by and told her he needed to take her to Sioux Falls, SD for a "height and weight evaluation." Elk said Kopf called the previous night and spoke to her brother who is also considering the Army.

Kopf asked her, "How fast can you get ready?"

Elk replied, "10 minutes."

**Bureau of Indian Affairs - Pine Ridge Agency**
**Report of Interview**
**Incident Report Number A06-IR-03-007**

Elk said her father then came out and spoke with him and was told it was a simple height and weight evaluation. Kopf mentioned nothing about her paperwork not being in order.

Elk believed that her paperwork for enlistment in the Army was all in order but Kopf told her it was not. Elk advised her cousin's boyfriend, Shane Montgomery, called the Army Recruiting office in Rapid City and was told her paperwork was in order.

Elk advised that three weeks ago she had traveled to Sioux Falls with Kopf and another female recruit, Tanya Scabby Face. Elk said she was told to lose 10 pounds. Elk said Kopf scheduled her to be picked up about a week in advance.

Elk said that in August 2002 she went with Kopf to assist him recruit others. She said they went to his hotel room in Martin, SD. She did not know the name of the hotel but said it was by the only stoplight in Martin.

Elk said Kopf told her to come in so he could weigh and measure her. She was holding her arms out so he could get measurements and he grabbed her by the waist and kissed her. She pushed him away and Kopf said, "Well, they do call you my girlfriend."

Elk said the other recruiters in Rapid City labeled her his girlfriend because she called Rapid City for him often.

Elk said they then sat on the bed and he told her about his duty in Korea. Kopf then again began to touch her and try to kiss her. She moved and he followed her and rubbed her leg. Elk again moved and Kopf came by again and rubbed her leg.

Now Elk told him to take her home and Kopf did. They were traveling west on U.S. Hwy. 18 near the Allen Junction when Kopf apologized to her and told her of his wife cheating on him. He said, "She did this before to me, I'll just get her back."

Elk said she pushed Kopf away every time and did not consent to his advances or kiss him back.

Elk said she was in his hotel room for about one hour. Her clothes remained on but Kopf tried to take his shirt off.

Elk said she did not report it then because she thought "it was over." He dropped her off and she forgot about the incident.

Elk said she and Kopf would talk on the telephone about "other stuff" such as "boyfriends and classes."

**Bureau of Indian Affairs - Pine Ridge Agency**
**Report of Interview**
**Incident Report Number A06-IR-03-007**

Elk said that today's incident (01/07/2003) began with her getting into his vehicle and he asked her how she was doing. Kopf told he had a bad week because a "recruit backed out."

Kopf drove the vehicle towards Manderson, SD and then took White Horse Creek Road. Elk was told that Kopf was going to make contact with a recruit. Elk stated they drove by all of the houses and Kopf was commenting on "nature" when he spotted a trail and began driving the vehicle off-road.

He parked the vehicle behind a hill and began asking her about her family. He then leaned over and kissed her. She told him no and pushed him away. Kopf began rubbing her hand and leg and she asked him, "I thought we came to see someone." Kopf simply laughed.

Kopf then pulled her close and said, "Come on, you know you want it." He then stopped accosting her and began talking. Kopf began driving away, then stopped and kissed her again. Elk said Kopf repeated this stop and go process about "6 to 7 times."

Elk said she told him, "This is illegal."

Kopf said, "I do a lot of illegal things."

Elk said Kopf then told her he would take care of her. He then drove back to Manderson, across Gooseneck Road and then to the Common Cents at Sharps Corner. There at the store she went in to see her friend, Phil Iron Cloud, but could not locate him. She then went to the bathroom and then threw up (vomited).

Elk got back into the vehicle and drove off with him. Kopf was still trying to hold her hand. They drove to Kyle where he said he had business that would occupy him until 1:00 PM. Kopf dropped her off at Shane Montgomery's residence and said he would return to pick her up after he finished his business.

Elk said that Kopf told Shane Montgomery that he was going to give her a ride to Rapid City as he was waiting for her to return at 1:00 PM.

Elk said that when Kopf was trying to kiss her he was out of his seat and trying to get on her. She said there was no bare skin touching except to her breasts. Kopf slid his hand under her bra and touched her breasts. He was also pulling at her pants zipper and button. He rubbed her vagina through her pants.

Elk said that Kopf was making no threats of harm. Elk advised that on a fear scale of 1 to 10, 1 being totally unafraid and 10 being totally frightened, that she was a 6. She explained that each time

**Bureau of Indian Affairs - Pine Ridge Agency**
**Report of Interview**
**Incident Report Number A06-IR-03-007**

she pushed him away he would push back. She also added that he once pinned her arm above her head against the seat as he tried to kiss her.

Elk advised she had no injuries to report.

Elk said that Kopf told her, "I like you because you're fiesty."

No further information was obtained from Elk and the interview concluded at around 2:35 PM.