WEBB, KEVIN

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION
7 MAR 12 P3:17

| | | |
|---|---|---|
| **LAVETTA ELK,** | ) | Case No. 05-186L |
| | ) | Judge Francis M. Allegra |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S AMENDED ANSWER TO FIRST REQUEST FOR ADMISSIONS**

Pursuant to RCFC 36, the Plaintiff, LAVETTA ELK, by and through her undersigned counsel serves her amended answer to the Defendant, THE UNITED STATES, First Request for Admissions:

**FIRST SET OF REQUESTS FOR ADMISSIONS**

Request for Admission No. 5

Admit that Plaintiff sought professional medical and/or psychological assistance for depression on or about April 2002.

**RESPONSE: Admit.**

PLEA
90-2-20-11532

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By: ____________________
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served via facsimile and U.S. Mail on **March 8, 2007** to Sara Culley and Kevin S. Webb, United States Department of Justice, Natural Resources Section, P.O. Box 663, Washington, D.C. 20044-0663.

____________________



DEF0663