IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **LAVETTA ELK,** | ) | 05-186L |
| Plaintiff, | ) | |
| vs. | ) | Deposition of: |
| **THE UNITED STATES OF AMERICA,** | ) | **EMERSON L. ELK** |
| Defendant. | ) | |

BEFORE: Kimberly K. Johnson, RPR
Court Reporter and Notary Public
Rapid City, South Dakota

DATE: December 6, 2006 at 10 a.m.

PLACE: 201 Federal Building
515 Ninth Street
Rapid City, South Dakota

APPEARANCES:

Representing the Plaintiff: **ADAM HOROWITZ**
Herman & Mermelstein P.A.
18205 Biscayne Boulevard
Miami, Florida

Representing the Defendant: **KEVIN S. WEBB**
**SARA E. CULLEY**
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C.

A Very.

Q And what makes you proud of your children?

A So far now they're all working, despite hard times. And sometimes, you know, you look at the other children on the reservation, none of them finished high school. These ones, they all finished high school. I thought that was a big accomplishment, you know. And then the oldest one went into college and she's working there at the hospital. She's in the business field.

Q And where did she go to college? I'm sorry -- and which is the oldest?

A Daverine.

Q Daverine?

A Yeah.

Q And where did she go to college?

A Well, she came here in Rapid to go to school at the School of Mines, but they're -- it's too racist, so she had to -- she didn't finish there. She went back to OLC and she finished. She was going to school there.

Q What's OLC?

A Oglala Lakota College.

Q And she currently works at the hospital?

A Yeah.

Q And you said that they're all working, despite hard times. What did you mean by "hard times"?

A Well, hard times on the reservation. There's no jobs. Look at the news today. Turn that TV on, look at the news. There are two tribal councils running now. They're fighting over what little money there is. So this is a way -- foreign way of life for us culturally. We, as Lakota people here, have a different way of life than what you're used to.

Under the treaty, they pushed this on us because we were a free people. Now they put us on reservation. The reservations are getting smaller and smaller because they're taking our land away --

Q And what is the -- I'm sorry.

A -- which is the cause of all the problem for the Indian Nation, they call it. There's too much alcoholism, high rate of suicide, you know. Like now we have meth problem. We have Mexicans coming in. We have white people coming in. We have other nationalities coming in, getting married or staying with them, and they're taking all the funding that comes into the tribe for themselves and their families. Nepotism is happening. What do you call it? A failure of system, you know. This is what the government created for us. Now who's hurt? We the Puebala (phonetic) Oglala. There's only a few of us left. I'd say about maybe 8,000, 9,000 out of 80,000.