IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **LAVETTA ELK,** Plaintiff, vs. **THE UNITED STATES OF AMERICA,** Defendant. | 05-186L<br>Deposition of:<br>**JERILYN ELK** |

BEFORE: Kimberly K. Johnson, RPR
Court Reporter and Notary Public
Rapid City, South Dakota

DATE: December 6, 2006 at 1:25 p.m.

PLACE: 201 Federal Building
515 Ninth Street
Rapid City, South Dakota

APPEARANCES:

Representing the Plaintiff:
**ADAM HOROWITZ**
Herman & Mermelstein P.A.
18205 Biscayne Boulevard
Miami, Florida

Representing the Defendant:
**KEVIN S. WEBB**
**SARA E. CULLEY**
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C.

A Yes.
Q And are you proud of your children?
A Yes. Very proud.
Q And what makes you proud of your children?
A Because they're drug and alcohol free on the reservation. They went to school. They finished high school. Some of them went on to college. And they're working, the big difference between the other children and our children.
Q Okay.
A And we have grandchildren.
Q Congratulations.
A Thank you.
Q How would you describe your children's childhood?
A It's a very hard, hard childhood. But it's not where we had a lot of money. We had more love and understanding, closeness, compared to other kids like I could say. And they really rely on each other. We rely on each other, our whole family. It's one whole big family.
Q And how about now as adults, how would you describe it now as adults, as young adults?
A I'm proud of them for being -- still being alcohol and drug free, and pursuing their dreams, pursuing what they want to be in life.
Q And is life still hard?

A Yes.
Q And what makes it hard?
A Being a Lakota. Being different.
Q How so?
A Treated -- treated that way. They know that there's a lot of different things even as a child coming up.
Q Can you give me an example?
A The way you were treated when you go in a store. Like my oldest -- my youngest one time, I brought him into the store, and bell rang as soon as we walked in. And we was stared at. Everybody looked at us like we were going to steal or something, but -- and then we walked in, bought our things, and came out. And he said, Did you hear that bell?
I said, Why? What did it say?
He said, Indians.
And that -- that really -- so it was hard for me to take him back in that store again.
Q I can understand that.
A Uh-huh.
Q Specifically regarding Lavetta, are you proud of Lavetta?
A Yes.
Q What makes you proud of Lavetta?
A She's a strong willed young lady.