# In The United States Court of Federal Claims

No. 05-186L

(Filed: March 5, 2008)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The court will hold a pre-trial conference in this case via telephone on Friday, March 28, 2008, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time. In the pre-trial filings, there appears to be ambiguity as to whether defendant contests liability. Accordingly, defendant shall be prepared to apprise the court and plaintiff whether, and, if so, to what extent, defendant will contest liability at trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge