# In The United States Court of Federal Claims

No. 05-186L

(Filed: March 13, 2008)

---

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

The court previously scheduled a pre-trial conference in this case on Friday, March 28, 2008. At counsel's request, the court now will hold the pre-trial conference in this case via telephone on Thursday, March 27, 2008, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge