# In The United States Court of Federal Claims

No. 05-186L

(Filed: March 14, 2008)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 25, 2008, plaintiff filed its witness list. The court hereby strikes this witness list for failure to comply with Appendix A, ¶ 15 of the Rules of this Court. On or before March 21, 2008, plaintiff shall refile the exhibit list, and list the name, topic of testimony, and estimated time of testimony for each identified witness. Failure to comply with the requirements of Appendix A, ¶ 15 as to any witness will result in plaintiff being precluded from calling that witness at trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge