**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LAVETTA ELK,** | ) | Case No. 05-186L |
| | ) | Judge Francis M. Allegra |
| Plaintiff,) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

**<u>PLAINTIFF'S AMENDED WITNESS LIST</u>**

Plaintiff, LAVETTA ELK., by and through her undersigned counsel, pursuant to Court Order dated March 14, 2008, hereby amends its Witness List to be used at jury trial:

**<u>FACT WITNESSES</u>**

**<u>WILL CALL</u>**

1. Lavetta Kathy Elk
#484 Wounded Knee Housing
Wounded Knee, SD 57794
(605) 867-5466

Lavetta Elk is the Plaintiff in this case and will testify as to the facts of the sexual assault; her being recruited to join the Army by Sgt. Kopf; the type of relationship she had with Sgt. Kopf; her knowledge of the circumstances leading up to the assault and the facts that occurred before, during and after the assault; her psychological and emotional state before and after the sexual assault; and how it has impacted her life.

Expected length of testimony excluding cross examination – 1.5 hours

2. Jackie Randall
P.O. Box 473
Kyle, SD 57752
605 455-2278

Cousin of Ms. Elk; Subject matter about which she will testify includes Sgt. Kopf dropping Ms. Elk off at her home after the assault; her observations of Ms. Elk's psychological and emotional condition, and her account of the sexual assault immediately after it occurred; and knowledge of physical and personality changes in

Ms. Elk.

Expected length of testimony excluding cross examination – 10 minutes or less

3. Noritta High Hawk
Box 104
Wounded Knee, SD 57794
(605) 441-8727

Ms. Elk's Aunt; subject matter about which she would testify would include her relationship with the Plaintiff; her knowledge of Plaintiff's aspirations of joining the Army; her knowledge of Plaintiff attending college; her conversation with Ms. Elk after the sexual assault occurred; her observations of Ms. Elk's psychological and emotional condition after the assault.

Expected length of testimony excluding cross examination – 10 minutes or less

4. Jerilyn Elk
#484 Wounded Knee Housing
Wounded Knee, SD 57794
(605) 867-5466

Mother of Ms. Elk; subject matter about which she would testify would include her relationship with Ms. Elk; knowledge of Ms. Elk's academic accomplishments and career ambitions; her knowledge of Sgt. Kopf picking up Ms. Elk at her home; knowledge of Ms. Elk's sleep patterns and activities of daily living after the sexual assault.

Expected length of testimony excluding cross examination – 20 minutes or less

5. Lloyd Elk
P.O. Box 146
Ft. Hall, ID 83221

Brother of Ms. Elk; knowledge of his relationship with Ms. Elk; knowledge of Ms. Elk's military ambition; his going to the police station where Lavetta made her statement after the sexual assault; his close, personal relationship with Plaintiff, and his resulting ability to observe changes in her psychological and emotional state; knowledge of her prior relationships with men; knowledge of his observations of Ms. Elk's psychological and emotional condition related to the sexual assault and other personal matters.

Expected length of testimony excluding cross examination – 20 minutes or less

6. Leah White Bear Claw
c/o Cangleska
P.O. Box 3003
Pine Ridge, SD 57770

Outreach Advocate, Cangleska, Inc, counselor. Subject matter about which she will testify includes her meeting with Lavetta Elk and how she helped Ms. Elk cope with the assault; and her knowledge of the extent and scope of Lavetta Elk's damages.

Expected length of testimony excluding cross examination – 20 minutes

**MAY CALL**

7. Sergeant Joseph P. Kopf
Building 221
Custer Drive
Fort Riley, KS 66442

Sgt. Kopf is the perpetrator in this case. It is anticipated that he will testify as to his knowledge of the sexual assault of Ms. Elk, his admissions made after the assault, his knowledge of the events that preceded the assault, his job duties as a recruiter, communications in the course of recruiting Plaintiff for the Army, and Ms. Elk's interest in the Army; and his knowledge of events underlying the restraining order obtained by Ms. Elk against him.

Expected length of testimony excluding cross examination – 1 hour

8. Shane Montgomery
P.O. Box 473
Kyle, SD 57752
(last known address)
(605) 441-1811

Boyfriend of Jackie Randall at the time of the assault; subject matter about which he will testify includes Ms. Elk being dropped off at his home after the sexual assault occurred, and his observations of Ms. Elk's psychological and emotional state at that time.

Expected length of testimony excluding cross examination – 10 minutes or less

9. Carol Ann Black Elk Weston
P.O. Box 346
Porcupine, SD 57772
(605) 441 3667

Ms. Elk's Aunt; subject matter about which she would testify would include her relationship with Mr. Elk; her going to Kyle after the sexual assault occurred to meet Ms. Elk, and going to the police station where Ms. Elk gave a statement; and her observations of Ms. Elk's psychological and emotional condition after the sexual assault.

Expected length of testimony excluding cross examination – 10 minutes or less

10. Emerson Elk
#484 Wounded Knee Housing
Wounded Knee, SD 57794
(605) 867-5466

Father of Ms. Elk; subject matter about which he would testify include his relationship with Ms. Elk; knowledge of Ms. Elk's academic accomplishments and career ambitions; his personal knowledge of Sgt. Kopf picking up Lavetta Elk at their home; his knowledge of the contents of his written statement; his knowledge of the treatment Plaintiff received following the sexual assault, and his observations of Ms. Elk's demeanor and emotional state before and after the sexual assault.

Expected length of testimony excluding cross examination – 10 minutes or less

11. Daverine Elk
#484 Wounded Knee Housing
Wounded Knee, SD 57794
(605) 867-5466

Sister of Ms. Elk; knowledge of her relationship with Ms. Elk; knowledge of living at home with Ms. Elk at their parent's house; knowledge of arriving at police station along with her two aunts, Carol and Noritta, where Lavetta gave her statement; knowledge of Ms. Elk's aspirations and her plans to go to college; her observations of Ms. Elk's emotional condition related to the sexual assault.

Expected length of testimony excluding cross examination – 10 minutes or less

12. Cecilia Fire Thunder
c/o Cangleska, Inc.
P.O. Box 3003
Pine Ridge, SD 57770

Ms. Elk first spoke with Ms. Fire Thunder regarding the assault; subject matter about which she is expected to testify includes how Ms. Elk has coped with the assault; and her knowledge of the extent and scope of Lavetta Elk's damages

Expected length of testimony excluding cross examination – 10 minutes

13. David Swallow, Jr. (Medicine Man)
P.O. Box 286
Porcupine, SD 57772

Medicine Man who met with Lavetta Elk; subject matter about which he will testify includes his knowledge of Ms. Elk's emotional and spiritual problems resulting from the assault.

Expected length of testimony excluding cross examination – 10 minutes

**EXPERT WITNESS**

**WILL CALL**

14. Stephan P. Manlove, M.D.
Manlove Psychiatric Group, D.C.
636 St. Anne Street
Rapid City, SD 57701
(605) 348-8000

Dr. Manlove is a forensic psychiatrist. Subject matter about which he is expected to testify includes is qualifications, education and experience, the results of the forensic psychiatric evaluation of Ms. Elk.

Expected length of testimony excluding cross examination – 1 hour

15. Donald L. Frankenfeld
Frankenfeld Associates Interactive
815 St. Joseph Street
Rapid City, South Dakota 57701
(605) 348-8441

Mr. Frankenfeld is an economist/financial expert. Subject matter about which he is

expected to testify includes his qualifications, education and experience, the contents of his report dated June 1, 2007 and Ms. Elk's projected future lost wages and earning capacity.

Expected length of testimony excluding cross examination – 1 hour

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By: /s/ Jeffrey M. Herman .
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 21, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Steven D. Bryant, Esq.
Steven.bryant@usdoj.gov

/s/ Jeffrey M. Herman