IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **LAVETTA ELK,** Plaintiff, v. **THE UNITED STATES,** Defendant. | ) ) ) ) ) ) ) ) ) ) | Case No. 05-186L Judge Francis M. Allegra |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO PRESENT TESTIMONY BY WAY OF DEPOSITION**

Plaintiff, Lavetta Elk, by and through undersigned counsel, hereby files this Memorandum in Opposition to Motion for Leave to Present Testimony by Way of Deposition, and states as follows:

Defendant seeks to present the testimony of Ms. Noritta High Hawk by way of deposition. The sole basis for Defendant seeking to read portions of Ms. Noritta High Hawk's deposition at trial is that it will "streamline the presentation of evidence." However, the reading of Ms. High Hawk's deposition testimony at trial would be contrary to the rules of evidence. Her deposition testimony excerpts are hearsay,[1] and Defendant has not even attempted to establish a basis for a hearsay exception in its Motion.

Under Fed.R.Evid. 804 (b)(1), the deposition testimony of a witness is not hearsay "if the declarant is unavailable as a witness." There is nothing in the Defendant's Motion to show that Ms. High Hawk will be unavailable at trial. To the contrary, Plaintiff intends to call Ms. High Hawk at trial as a live witness. Her deposition testimony is therefore inadmissible hearsay, and may not be

[1] There should be no question that the Federal Rules of Evidence apply in this Court. See Columbia First Bank, FSB v. United States, 58 Fed. Cl. 333 (2003) (applying Federal Rules of Evidence to motion in limine); Matthews v. Secretary of the Dep't of Health and Human Services, 18 Cl. Ct. 514

read at trial as part of Defendant's case.

WHEREFORE, Plaintiff respectfully requests that Defendant's Motion for Leave to Present Testimony by Way of Deposition, with regard to the testimony of Noritta High Hawk, be denied.

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By: /s/ Jeffrey M. Herman .
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Steven D. Bryant, Esq.
Steven.bryant@usdoj.gov

/s/ Jeffrey M. Herman

(1989); Fed.R.Evid. 1101(a).