**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(E-Filed March 27, 2008)

| | | |
|---|---|---|
| LAVETTA ELK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 05-186L |
| v. | ) | Judge Francis M. Allegra |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF DEFENDANT'S POTENTIAL REBUTTAL EXHIBIT 10**

The Court presided over a telephonic pretrial conference earlier today in this matter, and requested a copy of the Record of Article 15 Proceedings ("Article 15") against Sergeant Joseph Kopf. As reflected in pre-trial briefing, Defendant will not dispute the military commander's findings concerning Sergeant Kopf's misconduct as reflected in the Article 15. Attached is Defendant's potential rebuttal exhibit No. 10, which includes the Article 15 and the Sergeant's administrative relief for cause from military recruiting duties.

Dated: March 27, 2008

Respectfully Submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Steven D. Bryant
STEVEN D. BRYANT
SARA E. COSTELLO
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section

P.O. Box 663
Washington, DC 20044-0663
Email: steven.bryant@usdoj.gov
Voice: (202) 305-0424
Fax: (202) 305-0267

Of Counsel:

Major Lanny Acosta
U.S. Army Litigation Division
901 N. Stuart Street
4th Floor
Arlington, VA 22202

Sharon Pudwill
Department of Interior
Office of the Field Solicitor
Bishop Henry Whipple Federal Bldg.
1 Federal Drive, Room 686
Twin Cities, MN 55111