08/28/2003 15:16 FAX          S-3 3d RCTB BDE



# DEPARTMENT OF THE ARMY
HEADQUARTERS, UNITED STATES ARMY 3D RECRUITING BRIGADE
FORT KNOX, KENTUCKY 40121-2726

REPLY TO
ATTENTION OF:

RCMW-CO (601-210e)                                      AUG 1 2 2003

Relief-for-Cause                    SSG Kopf, Joseph C.
                                    FROM: 2002 10   THRU: 2003 08

1. As the Commander, US Army 3d Recruiting Brigade, I have reviewed the commander's inquiry concerning recruiter misconduct, memorandum for concern, dated 4 August 2003 and the recommendations of the chain of command. I have determined that a preponderance of the evidence establishes that SSG Kopf provided false official statements and sexually assaulted an applicant.

2. Such conduct by SSG Kopf is in violation of Uniform Code of Military Justice. This compromise of his personal integrity and professional ethics renders SSG Kopf unsuitable for recruiting duty. Accordingly, I have directed SSG Kopf's relief from recruiting duty in accordance with AR 601-1, paragraph 5-6b. SSG Kopf will be reassigned in accordance with the needs of the Army.

3. SSG Kopf has been notified of the reason for his relief.

4. I direct this document be made an enclosure to the relief-for-cause noncommissioned officer evaluation report.

DAVID R. ELLIS
Colonel, AG
Commanding

DEFENDANT'S
EXHIBIT
10

DEF0372

5D

| RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ |
|---|
| For use of this form, see AR 27-10; the proponent agency is TJAG. |
| See Notes on Reverse Before Completing Form |

| NAME | GRADE | | PAY (Basic & Sea/Foreign) |
|---|---|---|---|
| KOPF, JOSEPH | E-6 | Minneapolis | $2,636.70 |

1. I am considering whether you should be punished under Article 15, UCMJ, for the following misconduct: [1]/ In that you did, at or near Rapid City, SD, on or about 7 Jan 03, with the intent to deceive, make to CPT Fernelius, an official statement, to wit: that you did not touch this female, which statement was false and was then known by you to be so false. This is in violation of Article 107, UCMJ. (SEE CONTINUATION SHEET)

2. You are not required to make any statements, but if you do, they may be used against you in this proceeding or at a trial by court-martial. You have several rights under this Article 15 proceeding. First I want you to understand that I have not yet made a decision whether or not you will be punished. I will not impose any punishment unless I am convinced beyond a reasonable doubt that you committed the offense(s). You may ordinarily have an open hearing before me. You may request a person to speak on your behalf. You may present witnesses or other evidence to show why you shouldn't be punished at all *(matters of defense)* or why punishment should be very light *(matters of extenuation and mitigation)*. I will consider everything you present before deciding whether I will impose punishment or the type and amount of punishment I will impose. [2]/ If you do not want me to dispose of this report of misconduct under Article 15, you have the right to demand trial by court-martial instead. [3]/ In deciding what you want to do you have the right to consult with legal counsel
Located at TDS Bldg 1310 Ft Knox KY 502-624-4417 . You now have 48 hours to decide what you want to do. [4]/

| DATE 08 AUG 03 TIME 1539 | NAME, GRADE, AND ORGANIZATION OF COMMANDER<br>WILLIAM L. ROSTON, LTC, Minneapolis Rctg Bn | SIGNATURE |
|---|---|---|

3. Having been afforded the opportunity to consult with counsel, my decision are as follows: *(Initial appropriate blocks, date, and sign)*
a. ☐ I demand trial by court-martial.
b. ☒ I do not demand trial by court-martial and in the Article 15 proceedings:
(1) I request the hearing be ☐ Open ☒ Closed. (2) A person to speak in my behalf ☒ Is ☐ Is not requested.
(3) Matters in defense, mitigation, and/or extenuation: ☐ Are not presented ☒ Will be presented in person ☐ Are attached.

| DATE 20030808 | NAME AND GRADE OF SERVICE MEMBER<br>JOSEPH KOPF, SSG | SIGNATURE |
|---|---|---|

4. In a(n) ☐ Open ☒ Closed hearing [5]/ all matters presented in defense, mitigation, and/or extenuation having been considered, the following punishment is imposed: [5]/[6]/ Reduction to the grade of Sergeant E-5.

5. I direct the original DA Form 2627 be filed in the ☒ Performance fiche ☐ Restricted fiche of the OMPF. [7]/
6. You are advised of your right to appeal to the CDR, 3D RCTG BDE within 5 calendar days. An appeal made after that Time may be rejected as untimely. Punishment is effective immediately unless otherwise stated above.

| DATE 20030808 | NAME, GRADE, AND ORGANIZATION OF COMMANDER<br>WILLIAM L. ROSTON, LTC, Minneapolis Rctg Bn | SIGNATURE |
|---|---|---|

7. *(Initial appropriate block, date, and sign)*
a. ☐ I do not appeal   b. ☒ I appeal and do not submit additional matters [8]/[9]/   c. ☐ I appeal and submit additional matters [8]/[9]/

| DATE 20030808 | NAME AND GRADE OF SERVICE MEMBER<br>JOSEPH KOPF, SGT | SIGNATURE |
|---|---|---|

8. I have considered the appeal and it is my opinion that: The proceedings were conducted in accordance with law and regulation and the punishment imposed was not unjust nor disproportionate to the offense committed.

| DATE 20030815 | NAME AND GRADE OF JUDGE ADVOCATE<br>VERONICA HANSEN, CPT | SIGNATURE |
|---|---|---|

9. After consideration of all matters presented in appeal, the appeal is:
☒ Denied  ☐ Granted as follows: [10]/

| DATE 19 AUG 03 | NAME, GRADE, AND ORGANIZATION OF COMMANDER<br>COL DAVID R. ELLIS, CDR 3d RCTING BDE | SIGNATURE<br>Col DR Ellis |
|---|---|---|

10. I have seen the action taken on my appeal. | DATE 20030904 | SIGNATURE OF SERVICE MEMBER |

11. ALLIED DOCUMENTS AND/OR COMMENTS [11]/[12]/[13]/

C/M

DA FORM 2627, AUG 84 (EG)   EDITION OF NOV 82 IS OBSOLETE   ORIGINAL

DEF0373

CONTINUATION SHEET 1, DA FORM 2627, PERTAINING TO SSG KOPF, JOSEPH, 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, USARB Minneapolis

Item 1 (Cont'd):

In that you did, at or near Rapid City, SD, on or about 29 January 2003, with the intent to deceive, make to CPT Fernelius, an official statement, to wit: that you did not kiss, attempt to kiss, or touch Ms. Elk, which statement was false and was then known by you to be so false. This is in violation of Article 107, UCMJ.

In that you did, at or near Rapid City, SD, on or about 3 June 2003, with the intent to deceive, make to Special Agent Tello, an official statement, to wit: that, on 7 Jan 03, you and Ms. Elk did not have any type of physical contact of a sexual nature, which statement was false and was then known by you to be so false. This is in violation of Article 107, UCMJ.

In that you did, at or near Rapid City, SD on or about 7 January 2003, commit an indecent assault upon Kathy L. Elk, a person not your wife, by kissing her and touching her breasts, with intent to gratify your sexual desires. This is in violation of Article 134, UCMJ.

DEF0374