**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LAVETTA ELK,** | ) | Case No. 05-186L |
| | ) | Judge Francis M. Allegra |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR SUBSTITUTION OF ATTORNEY**
**OF RECORD FOR PLAINTIFF LAVETTA ELK**

Plaintiff, LAVETTA ELK, by and through her undersigned counsel, pursuant to RCFC Rule 83.1(c)(4), hereby files this Motion for Substituting Attorney of Record for Lavetta Elk, and in support thereof states as follows:

1. Plaintiff wishes to substitute Adam D. Horowitz in place of Jeffrey M. Herman of Herman & Mermelstein, P.A. as the Plaintiff's Attorney of Record.

2. Adam D. Horowitz of Herman & Mermelstein, P.A. has been appointed as Attorney of Record for the Plaintiff, LAVETTA ELK, in substitution of Jeffrey M. Herman, in the above-captioned action. His Affidavit of Appointment is signed below.

3. Jeffrey M. Herman of Herman & Mermelstein, P.A. shall remain "of counsel" pursuant to RCFC Rule 83.1(c)(1).

4. Jeffrey M. Herman consents to the substitution of Adam D. Horowitz as Attorney of Record in this case, and his Consent is signed below.

5. Adam D. Horowitz, ahorowitz@hermanlaw.com, has previously registered for ECF filing and notice.

6. Service of papers by regular mail should be addressed to:

Adam D. Horowitz, Esq.
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
phone: (305) 931-2200
facsimile: (305) 931-0877

7. Express or courier deliveries should be addressed to:

Adam D. Horowitz, Esq.
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
phone: (305) 931-2200
facsimile: (305) 931-0877

WHEREFORE, Plaintiff, LAVETTA ELK, respectfully requests that Adam D. Horowitz of Herman & Mermelstein, P.A be entered as the Attorney of Record in substitution of Jeffrey M. Herman of Herman & Mermelstein, P.A. who shall remain "of counsel."

Dated: April 11, 2008

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard, Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By: /s/Adam D. Horowitz
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

*Case No. 05-186L*

**CONSENT BY PREVIOUS ATTORNEY**

I, Jeffrey M. Herman, hereby consent to the entry of Adam D. Horowitz as Attorney of Record.

Dated: April 11, 2008

Jeffrey M. Herman

**AFFIDAVIT OF APPOINTMENT**

I, Adam D. Horowitz, hereby affirm that I have been appointed as Attorney of Record in the above referenced case.

Dated: April 11, 2008

Adam D. Horowitz

*Case No. 05-186L*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 11, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Steven D. Bryant, Esq.
Steven.bryant@usdoj.gov

/s/ Adam D. Horowitz