# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**LAVETTA ELK,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

Case No. 05-186L
Judge Francis M. Allegra

## PLAINTIFF'S SECOND AMENDED EXHIBIT LIST
**(Withdrawing Exhibits Only)**

Plaintiff, LAVETTA ELK, by and through her undersigned counsel, pursuant to Court Order dated March 27, 2008, hereby designates the following exhibits to be marked and introduced at jury trial:

## EXPECT TO OFFER

1. Indian Health Services Records/ Women's Health Clinic Records ELK0001-ELK00090, DEF0001-DEF0090

2. Confirmation of Lavetta Elk's Role Number from Oglala Sioux Tribe, Department of Confirmation ELK00091

3. Treaty with the Sioux of April 29, 1868

4. Cangleska, Inc. Records

5. All military and personnel records of Sergeant Kopf and Plaintiff's Army Documents, DEF0104 – DEF0305 **(DEF0306 – DEF0450, pp. 203 – 347, are withdrawn)**

6. Map of Pine Ridge Reservation and surrounding area

7. Report by Donald L. Frankenfeld

8. Report by Stephen Manlove, M.D.

9. All records of Article 15 proceeding involving Sergeant Kopf, DEF 0372-DEF0376

**MAY OFFER**

10. Department of the Army, Memorandum for U.S. Army Recruiting Battalion, Report of Investigation dated February 1, 2003, DEF 0104 – DEF 0141

11. Department of the Army, Memorandum for Record dated January 31, 2003, DEF0134 – DEF0135

12. Document Relied Upon by Plaintiff's Expert Frankenfeld: Patton-Nelson Personal Consumption Tables 2000-2001: Updated and Revised; Journal of Forensic Economics 15(3), 2002, pp.295-301; Michael R. Ruble, Robert T. Patton, and David M. Nelson.

13. Document Relied Upon by Plaintiff's Expert Frankenfeld: Personal Consumption Tables, September 11 Victim Compensation Fund (based in part on Patton Nelson)

14. Document Relied Upon by Plaintiff's Expert Frankenfeld: A Markov Process Model of Work-Life Expectancies Based on Labor Market Activity in 1997-1998; Journal of Legal Economics; James Cieka, Thomas Donley and Jerry Goldman

15. Document Relied Upon by Plaintiff's Expert Frankenfeld: The Dollar Value of Household Work; William H. Gauger and Kathryn Walker; Information Bulletin 60; Ithaca New York: New York State College of Human Ecology, Cornell University, 1982

16. Document Relied Upon by Plaintiff's Expert Frankenfeld: National Vital Statistics Reports; United States Department of Health and Human Services NVSS Volume 53, Number 6; United States Life Tables 2002; Elizabeth Arias, PhD

17. Document Relied Upon by Plaintiff's Expert Frankenfeld: Economic Report of the President 2007, United States Government Printing Office

18. Document Relied Upon by Plaintiff's Expert Frankenfeld: Statistical Abstract of the United States Government Printing Office

19. Document Relied Upon by Plaintiff's Expert Frankenfeld: Wall Street Journal; May 30, 2007 **(Withdrawn)**

20. Document Relied Upon by Plaintiff's Expert Frankenfeld: Bloomberg.com; May 30, 2007 **(Withdrawn)**

21. Document Relied Upon by Plaintiff's Expert Frankenfeld: Mortality Table

22. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Complaint in Lavetta Elk v. the United States of America

23. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Response to Interrogatories in Lavetta Elk v. the United States of America, DEF0503 – DEF0516

24. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Plaintiff's, Lavetta Elk's, Supplemental Answers to the Defendant, United States of America's, First Set of Interrogatories, DEF0517 – DEF0521

25. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Plaintiff's Second Set of Interrogatories and First Set of Request for Production of Documents, DEF0522-DEF0649

26. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Plaintiff's Answer to Defendant's Third Set of Interrogatories, DEF0650 – DEF0654

27. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Statement of Lavetta Elk regarding the incident January 7, 2003 received January 9, 2003, ELK 00092 – ELK 00094

28. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Records from the Women's Health Clinic, ELK 0001 – ELK00090 **(Withdrawn)**

29. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Deposition of Lavetta Elk, December 12, 2006

30. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Statement of Emerson Elk, ELK 00095 – ELK 00100

31. Document Relied Upon by Plaintiff's Expert Dr. Manlove: BIA report dated 01/07/03, ELK 00101

32. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Restraining order in Lavetta Elk v. Sergeant Joseph Kopf, ELK 00102 – ELK 00104

33. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Oglala Lakota Nation Department of Public Safety Report dated 01/07/03, ELK 00105 – ELK 00106

34. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Interviews that Dr. Manlove did with Lavetta Elk on 02/15/07, 03/15/07 and 04/03/07 **(Withdrawn)**

35. Document Relied Upon by Plaintiff's Expert Dr. Manlove: MMPI-2 done April 16,

2007 by Tony Morton, MA, LPC-MH **(Withdrawn)**

36. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Plaintiff's Answers to Deposition Upon Written Questions, DEF0664 – DEF0743

37. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Plaintiff's Answers to Fourth Set of Interrogatories, Second Request for Production and Response to Request for Admissions, DEF0655 – DEF0661

38. Document Relied Upon by Plaintiff's Expert Dr. Manlove: Plaintiff's Amended Answers to First Request for Admissions, DEF0662-DEF0664

39. Curriculum Vitae of Dr. Manlove

40. Resume of Donald L. Frankenfeld

41. Statement from Lavetta Elk dated January 9, 2003, ELK00092 – ELK00094

42. Statement from Emerson Elk dated January 7, 2003, ELK00095 – ELK00100

43. Bureau of Indian Affairs Incident Report dated January 7, 2003, ELK00101, DEF0091

44. Restraining Order dated February 5, 2003, ELK00102-ELK00104, DEF0102

45. Oglala Lakota Nation Dept. of Public Safety Incident Report, Reporting Party: Emerson Elk, dated January 7, 2003, ELK00105 – ELK00106, DEF0100-DEF0101

46. Oglala Lakota Nation Dept. of Public Safety Incident Report, Reporting Party: Lavetta Elk, dated January 7, 2003, DEF0214 – DEF0215

47. Mercy Medical Center Records

48. Aurora Health Care Records, DEF0454 – DEF0497

49. Defendant's Initial Disclosures, DES0091-DES0103 **(pp. 1 – 90 withdrawn)**

50. Defendant's Supplemental Disclosures, DES0104 – DES0429 **(Withdrawn)**

51. Interview of Ms. Elk with written statement by Mr. Bennett (Bureau of Indian Affairs) dated January 7, 2003, DEF0092-DEF0097

52. Interview of SSG Kopf by Mr. Bennett (Bureau of Indian Affairs) dated January 7, 2003, DEF0098-DEF0099

53. Department of Defense Hotline, Action Case Referral, Record of Call, DEF0155

54. Deposition Transcript of Sgt. Joseph Kopf **(Withdrawn)**

55. Deposition Transcript of Lavetta Elk **(Withdrawn)**

56. Deposition Transcript of Emerson Elk **(Withdrawn)**

57. Deposition Transcript of Noritta High Hawk **(Withdrawn)**

58. Deposition Transcript of Jerilyn Elk **(Withdrawn)**

59. Deposition Transcript of Jackie Randall **(Withdrawn)**

60. Deposition Transcript of Carol Weston **(Withdrawn)**

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By: /s/ Adam D. Horowitz .
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

*Case No. 05-186L*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Steven D. Bryant, Esq.
Steven.bryant@usdoj.gov

/s/Adam D. Horowitz

Amended Exhibit List