# In The United States Court of Federal Claims

No. 05-186L

(Filed: May 12, 2008)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The court conducted trial in this case from April 28 through April 30, 2008. On April 29, 2008, defendant moved to call an impeachment witness who did not appear on defendant's pre-trial witness list. The court instructed defendant to provide the court with a written motion articulating the basis for calling this witness, which defendant provided on April 30, 2008. The court denied this motion from the bench and instructed defendant to file a copy of this motion electronically. On May 5, 2008, defendant filed a copy of this motion.

For the reasons articulated at trial, and for reasons that will be explained in further detail in the subsequent written opinion in this case, the court **DENIES** this motion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge