IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAVETTA ELK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 05-186L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

3rd Floor Courtroom
U.S. Courthouse
519 9th Street
Rapid City, South Dakota

Monday - Wednesday
4/28/08 - 4/30/08

The above-entitled matter resumed for trial.

BEFORE: HON. FRANCIS M. ALLEGRA
Judge

APPEARANCES:

For the Plaintiff:

ADAM D. HOROWITZ, ESQ.
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, Florida 33160
(305) 931-2200

For the Defendant:

STEVEN D. BRYANT, ESQ.
SARA E. COSTELLO, ESQ.
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424

LANNY ACOSTA, JR., ESQ.
U.S. Army Legal Services Agency
901 North Stuart Street, Suite 400
Arlington, Virginia 22203
(703) 696-1636

# C O N T E N T S


| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE |
|---|---|---|---|---|---|
| For the Plaintiff: | | | | | |
| Lavetta Kathy Elk | 62 | 100 | 207 | -- | |
| Daverine Elk | 213 | -- | -- | -- | |
| David Swallow, Jr. | 221 | 227 | -- | -- | |
| Noritta High Hawk | 231 | 237 | -- | -- | |
| Jerilyn Elk | 253 | 283 | -- | -- | |
| Jacqueline Randall | 289 | 292 | -- | -- | |
| Stephen Manlove | 295 | 347 | 426 | 438 | |
| Donald Frankenfeld | 439 | 461 | -- | 491 | |
| Lea White Bear Claws | 495 | 506 | 516 | 516 | |
| For the Defendant: | | | | | |
| Robert Bennett | 532 | 549 | -- | 564 | |
| Mark Mills | 565 | 631 | 676 | 681 | |
| | -- | 665 | 683 | -- | |

## E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-1 | 13 | (withdrawn) | Indian Health Services /Women's Health Clinic Records |
| PX-2 | 13 | 24 | Confirmation of Lavetta Elk's Role Number from Oglala Sioux Tribe |
| PX-3 | 13 | 24 | Treaty with the Sioux of april 29, 1868 |
| PX-4 | 13 | 505 | Cangleska records |
| PX-5 | 13 | (withdrawn) | SGT Kopf mil. records |
| PX-6 | 13 | 24 | Map of Pine Ridge Reservation and surrounding area |
| PX-7 | 13 | 24 | Report by Donald Frankenfeld |
| PX-8 | 13 | 13 | Manlove expert report |
| PX-9 | 13 | (withdrawn) | All records of article 15 proceeding involving Sergeant Kopf |
| PX-10 | 13 | 24 | Department of the Army, Memorandum for U.S. Army Recruiting Battalion, Report of Investigation dated February 1, 2003 |
| PX-11 | 13 | 24 | Memo for record dateed January 31, 2003 |
| PX-12 | 13 | 24 | Document replied upon by Plaintiff's Expert Frankenfeld: Patt-Nelson Consumption Tables |

# E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-13 | 13 | 24 | Personal Consumption Tables September 11 Victim Compensation Fund |
| PX-14 | 13 | 24 | A Markov Process Model of Work-Life Expectancies Based on Labor Market Activity |
| PX-15 | 13 | 24 | The Dollar Value of Household work; Information Bulletin 60 |
| PX-16 | 13 | 24 | National Vital Statistics Reports; United States Department of Health and Human Services |
| PX-17 | 13 | 24 | Economic Report of the President 2007, United States Government Printing Office |
| PX-18 | 13 | 24 | Statistical Abstract of The United States Government Printing Office |
| PX-21 | 13 | (withdrawn) | Mortality Table |
| PX-22 | 13 | 24 | Complaint |
| PX-23 | 13 | 24 | Elk responses |
| PX-24 | 13 | 24 | Elk responses |
| PX-25 | 13 | 24 | Elk responses |
| PX-26 | 13 | 24 | Elk responses |

E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-27 | 13 | 24 | Statement of Lavetta Elk |
| PX-29 | 13 | 24 | Deposition of Lavetta Elk, December 12, 2006 |
| PX-30 | 13 | 24 | Statement of Emerson Elk |
| PX-31 | 13 | 24 | BIA report dated 01/07/03 |
| PX-32 | 13 | 24 | Restraining order in Lavetta Elk v Sergeant Joseph Kopf |
| PX-33 | 13 | 24 | Oglala Lakota Nation Department of Public Safety Report dated 01/07/03 |
| PX-36 | 13 | 24 | Plaintiff's Answers to Deposition Upon Written Questions |
| PX-37 | 13 | 24 | Plaintiff's Answers to Fourth Set of Interrogatories, Second Request for Production and Response to Request for Admissions |
| PX-38 | 13 | 24 | Plaintiff's Amended Answers to First Request for Admissions |
| PX-39 | 13 | 24 | Curriculum Vitae of Dr. Manlove |
| PX-40 | 13 | 24 | Resume of Donald L. Frankenfeld |
| PX-41 | 13 | (withdrawn) | Elk statements |
| PX-42 | 13 | (withdrawn) | Elk statements |

E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-43 | 13 | 24 | Bureau of Indian Affairs Incident Report dated January 7, 2003 |
| PX-44 | 13 | 24 | Restraining Order dated February 5, 2003 |
| PX-45 | 13 | 24 | Oglala Lakota Nation Dept. of Public Safety Incident Report, Reporting Party: Emerson Elk, dated January 7, 2003 |
| PX-46 | 13 | 24 | Oglala Lakota Nation Dept. of Public Safety Incident Report, Reporting Party: Lavetta Elk |
| PX-47 | 13 | (withdrawn) | Mercy Medical Center Records |
| PX-48 | 13 | (withdrawn) | Aurora Health Care Records |
| PX-49 | 13 | 24 | Defendant's Initial Disclosures |
| PX-51 | 13 | -- | Interview of Ms. Elk with written statement by Mr. Bennett |
| PX-52 | 13 | (withdrawn) | Interview of SSG Kopf by Mr. Bennett |
| PX-53 | 13 | 24 | DoD record |

# E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-1 | 28 | 41 | Expert report |
| DX-2 | 28 | 41 | MMPI report (Mills) |
| DX-3 | 28 | 41 | Personality Assessment Inventory |
| DX-4 | 28 | 41 | Dr. Mills Rebuttal Expert Report |
| DX-5 | 28 | (withdrawn) | Stephenson report |
| DX-6B | 28 | 713 | Medical records |
| DX-6C | 28 | (rejected) | Medical records |
| DX-9 | 28 | (rejected) | Depositions |
| DX-9A | 28 | (rejected) | Depositions |
| DX-9B | 28 | (rejected) | Depositions |
| DX-9C | 28 | (rejected) | Depositions |
| DX-9D | 28 | (rejected) | Depositions |
| DX-9E | 28 | (rejected) | Depositions |
| DX-9F | 28 | (rejected) | Depositions |
| DX-9G | 28 | (rejected) | Depositions |
| DX-9H | 28 | (rejected) | Depositions |
| DX-11 | 28 | 547 | BIA incident report |
| DX-12 | 28 | 42 | Interrogatory answers |
| DX-13 | 28 | 42 | Interrogatory supplemental answers |
| DX-14 | 28 | (withdrawn) | Admissions/responses |
| DX-15 | 28 | 42 | Plaintiff's Answer to Defendant's Third Set of Interrogatories |

E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-16 | 28 | 42 | Plaintiff's Answer to Defendant's Fourth Set of Interrogatories and Second Set of Responses for Production and First Request for Admissions |
| DX-17 | 28 | 42 | Plaintiff's Answer to Defendant's Written Deposition Questions |
| DX-18 | 28 | 42 | Elk statement |
| DX-19 | 28 | 42 | Dr. Mills Handwritten notes for his interview with Plaintiff, dated October 20, 2003 |
| DX-20 | 28 | 42 | MMPI report (Manlove) |
| DX-21 | 399 | -- | Manlove interview |
| DX-22 | 529 | 530 | Cited excerpts from depositions 9C & 9D |
| DX-23 | 710 | 711 | Cited excerpts from 6C |

# E X H I B I T S

| JOINT EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| JX-1 | 9 | 9 | Article 15 findings |
| JX-2 | 9 | 9 | Plaintiff's Medical Records (including all documents provided in response to Plaintiff's Request for copies) |
| JX-3 | 9 | 9 | Plaintiff's Army Physical Examination Documents |
| JX-4 | 9 | 9 | Plaintiff's Amended Answer to Defendant's Request for Admissions |
| JX-5 | 43 | 43 | Stipulations |