# In The United States Court of Federal Claims

No. 05-186L

(Filed: June 3, 2008)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 28-30, 2008, the court held trial in this case in Rapid City, South Dakota. At the close of trial, the record remained open pending the receipt of the transcript of trial proceedings. The court received a copy of the trial transcript on May 30, 2008. Proof in this case is now closed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge