# In The United States Court of Federal Claims

No. 05-186L

(Filed: June 3, 2008)

_____

LAVETTA ELK,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

As agreed upon by the parties at the close of trial, post-trial briefing in this case is hereby ordered as follows:

1. On or before July 18, 2008, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages.

2. On or before August 18, 2008, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages.

3. The briefs shall explain what the appropriate legal standard should be for assessing liability and determining damages in this case; articulate the factual premises and assumptions upon which the experts based their opinions; and discuss whether any adverse inference should be drawn from the fact that Sergeant Kopf did not appear at trial.

4. The court will contact the parties telephonically to arrange a date for closing argument, should such argument be necessary.

**IT IS SO ORDERED.**

                      s/ Francis M. Allegra
                      Francis M. Allegra
                      Judge