# In The United States Court of Federal Claims

No. 05-186L

(Filed: June 4, 2008)

_____

LAVETTA ELK,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 3, 2008, the court set a schedule for post-trial briefing in this case. In addition to the issues articulated in that order, the parties shall include a discussion of whether the "jury verdict method" for awarding damages should be used in this case. *See, e.g., Grumman Aerospace Corp. v. Wynne*, 497 F.3d 1350, 1358 (Fed. Cir. 2007).

        **IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge