**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LAVETTA ELK, | ) | |
| Plaintiff, | ) | |
| | ) | 05-186L |
| v. | ) | Judge Francis M. Allegra |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION TO AMEND THE JUNE 3, 2008 ORDER SCHEDULING POST-TRIAL BRIEFING**

Defendant, the United States, requests that the Court amend the post-trial briefing schedule. Pursuant to this Court's June 3, 2008 order, the schedule provides for the simultaneous filing of post-trial briefs by July 18, 2008, and replies to the initial post-trial briefs by August 18, 2008. Undersigned counsel has previously scheduled commitments discussed below, including annual military reserve training overlapping with the deadline for opening post-trial briefs. The request seeks an overall adjustment in the schedule of eleven (11) days with reply briefs due on or before August 29, 2008. The parties have conferred, and plaintiff does not oppose this motion.

Undersigned counsel has a number of commitments in June and July of this year highlighted by the following: (1) expert depositions in Stuart, Florida June 2–4 and June 16–20, 2008, (2) previously scheduled personal leave in North Carolina June 21–28, 2008, 3) four joint status reports in other cases (June 20, 2008, June 26, 2008, July 14, 2008, July 28, 2008) one of which concerns the progress of a multimillion dollar settlement, 4) a deposition that will be held locally on July 11, 2008 4) annual military training for the U.S. Army Reserves July 14–25, 2008, plus an additional weekend drill obligation, and 5) a status conference on July 31, 2008.

As a result, defendant will need additional time to prepare its post-trial brief, including coordination with agency counsel at the Department of Army and Department of Interior. Accordingly, defendant respectfully requests that the Court amend the schedule to allow the parties to file simultaneous post-trial briefs on or before August 1, 2008 and replies on or before August 29, 2008.

Submitted this 10th day of June 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources
Division

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Div.
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov
(202) 305-0424 (phone)
(202) 305-0506 (fax)

Counsel for Defendant