# In The United States Court of Federal Claims

No. 05-186L

(Filed: June 19, 2008)

LAVETTA ELK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 3, 2008, the court ordered a post-trial briefing schedule in this case. On June 10, 2008, defendant filed an unopposed motion to amend the June 3, 2008, order scheduling post-trial briefing. This motion is hereby **GRANTED**. Accordingly, the court hereby orders as follows:

1. On or before August 1, 2008, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages.

2. On or before August 29, 2008, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge