IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **LAVETTA ELK,** | ) | Case No. 05-186L |
| | ) | Judge Francis M. Allegra |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |
| ____________________ | ) | |

**UNOPPOSED MOTION TO AMEND THE JUNE 19, 2008**
**ORDER SCHEDULING POST-TRIAL BRIEFING**

Plaintiff, LAVETTA ELK, by and through her undersigned counsel, requests that the Court amend the post-trial briefing schedule. Pursuant to the Court's June 19, 2008 order, the schedule provides for the simultaneous filing of replies to the initial post-trial briefs on or before August 29, 2008. Undersigned counsel has previously scheduled commitments discussed below, overlapping with the deadline for filing replies to post-trial briefs. This request seeks an overall adjustment in the schedule of fourteen (14) days, with reply briefs due on or before September 12, 2008. The parties have conferred, and defendant does not oppose this motion.

Undersigned counsel has a number of commitments in other cases and matters which are nearing trial and Court-ordered discovery cutoffs, including depositions in *Jane Doe v. The Florida International University Board of Trustees, et al.*, 05-07349 CA 13, Miami-Dade County, Florida, *Jane Doe, et al. v. School Board of Broward County, et al.*, 07-21367-CIV-SEITZ/MCALILEY, Southern District of Florida, and *Jane Doe No. 3 v. Trinity Baptist Church of Jacksonville, Inc.*, 2007-

CA-002102-XXX-MA, Duval County, Florida. In fact, undersigned counsel will be out of the office all of this week on depositions.

As a result, Plaintiff will need additional time to prepare her reply brief. Accordingly, Plaintiff respectfully requests that the Court amend the schedule to allow the parties to file simultaneous reply briefs on or before September 12, 2008.

Dated: August 25, 2008

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard, Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

By: /s/Adam D. Horowitz
JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
ADAM D. HOROWITZ, ESQ.
ahorowitz@hermanlaw.com

*Case No. 05-186L*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Steven D. Bryant, Esq.
Steven.bryant@usdoj.gov

/s/ Adam D. Horowitz