DEPARTMENT OF THE ARMY
HEADQUARTERS, 1ST INFANTRY DIVISION AND FORT RILEY
500 HUEBNER ROAD
FORT RILEY, KANSAS 66442-7000

ORDERS 046-0002 15 February 2007

1. KOPF, JOSEPH ROGER 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 SSG 010005FAOBSVR TM TNG, (WAHNH0), FORT RILEY, KS 66442

You are reassigned as shown for separation processing.

Assigned to: FORT RILEY TC (W0VM04) FORT RILEY KS 66442-6663
Reporting date: 31 December 2007
Additional instructions: a. Dependents: Yes. b. You are authorized up to one year to complete selection of a home and complete travel in connection with this action. c. For information on benefits and services, see the transition assistance office or your personnel office. d. You must report to the Transition Assistance Office for Army Career Alumni Program processing, BLDG 210, Room 06, Phone 239-2278. e. You are authorized up to one year of non-temporary storage of household goods. You are authorized up to one year to ship household goods to home of selection. f. Official travel arrangements purchased through a commercial travel office (travel agency) not under contract to the government is not reimbursable.

FOR ARMY USE
Auth: AR 635-200
18 years act Federal svc on 1 Nov 81: Not applicable
HOR: PEARLDAND TX US
Scheduled date of separation: 31 December 2007
MDC: 7BE7/7BE8 SUBJECT TO FUNDS AVAILABILITY
Place EAD or OAD: OKLAHOMA CITY OK US
Comp: REGULAR
SPD: RBD1
PEBD: Not applicable
Format: 430

2. KOPF, JOSEPH ROGER 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 SSG 010005FAOBSVR TM TNG, (WAHNH0), FORT RILEY, KS 66442

You are released from active duty and, on the date following, placed on the retired list. The people of the United States express their thanks and gratitude for your faithful service. Your contributions to the defense of the United States of America are greatly appreciated. On date placed on the retired list, you are transferred to the U.S. Army Reserve Control Group (Retired), U.S. Army Personnel Center, St. Louis, Missouri 63132-5200

Effective date: 31 December 2007
Retired grade of rank: SSG
Current grade effective date: 01 August 2006
Authorized place of retirement: FORT RILEY TC (W0VM04) FORT RILEY KS 66442-6663
MDC: 7BE7/7BE8 SUBJECT TO FUNDS AVAILABILITY
Requested place of retirement: N/A
Effective date of retirement: 31 December 2007
Date placed on retirement list: 01 January 2008
DOB: 24 December 1968
Sex: M

ORDERS 046-0002 HQS, 1ST INF DIV AND FORT RILEY 15 February 2007

Citizenship code: A
Retirement type and allotment code: NON-DISABILITY/2
Component: RA
Statute authorizing retirement: 3914
Other eligible laws: Not applicable
Vol retirement: 20 years, 2 months, 2 days
Date initially entered military: 31 March 1986
Section 1405: 20 years, 2 months, 8 days
Basic Pay: 21 years, 9 months, 0 days
Significant awards: Not applicable
Additional instructions: a. You are authorized up to one year to complete selection of a home and complete travel in connection with this action. b. You must report to the Transition Assistance Office for Army Career Alumni Program Processing, BLDG 210, Room 06, Phone 239-2278. c. Dependents: Yes. d. You are authorized shipment of household goods to home of selection.

PEBD: Not applicable
Format: 600

FOR THE COMMANDER:

************************
* OFFICIAL *
* FT RILEY, KS 66442 *
* DIR, MIL PERS SVCS *
************************

KENNETH F. STEGGEMAN
DIRECTOR, MILITARY PERSONNEL SERVICES

DISTRIBUTION:
SSG KOPF (15)
Cdr 010005FAOBSVR TM TNG, (WAHNHO) (3)
RESERVE COMPONENT (1)
AFZN-GA-ATP (1)
FINANCE (2)
HOUSING (2)
AFZN-HC-P-PS (1)