# In The United States Court of Federal Claims

No. 05-186L

(Filed: October 3, 2008)

_____

LAVETTA ELK,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

    Closing argument will be held in this case on Thursday, October 23, 2008, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled argument time.

    **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge