# In The United States Court of Federal Claims

No. 05-186L

(Filed: October 3, 2008)

_____

LAVETTA ELK,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On October 2, 2008, defendant filed an unopposed motion to substitute a redacted version of Exhibit B attached to Defendant's Reply to Plaintiff's Post-trial Brief, filed on September 12, 2008, and Exhibit 10 attached to Notice of Defendant's Potential Rebuttal Exhibit 10, filed on March 27, 2008, for the unredacted versions currently filed. To protect the personal information subject to the Privacy Act that defendant claims was inadvertently filed without being redacted, the court accordingly **GRANTS** defendant's motion.

      **IT IS SO ORDERED.**

                                                              s/ Francis M. Allegra
                                                             Francis M. Allegra
                                                             Judge