# In The United States Court of Federal Claims

No. 05-186L

(Filed:  May 5, 2009)
_____

LAVETTA ELK,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ERRATA**

_____

      Please correct the following in the opinion filed on April 28, 2009, in the above captioned action:

1. Change "occuring" to "occurring" on the thirteenth line of the paragraph on page 14;

2. Change "its" to "her" in the last line of the third paragraph on page 15;

3. Change "emotionally" to "emotional" on the second line of the second full paragraph on page 17; and

4. Change "who" to "whom" on the sixth line of the first paragraph on page 35.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge